1          IN THE UNITED STATES DISTRICT COURT

           FOR THE NORTHERN DISTRICT OF ILLINOIS

2                     EASTERN DIVISION

3

CHRISTINE STEYER and MARTIN     )

4   L. POOCK,                    )

                                 )

5                Plaintiffs,     )

                                 )

6           -vs-                 )   No. 1:17-CV-06014

                                 )

7   LYRIC OPERA OF CHICAGO,      )

                                 )

8                Defendant.      )

9

10

11          Discovery deposition of CHRISTINE STEYER,

12   taken before MARINA MOGILEVSKY, C.S.R., pursuant to the

13   Federal Rules of Civil Procedure for the United States

14   District Courts pertaining to the taking of

15   depositions, at Schueler, Dallavo & Casieri, 233 South

16   Wacker Drive, Suite 5230, in the City of Chicago, Cook

17   County, Illinois, at 9:00 o'clock a.m. on the 5th day

18   of September, 2019.

19

20

21

22

23

24      Job No. CS3514376

1    There were present at the taking of this deposition
2    the following counsel:
3
4
5    HALL-JACKSON AND ASSOCIATES, P.C. by
     MS. CHIQUITA HALL-JACKSON, Esquire and
     MR. MASOOD SYED ALI, Esquire
6    180 West Washington Street
     Suite 820
7    Chicago, Illinois  60602
     Phone:  (312) 255-7105
8    E-mail:  chj@hall-jacksonassociates.com
              mali@hall-jacksonassociates.com
9
        Appeared on behalf of the Plaintiffs;
10
11
12   SCHUELER, DALLAVO & CASIERI by
     MS. STEPHANIE A. CANTRELL
13   233 South Wacker Drive
     Suite 5230
14   Chicago, Illinois  60606-6436
     Phone:  (312) 454-4736
15   E-mail:  scantrell@sdc-atty.com
16      Appeared on behalf of the Defendant.
17
18
19   ALSO PRESENT:
20   Ms. Elizabeth Landon - Director of Human
     Resources - Lyric Opera of Chicago.
21
22
23
24        * * o O o * *

1          - EXHIBIT INDEX CONTINUED -
2                     PAGE
3
     Defendant Deposition Exhibit 15        163
4
     Defendant Deposition Exhibit 16        170
5
     Defendant Deposition Exhibit 17        174
6
7
8
9
10
11            * * o O o * *
12
13
14
15
16
17
18
19
20
21
22
23
24

1          DEPOSITION OF
          Christine Steyer
2
          September 05, 2019
3
4    EXAMINATION BY:                     PAGE
5    Ms. Stephanie A. Cantrell         05, 189
6    Ms. Chiquita Hall-Jackson            181
7
8            * * * * * *
9

          EXHIBITS
10                               PAGE
11   Defendant Deposition Exhibit 1       12
12   Defendant Deposition Exhibit 2       35
13   Defendant Deposition Exhibit 3       39
14   Defendant Deposition Exhibit 4       42
15   Defendant Deposition Exhibit 5       50
16   Defendant Deposition Exhibit 6       54
17   Defendant Deposition Exhibit 7       56
18   Defendant Deposition Exhibit 8       73
19   Defendant Deposition Exhibit 9       91
20   Defendant Deposition Exhibit 10     104
21   Defendant Deposition Exhibit 11     105
22   Defendant Deposition Exhibit 12     125
23   Defendant Deposition Exhibit 13     143
24   Defendant Deposition Exhibit 14     159

1          CHRISTINE STEYER,
2    called as a witness herein, having been first duly
3    sworn, was examined upon oral interrogatories and
4    testified as follows:
5          EXAMINATION
6       by Ms. Cantrell:
7       MS. CANTRELL:  Q  Please state your name
8    for the record and spell it.
9      A   Christine Anne Steyer.  C-H-R-I-S-T-I-N-E,
10   A-N-N-E, S-T-E-Y-E-R.
11      MS. CANTRELL:  Let the record reflect this
12   is the deposition of Plaintiff Christine Steyer taken
13   pursuant to notice and all applicable federal and
14   local court rules.
15      Q   Christine, I think we've met a few times
16   now, if the last couple of years.  But, again, for
17   the record, my name is Stephanie Contrell.  I'm an
18   attorney for the Defendant Lyric Opera in this case.
19          Have you given prior depositions?
20      A   No.
21      Q   Okay.  So I'm just going to give a couple
22   of general rules about giving depositions.
23          The first is, please answer, as you
24   have been, out loud as opposed to shaking your head

2 (Pages 2 - 5)

1 or saying uh-huh or unh-unh. It's difficult for the
2 court reporter to write those kinds of responses
3 down.
4          Please wait for me to finish the
5 question in its entirety before you answer. So that
6 we're not talking over each other. This will feel a
7 little bit like a conversation. And that's perfectly
8 normal. But if I have the opportunity to complete my
9 entire question before you answer, again, that's
10 easier for the court reporter.
11          If you don't understand a question,
12 please ask me to restate; or your attorney here may
13 ask me to restate it as well. I'm happy to do that.
14 Otherwise, I'm going to assume that you understood
15 the question.
16          You will have the opportunity to go
17 back and clarify any of your answers at the end of
18 the deposition. So as we're talking, if you think
19 that there's something that you misstated or you
20 wanted to correct, I'll give you that opportunity at
21 the end. Okay?
22     A   (Nodding head.)
23          Oh, I have a question.
24     MS. HALL-JACKSON: No, no, no. No

1 questions.
2     MS. CANTRELL: Q   First of all, did you
3 review any documents in preparation for your
4 deposition today?
5     A   I did.
6     Q   What documents did you review?
7     A   I reviewed our demand for settlement
8 letter. I reviewed my resume, my bio. I reviewed
9 chorus reviews. I reviewed my interrogatories.
10     Q   Would that be the answers to --
11     A   Yes.
12     Q   -- the interrogatories that we propounded
13 to you?
14     A   I reviewed my answers to you.
15     Q   Okay. Anything of those documents that has
16 not been produced in this case? Anything we haven't
17 seen?
18     A   No.
19     Q   And did you discuss this deposition with
20 anyone prior to today, other than your attorney?
21     A   Yes. My husband.
22     Q   Anyone else?
23     A   Martin Poock.
24     Q   Anyone else?

1     A   And my business partner, Claudia Hommel,
2 H-O-M-M-E-L.
3     Q   When you say business partner, what type of
4 relationship is that?
5     A   Working In Concert. It's an organization
6 that we both are a part of. It's a nonprofit
7 organization.
8     Q   Is that the name of it, Working In Concert?
9     A   Uh-huh.
10     Q   I don't remember Ms. Hommel's name being
11 mentioned previously. Do you intend to call her as a
12 witness in this case?
13     A   No, I do not.
14     Q   Did you discuss your deposition with Bob
15 Prindle?
16     A   No, I did not.
17     Q   Did you discuss your deposition today with
18 any other current or former employees of The Lyric,
19 other than Martin?
20     A   No, I did not.
21     Q   Can you confirm your date of birth is
22 January 29th, 1968?
23     A   That is correct.
24     Q   And on October 15th, when you auditioned

1 for The Lyric and were non-re-engaged, which is the
2 date at issue in this case, can you confirm you were
3 47 years old?
4     A   Yes, I was.
5     Q   Have you ever been known by any other
6 names?
7     A   No, I have not.
8     Q   Are you taking any medication that would
9 impair your ability to testify truthfully and
10 accurately today?
11     A   No.
12     Q   You mentioned your husband. Would you
13 state his name for the record, please.
14     A   Paul Edward Geiger, G-E-I-G-E-R.
15     Q   And what is his job?
16     A   He is retired.
17     Q   What did he do before his retirement?
18     A   Handyman and opera singer.
19          And, just to clarify, he occasionally
20 does do a handyman job or sing.
21     Q   And is your current address still 245
22 Washington Boulevard in Oak Park?
23     A   Yes.
24     Q   And how long have you lived at that

3 (Pages 6 - 9)

1 address?
2  A  Since about 2005.
3  Q  Do you own or rent that unit?
4  A  I have a mortgage.  So I own.
5  Q  Does anyone else live with you other than
6 your husband?
7  A  No.
8  Q  Any children or other dependents?
9  A  No.
10  Q  Have you ever been arrested or convicted of
11 a crime?
12  A  No.
13  Q  I believe, according to the documents that
14 you supplied, that there was a Chapter 7 Bankruptcy
15 that was discharged in September of 2015; is that
16 correct?
17  A  That's correct.
18  Q  Other than that, have you ever been party
19 to any other litigation?
20  A  My nonprofit Bellissima Opera was involved
21 in a -- B-E-L-L-I-S-S-I-M-A -- was involved in a
22 incident with a theater in Oak Park, The Madison
23 Street Theater.
24  Q  What is your relationship to Bellissima

1 Opera?
2  A  I was the co-founder and artistic director.
3  Q  Were you named individually in that
4 litigation?
5  A  I believe it was settled between lawyers.
6    MS. HALL-JACKSON:  You've got to listen.
7    Would you mind repeating that,
8 Counsel?
9    MS. CANTRELL:  Q  Were you named
10 individually in that lawsuit?
11  A  No.
12  Q  And you started to say that you believe
13 it's been settled.  Has it completely been disposed
14 of at this point?
15  A  Oh, yes.  Yes.
16  Q  So as far as any outstanding liabilities
17 with respect to either that lawsuit or the Chapter 7
18 Bankruptcy, do you have any outstanding liabilities?
19  A  No.
20  Q  Other than the EEOC charge filed prior to
21 this litigation against Lyric Opera, have you ever
22 filed any other EEOC or IDHR charges?
23  A  No.
24    MS. CANTRELL:  I'm going to mark this

1 Defendant's Exhibit A.
2    Never mind.  I'm going to mark this
3 Defendant's Exhibit No. 1.  My apologies.
4    (Defendant Exhibit 1 marked as
5    requested.)
6    MS. CANTRELL:  Q  After you've had a
7 chance to review, would you please turn to page 8 of
8 this document.
9    Does this appear to be a true and
10 correct copy of the age discrimination complaint that
11 you filed with the EEOC in this case?
12  A  Yes.
13  Q  In the body of this charge, you state that
14 in October of 2015 you were demoted and replaced by a
15 younger chorus professional.
16    Do you see that language?
17  A  Sorry, what page again?
18  Q  Page 8.
19    Do you see the language in the first
20 paragraph of the body, which states, "In October
21 2015, I was dismissed and replaced by a younger
22 chorus professional"?
23  A  Yes.
24  Q  Who was that younger chorus professional

1 that replaced you?
2  A  Kaileen Miller.
3  Q  Can you confirm that this is the basis for
4 your lawsuit today, that you allege that you were
5 discriminated against based on your age?
6  A  Yes.
7  Q  And can you confirm that's the only
8 complaint brought as part of this lawsuit that we're
9 discussing today?
10  A  Age and accompanying seniority.
11    Age.  Yes, age.
12  Q  Okay.  What is the rest of this document?
13 Can you state for the record what this document is?
14  A  It is the United States -- Oh, it is the
15 Complaint of Employment Discrimination.
16  Q  Does this look like a true and correct copy
17 of the complaint that you filed in the present
18 litigation?
19  A  It does.
20    May I point out one mistake in it?
21  Q  You can tell me if you think there's
22 something inaccurate in it, but this --
23    MS. HALL-JACKSON:  Just yes and no
24 questions, please.

1    MS. CANTRELL: Q  I mean, is this a copy
2 of what you filed?
3    A  Yes.
4    Q  I'm going to ask you about paragraph 12,
5 which is on page 4.
6    A  Okay.
7    Q  Paragraph 12(h) states that you're alleging
8 you were demoted.  Defined as reduction in rank,
9 status, hours and hourly pay.
10        Do you see that language?
11    A  Yes, I do.
12    Q  And can you confirm that that is the basis
13 for this complaint here today?
14    A  The basis for this complaint is age
15 discrimination.  And this H was demotion, that is
16 correct.
17    Q  Can you explain why you believe you were
18 demoted at Lyric Opera?
19    A  I was a member of the Core Supplemental
20 Chorus from 2012 until the end of the 2016 season.
21 And after that, I was a member of the Supplemental
22 Chorus for the following two seasons.  And there was
23 a reduction in rank, status, hours, hourly pay, as
24 well as retirement benefits, sick time, personal

1 time, unemployment benefits.
2    Q  Can you explain why you believe you were
3 entitled to a position in the Core Supp?
4    A  My work up and to that point had been
5 exemplary.  And there was no indication, prior to my
6 2015 October audition, that anything with my work was
7 less than exemplary.
8        Also, the CBA lists that a Chorus
9 Master has the right to bring to the attention anyone
10 that's not doing good work.  And that choristers that
11 have been at the -- been employed there would
12 normally be considered to be re-employed.  First
13 consideration goes to choristers that have been
14 working in those positions.
15    Q  Okay.  So, just to be clear, the entire
16 basis of your lawsuit here today is based on this
17 paragraph 12(h), which claims a demotion on the basis
18 of age; is that right?
19    A  Yes.
20        And with age, goes accompanying
21 seniority.  Meaning that because of my long term at
22 Lyric Opera, I had also accrued seniority.  And I was
23 being paid more than other members of the Core
24 Supplemental Chorus.

1    Q  So even though it's not listed in the
2 complaint, is part of your position here today that
3 there was financial considerations for not
4 re-engaging you in the Core Supp?  Is that what
5 you're stating?
6    A  Age discrimination and accompanying
7 seniority, correct.
8    Q  Well, how is seniority a discriminatory
9 practice?
10    A  Usually, there's a correlation between age
11 and seniority.
12    Q  Okay.  So, again, the complaint that was
13 filed in the Federal District Court checks only age
14 discrimination.  But then you went on to explain in
15 the complaint that you were demoted.  Defined as a
16 reduction in rank, status, hours, and hourly pay.
17 Correct?
18    A  Uh-huh.
19    Q  So you're saying that intertwined in that
20 is issues with respect to seniority.  Is that what
21 you're saying?
22    A  Correct.
23    Q  Okay.  But, as a basis, this is an age
24 discrimination complaint, correct?

1    A  Correct.
2    Q  All right.  Let's back up a little bit.
3        Tell me about your educational
4 background.
5    A  How far back do you want to go?
6    Q  Where did you go to high school?
7    A  Lane Tech in Chicago.
8    Q  And did you receive a diploma?
9    A  Yes.
10    Q  What year was that?
11    A  '90 -- Oh, Sorry.  '86.
12    Q  And did you attend any college after that?
13    A  Yes.  Knox College in Galesburg, Illinois.
14    Q  What did you major in?
15    A  I received two degrees.  One in Asian
16 studies, and the other in studio art.
17    Q  And were those bachelor degrees?
18    A  Uh-huh.
19    Q  What year did you receive those bachelor
20 degrees?
21    A  I think I received one in '90, and the
22 other in '92.  I was completed there in '92, with the
23 two degrees.
24    Q  Aside from your bachelor's degrees, do you

1 have any other certificates or professional licenses?

2    A   Yes.

3        Then I went to the University of

4 Illinois in Champaign-Urbana, and I received a

5 bachelor's degree in vocal performance and a master's

6 degree in vocal performance.

7    Q   And what year was that?

8    A   I believe '95 was the bachelor's, and '96

9 was the master's.

10    Q   Both from the University of Illinois?

11    A   Uh-huh.

12    Q   Are there any other professional licenses

13 that we haven't discussed?

14    A   I don't believe so.

15    Q   Have you done any job training or

16 apprenticeships as part of your career?

17    A   Yes.

18    Q   What were those?

19    A   I did the Allen Stone Debut Artists in

20 Chicago.

21    Q   What is that?

22    A   It was a apprenticeship program for young

23 singers in Chicago, where you would get coachings and

24 you would be performing throughout the city.

1    Q   And what year did you apprentice for Allen

2 Stone?

3    A   I think '98, '99.

4    Q   So what did you do for a living between the

5 time you finished your graduate degrees in '96 and

6 1998, when you had your apprenticeship?

7    A   I was doing a mixture of things.

8        I was -- I'm going to just -- I'm

9 going to just list the things that I did between

10 that. And probably starting at Lyric, because

11 they're going to get muddled together a little bit.

12 If that's all right?

13    Q   Sure.

14    A   Because I think it'll just be easier to

15 give the list.

16        I did some work with Chicago Symphony

17 Chorus. I did some work with Grant Park. I was

18 teaching voice at Leyden, L-E-Y-D-E-N, East and West

19 High Schools in Franklin Park. I sang with Music of

20 the Baroque in the chorus. I did several opera roles

21 with small companies. I gave some recitals in

22 Chicago. I did Opera for the Young.

23        There might be more, but that's what

24 comes to mind right now.

1    Q   Okay. Were all of these part-time

2 positions?

3    A   Yes.

4    Q   And we'll talk about The Lyric in a minute.

5 But prior to becoming engaged at The Lyric, had you

6 ever had a full-time singing position?

7    A   No.

8    Q   Is that common, for choristers to have a

9 multiple of part-time positions as opposed to one

10 regular full-time position?

11    A   Yes.

12    Q   When you sang for the Chicago Symphony

13 and -- Did you say it was the Grant Park Music

14 Festival?

15    A   I think that's what it's called.

16    Q   Okay. Was that as a soloist, or as part of

17 a chorus?

18    A   Chorus.

19    Q   In both cases?

20    A   Yes.

21    Q   Other than the Chicago Symphony, Grant

22 Park, and The Lyric, have you sung in a chorus; or

23 were these solo performances?

24    A   Music of the Baroque was also as a chorus

1 member.

2    Q   Anything else?

3    A   Probably the occasional being hired to sing

4 for maybe a church festival, but nothing on a regular

5 basis that would stick out in my mind.

6    Q   Okay. Other than what you've just

7 described --

8    A   I would also like to add that I had a

9 church job a lot of the time. I would sing

10 regularly. And I did some waitressing in between all

11 of that as well.

12    Q   What of these roles that you just

13 described, again, other than The Lyric, were opera

14 roles?

15    A   Just to clarify the question, roles that I

16 was asked to sing as a soloist?

17    Q   Either one.

18        So when you sang for the Chicago

19 Symphony, was that classical music or was that

20 operatic or something else?

21    A   It was a classical technique as opposed to

22 musical theater. These were choruses that would do

23 classical repertoire.

24    Q   Okay. And what about Grant Park Music

1 Festival?

2    A   Classical repertoire.

3    Q   Music of the Baroque, what was their

4 repertoire?

5    A   Usually, Baroque, Bach, Handel.

6    Q   Is there any additional training that you

7 had to do to sing as a chorister in an opera?

8    A   Are you asking me beyond my education in

9 those four years?

10    Q   Yes.

11    A   I was always taking voice lessons

12 throughout that period.  At least twice a month for

13 that four-year period.

14    Q   And have you always been considered a

15 soprano I?

16    A   Yes, Soprano I.

17    Q   And, just to clarify, a Soprano I is the

18 highest level soprano; is that right?  In terms of --

19    A   Range.

20    Q   -- range.  Thank you.

21    A   Yes.

22    Q   Okay.  Is there anything that we haven't

23 covered in terms of your prior work experience before

24 you joined Lyric?  Anything that you can think of?

1    A   I believe I've covered everything.

2    Q   Okay.  Thank you.

3        So I just asked you about being a

4 soprano or a Soprano I.  What does that mean to a

5 non-musical person?

6    A   So the chorus is divided roughly into four

7 voice types.  Soprano, alto, tenor, and bass.

8        Sometimes when you're singing a piece

9 of choral music, you have the music divided into four

10 parts.  So each of those voice categories would sing

11 that part.  The soprano being the highest of the

12 women.  The alto being the lowest of the women.

13        Occasionally, there's a piece of music

14 where, for example, the women's voices need to sing

15 more than two notes.  So the notes might be

16 divided -- There might be, for example, three notes

17 that the women have to sing on this particular

18 passage.  And so then they have to break those groups

19 of women not into two categories, but into three

20 categories.  Or perhaps four categories, if there are

21 four notes that they're responsible for.

22        So the Soprano I's would always take

23 the upper note.

24        MS. CANTRELL:  Off the record for a second.

1        (discussion had off the record.)

2        MS. CANTRELL:  Okay.  We're back on.

3    Q   So, Christine, to clarify, you don't just

4 perform opera.  You also perform with orchestras, and

5 you've done some musical theater; is that right?

6    A   I've done a bit of musical theater.  But

7 the bulk of my singing has been classical repertoire.

8    Q   Aside from the jobs that we've just

9 discussed in the Chicago area, have you also

10 performed for different venues around the country?

11    A   Yes.

12    Q   And where would that be?

13    A   Can you clarify the year we're starting

14 with?

15    Q   Sure.

16        Let's start with following the receipt

17 of your master's degree until the time you worked for

18 Lyric in 1999.

19    A   I believe the only thing I did out of the

20 country at that point was singing with the Chicago

21 Symphony in Berlin, Symphony Chorus.

22        And I sang with Tulsa Opera, I

23 remember now, before I -- I believe I sang with Tulsa

24 Opera as well before I was engaged at Lyric.

1    Q   And you first worked at Lyric in --

2    A   Oh, pardon me.

3    Q   Yes.

4    A   And I also sang with Opera for the Young.

5 We were in multiple states.

6        So that was a touring company.  We

7 sang in Illinois, I think Wisconsin, Michigan, and

8 Indiana, I believe.

9    Q   Anything else that you think of?

10    A   Can you please repeat the original

11 question.

12    Q   Between the time you graduated with your

13 master's degree in vocal performance and the time you

14 began regular employment at The Lyric, were there any

15 other venues around the country, not just in Chicago,

16 where you sang?

17    A   I think that's it.

18    Q   Okay.  You first began working at Lyric in

19 1999; is that correct?

20    A   That's the correction I wanted to make

21 earlier.  I started in 2000.

22    Q   Okay.  When did you first audition for the

23 Lyric Opera?

24    A   It was in the general auditions, which I

1 believe were around the start of the new year,
2 slightly before or slightly after.
3         So just between that December
4 1999-January 2000, right in there.  At the --
5 Actually, I think the general auditions were in the
6 spring.  My apologies.  It was whenever the general
7 auditions normally are.
8     Q     And general auditions are held for the
9 following season, correct?
10    A     Yes.
11    Q     So if the general audition was in March of
12 2000, for example, that would be for the 2000-2001
13 season; is that right?
14    A     Correct.  So I believe it was in the
15 spring, yes.
16    Q     Okay.  You didn't audition in 1999 for the
17 1999-2000 season?  You believe it was later than
18 that?
19    A     Correct.  Yes.  I apologize.  That was an
20 error on my part before.
21        So, just to clarify, I auditioned in
22 the general auditions in the spring of 2000.  And I
23 started at Lyric in the fall of 2000.  August, I
24 believe.

1     Q     Thank you.
2         How did you come to audition for The
3 Lyric?  How did you hear about the position?
4     A     Well, I had been in Chicago for about four
5 years.  And so you hear from other people about job
6 opportunities.
7         And I was also studying at the time
8 with Barbara Pearson, who had several students that
9 sang in the Lyric Opera Chorus.  I think her last
10 name is spelled P-E-A-R-S-O-N.  As well as Karen
11 Brunssen, B-R-U-N-S-S-E-N, who also had several
12 students in the Lyric Opera Chorus.  And they
13 encouraged me to audition.
14    Q     Had you -- so -- Sorry.  Strike that.
15        So what position did you audition for
16 in the general audition of spring of 2000?
17    A     I just auditioned in the general audition.
18    Q     So at that time you didn't know where in
19 the chorus you might fall.  Is that fair to say?
20    A     Exactly.
21    Q     Okay.  Do you recall who was the Chorus
22 Master in the spring of 2000?
23    A     Donald Palumbo, P-A-L-U-M-B-O.
24    Q     And were you in fact selected for the

1 chorus for the 2000-2001 season?
2     A     Yes, I was offered a full-time position.
3     Q     And when you say full time, is that in the
4 Regular --
5     A     Yes.
6     Q     -- what's commonly referred to as the
7 Regular Chorus?
8     A     Correct.
9     Q     All right.  I'm jumping around a little bit
10 again, but can you explain to me the different levels
11 of chorus at the Lyric Opera?
12    A     Yes.
13        So there are 48 choristers.  And I'm
14 referring to not what's happening currently, but at
15 the time.  48 regular choristers, 12 of each voice
16 type.  And with Regular Chorus, it's a full-time
17 position with salary, benefits, and the CBA does
18 break down sort of an hourly rate and four levels of
19 tier of increases in pay depending on years of
20 seniority, hourly and per performance.
21        Then there's the second level, which
22 is the Core Supplemental Chorus, which are 12
23 choristers -- and at the time it was three of each
24 voice type -- that would be the first to be asked

1 when there were operas needed beyond 48.  And that
2 was a two-year position, with an audition every two
3 years.  The hourly rate and the per-performance rate
4 and the benefits were less than what the Regular
5 Chorus would receive by about $8 an hour and about 30
6 per performance.  Plus, they didn't receive the
7 benefits.  And they were paid hourly.
8         And then the third tier or the third
9 group, shall we say, and those were also tiered into
10 four categories.  So depending on years of service,
11 your pay would increase.
12        And then there's the fourth group,
13 which is the Supplemental Chorus, which are people
14 that our choristers needed if an opera calls for more
15 than 60.  And, again, there is a reduction in about
16 $8 an hour, about $30 per performance, they have to
17 audition every year, and also that category has four
18 tiers of seniority.
19    Q     When you were hired in the fall of 2000 at
20 The Lyric, were you a member of AGMA?
21    A     Yes.
22    Q     And, to clarify the record, that's the
23 American Guild of Musical Artists; is that right?
24    A     Yes.

8 (Pages 26 - 29)

1    Q   You made reference earlier to the CBA.  Is
2 that the Collective Bargaining Agreement under AGMA?
3    A   Uh-huh.
4    Q   Just so we're talking about the same
5 document.
6    A   Uh-huh.
7    Q   And, I'm sorry, did you say you did have to
8 become a member when you joined The Lyric in 2000?
9    A   I did.  But I believe I was already a
10 member, because I was singing with Grant Park Chorus
11 prior to that.
12    Q   Okay.  And you were required to become a
13 member of AGMA for Grant Park?
14    A   Uh-huh.
15    Q   When you were engaged at The Lyric in the
16 fall of 2000, for the 2000-2001 season as a Regular
17 Chorister, did you receive a contract?
18    A   Yes.
19    Q   And did that contract have specific dates,
20 like a beginning date and an end date?
21    A   Are you asking if it was a one-year
22 contract?
23        Can you clarify the question?
24    Q   I'm asking how many years it was for.

1    A   You know, I'm not sure.
2    Q   Okay.  Did you have to re-audition as a
3 member of the Regular Chorus?
4    A   I believe at that time our auditions were
5 every two years.  Our re-auditions were every two
6 years.
7        So it was my understanding at the time
8 that I got that contract, that I was employed for
9 this position.
10    Q   For at least a two-year period, is that
11 what you're stating?
12    A   Unless something went wrong, I was
13 employed.  So...
14    Q   Okay.  Do you know, sitting here today, are
15 there certain procedures that The Lyric would have to
16 go through to terminate a member of the Regular
17 Chorus?
18    A   Yes.
19    Q   Okay.  Is that different from the Core Supp
20 and the Supp, as far as you know?
21    A   The CBA is quite complicated on this
22 matter.  There are some things that are the same, and
23 there are some things that are different.
24    Q   But with respect to longevity of employment

1 or a contract for employment, are there more
2 protections as a Regular Chorister than as a Core
3 Supp or a Supp Chorister?
4    A   There are generally more protections.
5    Q   And we'll go through that in a little bit
6 more detail in a few minutes.
7    A   Yeah.
8    Q   Is it accurate to say that you were engaged
9 by the Lyric every season from 2000 through 2006?
10    A   Yes.
11    Q   And then you voluntarily left Lyric in
12 January of 2007; is that right?
13    A   Yes.
14        MS. CANTRELL:  I'd like to mark this as
15 Exhibit 2.
16        THE WITNESS:  I would like to add
17 something.
18        During my time at Lyric as a full-time
19 chorister, I always did -- I also did a number of
20 extra things.  I was hired, through the audition
21 process, to do at least seven understudies or small
22 roles or cover roles.
23        MS. CANTRELL:  Q   At The Lyric or outside
24 The Lyric?

1    A   At the Lyric Opera of Chicago.
2    Q   All right.  And we'll talk a little more
3 about -- Well, let me scratch that.  Let me ask you
4 this.
5        As a Regular Chorister, which is a
6 full-time position --
7    A   Correct.
8    Q   -- are you allowed to do any outside work
9 for other groups other than The Lyric?
10    A   You're not allowed to do that if it
11 conflicts with the Lyric's schedule.
12        So you can do -- To clarify, during
13 the requirement of the rehearsal and performance
14 schedule at Lyric Opera, you're not allowed to take
15 outside work that would conflict with your
16 responsibilities at Lyric.
17    Q   So, in other words, the contract requires
18 that you prioritize Lyric; is that right?
19    A   Exactly.
20    Q   Even as a full-time chorister for The
21 Lyric, are you engaged every month of the year for
22 Lyric?
23    A   No.
24    Q   So it's seasonal work, even as a full-time

9 (Pages 30 - 33)

1 employee; is that right?

2    A   Correct.

3    Q   So do you have the ability, during the off

4 season, to perform elsewhere in the City of Chicago

5 or throughout the nation?

6    A   Yes. Correct.

7    Q   Okay.

8    A   And while at Lyric as well, to some extent.

9       For example, a church job on a Sunday

10 morning when we don't have rehearsal.

11    Q   As long as it doesn't interfere with the

12 Lyric's schedule, right?

13    A   Correct.

14    Q   Okay.

15    A   To be very clear, we are allowed a few

16 hours of personal time every season as well.

17       So if you had a performance that you

18 wanted to do, and you wanted to miss, for example,

19 one performance and you had those hours accrued, you

20 could request to have that off, if you gave notice.

21    Q   So even as a Regular Full-Time Chorister

22 for The Lyric, did you hold other positions during

23 that period of time, from 2000 through 2006; or did

24 you perform elsewhere?

1    A   Yes.

2       MS. CANTRELL: I'm going to mark this as

3 Exhibit 2.

4       (Defendant Exhibit 2 marked as

5       requested.)

6       MS. CANTRELL: Q   Can you tell me what

7 this document is.

8    A   This was my letter to, I imagine, the

9 administrative office at Lyric Opera of Chicago,

10 saying that I was going to not plan to return the

11 following season. So that would have been the

12 2006-2007 season, I believe.

13    Q   The letter is dated January 8th, 2007,

14 correct?

15    A   Oh, let me correct that.

16       In 2006 I decided, because I had

17 worked there for six years, I was entitled to,

18 basically, a sabbatical. Whether or not they call it

19 that, I'm not sure. But we're allowed to take one

20 year off after six years. And then our spot is held

21 open for us, and then we're allowed to come back.

22       So this letter is not the 2006 letter

23 that I wrote informing Lyric that I was going to take

24 the year off. This was the letter that I wrote

1 following that, saying that I decided I was not going

2 to return; and exercise my right to come back into

3 the chorus.

4    Q   All right. Thank you.

5       So there's a letter that preceded

6 this, where you took a year off. So you actually

7 didn't perform for The Lyric since the spring of

8 2006?

9    A   Correct.

10    Q   This letter is addressed to someone named

11 Thomas. Do you know who that is?

12    A   I do not.

13    Q   It also states that during the last year,

14 I've been busy pursuing a solo career?

15    A   Uh-huh.

16    Q   That would have been the year that you were

17 basically taking a break from Lyric; is that right?

18    A   Yes.

19    Q   And did you in fact pursue a solo career

20 during this time?

21    A   I did.

22    Q   How old were you at the time you resigned

23 from Lyric?

24    A   Okay. Let me do my math.

1       39, perhaps, if my math is correct.

2 38, 39.

3    Q   Okay. And how many years did you perform

4 primarily as a soloist? Or how many years did you

5 pursue your solo career?

6    A   Well, I pursued it actively for several

7 years following that. But, as we know, in 2008, with

8 the downturn of the financial crisis, the opera

9 business dried up nationally and internationally.

10       And so I was among hundreds of singers

11 that were struggling to find work, or had work that

12 had been canceled.

13    Q   When did you decide to try to return to the

14 Lyric?

15    A   In 2011 I entertained the idea of

16 re-auditioning to be a part of the Lyric.

17       And so I went into preparation to do

18 the application for the spring of 2012 audition.

19    Q   Did you know whether or not they had any

20 positions open at the time?

21    A   I did not.

22    Q   When you auditioned in 2011 --

23    A   No, I auditioned in 2012.

24    Q   So 2011 was a preparatory year for you; is

1 that right?

2    A    Yes.

3    Q    Okay.  So you re-auditioned in 2012.

4         At that point did you know what

5 position you were applying for?

6    A    No.  Because they're not publicized, I

7 don't believe.  So I was doing the general auditions,

8 seeing what was available.

9    Q    And general auditions, we said previously,

10 are typically held in the spring for the following

11 season; is that right?

12    A    Uh-huh.  Correct.

13    Q    Okay.  At any point during that spring of

14 2012, did you come to realize that you were

15 auditioning for a position in the Core Supp as

16 opposed to the Regular Chorus; or is that not

17 determined until you have the results of your

18 audition?

19    A    Can you state the question again, please.

20    Q    Sure.  I'll try to rephrase it.

21         At the time you applied and

22 re-auditioned for The Lyric in spring of 2012, did

23 anyone inform you that you were auditioning for a

24 Core Supp position as opposed to a Regular Chorister

1 position?

2    A    No, no.  It was a general audition.  So I

3 had no idea what was available, if in fact anything.

4    Q    Okay.

5         MS. CANTRELL:  I'm going to mark this

6 Exhibit 3.

7         (Defendant Exhibit 3 marked as

8         requested.)

9         MS. CANTRELL:  Q  Can you tell me what

10 this document is.

11    A    This is a notice of re-engagement from

12 Stephanie Karr in the Core Supplemental position for

13 the 2013-14 season dated 2012, November 26.

14    Q    Just so we're clear on the time frame, if

15 you auditioned in the spring of 2012, you may have

16 become engaged for the 2012-2013 season?

17    A    Correct.

18    Q    Is that right?

19    A    Under Maestro Martin Wright.

20    Q    Okay.  This letter is dated November 2012

21 for the 2013-14 season?

22    A    Correct.

23    Q    So did you re-audition between the spring

24 of 2012 and November of 2012?

1    A    I didn't have to re-audition, because --

2 No, wait.  Let me correct this.  Hold on a second.

3 This is where it gets a little confusing.

4         I don't recall.

5    Q    Okay.

6    A    I know I had a 2013 audition and a 2015

7 audition.  So I'm not sure.

8    Q    Okay.  Could this have been the first time

9 you were re-engaged at The Lyric following your

10 return?

11    A    No.  I definitely started in -- No.  I

12 definitely started in 2012-2013 under Martin Wright.

13    Q    Okay.  And do you remember who the Chorus

14 Master was during --

15    A    Oh, sorry.

16         Yes, 2012-2013 under Martin Wright.

17 Yes.

18    Q    Do you remember who the Chorus Master was

19 during this audition period for the 2013-14 season,

20 as reflected in this Exhibit 3?

21    A    So, I believe, Martin Wright was the Chorus

22 Master for the first few months of that season.

23    Q    Who was the Chorus Master following the

24 first few months?

1    A    And then I believe there was a change of

2 Chorus Master.

3    Q    And do you recall why?

4    A    I'm not sure why Martin Wright left.

5    Q    And who replaced him?

6    A    There was a kind of rotating door.

7         We had Phil Moorehead for some

8 rehearsals.  Donna Palumbo came back for one

9 rehearsal.  And then we had somebody from California,

10 and I can't remember his name, that came in.

11    Q    And all of this would have been for the

12 2013-14 season.  Is that your recollection?

13    A    No.  I believe Michael came back for the

14 '13 -- Michael Black was given a full-time position

15 starting in 2013-14.

16    Q    Okay.  So the Chorus Masters you just

17 named, after Chorus Master Wright left, was for the

18 prior season, the 2012-2013 season?  Is that what

19 you're stating?

20    A    Correct.

21    Q    Okay.

22    A    To the best of my knowledge.  It's

23 confusing.

24    Q    I know.  It is confusing.  And we're going

11 (Pages 38 - 41)

1 back a few years.

2 A Yeah.

3 Q But you believe that during the 2013-14

4 season, by this time Michael Black was the Chorus

5 Master; is that right?

6 A Correct.

7 Q And how old were you at the time of this

8 letter, Exhibit 3, issued in 2012?

9 A Oh, boy.

10 Q If I said you were 44 years old at the

11 time, does that sound right to you?

12 A That sounds about right.

13 Q Okay.

14 MS. CANTRELL: We're going to mark this as

15 Exhibit 4.

16 (Defendant Exhibit 4 marked as

17 requested.)

18 MS. CANTRELL: Q Before we get to this

19 exhibit, once you are -- Actually, let's look back at

20 Exhibit 3 again.

21 When you received this letter

22 November 26th of 2012, or on or about November 26th,

23 what position were you hired for as a member of the

24 Lyric?

1 A The Core Supplemental Chorus, Soprano I.

2 Q So following your roughly four-year or

3 five-year break from the Lyric after you resigned

4 from the Regular Chorus, were you re-engaged in 2012

5 and 2013 in the Core?

6 A Yes, correct.

7 Q Okay. It's my understanding that members

8 of the Core have to audition -- re-audition for their

9 position every two years; is that right?

10 A That's correct.

11 Q Are those re-auditions always held in the

12 fall, roughly October/November, for the Core?

13 A Correct.

14 Q As long as they're a re-audition, correct?

15 A Correct.

16 Q And then general auditions, open to the

17 public, are usually in the spring, correct?

18 A Correct.

19 Q Okay. So now let's look at Exhibit 4.

20 And you'll this says, Date of

21 Audition: Monday, March 4th, 2013.

22 Do you see that at the top of the

23 page?

24 A Uh-huh.

1 Q Why did you audition in March of 2013?

2 A Ah, I know why I auditioned. And this was

3 a voluntary audition, if my memory serves me

4 correctly.

5 It had been told to the Chorus, at the

6 very end of the season, by Lyric who the new Chorus

7 Master was going to be officially. And so what I

8 believe, to the best of my knowledge, this is, is

9 that Michael Black came back, and I voluntarily sang

10 for him.

11 I was not required to do so. It was a

12 good faith on my part. So that he could hear my

13 voice, to be familiar with my voice.

14 Q Okay. So this was an optional audition?

15 A This was a voluntarily audition on my part,

16 I was not compensated for it, to show a good effort

17 on my part.

18 Q Okay.

19 A Since, when he was a guest Chorus Master

20 two seasons prior, I was not in the Core at that time

21 or in the chorus at all. And so he didn't know my

22 voice.

23 Q Okay. So the prior exhibit that we looked

24 at, Exhibit 3, which was for the 2013-14 season,

1 dated November of 2012, you received a letter of

2 re-engagement --

3 A Yes.

4 Q -- this letter of re-engagement, correct?

5 A Correct.

6 Q For the 2013-14 season --

7 A Right.

8 Q -- in November of 2012?

9 A Correct.

10 Q And then a few months later, in March, you

11 voluntarily sang for him, because he hadn't heard you

12 before?

13 MS. HALL-JACKSON: Let her finish, please.

14 MS. CANTRELL: Q Is that correct?

15 A Correct.

16 Q And it does say at the top Supplementary

17 Chorus Re-Auditions. So that seems to coincide with

18 what you're saying.

19 Does that sort of refresh your

20 recollection that this was an additional?

21 A No. Because does supplementary here mean

22 supplementary, as in, the third tier of chorus; or

23 does supplementary mean this is an extra audition,

24 just because we were, you know, trying to help

1 Michael out?

2    Q   Well, that's my question to you.

3    A   So that's a great question.

4       I don't know. I didn't create the

5 form. But it certainly doesn't mean that I was a

6 member of the Supplementary Chorus.

7    Q   You were still a member of the Chorus?

8    A   Correct.

9    Q   Okay. This Exhibit 4 is a four-page

10 document; is that right?

11    A   Uh-huh.

12    Q   Can you turn to page 2.

13    A   Uh-huh.

14    Q   Do you know whose notes these are?

15    A   I do not.

16       They are not signed and they are not

17 dated, for the record.

18    Q   If you can look at page 4. Do you know

19 whose notes these are?

20    A   I do not.

21       They are not signed and dated, for the

22 record.

23    Q   Who did you sing for at the March 4th, 2013

24 audition?

1    A   I would like to draw attention to something

2 in these documents.

3       MS. HALL-JACKSON: Just answer her

4 question.

5       MS. CANTRELL: Q  Who did you sing for at

6 the March 4th, 2013 audition?

7    A   The March 2013 audition?

8    Q   Yes, the document that you have in your

9 hand. Who did you perform for at this audition?

10    A   These documents represent different

11 auditions. This is not all from the same audition.

12 And can I please bring your attention to that?

13       MS. HALL-JACKSON: If you don't know, you

14 don't know. Just answer her question.

15       MS. CANTRELL: Q  Yeah, we'll get to that

16 in just a minute.

17    A   Okay.

18    Q   Who did you sing for at the March 4th, 2013

19 audition?

20    A   The voluntary March 2013 audition, Michael

21 Black.

22    Q   Was there anyone else in the audition with

23 you?

24    A   There would have been a pianist, there

1 probably would have been somebody next to him at the

2 table, and there would have probably been an AGMA

3 representative in the back of the room.

4    Q   Okay. On the bottom of page 1 of this

5 document, it says repertoire list?

6    A   Uh-huh.

7    Q   Can you read for me what three songs are

8 listed?

9    A   Yeah.

10       Stridono lassu, Donde lieta, Adieu

11 notre petite table.

12    Q   All right. If you turn to page 2, at the

13 top of the page it says repertoire; and it says

14 No. 1. Can you read to me what song is listed there?

15    A   Stridono lassu.

16    Q   So would it be fair to say that the

17 comments on this letter are for your performance of

18 Stridono lassu from March 4th, 2013?

19    A   Not necessarily, because I sang that aria

20 for many auditions.

21    Q   Okay. And page 3 of this document, Exhibit

22 4, lists three additional songs; is that correct?

23    A   Yes, but I don't know the date that these

24 were sung. This is a different list of songs.

1    Q   Correct.

2       And one of them is I Want Magic; is

3 that correct?

4    A   Correct.

5    Q   Page 4 of this document lists two songs.

6 One is I Want Magic, and the other is Quando me'n vo

7 from La Bohème; is that right?

8    A   Correct.

9    Q   And understanding that this document is not

10 dated, do you believe that these were the comments

11 from your performance of Quando me'n vo and I Want

12 Magic?

13    A   I believe so, because I believe I only sang

14 Quando me'n vo for that particular audition.

15 Whereas, I sang I Want Magic for multiple auditions.

16       So, yes.

17    Q   Okay. Looking at these documents, do you

18 have any idea when you performed Quando me'n vo and I

19 Want Magic, what month or date or year that might

20 have been?

21    A   I believe that was for my re-audition in

22 the fall of 2013.

23    Q   That would have been roughly October or

24 November of 2013?

13 (Pages 46 - 49)

1    A    Yes.

2    Q    And that would have been for the -- If you

3  re-auditioned in November of 2013, that would have

4  been for the 2014-15 season; is that right?

5    A    Correct.

6    Q    All right. I'm now going to hand you

7  Exhibit 5.

8        (Defendant Exhibit 5 marked as

9        requested.)

10        MS. CANTRELL: Q    The first page of

11  Exhibit 5 is dated November 18th, 2013. Do you see

12  that?

13    A    Yes, I do.

14    Q    And this appears to be a critique of your

15  November 9th, 2013 re-audition for the Core?

16    A    Uh-huh.

17    Q    You would agree with that?

18    A    Yes.

19    Q    And it states that your panel consisted of

20  Maestro Michael Black, correct?

21    A    Yes.

22    Q    The songs listed are Quando me'n vo and I

23  Want Magic?

24    A    Correct.

1    Q    Would you agree that this is a comment

2  letter following your audition from the November 9th,

3  2013 re-audition that we just discussed in Exhibit 4?

4    A    I agree.

5        And, furthermore, that are additional

6  comments on this that did not make it on this page.

7    Q    Just to be clear, there are additional

8  comments in Exhibit 4, page 4, that did not make it

9  onto the first page of Exhibit 5? Is that what

10  you're saying?

11    A    Yes.

12    Q    Okay.

13    A    A very easy listing voice and one that

14  blends beautifully in the choral context.

15    Q    Now that you're reviewing Exhibit 5, and it

16  states that your panel consisted of Maestro Black and

17  you stated that he was the only person in the

18  audition, other than the pianist and the AGMA

19  representative, would it be fair to say that the

20  comments on page 4, Exhibit 4, are Michael's?

21    A    I believe I said --

22        MS. HALL-JACKSON: Answer the question,

23  please.

24        THE WITNESS: -- that there was somebody

1  next -- there might have been somebody next to

2  Michael in the room.

3        MS. CANTRELL: Q    Okay. I don't remember

4  you saying that.

5        Do you remember who else was next to

6  Michael?

7    A    I don't remember. But there may have been

8  somebody also writing comments sitting next to him,

9  but I'm not sure.

10    Q    In the time that you worked for Lyric,

11  while Michael Black was the Chorus Master, would that

12  have been typical, for other people to sit in on your

13  auditions?

14    A    To clarify, I've done a lot of auditions,

15  and I do believe there were times when there were

16  people sitting next to him at the table.

17    Q    So you can't state with any certainty at

18  this point whether or not page 4 of Exhibit 4 are

19  Michael's notes or anyone else's notes?

20    A    I believe they're Michael's notes.

21    Q    Please turn to page 2 of Exhibit 5.

22    A    Uh-huh.

23    Q    What is this letter?

24    A    Is this the one, November 27, 2013?

1    Q    Yes.

2    A    Uh-huh.

3    Q    What is this document?

4    A    This is notice of re-engagement for the

5  2014-2015 season as a Core Supplementary member at

6  Lyric Opera of Chicago.

7    Q    How old were you in November of 2013?

8    A    I believe I was 55.

9    Q    How old are you now?

10    A    I'm 51 now.

11    Q    Okay. So how old were you then?

12    A    I'm 51 now. So...

13    Q    Okay. So you wouldn't have been 55 in

14  2013.

15    A    No.

16        I'm sorry. Did I say that?

17    Q    Yes.

18    A    I'm sorry, I'm just not good with math.

19    Q    That's okay.

20    A    I believe I would have been 45.

21    Q    Okay. Thank you.

22        Looking at page 1 of Exhibit 5, is

23  there anything that you disagree with on these

24  comments?

14 (Pages 50 - 53)

1    A   No.
2    Q   Is there anything on this document related
3  to your age?
4    A   No.
5    Q   Do you recall receiving a copy of each of
6  these documents in November of 2013?
7    A   Yes.
8    Q   Okay. And, just to clarify, you were in
9  fact re-engaged as a member of the Core for the
10  2014-15 season; is that right?
11    A   Correct.
12    Q   At this point in time, for the fall of
13  2013, were you still a member of AGMA?
14    A   Yes.
15       MS. CANTRELL:  This is Exhibit No. 6.
16       (Defendant Exhibit 6 marked as
17       requested.)
18       MS. CANTRELL:  Q   What is the date of this
19  document?
20    A   November 28th, 2014.
21    Q   And would you agree that this is a letter
22  of re-engagement for the 2015-16 season?
23    A   Correct.
24    Q   And if you were 45 in 2013, is it fair to

1  say you were 46 in 2014?
2    A   Correct.
3    Q   Who was the Chorus Master in 2014?
4    A   Michael Black.
5    Q   Do you recall whether anyone else -- Well,
6  strike that.
7       Was Michael Black the decision-maker
8  in hiring you for the 2015-16 season?
9    A   Just to clarify -- Yes.
10       But just to clarify, it was a two-year
11  contract. When I received my re-engagement letter
12  after the 2013 audition, I was offered, by the CBA,
13  it was a two-year contract. So this was more of a
14  courtesy gesture.
15    Q   Did you sign a two-year contract? Do you
16  recall signing a two-year contract?
17    A   You'll have to read the CBA on that, but it
18  was --
19       MS. HALL-JACKSON:  You have to just answer
20  the question.
21       THE WITNESS:  No.
22       MS. CANTRELL:  Q   Do you recall signing a
23  two-year contract?
24    A   No, I do not.

1    Q   I understand that auditions are only held
2  every two years for the Core Supp.  Is that your
3  understanding as well?
4    A   Correct.
5    Q   So this letter in 2014, you didn't have to
6  audition prior to this letter.  Is that your
7  testimony here today?
8    A   Correct.
9    Q   So there was no audition prior to your
10  re-engagement?
11    A   Correct.
12       MS. CANTRELL:  This is Exhibit 7.
13       (Defendant Exhibit 7 marked as
14       requested.)
15       MS. CANTRELL:  Q   Would you agree that
16  this appears to be a job description for a Chorus
17  Master?  After your review.
18    A   Thank you.
19       I do.  Correct, yes.
20    Q   In looking at this document, and based on
21  your experience working for Lyric, would you agree
22  that the Chorus Master is responsible for the
23  preparation and direction of the chorus?
24    A   That's one of the responsibilities.

1    Q   Is there anyone else that you can think of
2  who makes musical decisions or selects choristers for
3  the chorus at the Lyric Opera?  Again, just based on
4  your experience.
5    A   I believe it's the Chorus Master's
6  responsibility solely.
7    Q   We talked earlier about how auditions for
8  returning members of the Core Supplementary Chorus
9  are typically held in the fall for the upcoming
10  season.  Do you recall that?
11    A   Correct.
12    Q   Do you know at what point the performances
13  are set and scheduled for the upcoming season?
14    A   I don't know specifically, but I can answer
15  generally.
16    Q   Okay.
17    A   Sometimes they will know well in advance
18  about which operas are on the schedule, and sometimes
19  they will make decisions very late.  And they usually
20  don't release that knowledge -- that information to
21  the general public until they have kind of a big
22  announcement date for that.
23       So we don't always know, to answer
24  your question.

1    Q   Okay.  So when you audition in the fall of
2  any particular year for the upcoming season, you may
3  or may not know the selection of operas for the
4  following season; is that correct?
5    A   Correct.
6    Q   Okay.  Would you agree that part of the
7  selection of choristers depends on what the
8  performances require?
9    A   So, to be clear about how the chorus works,
10  there is 48 people in the Regular Chorus.  And those
11  operas are decided -- So operas that need that number
12  of chorus, the Regular Chorus sings in.
13          Usually, even if it's not public
14  knowledge, the Chorus Master will be aware of
15  probably the operas in the upcoming season.  Through
16  meetings, I would assume.
17          And so they would have some kind of
18  idea of -- I'm sorry, can you repeat the question,
19  please.
20    Q   Sure.
21          And I'm going to ask you to clarify
22  what you just said.
23          Do you know for a fact that the Chorus
24  Master has determined the performances by the fall

1  auditions prior to the following season?
2    A   I believe the Chorus Master will be aware
3  of the operas that the opera company is going to do
4  in the upcoming season.
5    Q   He might have a general idea, correct?
6    A   Correct.
7    Q   Okay.
8    A   As well as, as listed in these duties,
9  assistance with development of seasonal budgets for
10  the chorus to ensure accurate reflection of rehearsal
11  and performance scheduling requirements and
12  cost-effective utilization of chorister hours.
13    Q   So when you audition in the fall of any
14  given season for the following season, you may be
15  auditioning for one opera, you may be auditioning for
16  eight.  You don't not at that point; isn't that
17  right?
18    A   Correct.
19    Q   And my question previously was, would you
20  agree that the choristers selected depends on the
21  final selection of the performances for the following
22  season?  Would you agree with that statement?
23    A   I'm going to ask you to clarify the
24  question.

1    Q   Sure.
2    A   Are you asking specific choristers, or are
3  you asking about chorus numbers, how many?  Or are
4  you asking about specific choristers?
5    Q   Both, really.
6    A   Okay.
7    Q   I mean, if the performances -- The
8  selection of performances governs the number and the
9  particular choristers that are selected for the
10  following season.  Would you agree with that
11  statement?
12    A   I want to break that into parts.
13    Q   Okay.
14    A   The first part is numbers, how many
15  choristers are in an opera.
16          So if there's an opera that they need
17  beyond 48 for, they're going to engage the Core
18  Supplemental Chorus.  In some cases, they need all
19  12.  And in some cases, they might need just men or
20  just women or less than that number.
21    Q   Okay.
22    A   So that's the first part of your question.
23    Q   All right.  So let me stop you for a
24  second.

1          So the ultimate selection of the
2  performances for a season may dictate how many
3  choristers are needed for those performances?
4    A   Correct.
5    Q   Okay.  Then we talked about particular
6  choristers.
7          Is that also true for particular
8  choristers, do the actual performances that are
9  scheduled dictate which particular choristers are
10  selected?
11    A   I don't know.
12    Q   Okay.  So would it be fair to say, as you
13  started to allude to previously, that if a particular
14  performance needed more men, that only men from the
15  Core Supp might be selected to perform for those
16  operas?
17    A   Correct.
18    Q   And if a particular opera needed a lot of
19  women, the Chorus Master might select all members of
20  the Core Supp and members of the Supp to perform for
21  that opera?
22    A   Correct.
23    Q   Is that fair to say?
24    A   And seniority has been a factor.

1        So if they need just a few additional
2  people, they would go with those that have been there
3  longer.
4      Q   How do you know that?
5      A   I believe there was an example of that when
6  I was in the full-time chorus when they did The Magic
7  Flute.  And I believe they only needed a few extra
8  women, they did not use the entire Core Supplemental
9  Chorus, and they went with seniority.
10        And I remember that, because it was a
11 bit of an issue in the dressing room.
12     Q   So, just to be clear, are you stating that
13 the Chorus Master is required to make selections for
14 the operas based on seniority?  Is that your
15 contention?
16     A   I'm not sure.
17     Q   Okay.  You don't really know whether or not
18 he has to pick more senior members; is that right?
19     A   I'm not sure.
20     Q   Okay.  Would you agree that the purpose of
21 the Core Supp is to supplement the Regular Chorus?
22     A   So I would like to clarify the word
23 supplement.
24        Are we saying supplement voices and

1  weaknesses in the chorus?  Or are we saying
2  supplement the numbers that are dictated by the
3  amount of people an opera needs?
4      Q   Are you privy to that information?
5      A   Well, there's an important distinction.
6      Q   Well, not exactly.
7        The CBA requires that if more voices
8  are needed, that after the Regular Chorus, the Chorus
9  Master then looks to the Core Supp, correct?
10     A   To supplement numbers.
11     Q   To supplement numbers, correct.
12     A   So we're talking about numbers right now.
13     Q   Right.
14        But do you have any knowledge as to
15 whether or not the Chorus Master has discretion over
16 the types of voices that he needs for supplementing
17 the Regular Chorus?  Do you have knowledge of that?
18     A   I'm sorry, I need the question clarified.
19        When you say supplementing the Regular
20 Chorus, are you talking about bodies, physical
21 bodies, as dictated by numbers; or are you talking
22 about supplement in terms of voices?
23     Q   In terms of voices.
24     A   So can you state the question again?

1      Q   Sure.
2        Do you know whether or not the Chorus
3  Master has the ability to select particular voices,
4  to have those voices supplement the Regular Chorus,
5  under the CBA or otherwise?
6      A   Under the CBA, it does not list that.  The
7  CBA does not list it.
8        The CBA talks about supplementing in
9  terms of numbers explicitly.  It does not talk about
10 supplementing in terms of deficiencies or something
11 that is lacking in the Regular Chorus.  It makes it
12 very clear, it's just talking about supplementing
13 numbers.
14     Q   The CBA also doesn't prohibit, though,
15 correct?
16     A   I don't believe so.
17     Q   Okay.  So if any Chorus Master, but Michael
18 Black in particular, needed more tenors in the
19 chorus, there's nothing that you know of that
20 restricts him from doing that; is that right?
21     A   Correct.
22        And, additionally, there's nothing
23 that restricts him from taking actions with the
24 Regular Chorus, to improve those deficiencies, should

1  he feel that there were some.
2      Q   Well, what do you mean by that?
3        He can't simply hire more than 48 for
4  the Regular Chorus?
5      A   No.  But there's also procedural things
6  that he can do, if he wanted to, over time to fix, if
7  he felt there were deficiencies in the Regular
8  Chorus.
9      Q   Right.
10        So if he thought that there were
11 repeat deficiencies in the Regular Chorus, say, for
12 example, he didn't have enough lower bases, there are
13 procedures under the CBA to train, coach, put on
14 notice, and eventually release a member from the
15 Regular Chorus; is that correct?
16     A   I did not review the CBA for today, but I
17 believe so.
18     Q   Okay.  Whereas, in the Core Supp and the
19 Supp, you have auditions every two years or every
20 year?
21     A   Correct.
22     Q   And so you only have a short-term
23 engagement with The Lyric as a member of the Core
24 Supp or the Supp.  Is that fair to say?

17 (Pages 62 - 65)

1    A    Correct.  The Core Supp is a two-year
2 engagement.
3    Q    Okay.  So there's no guarantee after your
4 two-year period that you'll be re-selected again following
5 the two-year period; is that right?
6    A    There's no guarantee.
7         But, again, we need to look at the
8 CBA, which does say that a chorister's past practice,
9 past experience, and certain other criteria should be
10 taken into account.
11    Q    Sure.
12         Your past experience with Lyric can be
13 considered as part of your evaluation for the
14 following season, correct?
15    A    Correct.
16         I would also like to mention that when
17 we do see our reviews, there are about six points
18 that we are evaluated on.  And so because there's six
19 points, it's very clear that we take other matters,
20 rather than just voice type, into account.
21    Q    Absolutely.
22         So, for example, looking at Exhibit 5,
23 the comments state a warm timbre and spinning
24 vibrato.

1    A    Uh-huh.
2    Q    Do you see that?
3    A    Yes.
4    Q    Support was mostly connected to breath.
5 That's another comment, correct?
6    A    Uh-huh.
7    Q    Good musicality.
8    A    Uh-huh.
9    Q    Do you see that language?
10    A    Correct.
11    Q    Would you agree that all of those things
12 are proper evaluations for a voice when determining a
13 position in the Core Supplemental Chorus?
14    A    They're among the qualities that one would
15 look for, correct.
16    Q    How about Point No. 4, voice blends very
17 well in the choral context, would that be a fair
18 consideration?
19    A    Yes.
20    Q    Some fluttering below the passaggio?
21    A    Uh-huh.
22         MS. HALL-JACKSON:  You have to say yes or
23 no.
24         THE WITNESS:  Yes.

1         MS. CANTRELL:  Q    What does that mean?
2    A    That is probably a note for improvement.
3    Q    Fluttering might mean that that's not --
4 Again, for the laypeople here --
5    A    It's a note for improvement.  Something
6 that could be improved upon.
7    Q    Some cautious singing at the top, and upper
8 notes took time to place.  What does that mean?
9    A    That would be a note for improvement.
10    Q    Did you agree with those two comments,
11 No. 5 and 6?
12    A    Our voices are different every day.  So on
13 that day, they were probably accurate.
14    Q    Okay.  Is it typical for you to take these
15 comments and do anything to make improvements, so
16 that the next audition might be different?
17    A    Absolutely.
18         In fact, I would like to speak to that
19 for a moment.
20         I took lessons with Stephen Smith, who
21 is one of the five voice teachers that Lyric Opera
22 recommended their regular choristers study with.
23    Q    Just to clarify, would that have been after
24 this November 2013 audition; or at a different point

1 in time?
2    A    Correct.  After this, I believe.
3    Q    So you took these comments as having some
4 areas for improvement.  And then took action to try
5 to make those improvements; is that right?
6    A    Absolutely.
7    Q    Okay.  Jumping back to the conversation we
8 were just having about the Core Supp and its position
9 to supplement the Regular Chorus, whether in terms of
10 vocal quality or in terms of numbers, would you agree
11 with me if I said that part of the factor in
12 selecting choristers is to address what the Regular
13 Chorus might be lacking in terms of vocal quality or
14 vocal strength?  Is that a fair statement, yes or no?
15    A    It could be.
16    Q    Okay.  So I know we talked a little bit
17 about procedures that a Chorus Master could take to
18 address deficiencies in the Regular Chorus.  But
19 because it takes a three-year period to make changes
20 to the Regular Chorus, would one way to supplement
21 any vocal deficiencies be by hiring someone with
22 those strengths in the Core?  Is that one way to
23 address deficiencies in the Regular Chorus?
24         Do you need me to give you an example?

18 (Pages 66 - 69)

1    A    Uh-huh.
2    Q    All right. So you have a Regular Chorus.
3  And you've got performances coming up that are strong
4  alto performances, require a lot of middle range type
5  notes in that opera.
6    A    Uh-huh.
7    Q    But you have a lot of high sopranos in the
8  Regular Chorus. Would one way to address those
9  deficiences in the Regular Chorus be to hire more
10  altos in the Supplemental Chorus or the Core
11  Supplemental Chorus?
12    A    I suppose so.
13    Q    Okay.
14        All right. We'll get back to that in
15  a minute.
16        Would you agree that the Chorus Master
17  auditions all singers applying for the chorus
18  regardless of the level?
19    A    I apologize. I just spaced out for a
20  second.
21    Q    That's okay.
22        Would you agree that the Chorus Master
23  auditions all singers applying for positions in the
24  chorus, whether it's Regular, Supplemental, or Core?

1    A    Yes.
2    Q    Does the Chorus Master have an opportunity,
3  as far as you know, to hear all choristers on an
4  annual basis?
5    A    All choristers?
6    Q    Yes.
7    A    No.
8    Q    Okay. Are you always allowed to have an
9  AGMA representative at an audition with you?
10    A    Yes.
11    Q    Does that AGMA representative give any type
12  of input to your performance during an evaluation?
13    A    No, not to my knowledge.
14    Q    You mentioned earlier that in your
15  auditions for Lyric, there might have been other
16  people sitting in on the audition in addition to the
17  Chorus Master. Do you know if any of those people
18  ever gave feedback to the Chorus Master?
19    A    I don't know.
20    Q    Okay. Regardless of whether or not any
21  particular Chorus Master got feedback from anyone
22  else in the audition, would you agree that it was the
23  Chorus Master's decision as to whether or not to
24  re-engage you for any particular season?

1    A    Yes.
2    Q    And, again, Regular Chorus members do not
3  have to re-audition every season; is that right?
4    A    Correct.
5    Q    So just to sum up a little bit of what
6  we've just been discussing, you were hired as a
7  member of the Core Supplementary Chorus at the Lyric
8  Opera for the 2012, 2013, 2014, and 2015 seasons; is
9  that right?
10    A    Correct.
11    Q    Were you over the age of 40 for each one of
12  those seasons?
13    A    Yes.
14    Q    And for the last three 2013, 2014, and
15  2015, was Michael Black the Chorus Master?
16    A    Yes.
17    Q    For the 2012 season, was that the rotating
18  season; or was that Martin Wright's season?
19    A    That was Martin Wright's season.
20        MS. HALL-JACKSON: To be clear, you said
21  2014?
22        MS. CANTRELL: 2012.
23    Q    Okay. When we looked at Exhibit 5, this
24  was a critique from your November 9th, 2013

1  re-audition; is that right?
2    A    Yes.
3    Q    Under the AGMA contract, the next time you
4  were required to re-audition for a position in the
5  Core would have been in the fall of 2015; is that
6  correct?
7    A    Correct.
8    Q    I'm going to hand you Exhibit 8.
9        (Defendant Exhibit 8 marked as
10        requested.)
11        MS. CANTRELL: Q  You auditioned for the
12  2016-17 season at The Lyric on October 9th, 2015; is
13  that correct?
14    A    Yes.
15    Q    And looking at this document, it appears
16  you sang two arias. One from La Wally, and one from
17  Susannah; is that right?
18    A    Correct.
19    Q    In reviewing the comments, the first
20  comment states: Medium-sized voice with warm timbre;
21  is that right?
22    A    Correct.
23    Q    What does that mean to a layperson?
24    A    Medium-sized voice I think speaks for

1 itself. And warm is, in my opinion -- Well, I would
2 say, generally considered a favorable term.
3    Q    And I don't know if I'm just speaking for
4 myself or everyone else here, but I'm not sure
5 medium-sized voice speaks for itself.
6         Does that mean projection, does that
7 mean loudness, does that mean strength? What does
8 that mean, when you say medium-sized?
9    A    All of those.
10    Q    Okay. Would a medium-sized voice need
11 improvement to become a large-sized voice, or is a
12 medium-sized voice something that would be
13 appropriate for a chorus?
14    A    Well, if you look at all the chorus
15 reviews, you'll see there's all sorts of voices in a
16 chorus. A chorus needs all kind of voices.
17    Q    Okay. So you didn't necessarily take
18 medium-sized voice as a critique. Would that be
19 fair?
20    A    As a criticism?
21    Q    Correct.
22    A    No, absolutely not.
23    Q    What about vibrato was spinning when voice
24 was connected to support, which was inconsistent. Is

1 that a critique, or is that a favorable comment?
2    A    The first part of it is favorable. Which
3 was inconsistent means there's room for improvement.
4 But there's no way to know how much was considered
5 inconsistent. Was that 5 percent, 1 percent, 20
6 percent, 80 percent?
7    Q    Let's look at the third bullet point. Some
8 intonation issues involving flatness. This was most
9 notable in middle-to-lower-middle range, and is
10 problematic for choral compatibility.
11         What does that mean to you?
12    A    That would indicate an area of improvement.
13    Q    No. 4. When voice was off breath, sound
14 quality did not have much core.
15         Is that a critique or a favorable
16 comment?
17    A    That would mean an area of improvement.
18 However, it wasn't, again, clear if we're talking
19 about a few notes.
20         I will say, at this point, that as a
21 Soprano I, the repertoire I chose specifically was
22 showing high notes, since that's what I was
23 consistently hired for, Soprano I. So usually the
24 repertoire with high notes shows that off, the best

1 part of my voice.
2         So I wasn't picking repertoire to
3 highlight the middle or lower part of my voice.
4    Q    The last bullet point says: A musical
5 performance, with good dramatic presence.
6         Would you consider that a compliment
7 or a critique?
8    A    A very favorable comment.
9         And I will note that that was much
10 stronger than the audition that I had previously. So
11 I took great strides to present a stronger musical
12 and dramatic performance than my 2013 review.
13    Q    Okay. At this point, in October of 2015,
14 did you know the performances set for the 2016-17
15 season? Did you personally?
16    A    No, I did not.
17         But I would like to add something at
18 this point, if that's appropriate.
19    Q    Why don't we come back to that in a minute.
20 I may hit on it.
21    A    Sure.
22    Q    During this audition in October of 2015,
23 was the Chorus Master still Michael Black?
24    A    Yes.

1    Q    And would you agree that as the Chorus
2 Master, he decides who to select for the choruses
3 based on the upcoming season?
4    A    Correct.
5    Q    Who else was present for your October 9th,
6 2015 audition?
7    A    The pianist; somebody, I believe, sitting
8 next to him at the table; and definitely an AGMA
9 representative. But I don't know who it was.
10    Q    Was Bob Prindle present at your 2015
11 audition?
12    A    If Bob Prindle was AGMA representative at
13 the time, he might have been. But I don't believe
14 so.
15    Q    Do you remember Bob Prindle being present
16 at your 2015 audition?
17    A    I do not.
18    Q    And Bob Prindle was not the Chorus Master,
19 correct?
20    A    Correct.
21    Q    Bob Prindle did not have a say in staffing
22 decisions for operas at The Lyric, correct?
23    A    Correct.
24    Q    Was Martin Poock present at your October

20 (Pages 74 - 77)

1 2015 audition?

2   A  No.

3   Q  And Martin is not the Chorus Master and is

4 not in charge of staffing production, correct?

5   A  Correct.

6   Q  Was John Fascia present at your

7 October 9th, 2015 audition?

8   A  No.

9   Q  Was John facia have any input?

10   A  And it's just for the record pronounced

11 fascia.

12   Q  How about Diane Moses, was she present at

13 your October 2015 audition?

14   A  No.

15   Q  And Diane is not in charge of staffing

16 musical productions at the Lyric Opera; is that

17 right?

18   A  No. They do have relationships to the

19 Lyric Opera chapters, though.

20   Q  But she doesn't select choristers for any

21 of the performances, correct?

22   A  Correct.

23   Q  Did you receive a copy of this critique on

24 or about October 27th of 2015 --

1   A  I did.

2   Q  -- marked as Exhibit 8?

3   A  Uh-huh.

4   Q  Can you tell me which of these comments are

5 related to your age?

6   A  I'm sorry, can you please clarify the

7 question?

8   Q  Do you see anything on this letter that's

9 related to your age?

10   A  No, I do not.

11   Q  Do you agree with some of the negative

12 comments or the criticisms that are listed on this

13 critique letter?

14   A  Well, I'd need to put some things in

15 context. So I would like to speak at this point.

16   Q  All right. But if you don't mind, just

17 answer the question first.

18       Do you agree with any of these

19 critiques listed on this evaluation letter? Or did

20 you at the time?

21   A  On that particular day, there may have been

22 some issues that needed improvement.

23   Q  Okay. Each performance or each audition

24 that you give might be slightly different, correct?

1   A  Correct.

2   Q  So your voice might have more spinning one

3 day and not as much the next day. Would that be fair

4 to say?

5   A  Correct.

6   Q  Your voice -- One of the comments here

7 talks about intonation issues involving flatness.

8 That might be coming off of, you know, a cold or

9 weather changes or some other outside factor that

10 could be affecting your voice; is that correct?

11   A  Correct.

12   Q  Is it your contention that there were other

13 factors that influenced your performance during this

14 October 9th re-audition?

15   A  There were no significant factors that

16 influenced my performance other than just what you

17 mentioned, the day.

18   Q  Okay. Based on this critique letter and

19 some of the issues that we discussed in this

20 evaluation, do you believe you should have been hired

21 for the 2016-17 season at The Lyric?

22   A  I do.

23   Q  Why?

24   A  And I would like to speak to this.

1   Q  Okay. Go ahead.

2       I asked you why. So you can go ahead

3 and explain.

4   A  Okay. So if we go back to December 2014,

5 they were holding auditions for Carousel, the

6 musical. And not to get into a lot of explanation

7 about that, but they have to offer, I believe, 12

8 positions in the musical to Regular Chorus members.

9 There were about four or five positions or six,

10 perhaps, that were offered to non-Regular Chorus.

11 And there were probably 50 to 100 people that

12 auditioned for that spot. It was open.

13       I was on the short list for that

14 audition. And so that means that if somebody had

15 dropped out, I probably would have been hired. And

16 so that shows that I was considered to be a favorable

17 singer with the company. Michael Black was among the

18 people hearing that audition.

19       In February of 2015, and the sign-up

20 sheet might have been posted a little bit before

21 that, Michael Black offered 45-minute individual

22 coachings to each of the 12 Core Supplemental members

23 at Lyric Opera. And, as we realize, this is in

24 advance of the -- about 7 months before the 2015 fall

1 audition.

2       There were 12 slots.  And I remember
3 that each of them were filled, which would indicate
4 that each chorister in the Core Supp thought it was a
5 good idea to accept this coaching with him, private
6 coaching, and come in at our own time and expense.
7 To show, again, a good faith effort that we wanted to
8 improve upon anything that he felt was concerning.

9       So I had a coaching with him on
10 Valentine's Day, February 14th, 2015.  And during
11 that 45-minute coaching with him, I sang the La Wally
12 and Ain't It A Pretty Night.  The two same arias that
13 I sang in 2015 for my audition.  And I worked with
14 him on those arias.

15       So at no point in that coaching did he
16 say, I'm noticing your lower voice being problematic,
17 I am noticing a pitch issue, I'm noticing that I want
18 more sound down there, I don't like your repertoire
19 choices.  At no point was there any indication that
20 there was something that I needed to improve upon.
21 And the only thing we really worked on were musical
22 phrases.  And my review does suggest a musical
23 performance with good dramatic presence.  So we did
24 work on musical issues.

1       Prior to that, in 2014, I had done a
2 week-long seminar with Stephen Smith, a 7-day
3 workshop with him, all day, which is one of the
4 teachers at Northwestern, he's at Northwestern, that
5 Lyric Opera approves their Regular Chorus to study
6 with.  In fact, they give the Regular Chorus one free
7 lesson with one of five approved teachers every year,
8 showing how valuable it is to keep your voices up.

9       I did a week-long seminar with him.
10 And, again, I did that week-long seminar in the
11 summer of 2015.  It was $650, that I paid for out of
12 my own expense, to show a good faith effort in
13 keeping up my voice, working on those arias in
14 particular, and I also had a steady stream of lessons
15 and coachings through that to prepare for my
16 audition.

17   Q   Okay.  So I'm going to stop you there for a
18 second.

19   A   Yeah.

20   Q   Is it fair to say, to sort of sum up what
21 you've just described, that during 2014 and 2015, you
22 continued to work on improving your voice?

23   A   That is correct.  And we all do.  It's a
24 common practice with choristers.  We're always taking

1 voice lessons throughout our entire career.

2   Q   Okay.  But being selected on the short list
3 for Carousel in 2014, does that have any bearing on
4 your selection toward being a member of the Core in
5 the 2016-17 season?

6   A   It doesn't.  But what it does indicate is
7 that Michael Black was feeling I was singing very
8 well at that time.

9   Q   And when you sang for him in the spring or
10 in February of 2015, did that performance have any
11 bearing on your audition in October of 2015?

12   A   So it wasn't a performance.  It was a
13 coaching.

14   Q   Okay.

15   A   And so --

16   Q   But, again, I'm going to stop you a second.

17       Did that coaching in February of 2015
18 have any contractual bearing on your audition for
19 October of 2015?

20       So, for example, if auditions, under
21 AGMA, are to be held in the fall of every season for
22 the following season, does a Chorus Master look at
23 prior auditions to make that decision for the
24 following season, if you know?

1   A   There's nothing contractually, because that
2 was the first time that had been ever offered by a
3 Chorus Master.  So there was no precedence on that.

4   Q   Okay.  So it's your contention that because
5 you were singing repeatedly for Michael, that even if
6 you had a poor audition on October of 2015, he should
7 have considered those other factors in making his
8 decision.  Is that what you're stating?

9   A   So I'm going to break this down into parts.
10 Okay?

11       So, first of all, I would have
12 expected, if there was something of concern, that it
13 would have been brought up on February 14th, knowing
14 that I'm going to audition.  Right?  Knowing that I'm
15 going to audition in the fall of 2015 and honoring a
16 good employee, the CBA says you should always try to
17 consider people that have been good employees.  And I
18 had been an excellent employee up to that point.

19       So, first of all, nothing was
20 mentioned that I needed to improve upon in that
21 February 14th, 2015.

22   Q   Let me just interrupt you for a second.

23       Is it possible that you had a good
24 performance in February of 2015 and not as good of a

1 performance on October 9th of 2015?
2    A    I can't speak to that.  But what I can
3 speak to --
4    Q    Well, you can speak to it, because you
5 didn't get any comments from February of 2015,
6 correct?
7    A    Okay.
8    Q    And you did get negative comments in
9 October of 2015.
10    A    Okay.  So I will assume that I sang well.
11    Q    In February, right?
12    A    In February.
13    Q    You didn't get any negative comments from
14 Michael in February of 2015?
15    A    Correct.
16    Q    Okay.  In October of 2015, you did receive
17 negative comments, correct?
18    A    I did receive negative comments, but I
19 would like to say a few things about that audition.
20    Q    Okay.  Go ahead.
21    A    So I was waiting in that hallway before
22 that audition, as we all do, about 20 minutes before.
23 And I did hear, because you can hear through the
24 door, about three people who were singing before me.

1 A gentleman, and then two sopranos.  And although
2 we're not actively listening to them, you can hear
3 people.  The singers and the pianist are near the
4 door.  And the people listening are at the far end of
5 the room.
6        So the three people before me were all
7 asked -- And I can't say that they were asked,
8 because I didn't hear the question, but they stopped
9 multiple times and started multiple phrases at the
10 end, when they sang their two pieces.
11    Q    Do you know who those three people were?
12    A    There was a man, I believe it was a bass.
13 And the two women were Suzanne Kszastowski, and I'm
14 not going to know how to spell that, and Kaileen
15 Miller.
16    Q    You were not physically in any of those
17 auditions, correct?
18    A    No.  I heard through the door.
19    Q    And you're not the decision-maker for any
20 of those evaluations, correct?
21    A    Correct.
22    Q    Okay.  So --
23    A    When I sang my audition, I was not asked to
24 repeat any phrases.  I was told, thank you very much.

1 And I left.
2        So if there had been such a
3 deterioration in my voice from February 14th, 2015 to
4 October, why wasn't it addressed in the room?  In any
5 audition setting?
6        A person that came in to do a
7 voluntary coaching, that did exemplary work, all of a
8 sudden you're hearing something different.  Why
9 wouldn't you ask them to stop and repeat a phrase if
10 you heard something that you didn't hear seven months
11 earlier?
12    Q    But you did have an opportunity to
13 re-audition in March of the following year, correct?
14    A    I did.
15    Q    Okay.  So even if Michael may not have
16 stopped you during your audition in October of 2015,
17 he did give you an opportunity to re-audition for a
18 member for the 2016-17 season?
19    A    As a member of the Supplemental Chorus.
20 The Core Supplemental Chorus had already been closed
21 out.
22    Q    Okay.  And, in fact, you were hired as a
23 member of the Supplementary Chorus for the 2016-17
24 season; is that correct?

1    A    Correct.
2    Q    The difference being, you did not sing in
3 as many operas as members of the Core, correct?
4    A    There are several differences.
5    Q    You didn't sing in as many operas; is that
6 correct?
7    A    Correct.
8    Q    Other differences may have been a lower
9 hourly rate and a lower paid performance rate,
10 correct?
11    A    Yes.  Correct.
12    Q    So just to back up to what you were saying
13 previously, is it possible that you had a good
14 performance for Michael and a good coaching session
15 with Michael Black in February of 2015, and you had
16 a -- I won't say poor, but a lesser performance in
17 October -- on October 9th of 2015?
18    A    I don't believe I did.
19    Q    Okay.  But, again, based on the comments
20 that you received from the person in charge of hiring
21 you, you didn't have negative comments in February,
22 but you did have negative comments in October,
23 correct?
24    A    Uh-huh.

23 (Pages 86 - 89)

1  Q  You didn't believe those comments.  Is that
2  what you're saying?
3  A  I don't believe those comments.
4  Q  Okay.  So you disagree that you had
5  intonation issues involving flatness in October of
6  2015; is that right?
7  A  I may have had a few instances of that.
8  Q  It's possible October 9th just wasn't your
9  day.  And if you had sang on October 10th, you may
10  have had a different performance?
11  A  It's possible.
12  Q  Okay.  Is it common in vocal performances
13  that one day you hit it out of the park, and you
14  sound great.  And the next day you might think, oh,
15  that wasn't my best performance?
16  A  I felt it was a strong performance.
17  Q  That wasn't my question.
18  A  It's possible, yes.
19  Q  Okay.  So based on the comments from this
20  October 9th evaluation, specifically where there's a
21  comment that says the intonation issues in the
22  middle-to-lower-middle range is problematic for
23  choral compatibility, were you concerned that you may
24  not get re-engaged for the 2016-17 season?

1  A  When I saw these comments?
2  Q  Yes.
3  A  Yes.
4  Q  Okay.  What did you do about that?
5  A  I believe that at the time I received this,
6  I also received an e-mail that said we could talk to
7  Michael about our comments.
8  Q  And did you in fact talk to Michael about
9  your comments?
10  A  I did.
11  Q  And when was that?
12  A  Shortly thereafter.  Maybe within a
13  three-week period of receiving this letter.  I'm not
14  sure.
15  Q  Okay.
16  MS. CANTRELL:  I'm going to mark this
17  Exhibit 9.
18  (Defendant Exhibit 9 marked as
19  requested.)
20  MS. CANTRELL:  Q  If I said this was the
21  non-re-engagement letter following your 2015 audition
22  for the 2016-17 season, would you agree with that?
23  A  Yes.
24  Q  The letter is actually dated 2014.  Does

1  that just appear to be a typo to you?
2  A  That does seem to be an issue of concern.
3  Q  Is it possible that it was just misdated?
4  A  It's a possibility.
5  Q  But, in fact, you were not re-engaged for
6  the 2016-17 season in the Core; is that correct?
7  A  Correct.
8  Q  Were you re-engaged in the Supplementary
9  Chorus?
10  A  Yes.
11  Q  For the 2016-17 season?
12  A  Uh-huh.
13  Q  Is it your contention that these comments
14  in Exhibit 8, the October 9th, 2015 audition, is it
15  your contention here today that these comments were
16  based on your age and seniority?
17  A  Yes.
18  Furthermore, I would like to add that
19  if it says that my voice is problematic for choral
20  compatibility, why was I rehired at all.
21  Q  Well, in fact, you weren't rehired in the
22  Core, correct?
23  A  Yes, but it doesn't say that.  It says
24  choral compatibility.  That means your ability to be

1  in any kind of chorus is under question.  And yet I
2  was hired to be back in the chorus.
3  Q  Right.
4  And you sang again for Michael in
5  March of 2016, correct?
6  A  Uh-huh.
7  Q  And at that point he made the decision to
8  place in the Supplementary Chorus, correct?
9  A  Correct.
10  Q  Would you say that you thought your March
11  2016 audition was better than your October 2015
12  audition?
13  A  I would not say that.  I believe they were
14  both strong auditions.
15  Q  Okay.
16  All right.  I'm going to move on to a
17  slightly different section.  So this might be a good
18  time to take a break.
19  (lunch break taken 11:23 a.m.)
20  * * *
21  (back on record 12:46 p.m.)
22  MS. CANTRELL:  Q  Christine, I'll just
23  remind you that you are still under oath.  And we'll
24  continue where we left off.

24 (Pages 90 - 93)

1          When we were last discussing this
2  case, we were talking about your non-re-engagement
3  for the 2016-17 season.  And we took a look at the
4  comment letter from October 27th of 2015.
5          You stated that you didn't see
6  anything in this letter that specifically related to
7  your age, and yet your contention in this case is
8  that you were discriminated against based on your
9  age.
10         Can you explain that to me?
11     A   My thought on that is that there were other
12  people that experienced something similarly.  And so
13  if we look at that across the board, that would
14  explain age discrimination.
15     Q   So do you have anything specifically that
16  you can point to, just with respect to yourself, that
17  indicates age discrimination from the Lyric Opera?
18     A   Just specifically to myself?
19     Q   Yes.
20     A   I was over the age of 40.  And I would have
21  been, had I remained, at the highest tier of pay for
22  the Core Supplemental Chorus.  So I would have been
23  more expensive to hire than someone new, with less
24  experience, that was younger.

1     Q   Okay.  I'm going to ask you to explain that
2  in a second.  But weren't you also over the age of 40
3  in the 2012, 2013, 2014, and 2015 season?
4     A   Yes, that is correct.
5     Q   So is the only difference between the 2015
6  season and the 2016 season a difference in seniority?
7     A   So let's break that down into parts.
8          So --
9     Q   Well, wait a second.
10         First answer my question, and then
11  we'll delve a little deeper.
12     A   Correct, I was over the age of 40 during
13  all those auditions.
14     Q   Okay.  So Michael Black hired you as a
15  chorister in the Core Supp Chorus when you were over
16  the age of 40?
17     A   Correct.
18     Q   However, between 2015 and 2016, you would
19  have been at a different level of seniority; is that
20  correct?
21     A   Correct.
22     Q   So let's talk a little bit about seniority.
23         That's governed by the AGMA contract,
24  right?

1     A   Correct.
2     Q   Can you explain, in your own words, the
3  various levels of seniority for a chorister at The
4  Lyric?
5     A   Yes.
6          There's 1 year, there's 2 to 5 years,
7  there's 6 to 9 years, and then there's basically 9
8  years and over, 9 to 10 years, and then it all falls
9  into one category.
10         So the Regular Chorus, the Core Supp,
11  and the Supplemental all have those four tiers.
12     Q   And how do you acquire seniority?
13     A   If you're in the Regular Chorus, I believe,
14  one year counts as one year.  If you're in the Core
15  Supplemental Chorus, I believe it depends on how many
16  operas that you're in.
17         So, if I remember correctly, if you're
18  over half of the operas, it counts as half of your
19  seniority.  And if you're under half of the operas,
20  it counts as less than -- as less than that.
21     Q   Do you remember how much?
22     A   I think it might be a quarter year, but I'm
23  not sure.
24     Q   Okay.  And all of this is dictated in the

1  Collective Bargaining Agreement, correct?
2     A   Correct.
3     Q   Was there a difference -- Scratch that.
4          Did you move from one category of
5  seniority to another -- or would you have moved from
6  one category of seniority to another category of
7  seniority for the 2016-17 season?
8     A   Yes.
9     Q   And which categories were those?
10     A   I was at 8-and-a-half years.  I had
11  accumulated a lot of seniority, because I was full
12  time for 6 years.
13     Q   You were at 8-and-a-half years during what
14  period of time?
15     A   During my 2015 audition, re-audition.
16     Q   And I believe you stated the next level of
17  seniority up from there would have been 9 years; is
18  that correct?
19     A   Correct.  The highest level, correct.
20     Q   And what would having obtained 9 years of
21  seniority have entitled you to?
22     A   It would have entitled me to about an
23  8-dollar-an-hour pay increase, roughly $8.  It would
24  have entitled me to a per-performance rate increase

1 of about -- I'm thinking $30, around there. And
2 since unemployment and retirement benefits are
3 reflected in those fees, it would have added more to
4 those fees as well.
5 Q So there's a monetary component when you
6 gain additional seniority under the Collective
7 Bargaining Agreement?
8 A Correct.
9 Q Okay. Is seniority based on age or on
10 years of service?
11 A Years of service.
12 Q So could you have someone who's under the
13 age of 40 who had gained the same amount of seniority
14 as you did, as someone over the age of 40?
15 A Rarely.
16 Q So if someone were hired when they were 25
17 in the Regular Chorus, for example, and worked nine
18 seasons, they would also be at the highest tier of
19 seniority; is that correct?
20 A If we're talking about the Regular Chorus,
21 it counts one year per one year, exactly.
22 Q Okay. Whereas, for the Core Supplemental
23 Chorus, you gain seniority by the number of
24 productions that you're in?

1 A Correct.
2 Q So it may take a little bit longer to gain
3 that same level of seniority. Is that a fair
4 statement?
5 A Correct.
6 Q Okay. For the record, I think I may have
7 been discussing performances and productions
8 interchangeably.
9 A Easy to do.
10 Q Okay. But when we're talking about the
11 number of operas during a given season, those are
12 productions, correct?
13 A Correct.
14 Q And then you're paid per performance. And
15 so one opera may have 10 performances?
16 A Correct.
17 Q Okay. Got it. Thank you.
18 Is it your contention here today that
19 the Lyric Opera did not hire you for the 2016-17
20 season because you were going to obtain that next
21 level of seniority; and, therefore, be a more
22 expensive chorister?
23 A Yes.
24 Q Is that your only evidence of age

1 discrimination?
2 A No.
3 Q What other facts do you have to support
4 your claim of age discrimination?
5 A That there were other people that this
6 happened to.
7 Q Okay. But relating specifically to you, is
8 it your contention that your seniority played a role
9 in the decision whether or not to engage you in the
10 2016-17 season?
11 A Can you say that question again, please.
12 Q Sure.
13 As it relates only to you, is it your
14 contention that your seniority played a role in
15 whether or not to re-engage you for the 2016-17
16 season?
17 A Yes.
18 Q Were there any other factors that you
19 believe contributed not to re-engage you for the
20 2016-17 season?
21 And, again, we're just talking about
22 you. We're not talking about anyone else or what you
23 believe was happening with other people in The Lyric.
24 As it relates to you, were there other

1 factors, other than seniority, that contributed to
2 not hiring you for the 2016-17 season in the Core
3 Supp?
4 A Age discrimination with accompanying
5 seniority.
6 Q Okay. So what other examples of age
7 discrimination do you have, other than the seniority
8 issue that we just talked about, assuming that that's
9 a valid age discrimination factor?
10 A As relating to me, I can only point to
11 that.
12 Q Right. Okay.
13 So we're going --
14 A I'm sorry, I don't mean to go around.
15 Q That's okay. I'm just going to restate it,
16 just so that we're clear for the record.
17 Your allegations in this complaint are
18 that your seniority is an example of age
19 discrimination. Is that your contention?
20 A Yes.
21 Q Okay. Aside from seniority, do you have
22 any evidence of age discrimination?
23 A As it relates to me?
24 Q Yes.

26 (Pages 98 - 101)

1    A    No.
2    Q    Okay.  Did Michael Black ever discuss your
3  age with you as it related to your vocal performance?
4    A    No.
5    Q    You stated earlier that you didn't see
6  anything in this comment letter marked as Exhibit 8
7  that specifically related to your age, correct?
8    A    Correct.
9    Q    Does a chorister's voice change as they
10  age?
11    A    It can.
12    Q    Do you believe that you have any signs of
13  aging in your voice?
14    A    No, I believe I do not have any signs of
15  aging in my voice.
16    Q    Is there anything -- Has anyone ever told
17  you that you have signs of aging in your voice?
18    A    Let me clarify that question.
19          The voice does change as it gets
20  older.
21    Q    Okay.
22    A    But the change is not necessarily bad.
23  That's why many people at Lyric Opera of Chicago
24  doing leading roles are, for example, older.

1    Q    Sure.
2    A    So there are things that happen when a
3  voice gets older, but they're not necessarily bad
4  things.
5    Q    What kind of things happens as the voice
6  matures?
7    A    It can get warmer.  It can go in all sorts
8  of different ways.  That's a broad question.
9    Q    It is.
10          But you've been a vocal performer --
11    A    Yes.
12    Q    -- since the mid 1990s.  So for over 20
13  years.  Right?
14    A    Uh-huh.
15    Q    Is there anything that you're aware of, as
16  far as changes in a voice, that happen as a result of
17  age?
18    A    Sometimes your repertoire choices will
19  change.
20    Q    Why?  How so?
21    A    You'll sing a fuller repertoire or
22  repertoire that has bigger orchestration underneath
23  or repertoire that might be more sustained as opposed
24  to coloratura, C-O-L-O-R-A-T-U-R-A.

1    Q    Okay.  As far as your vocal quality, things
2  like pitch, intonation, wobbliness, vibrato, do those
3  things change, for good or for bad, as you age?
4    A    They can.
5    Q    Can your pitch or your range change as you
6  age?
7    A    They can.
8    Q    No one at Lyric ever said to you that you
9  have any age-related changes to your voice; isn't
10  that right?
11    A    That's correct.
12    Q    Okay.  And you don't believe you have any
13  age-related changes to your voice, correct?
14    A    None that were negative.
15    Q    Okay.  We discussed earlier that you met
16  with Maestro Black following your October 2015
17  audition, correct?
18    A    Correct.
19          MS. CANTRELL:  I'm going to mark this as
20  Exhibit 10.
21          (Defendant Exhibit 10 marked as
22          requested.)
23          MS. CANTRELL:  Q  Can you tell me what
24  this document is.

1    A    It is a letter entitled Explanation of
2  Documents and Specifics Compiled by Christine Steyer
3  that I wrote and signed on June 8th, 2016.
4          MS. CANTRELL:  And I'm going to introduce
5  the next exhibit, which will be Defendant's Exhibit
6  No. 11.
7          (Defendant Exhibit 11 marked as
8          requested.)
9          MS. CANTRELL:  Q  I asked you earlier
10  whether or not you had an opportunity to talk to
11  Michael Black following your 2015 audition, and you
12  answered that you did.  Isn't that correct?
13    A    Yes, I did.
14    Q    Okay.  In looking at Exhibit No. 11, can
15  you tell me what this is?
16    A    This was an opportunity for us to speak
17  with Maestro Black about our auditions.
18    Q    And what is this actual document?
19    A    Oh, it is an October 28th -- A meeting sent
20  by Stephanie Karr to the Core Supplementary
21  Choristers.
22    Q    Okay.  So it's an e-mail, correct?
23    A    Yes, correct.
24    Q    And it says undisclosed recipients, but

27 (Pages 102 - 105)

1 then it's addressed Dear Core Supplementary
2 Choristers, correct?
3   A   Correct.
4   Q   Do you recall receiving a copy of this
5 e-mail?
6   A   Yes.
7   Q   And it's dated October 28th, 2015. So that
8 would have been after you received your comment
9 letter from October 27th, correct?
10   A   Correct.
11   Q   Was this the only notification you received
12 from The Lyric that you had an opportunity to discuss
13 your evaluation with Michael following your audition?
14   A   I believe so.
15   Q   Okay. And you did in fact take them up on
16 meeting with Maestro Black, correct?
17   A   Of course. Yes.
18   Q   All right. So now I'm going to go back to
19 Exhibit 10.
20      And if you'd turn to page 3, in the
21 first full paragraph it states: "In my December 2015
22 meeting with Maestro Black regarding my re-audition,"
23 and it goes on further from there. Correct?
24   A   Uh-huh.

1   Q   Based on this letter -- Well, you said this
2 was supplemental notes from Christine Steyer.
3      So, to be correct, you prepared this
4 document, correct?
5   A   Correct.
6   Q   Okay. So based on this document that you
7 prepared and a note at the top of page 3 that you met
8 with Michael Black in December of 2015, is it fair to
9 say that you had that follow-up meeting in December
10 of 2015 with Maestro Black?
11   A   Correct. Yes.
12   Q   Okay. You can take a look at this document
13 a little further, if you need to.
14   A   Uh-huh.
15   Q   But what did you discuss during this
16 December 2015 meeting with Michael?
17   A   Michael told me he was not planning to
18 rehire me in the Core Supplemental Chorus, and I
19 was -- I kind of had the wind knocked out of me,
20 frankly. I was shocked. For a number of reasons,
21 which I already discussed in this deposition. And so
22 I was very emotional at that point.
23   Q   It states here you mentioned to Michael
24 during the December 2015 meeting that you had

1 laryngitis two weeks prior to your audition.
2      Do you see that?
3   A   Uh-huh.
4   Q   Do you recall having laryngitis prior to
5 your October 2015 audition?
6   A   I believe that if I would have written it
7 in this document, then I did.
8   Q   Okay. So I had asked you earlier whether
9 or not like a sickness or the weather or something
10 like that may have affected your voice, and I don't
11 think you recalled anything specific.
12   A   Correct.
13   Q   In looking at this, does that help refresh
14 your recollection that you may have had factors that
15 were influencing your voice during the 2015 audition,
16 or do you feel like you had fully recovered by that
17 point?
18   A   I felt like I fully recovered at that
19 point.
20   Q   Okay. It also states here that he informed
21 you during this December 2015 meeting that you could
22 sing for him again in the general auditions in March
23 of 2016.
24      Do you see that language?

1   A   Uh-huh.
2   Q   It also states: "From our discussion, it
3 was my impression that if I were to sing well at
4 those auditions, I could regain my contract as a Core
5 Supplemental Chorister."
6      Do you see that language also?
7   A   Yes.
8   Q   So earlier you stated by the time the March
9 2016 auditions came around, the Core were already
10 selected and re-engaged.
11      So explain to me how you believed you
12 could still have been employed in the Core during
13 this December conversation, December 2015
14 conversation?
15   A   Okay.
16      First of all, I'd like to add that I
17 did not review this document before coming in today.
18   Q   Okay.
19   A   And that this is confusing history, with
20 all the years and the dates, for my mind to hold on
21 to.
22   Q   Understood.
23      But, again, you prepared these
24 document, correct?

28 (Pages 106 - 109)

1   A   No, I understand.

2   Q   Okay.  So feel free to take some time to

3   look at it.

4   A   So I would probably have to take a closer

5   look, more in depth, and find out exactly when that

6   Core Supplemental position was hired.

7       I'm not sure if I was able to

8   re-audition for that Core Supplemental position in

9   the spring, or if somebody that sang for Michael in

10  the fall had been bumped up at that point.

11      So I'm not trying to be evasive.  I

12  just simply don't remember exactly at that point.

13      I'm trusting what I wrote.  But,

14  again, it's very complicated.  And there is the

15  possibility of me making an unintentional mistake on

16  how that all worked.

17  Q   That's fine.

18      So it's possible that there may have

19  still been openings in the Core.  You just can't

20  state with certainty one way or another; is that

21  right?

22  A   We could probably find out.  But at this

23  point, I can't speak for certain about that.

24  Q   Okay.  It also says, "Under advice of

1   counsel, I decided to sing in the general auditions."

2       Who was that counsel that you relied

3   upon?

4   A   I believe it was Heidi Spoor, the AGMA

5   representative.

6   Q   Is she an attorney?

7   A   No, AGMA representative.  She's in the

8   chorus.

9   Q   Okay.  So this is another --

10  A   Oh, counsel.  I'm sorry.

11  Q   Do you remember speaking to an attorney

12  during December of 2015?

13  A   We spoke to our AGMA representative, John

14  Ward.  He's an attorney, a lawyer.

15  Q   Did Michael agree that you could

16  re-audition in March of 2016?

17  A   Yes.

18  Q   And you did in fact re-audition in March of

19  2016?

20  A   Yes.

21  Q   Please turn to the front page of Exhibit

22  10.

23      About two-thirds of the way down,

24  under documentation, there's a paragraph that says:

1   "Note:  On February 14, 2015, I had a 45-minute

2   private coaching with Maestro Black."

3       Do you see that language?

4   A   Uh-huh.

5   Q   Based on this note that you wrote and

6   prepared, is it fair to say that you did in fact have

7   a coaching session on February 14th of 2015?

8   A   Correct.

9   Q   Do you remember receiving any written

10  comments from Michael Black following your

11  February 14th, 2015 coaching session?

12  A   No.

13  Q   Do you have any -- Did you have any

14  coaching sessions with Michael between your meeting

15  with him in December of 2015 and your re-audition in

16  March of 2015 (sic)?  I'm sorry, March of 2016.

17  A   No, I did not.

18  Q   Okay.  Did you do anything to prepare for

19  that re-audition in March of 2016?

20  A   Absolutely.

21  Q   What did you do?

22  A   I took voice lessons.  And I also worked

23  with, I believe, Jared Mosby.

24  Q   Who's that?

1   A   He was the accompanist for that audition.

2   Q   Is he an employee of The Lyric?

3   A   Yes.

4   Q   Anything else that you can think of?

5   A   Other than voice lessons and coaching, no.

6   Q   Okay.  So who did -- And you just mentioned

7   working with an accompanist and having voice lessons?

8   A   Uh-huh.

9   Q   So is that the extent of the work that you

10  did between December of 2015 and March of 2016?

11  A   Yes.

12      But there would have been numerous of

13  those, not just one.

14  Q   Okay.  Do you recall about how many?

15  A   I do not.

16  Q   Okay.  Would you mind turning back to

17  Exhibit 8 briefly.

18      We discussed previously that Bullet

19  Point 4 and Bullet Point 5 were more critiques than

20  they were compliments, correct?

21  A   Sorry, Exhibit 8?

22  Q   Yes.

23  A   The 2015 review?

24  Q   Yes.

29 (Pages 110 - 113)

1    A   Actually, Point 5 is very complementary.
2    Q   I'm sorry, No. 3 and 4 on Exhibit No. 8,
3 which is the October 27th, 2015 letter.
4    A   Correct.
5    Q   There are five bullet points.  And I'm
6 asking about Bullet Points No. 3 and No. 4.
7    A   Okay.
8    Q   Would you agree that both of those bullet
9 points have comments that are critical?
10    A   They show methods for improvement.  They
11 show -- Sorry, they're comments to show areas of
12 improvement.
13    Q   Okay.
14    A   Correct.
15    Q   Are issues involving flatness in the
16 lower -- in the middle-to-lower-middle range
17 something that you specifically worked on in your
18 vocal coaching sessions and your music lessons
19 between December of 2015 and March of 2016?
20    A   There was no mention in my lessons of
21 flatness.  So I would have been working on the whole
22 voice, to be a better singer.  But there was no --
23    Q   I have to ask, though, like is that a yes
24 or no?

1        Is this something that you worked on
2 in your coaching sessions between December of 2015
3 and March of 2016?
4    A   I worked on my whole voice.
5        So I would have worked on the middle
6 voice, the lower voice, the upper voice.  Every part
7 of the voice.
8    MS. HALL-JACKSON:  Yes or no.
9    THE WITNESS:  So are you saying was I
10 working on flatness, or was I working on developing
11 the middle-to-lower range?
12        Can you separate out the question?
13    MS. CANTRELL:  Q  Sure.
14        Were you working on flatness?
15    A   No one brought to my attention that I had
16 flatness.  So no.
17    Q   Okay.  But Michael had mentioned it in
18 October of 2015?
19    A   Right.
20    Q   At any point did you take this comment
21 letter and show it to your vocal coach and say, look,
22 how do I improve on these two areas?  These are areas
23 of concern for the person who's supposed to hire me.
24 How do I work on this?

1        Did you ever discuss this particular
2 letter with a vocal coach following your audition?
3    A   Possibly.
4    Q   Do you recall, sitting here today, having
5 discussed this?
6    A   I do not recall.
7    Q   When you re-auditioned in March of 2016,
8 did you receive written comments from that
9 re-audition?
10    A   I don't believe I received them at the
11 time.  I might have received them in production, but
12 at the time I don't believe I did.
13    Q   Did you have any conversations with Michael
14 about your March 2016 re-audition?
15    A   No.
16    Q   Is it correct that auditions to the public
17 are also held in March of every season?
18    A   General auditions?
19    Q   General auditions, correct.
20    A   Yes.
21    Q   What is your understanding of why you were
22 allowed to re-audition in March of 2016?
23    A   It had been made known to Lyric that Martin
24 and I had a meeting with John Ward and members of

1 AGMA at the end of December 2015, Martin Poock and I.
2 And that there was some concern about age
3 discrimination, because of what had happened to both
4 Martin Poock and I, P-O-O-C-H, the other --
5    Q   P-O-O-C-K.
6    A   P-O-O-C-K.  Sorry.  Thank you.
7        And so I believe that there had been
8 some information that reached Lyric about some
9 concerns of age discrimination, either at the end of
10 December 2015 or the first few weeks of January 2016.
11    Q   In the exhibit we were just reviewing,
12 which is Exhibit 10, on page 3 you stated that in my
13 December 2015 meeting, Michael had told you you could
14 sing for him again in the general auditions of March
15 of 2016?
16    A   Uh-huh.
17    Q   So are you saying that you had made
18 complaints about age discrimination before that
19 December 2015 meeting?
20    A   I am saying that -- Before the December '15
21 meeting?
22    Q   Yes.
23    A   No.
24    Q   So when he offered you an opportunity to

1 sing for him again in March, no age discrimination
2 complaints had been made by that point, correct?
3    A   I hadn't been notified until that meeting
4 with him that I was no longer re-engaged.  So
5 correct.
6    Q   That wasn't my question.  So I'll start
7 again.
8        When Michael offered you the
9 opportunity in December of 2015 to re-sing for him in
10 March, no age discrimination complaints had been
11 filed by you yet, correct?
12   A   Correct.
13   Q   Okay.  And when you say that there were
14 concerns at The Lyric that, you know, the union had
15 been made aware that you had been reporting age
16 discrimination, do you recall when that was that you
17 then filed your allegation of age discrimination?
18   A   I believe it was in June of 2016, formally.
19   Q   Who did you first notify about your claims
20 of alleged age discrimination?
21   A   I believe Martin and I wrote a few pages
22 that we prepared, and that we submitted this letter
23 to several people at Lyric in June of 2016.  But I'm
24 not completely sure that that's the right date.

1    Q   Okay.  So I had asked you, in your own
2 words, why you think you were given the opportunity
3 to re-sing in March of 2016.  And your answer was,
4 because you had notified people about age
5 discrimination.
6        But, in fact, you hadn't notified them
7 by that point.  Correct?
8    A   So, just to clarify my point, I did have a
9 meeting with some AGMA representatives and Martin
10 Poock and John Ward in either -- after my meeting
11 with Michael or in the beginning of January.  And
12 there was some concern by AGMA, and I do believe that
13 there was something that was transmitted from AGMA to
14 Lyric, saying that they were concerned about this.
15   Q   But by that point, Michael had already told
16 you that you could re-sing for him in March, correct?
17   A   Correct.
18   Q   Okay.  So Michael offering you the
19 opportunity in December to re-sing for him in March
20 didn't have anything to do with any complaints that
21 you had made, correct?
22   A   Yes.
23        But, to clarify, I was allowed to
24 re-audition in March.  It wasn't something Michael

1 gifted me.  I was allowed to re-audition in March
2 anyway.
3    Q   Under the AGMA contract?
4    A   Yes.
5    Q   Okay.  So why do you think he mentioned it
6 to you during this December 2015 meeting?
7    A   Because I was completely broken down in his
8 office.  I had just gotten non-re-engaged.  I just
9 lost my job.
10        So it makes sense that a person will
11 try to do anything to make you feel better at the
12 moment.
13   Q   By the time you sang for Michael again in
14 March of 2016, do you know whether or not the regular
15 auditions had been completed?
16   A   What do you mean by regular auditions,
17 please.
18   Q   For the Regular Chorus, the general
19 auditions for the Regular Chorus.  Do you know if
20 those had been completed by the time you sang for
21 Michael in March of 2016?
22   A   I'm not sure.  I don't know if that was all
23 at the same time or if they were separate.
24        I believe it was during the general

1 auditions.  The general meaning, open to any
2 position.
3    Q   Is it fair to say that by March of 2016,
4 the Regular Chorus had already had all of their
5 auditions?
6    A   I don't know.
7    Q   Do you know at what point during the spring
8 of 2016 Maestro Black had an opportunity to hear the
9 full Regular Chorus all together?
10   A   I'm not sure if that was an audition year.
11 But if it was, then he would have heard them in, I
12 believe the fall.
13   Q   When you were a regular chorister for The
14 Lyric during your first employment there, what was
15 your experience in singing as a whole Regular Chorus
16 when did that occur.
17   A   Are you talking about the auditions or in
18 the chorus?
19   Q   In the chorus.
20   A   Can you please restate the question.
21   Q   When you were employed as a regular
22 chorister at The Lyric between 2000 and 2006 roughly
23 when was the first time the Regular Chorus sang
24 together as a group?

31 (Pages 118 - 121)

1    A    During the room rehearsal.

2    Q    When would that be?

3    A    That would be the beginning of August, the

4 first day that we would start work at the new season.

5    Q    Of the season?

6    A    Correct.

7    Q    At that point, were the productions for the

8 year already set?

9    A    Yes.

10    Q    When you sang for Michael in March of 2016,

11 was anyone else present in the audition with you?

12    A    Yes.

13    Q    Who was that?

14    A    I believe Jared Mosby was the pianist.  I

15 don't know the spelling, but it's in here.  Maestro

16 Black was there.  I believe there was somebody

17 sitting next to him at the table.  And an AGMA

18 representative, and I don't know who.

19    Q    Was it typical during 2014 to 2016 that

20 Stephanie Karr would sit in on these auditions?

21    A    I believe so, yes.

22    Q    Could that have been the person who was

23 attending the audition?

24    A    Absolutely.

1    Q    Do you know what her role was at these

2 auditions in 2014, 2015, and 2016?

3    A    I do not.

4    Q    Do you know what her position is with The

5 Lyric currently?

6    A    I think she received a change of job

7 description in the last couple years, but at the time

8 she was taking care of the chorus contracts.

9         Music administrator, I think.

10    Q    Was Martin Poock present at any of your

11 auditions in 2015 or 2016?

12    A    No.

13    Q    Was Bob Prindle present at either the

14 October 2015 audition or the March 2016 audition?

15    A    No.

16    Q    After your March 2016 audition, you were

17 not selected for the Core Supp Chorus, but you were

18 selected for the Supplementary Chorus; is that

19 correct?

20    A    Yes.

21    Q    Do you recall Michael Black telling you at

22 that time that he needed a soprano with a stronger

23 middle voice.  And by then he had heard the full

24 chorus, and made that determination?

1    A    I don't recall that at this time.

2    Q    If I were to show you an e-mail, would that

3 help refresh your recollection?

4    A    Sure.

5    Q    Which of course I didn't bring with me.  So

6 we'll come back to that.

7         Do you recall what performances -- no,

8 what productions were scheduled for the 2016-17

9 season?

10    A    I do not off the top of my head.

11    Q    Do you recall how many productions there

12 were scheduled for the 2016-17 schedule?

13    A    I believe there would have been eight,

14 probably plus some concerts and maybe a musical.

15    Q    And during the years you were engaged as a

16 Core Supplementary Chorister between 2012 and 2016,

17 how many productions would you sing in on any given

18 season, on average?  Or, if you know, I'll take

19 specifics.

20    A    I believe when I was in the Core

21 Supplementary Chorus for those years, we were in two

22 to three a year.

23         And had I remained in the Core

24 Supplementary Chorus for the 2016-17 season, I would

1 have been in five.

2    Q    How do you know that?

3    A    Because there were five operas that used

4 Core Supplementary Chorus.  And you can see the

5 rosters on that that were posted.

6    Q    And how many did you in fact sing in for

7 the 2016-17 season?

8    A    I sang in one.  One instead of five.

9    Q    And what production was that?

10    A    Les Troyens.  L-E-S capital T-R-O-Y-E-N-S.

11         MS. CANTRELL:  This is Defendant's Exhibit

12 No. 12.

13         (Defendant Exhibit 12 marked as

14         requested.)

15         MS. CANTRELL:  Q   This is a roster of the

16 Core Supplementary and Supplementary Chorus members

17 for the 2016-17 season.  Would you agree?

18    A    Correct.

19    Q    And, on the bottom, there's a note that

20 states: "Core Supplementary Choristers are printed

21 in Bold Type."

22         Do you see that language?

23    A    Yes.

24    Q    Would you agree that Jill Dewsnup and

32 (Pages 122 - 125)

1 Kaileen Miller, both Soprano I's, were members of the
2 Core Supplementary Chorister in 2016-2017?
3 A Yes.
4 Q How many operas or productions did Jill
5 Dewsnup sing in in the 2016-17 season?
6 A I don't know.
7 Oh, just one moment. Three.
8 Q And how many did Kaileen Miller sing in?
9 A Five.
10 Q And your name is on there as well, correct?
11 A Correct.
12 Q Not in bold, but listed as a Soprano I?
13 A Correct.
14 Q And which opera did you sing in?
15 A Les Troyens.
16 Q So I had asked you earlier, or perhaps you
17 just stated, that if you had been engaged as a Core
18 Supplementary Chorister for the 2016-17 season, you
19 would have sung in five productions, correct?
20 A Correct.
21 Q But Jill Dewsnup was engaged as a Core
22 Supplementary Chorister, and she only sang in three.
23 Correct?
24 A Correct.

1 Q So isn't it true that perhaps you would
2 have sung in five, but perhaps you would have only
3 sung in three?
4 A Well, this goes back to the question of
5 seniority, and the example that I gave earlier. That
6 there has been a past practice at Lyric that when
7 they don't use all the Core Supp, that they go with
8 seniority.
9 Q Okay. So I'd like to understand your
10 comments about seniority a little bit more.
11 Is it your belief or contention today
12 that Jill Dewsnup had less seniority than Kaileen
13 Miller?
14 A She did. It's a fact.
15 Q Okay. So when you state that it's past
16 practice for the Chorus Master to look at seniority,
17 how did that affect the number of productions that
18 Kaileen Miller sang in versus Jill Dewsnup?
19 A Kaileen Miller was in the Core Supplemental
20 Chorus longer. And there was an example going back
21 to -- and you can do research on this -- when I was
22 full-time chorister of The Magic Flute, where they
23 took choristers that had been there longer, when they
24 didn't use the entire Core Supp for production.

1 And so that's all I can speak to that.
2 Q Okay. You also had more seniority than
3 Jill or Kaileen, correct?
4 A Correct.
5 Q So you're not stating that the Chorus
6 Master has to pick someone from the Supplementary
7 Chorus and move them to the Core based on seniority?
8 That's not what you're saying today, right?
9 A No, no.
10 Q Okay. What you're saying is, if the Chorus
11 Master already knows he's going to need a certain
12 number of Core members, he might give more offers to
13 one Core member than another?
14 A Yes.
15 Q That's correct?
16 A That's correct.
17 And according to, again, the CBA,
18 which valued experience as being part of your value
19 as a chorister, that's where the issue of people that
20 are longer in the chorus would usually be the ones
21 that would be selected.
22 Q Okay. But just because you had more
23 seniority doesn't mean that you should have been
24 selected over Jill or Kaileen to be in the Core,

1 correct? Just based on your seniority alone.
2 A Correct.
3 Q Okay. So there were other factors, other
4 than seniority, that placed Jill and Kaileen in the
5 Core in the 2016-17 season; is that right?
6 A Correct.
7 Q Okay. Do you know what those are? Are
8 those the things that we discussed earlier today?
9 A They were younger, cheaper. Younger and
10 cheaper.
11 Q Okay. So is it your belief that saving
12 money was a factor in the decision not to re-engage
13 you for the 2016-17 season?
14 A Absolutely.
15 Q Okay. Have you ever sat in on any of the
16 auditions for Kaileen Miller or Jill Dewsnup?
17 A No.
18 Q Do you know whether or not they had a
19 stronger middle voice than you had?
20 A No.
21 Q Jumping back to Exhibit 10, please.
22 On page 2 -- I'm sorry, I guess it
23 really starts at the bottom of page 1. You say:
24 "Comments from someone who heard my re-audition. A

33 (Pages 126 - 129)

1 concern sent to me by a fellow chorister who was
2 outside the room during my re-audition in October
3 2015. This chorister's e-mail, completely
4 unsolicited on my behalf, states."
5        And on the following page, it looks
6 like an excerpt of some other document; is that
7 right?
8    A   Yes, this is the excerpt.
9    Q   The top of page 2 is the excerpt referred
10 to at the bottom of page 1?
11    A   Yes, yes.
12    Q   Who is this excerpt from?
13    A   Corinne Wallace.
14    Q   And was Corinne actually in your
15 re-audition in October of 2015?
16    A   She was outside the room waiting to
17 audition.
18    Q   Okay. Did she -- Would you agree that
19 Corinne Wallace was not the decision-maker for the
20 2016-17 season --
21    A   Yes.
22    Q   -- in terms of who to employ?
23    A   Yes.
24    Q   Would you agree that this excerpt we just

1 read was her opinion?
2    A   Yes.
3    Q   Do you know if Corinne Wallace has ever
4 been a Chorus Master?
5    A   She has not. I don't believe so.
6    Q   Do you know whether or not Corinne Wallace
7 heard the entire Regular Chorus when she made these
8 comments to you about your 2015 audition?
9    A   Do you mean the Supp Chorus, the Core Supp?
10    Q   No, I mean the Regular Chorus.
11        Had she heard the Regular Chorus sing
12 in its entirety in the months preceding the October
13 2015 audition?
14    A   Not as a soloist. But during the course of
15 your singing in chorus, you're always going to be,
16 through the course of your time, next to everybody
17 else.
18    Q   Sure.
19        But personal changes happen between
20 both the Regular Chorus and the Core, correct?
21    A   Correct. Yes.
22    Q   Is it your belief that Michael's comments
23 to you, that he needed a stronger middle voice, were
24 simply pretext for age discrimination?

1    A   Yes.
2    Q   And you were hired for other work at both
3 The Lyric and elsewhere, correct, in 2016?
4    A   Yes.
5    Q   Do you recall how many performances of Les
6 Troyens there were?
7    A   Five.
8    Q   At any point did Michael Black tell you
9 that you would only be singing in Les Troyens; or did
10 he indicate to you that you may, depending on what
11 the production schedule looked like, be hired for
12 other productions during that 2016-17 season?
13    A   I never spoke with him privately about
14 anything.
15    Q   How did you find out that you would be
16 singing for Les Troyens?
17    A   I was offered a contract shortly after my
18 audition in March of 2016.
19    Q   And are contracts for the Supplementary
20 Choristers only issued per production, or are they
21 issued per season?
22    A   They would be offered for how many you were
23 offered for.
24        So sometimes Supplementary Choristers

1 would be in more than one opera. So as many as you
2 were engaged for, you would have received that
3 contract for.
4    Q   Okay. So you recall receiving a document
5 from someone at Lyric, that engaged you for Les
6 Troyens. And you believed at that point that would
7 be the only production you'd be singing in for the
8 2016-17 season. Is that your statement?
9    A   Correct.
10    Q   Do you recall receiving a contract for
11 every year that you were engaged at the opera, at the
12 Lyric Opera, from the time you returned in 2012 until
13 2016?
14    A   Yes.
15    Q   And is it correct to say that under the
16 Collective Bargaining Agreement, that as a Core
17 Supplementary Chorister, you're only required to
18 re-audition for every two years?
19    A   Correct.
20    Q   As a Supplementary Chorister, are you
21 required to audition every year?
22    A   Correct.
23    Q   As a Core Supplementary Chorister, you have
24 a maximum of a two-year engagement, correct?

34 (Pages 130 - 133)

1    A    Yes.
2    Q    And as a Supplementary Chorister, you have
3 a maximum of a one-year engagement, correct?
4    A    Until the next audition cycle, correct.
5    Q    Okay.  Under the union agreement, is there
6 any provision for what we commonly refer to as
7 progressive discipline of a chorister?
8    A    Can you please explain what that means?
9    Q    Sure.
10        Sometimes in corporate settings
11 companies are required to give a verbal warning and
12 then a written warning, perhaps a final warning,
13 perhaps a suspension, before their employment is
14 terminated.
15        Are there any provisions like that for
16 a Core Supp or a Supplementary Chorister under the
17 union agreement?
18    A    Absolutely.  There are.
19    Q    Tell me how.
20    A    The CBA states, and I'm not going to be
21 able to give it verbatim, but it says that at any
22 point a Chorus Master can pull a chorister aside and
23 express concern; or, I believe, can have them come in
24 and do an extra audition, if they feel that there is

1 something out of line.
2        And I do believe Michael Black, on
3 occasion, would pull people aside and say, you're
4 sticking out or that kind of thing.
5        So it's common for people to be able
6 to pull people aside and make a comment, if your
7 performance is not where it's supposed to be.
8    Q    Okay.  He does not have the power to
9 suspend someone for performances based on their vocal
10 performance, though, under the AGMA contract,
11 correct?
12    A    I'm sorry, that's a multi-part question.
13 So let's break it down.
14    Q    The Chorus Master does not have the ability
15 to suspend someone for their vocal performance under
16 the AGMA contract; is that correct?
17    A    Are you saying -- I'm going to clarify your
18 point.
19        Are you saying mid season?
20    Q    Yes.
21    A    No, he does not.
22        The only thing I think you can get
23 suspended for is substance abuse or a number of
24 Schedule Cs.

1    Q    So once you sign a contract for a
2 particular season, you're allowed to sing in all of
3 the performances of those productions?
4    A    Yes, barring some severe sabotorial (sic)
5 actions.
6    Q    Okay.  And you mentioned that under AGMA,
7 the Chorus Master can give -- you know, can pull
8 someone aside and give coaching advice or whatnot?
9    A    Uh-huh.
10    Q    Michael did in fact do that during your
11 2015 audition in this comment letter, correct?
12    A    Yes.
13    Q    He noted that he had concerns about choral
14 compatibility in the October 27th, 2015 letter,
15 correct?
16    A    Can I see what you're looking at?
17    Q    Sure.
18        I'm sorry, it's Exhibit 8.
19    A    Can you repeat your question?
20    Q    Yes.
21        Would you agree that Michael Black
22 gave you an indication of concerns about your choral
23 compatibility in October of 2015?
24    A    Based on this review, yes.

1    Q    Okay.  So if he was allowed, under AGMA, to
2 give people warnings, that he had concerns about
3 vocal performance, this would be one way of doing it,
4 correct?
5    A    Correct.
6        And he also could have mentioned it in
7 August or September, prior to that audition, in the
8 room rehearsal.
9    Q    Sure.
10        If he had heard concerns about choral
11 compatibility, he could have mentioned it earlier,
12 correct?
13    A    Sure.
14    Q    But in August of 2015, he heard something
15 different than he heard in February of 2015, correct?
16    A    That's what he states.
17    Q    Right.
18        Are there any other reasons, other
19 than the seniority that we've just discussed, that
20 makes you believe that you personally were
21 discriminated by Lyric based on your age?  Anything
22 we haven't covered?
23    A    Would this be a point to bring in other
24 employment that other people hired me for?

35 (Pages 134 - 137)

1        In other words, I did not see a
2    diminishment of work in other -- working with other
3    people.  Would this be the point to mention that?
4        Q    Sure.  Let's talk about that for a minute.
5            You worked elsewhere both before the
6    2016-17 season and after the 2016-17 season.  You
7    worked for other venues, correct?
8        A    Yes.
9        Q    And you never had anyone else tell you that
10    you had problems with your middle range, correct?
11        A    No.
12            In fact, there had been some concerts
13    that I had been hired for right around that time that
14    had repertoire that did have more middle and bottom.
15    So other people weren't hearing that as a full sound
16    down there.
17        Q    Right.
18            And you could probably have a dozen
19    people vouch for your abilities as a soprano,
20    correct?
21        A    Absolutely.
22        Q    You've received accolades from various
23    institutions about your abilities as a solo
24    performer?

1        A    I've won seven national competitions since
2    2011.  I've been hired with multiple orchestras as
3    singing opera, oratorio, opera roles, fuller
4    repertoire, that would require a stronger voice, a
5    stronger middle.
6        Q    And today you're still in demand as an
7    opera singer, correct?
8        A    Yes.  To some extent, yes.
9        Q    You had good attendance.  You rarely used
10    sick or personal time, correct?
11        A    Correct.
12        Q    But none of those other venues or letters
13    of recommendation or letters of accolades that you've
14    received were present for your October 2015 audition
15    with Michael Black, correct?
16        A    Correct.
17        Q    And Michael Black is the decision-maker for
18    hiring Core Supplementary Choristers for the 2016-17
19    season at the Lyric Opera, correct?
20        A    Correct.
21        Q    And based on the comments listed in that
22    critique letter, Michael chose not to re-engage you
23    in the Core for the 2016-17 season, correct?
24        A    Correct.

1        Q    You have claimed previously that other
2    performers at The Lyric had similar auditions for the
3    Core, and were in fact hired in the 2016-17 season.
4    Whereas, you were not.
5            Is that your belief or contention?
6        A    Can you say that first part of it again?
7        Q    That younger or other performers had
8    similar auditions to you, and were hired in the Core
9    for the 2016-17 season?
10        A    Correct.  Correct.
11        Q    Who are you claiming had a similar
12    performance to you, in either October of 2015 or
13    March of 2016, who were then hired in the Core for
14    the 2016-17 season?
15        A    So I received the reviews that I was
16    reading in production.  And so it's a lot to hold in
17    my head right now.  But there were some comments in
18    some of the Core Supplemental reviews from that
19    audition that also addressed issues of concern, and
20    yet they were rehired.
21            For example, one that sticks out is
22    Suzanne with a K, it's a long name, that there was
23    comments about evidence of oversinging and other
24    things that could have been improved upon.

1            That's simply one example out of about
2    10 reviews.
3        Q    And when you say you had an opportunity to
4    review other people's reviews, or other choristers'
5    reviews, is that in connection with this litigation?
6        A    Yes.
7        Q    Prior to initiating this lawsuit, had you
8    ever reviewed any evaluations for any other
9    choristers at The Lyric?
10        A    No.
11        Q    So would you have any knowledge, before you
12    instituted this litigation, or at the time you filed
13    this litigation, of how any other chorister performed
14    in the auditions?
15        A    Well, I was outside the door of the 2015
16    audition.  And so when someone is asked to sing a
17    phrase over and over again, they're being asked to do
18    that because someone is saying that they want to hear
19    something different when they sing it.
20            So that would be a correction.
21        Q    Can you confidently say that asking someone
22    to re-sing a phrase over and over again means that
23    they want to hear something different?
24        A    Absolutely.

36 (Pages 138 - 141)

1    Q    Why?

2    A    I mean, that's why you would ask it at an

3 audition.

4         Suzanne and Kaileen had some trouble

5 with their arias, and they were asked to sing phrases

6 over and over again.  I heard it through the door.

7    Q    Is it possible that whoever was listening

8 to that audition could have wanted to hear it again

9 to hear whether or not there was a particular sound

10 that they were looking for, quality that they were

11 looking for?  Aren't there a multitude of reasons for

12 why you could ask someone to repeat a phrase?

13    A    There are.

14         But, in those cases, I heard their

15 singing outside the door.  And it was a correction.

16    Q    But that's your opinion, right?

17    A    My professional opinion.

18    Q    Okay.  But you've never been a Chorus

19 Master, have you?

20    A    No.

21    Q    So it's not your decision as to whether or

22 not either one of those auditions in 2015 that you

23 were listening to outside the door were suitable for

24 the Core?

1    A    That wasn't what I was judging.  I'm

2 commenting on the corrections.

3         So, to clarify your question --

4    Q    But it wasn't your decision as to whether

5 or not either one of those auditions that you were

6 listening to in October of 2015, as to whether or not

7 they were compatible for the Core?

8    A    I have no opinion if they were compatible

9 for the Core or not.

10         I was just commenting on the fact that

11 they were asked to sing things over and over again.

12 And it was, in my professional opinion, a correction.

13    Q    Okay.  Fair enough.

14         I'm going to hand you an exhibit that

15 we'll mark as Defendant's Exhibit No. 13.

16         (Defendant Exhibit 13 marked as

17         requested.)

18    MS. CANTRELL:  Q  You were talking about

19 how in October of 2015, you had the opportunity to

20 hear through the door two other female auditions,

21 correct?

22    A    Uh-huh.

23    Q    And do you know who those two women were?

24    A    Yes.  Kaileen Miller and Suzanne with a K.

1    Q    Okay.  So if we said Suzanne Kszastowski --

2    A    That would be correct.

3    Q    Okay.  Terrific.  Thank you.

4         And you stated that they had

5 performances that, in your professional opinion, were

6 not as good as yours?

7    A    I'm not comparing them to mine.  I'm saying

8 that they were asked to repeat phrases multiple times

9 at the end of their audition.

10    Q    And do you believe that you should have

11 been selected in the Core instead of Kaileen or

12 Suzanne?

13    A    I have no comment on that or belief in

14 that.  I'm just saying that they were asked to repeat

15 phrases multiple times.

16    Q    Do you believe your performance in your

17 October 2015 audition was better than what you heard

18 through the door for either Kaileen or Suzanne?

19    A    I wouldn't want to comment on that.

20    Q    I'm going to jump back to Exhibit 12 for a

21 second, which is the roster.

22    A    Uh-huh.

23    Q    Isn't Suzanne Kszastowski a second soprano

24 or a Soprano II?

1    A    Correct.  Yes.

2    Q    And it looks to me as though she sang in

3 five productions during the 2016-17 season.  Would

4 you agree with that?

5    A    Uh-huh.

6    Q    Can compare yourself to a Soprano II, in

7 terms of the number of productions that sopranos

8 might be required to sing in?

9    A    I'm sorry, I don't understand the question.

10    Q    I'll rephrase that.

11         Why are these broken out into Soprano

12 I and Soprano II?

13    A    Going back to what we talked about at the

14 beginning, sometimes the voice parts of the soprano

15 will divide into two notes.  And since a singer can

16 only sing one note at a time, there are sections

17 where they have to have the sopranos divide, because

18 they're singing different music.

19         And so you put one singing, which is a

20 Soprano I, will take the upper note; and the Soprano

21 II will take the lower note.  It's called a divisi,

22 divided.

23    Q    So in just looking at Les Troyens, it looks

24 like Michael or The Lyric decided that they needed

1 seven Soprano I's and six Soprano II's for that
2 production. Would you agree with that?
3     A    Uh-huh.
4     Q    So since you are a Soprano I, you wouldn't
5 necessarily have been considered for the Soprano II
6 roles that Suzanne K sang in during that season,
7 correct?
8     A    Correct.
9     Q    Okay. Exhibit 13 is a letter dated
10 October 27th, 2015.
11         In looking at this document, can you
12 tell me what this is?
13     A    Kaileen's re-audition notice review.
14     Q    Is there anything on this review that jumps
15 to you as a critique or a criticism? An area for
16 improvement, if you will?
17     A    Medium-sized voice was the same comment I
18 had. Piercing timbre, I've never heard that used as
19 a complementary term. And he did notice on Point 5
20 improvement.
21         And I know there was some question
22 that we don't take past auditions into account, but
23 there was a notice that he did mention, clearly, that
24 he did take her last audition into consideration; and

1 that there was an improvement.
2     Q    And, in fact, when we were reviewing your
3 comment letter from October 27th, 2015, I believe you
4 noted the same thing, that he said this was a more
5 musical performance?
6     A    Right.
7     Q    So he noted that that was something that
8 you had worked on previously from your 2013 audition,
9 correct?
10     A    Exactly.
11         And the reason I bring that point up,
12 is I know there was a position statement, I believe,
13 where it said that past reviews were not taken into
14 consideration. And so I'm just bringing this up,
15 that this would state otherwise.
16     Q    Okay. Noted.
17         When we reviewed your comment letter,
18 you said there were at least two things on there
19 which were areas of improvement?
20     A    Uh-huh.
21     Q    What are areas of improvement on this
22 comment letter for Kaileen Miller?
23     A    Piercing timbre, as I said, I don't see
24 necessarily as a complementary term. I've never

1 heard that as a complementary. And medium-sized
2 voice, again, depending on how one sees that, I know
3 there was discussion about medium-sized voice before,
4 and that was the same comment I had.
5         So whether or not that's a comment or
6 a concern, I can't speak to that. That's just simply
7 a comment.
8     Q    So in reviewing your comment letter next to
9 her comment letter, and yours was Exhibit 8, you both
10 have a medium-sized voice, correct?
11     A    Uh-huh.
12     Q    Kaileen sometimes has a piercing timbre.
13 You have a warm timbre. Correct?
14     A    Uh-huh. Correct.
15     Q    Kaileen's vibrato was controlled. Your
16 vibrato was spinning?
17     A    Uh-huh.
18     Q    Kaileen had support connected to the
19 breath. Yours was said to be inconsistent?
20     A    Uh-huh.
21     Q    Kaileen's said excellent intonation and
22 attention to diction. Yours said some intonation
23 issues involving flatness.
24         Would you agree with --

1     A    You are reading those reviews correctly.
2     Q    Okay. You don't necessarily agree with the
3 comments, but that's what Michael put on your
4 evaluation, correct?
5     A    Correct.
6     Q    Is it your contention that Kaileen Miller
7 was hired in the Core instead of you during the
8 2016-17 season?
9     A    I believe that -- I believe so, to the best
10 of my knowledge.
11     Q    Do you know if Kaileen Miller is still
12 performing in the Core Supplementary Chorus for the
13 Lyric Opera?
14     A    I do not.
15     Q    Do you know Kaileen Miller's age?
16     A    I believe at this time she was under 30,
17 and had not been at Lyric for more than four years.
18         So it's still at one of the lower
19 entry-level positions.
20     Q    So do you believe that these comments had
21 any bearing on hiring Kaileen over you, or do you
22 believe that Lyric was trying to save money by hiring
23 Kaileen? Or do you have some other belief?
24     A    I don't want to --

38 (Pages 146 - 149)

1       MS. HALL-JACKSON:  Answer the question,
2  please.
3       THE WITNESS:  Repeat the question, please.
4       MS. CANTRELL:  Q  Is it your contention
5  that Kaileen Miller was hired instead of you, because
6  she was lower in seniority?
7       A  Yes.
8       But I'd like to clarify my answer.
9       Q  Okay.
10      A  I believe that I was replaced with somebody
11  else, because they had less seniority and they were
12  cheaper.
13      So I'm not going to say something bad
14  about a colleague.
15      MS. HALL-JACKSON:  She's not asking you to
16  say something bad.  Listen to the question.
17      MS. CANTRELL:  Q  Was Kaileen hired
18  instead of you in order to save money?
19      A  Yes, I believe so.
20      Q  So following that rationale, shouldn't
21  Lyric always hire less-experienced singers?
22      A  Sorry, I have to clarify a point right now,
23  because I can't say that somebody didn't hire me to
24  hire somebody else.  I'm saying they didn't hire me.

1       Q  Okay.
2       A  So I think we need to make a distinction
3  there.
4       Q  Okay.  So why weren't you hired for the
5  2016-17 season?
6       A  I believe I wasn't hired because I was more
7  expensive.  And I believe that it was correlated to
8  age discrimination, and that I was more expensive.
9       Q  Okay.  It's correlated to age
10  discrimination because you were more expensive,
11  correct?
12      A  Yes.
13      Q  You don't have any other evidence of age
14  discrimination?
15      A  Directly relating to me?
16      Q  Correct.
17      A  No.
18      Q  Okay.  So, again, if The Lyric's goal was
19  to save money, wouldn't they always hire
20  inexperienced singers?
21      A  Well, wouldn't that be obvious?
22      Q  Well, it's yes or no.
23      MS. HALL-JACKSON:  Objection.  Speculation.
24      You may answer.

1       THE WITNESS:  Yes.
2       MS. CANTRELL:  Q  Okay.  Is it your
3  contention, or your assertion here in this lawsuit,
4  that The Lyric specifically hires less expensive
5  singers to replace more senior, experienced singers?
6       A  Yes.  As referring to, particularly, the
7  Core Supplemental group, which is much more
8  vulnerable than the Regular Chorus.
9       Q  Do you know how much money Lyric saves by
10  hiring someone with less seniority?
11      A  Yes, I can answer that.
12      So the difference between a Core --
13  Well, you have to get into the tiers and the
14  regulars.  So give me a specific example.  Or do you
15  want me to give you a specific example?
16      Q  How much money did Lyric save by hiring
17  Kaileen instead of you for the 2016-17 season?
18      A  Probably $12 an hour, $35 per performance,
19  plus the difference between retirement benefits,
20  unemployment benefits.  That's what I believe.
21      Q  That's your estimate?
22      A  And then you multiply that by the number of
23  productions that I wasn't in, and it's quite a
24  substantial amount, if you add it all together.

1       Q  Do you have any knowledge of the overall
2  budget of the Lyric Opera?
3       A  I do not.
4       Q  Do you know if anyone ever directed any
5  Chorus Master to reduce the budget by selecting a
6  less-experienced singer?
7       A  I do not.  Budget is listed as the Chorus
8  Master's duties, however, in the CBA.
9       Q  Do you know if the Chorus Master,
10  specifically Michael Black, during the 2016-17
11  season, was directed to select less-experienced
12  singers to reduce the budget?
13      A  I don't know that.
14      Q  Are there other ways of reducing the budget
15  at an opera house?
16      A  Yes.
17      Q  Could he have selected fewer singers for a
18  production instead of less-experienced singers for
19  the 2016-17 season?
20      MS. HALL-JACKSON:  Objection to
21  speculation.
22      MS. CANTRELL:  Q  Based on your
23  professional opinion, are there other ways to reduce
24  a budget at an opera house?

39 (Pages 150 - 153)

1   A   That's a little tricky, because some of the
2   chorus are dictated by numbers.  And I'm not sure
3   exactly how that works, but there is some kind of
4   requirement through negotiation of how many
5   choristers are needed for operas.  And that has to do
6   with something I'm not familiar with.
7   Q   That's beyond the scope of your knowledge,
8   correct?
9   A   Yes.
10  Q   Either way, the contract does state that
11  you always have to have 48 Regular Chorister members?
12  A   On full time.  But not every opera requires
13  48 choristers.
14  Q   Okay.  So there may be an opera in
15  production for a particular season that would require
16  less.  And then those 48 choristers would not be
17  singing, correct?
18  A   Correct.
19  Q   Would they still be paid, under the
20  contract?
21  A   In the Regular Chorus, they were on salary.
22  So yes.
23  Q   Okay.  But a Core Supplementary Chorister
24  does not have the same guarantees under the union

1   agreement, correct?
2   A   For a certain number of operas?
3   Q   Correct.
4   A   Correct.
5   Q   So if you're in the Core or in the Supp,
6   and the Chorus Master decides that they may not need
7   as many choristers, there's no guarantee that those
8   Core or Supp Choristers would sing in all
9   productions, correct?
10  A   Correct.
11      But, again, out of the scope of my
12  expertise, I don't know how those numbers are
13  determined.
14  Q   Okay.
15  A   I believe it is a complex process.  And I
16  don't know how that works.
17  Q   Would you agree that all the wages and
18  compensation for choristers at the three levels of
19  chorus at The Lyric are set by AGMA?
20  A   Yes.
21  Q   We talked a little bit previously about the
22  differences between a Soprano I and a Soprano II.  Is
23  it fair to say that you do not compare yourself to a
24  Soprano II?

1   A   I've been always hired as a Soprano I.  So
2   I don't really know how to answer that question.
3   Q   Have you ever sang as a Soprano II?
4   A   Yes.
5   Q   Have you ever sang as a Soprano II for The
6   Lyric?
7   A   No.
8   Q   Have you ever sang as an alto?
9   A   No.
10  Q   And you're not a bass or a tenor, correct?
11  A   Correct.
12  Q   We talked a little bit about Kaileen
13  Miller.  Is it correct that Jill Dewsnup also sang in
14  the Core during the 2016-17 season at The Lyric?
15  A   Correct.
16  Q   And Jill Dewsnup, was that her first season
17  at The Lyric; or did she sing for The Lyric
18  previously?
19  A   No, she sang for The Lyric previously.
20  Q   Do you know what position she held prior to
21  the 2016-17 season?
22  A   I'm not sure when she started, but I
23  believe she was a member of the Supplemental Chorus
24  prior to being in the Core Supplemental Chorus.

1   Q   Do you know when she moved from the Supp to
2   the Core?
3   A   I don't recall.
4   Q   Is it your contention that if you had been
5   under the age of 40, that you would have been hired
6   for the 2016-17 season?
7   A   Under the age of 40 with comparable
8   seniority, yes.
9   Q   If you would have been under the age of 40,
10  you wouldn't have comparable seniority, correct?
11  A   Right, but --
12  Q   Sorry.  Let me try and break it down for
13  you.
14      Is it your contention that if you were
15  under the age of 40, you would have been hired for
16  the 2016-17 season?
17  A   Absolutely.
18  Q   If you had less seniority, would you have
19  been hired for the 2016-17 season?
20      In other words, was it your seniority
21  or your age that knocked you out for the 2016-17
22  season?
23  A   It was my age and accompanying seniority.
24  I don't believe we can separate those two out.

40 (Pages 154 - 157)

1   Q   Why not?
2       Are you stating that with age came
3   seniority?
4   A   Yes.
5   Q   Okay.  Is there anything else -- And I
6   think I've tried to ask this a few times, but I feel
7   like we're getting crossed signals here.
8       Is there anything specifically related
9   to your age, in that you're over the age of 40, other
10  than seniority -- in other words, removing seniority
11  from the table all together -- is there anything
12  about your age that caused you not to be hired for
13  the 2016-17 season?
14  A   I believe no.
15  Q   Did Michael ever make any age-related
16  comments to you?
17  A   No, but he sent me a birthday card.
18  Q   Oh, when?
19  A   For one of my birthdays.
20      So he was aware of age.
21  Q   And was it his practice to send birthday
22  cards to other choristers?
23  A   Uh-huh.  Everybody.
24  Q   Not just you?

1   A   No, everybody.
2   Q   Are you still a member of AGMA?
3   A   Yes.
4       MS. CANTRELL:  All right.  This is going to
5   be Exhibit 14.
6       MS. HALL-JACKSON:  Let's take a quick break
7   before you get a question out.
8       (short break taken.)
9       MS. CANTRELL:  Back on the record.
10  Q   And, again, as a reminder, Christine, you
11  are still under oath.
12      And we are going to label this next
13  document as Defendant's Exhibit No. 14.
14      (Defendant Exhibit 14 marked as
15  requested.)
16      MS. CANTRELL:  Q   All right, Christine.
17  Can you tell me what this document is?
18  A   Witness list, and it says Interrogatory
19  No. 2.
20  Q   Are these the answers to the
21  interrogatories that we propounded to you and to
22  Martin Poock?
23  A   I believe so.
24  Q   Did you take part in preparing this witness

1   list?
2   A   Yes.
3   Q   In Answer to Interrogatory No. 2, you
4   listed several individuals who -- you listed several
5   individuals.
6       The first person listed here is Sir
7   Andrew Davis.  Do you see that?
8   A   Yes.
9   Q   And under information they possess, it
10  states: "Detailed information of the enormous
11  financial challenges currently facing LOC."
12      Do you see that language?
13  A   Yes.
14  Q   Who's LOC?
15  A   Lyric Opera of Chicago.
16  Q   What's the basis for your belief that Sir
17  Andrew Davis has information on financial challenges
18  facing Lyric?
19  A   The short of it is, that there's no secret
20  that Lyric is facing financial challenges.  There's
21  been a lot in the press about that.
22      And, also, there was a voluntary
23  retirement package offered to non-unionized employees
24  in, I believe, March of 2016 -- I know it was in

1   2016, and I believe in March -- for employees 50 and
2   older.
3   Q   So when you say nonunion, that would not
4   have been available to you?
5   A   Correct.
6   Q   This language on Exhibit 14 also states
7   that Sir Andrew Davis may have knowledge as to how
8   targeting employees over the age of 40 to lower the
9   average age would result in significant savings.
10      Do you see that language?
11  A   Uh-huh.
12  Q   So is it your contention that -- Well, let
13  me strike that.
14      How is lowering the average age
15  resulting in significant savings to Lyric?
16  A   Because the older you are, there is usually
17  a pay relationship between age and how much you cost
18  a company.
19  Q   Well, specifically for The Lyric, how much
20  employees are paid is based on seniority, not age.
21  Correct?
22  A   Correct.
23  Q   And there may be some correlation, because
24  if you work there longer, purportedly you get older

41 (Pages 158 - 161)

1 as you work, right?

2   A   Correct.

3   Q   But, for the most part, the amount you're

4 paid is based on your level of seniority; is that

5 right?

6   A   Correct.

7   Q   Okay.  You also list Anthony Freud.

8       Who is that?

9   A   The general director of the Lyric Opera of

10 Chicago.

11   Q   Okay.  Again, under information that you

12 possess, you make reference to financial challenges?

13   A   Uh-huh.

14       In the fireside chats that they would

15 have once a year, they would often discuss the

16 challenges facing the company.

17   Q   Who held the fireside chats?

18   A   Anthony Freud.

19   Q   And what did that entail?

20   A   It was open to the chorus and the other

21 employees, to come and hear about the state of the

22 company.

23   Q   It was a voluntary meeting?

24   A   Yes.

1   Q   And then you state that they would have

2 knowledge regarding targeting employees over the age

3 of 40 to lower the average age and how that would

4 result in significant savings?

5   A   Yes.

6   Q   But, again, it's not so much whether or not

7 they were over 40 or the average age.  It was really

8 the level of seniority; isn't that correct?

9   A   Yes.  That correlates with age, correct.

10       MS. CANTRELL:  I am going to mark this as

11 Exhibit 15.  But I apologize, I only have one copy.

12 I'll be happy to make extra copies of this when we're

13 done.

14       MS. HALL-JACKSON:  I can share with my

15 client.

16       (Defendant Exhibit 15 marked as

17       requested.)

18       MS. CANTRELL:  Q  Can you tell me what

19 this is.

20   A   This is a letter dated June 6, 2016, to Liz

21 Landon, Director of Human Resources.

22   Q   In the beginning part of the letter, it

23 states -- I take that back.

24       On page 2 of the document, who signed

1 this document?

2   A   Martin Poock and I.

3   Q   Did you take part in creating this

4 document?

5   A   Yes.

6   Q   On page 1 it states, we have each been

7 employed for over a decade.

8       Do you see that language --

9   A   Uh-huh.

10   Q   -- in the first paragraph?

11   A   Uh-huh.

12   Q   And that's not really accurate.  Because

13 you actually, at the time of writing that letter, had

14 only been re-employed by the Lyric for four seasons,

15 correct?

16   A   But if you add the six seasons, that

17 creates a decade, wouldn't you say?

18   Q   Okay.  So when you say we've each been

19 employed for over a decade, you're adding your prior

20 tenure with the Lyric together with your most recent

21 tenure with the Lyric; is that right?

22   A   Correct.

23   Q   Are you employed now?

24   A   Yes.

1   Q   Where are you currently working?

2   A   I work at Concordia University in River

3 Forest, Illinois, as an adjunct voice instructor.

4   Q   Is that a full time or a part-time

5 position?

6   A   Part time.

7   Q   How many hours a week do you work?

8   A   On average, between 7 and 10.

9   Q   Are you also performing as a chorister?

10   A   No, I am not.

11   Q   Are you performing as a soloist?

12   A   Yes.

13   Q   Where are you performing as a soloist?

14   A   Like starting now into the future,

15 currently?

16   Q   Yes.

17   A   I'm going to be performing in multiple

18 venues in France in the next two-and-a-half weeks.

19   Q   Who is that through?

20   A   It's through the Chicago Paris Cabaret

21 Connexion, Connexion spelled with an X.

22   Q   And since leaving Lyric in 2016, have you

23 performed as a chorister for any other venues in

24 Chicago?

42 (Pages 162 - 165)

1    A   No, I have not.
2    Q   Have you performed as a chorister for any
3  other venues nationwide?
4    A   No.  And neither have I auditioned for any
5  choruses.
6    Q   So since 2016, have you only been
7  performing as a soloist?
8    A   Correct.
9    Q   Okay.  So in the 2016-17 season, you
10  performed in one opera for Lyric, correct?
11    A   Correct.
12    Q   Did you perform in any operas for Lyric in
13  the 2017-18 season?
14    A   Correct.  Yes.
15    Q   How many?
16    A   One.
17    Q   And during the 2017-18 season, did you
18  perform as a soloist in any other venue?
19    A   Yes.
20    Q   Where was that?
21    A   I've performed a lot.  So it's quite a
22  resume.
23        If you want me to give everything, is
24  this the time?

1    Q   You can give me just a brief summary, if
2  you don't mind.
3    A   I brought an outreach program to schools.
4  So over the last -- You know, I'm going to just list
5  the last four years, because things intertwine.
6    Q   Sure.
7    A   I've performed for 23,000 Chicago youth in
8  schools.  I've performed the roles of Madame
9  Butterfly in La Traviata.  I've performed as a
10  soloist for several churches.  I've done recitals for
11  the Musicians Club of Women, for the 19th Century
12  Club for Lyric Opera Chapters.  I've -- Oh, boy.
13  There's a lot.
14        I've entered several competitions.  I
15  won the 2018 Chicago Oratorical Award.  So I sang
16  with the orchestra as a result of that win, and a
17  cash surprise.
18        I'm probably only remembering about
19  half of it right now.
20    Q   Okay.  That's fine.
21    A   I also wrote a book of songs, collaborated
22  on a book of songs.  It was self-published.
23    Q   Were all of these that you've just
24  described part-time positions?

1    A   Yes.
2    Q   Are there opportunities, other than at The
3  Lyric, for full-time chorister positions in the City
4  of Chicago?
5    A   There are.
6    Q   What would some of those be?
7    A   That would be Grant Park and the Chicago
8  Symphony.
9    Q   Does Grant Park and Chicago Symphony, both,
10  employ full-time choristers?
11    A   I don't believe it's full time.  I believe
12  it's part time.  Sorry.
13    Q   Okay.  So other than those two, are there
14  any other opportunities for choristers to sing full
15  time in the City of Chicago?
16    A   So I guess I don't believe it's a full-time
17  position.  So let me clarify that.  I believe those
18  are part-time positions.
19        I am not aware of any other.
20    Q   So you stated earlier that your bachelor's
21  degree was originally in Asian studies and studio
22  art, correct?
23    A   Uh-huh.
24    Q   And then you went and got a bachelor's

1  degree in vocal performance, and as well as a
2  master's degree.  Correct?
3    A   Correct.
4    Q   At the time, in 1995-96, when you decided
5  to pursue a career in vocal performance, did you know
6  that you would always be taking part-time positions?
7  Was that your anticipation when you switched to vocal
8  performance?
9    A   I had no idea about the business.  I knew I
10  loved to sing.
11    Q   Other than working for The Lyric as a
12  Regular Chorister, have you ever been employed full
13  time as a chorister?
14    A   No.
15    Q   How about as a soloist?
16    A   I don't think there is such a thing as a
17  full-time soloist.
18        To clarify your question, do you mean
19  by one company?
20    Q   Yes.  Correct.
21    A   So opera companies hire soloists for
22  contract work specific to a production.  So there
23  would be no such thing as an opera company hiring a
24  soloist for a full-time job.  It would be per

1  contract.
2      Q   Can you think of other musical venues that
3  might hire full-time singers?
4      A   Full-time soloists?
5      Q   Yes.
6      A   No.
7          MS. CANTRELL:  This will be Exhibit 16.
8          (Defendant Exhibit 16 marked as
9      requested.)
10         MS. CANTRELL:  Q   And I'll give you a
11 minute to review.
12         Christine, what's this document?
13     A   It is Plaintiffs' Response to Defendant's
14 First Set of Interrogatories.
15     Q   And you and Martin Poock are the plaintiffs
16 in this case, correct?
17     A   Correct.
18     Q   So these are your answers to The Lyric's
19 interrogatories?
20     A   Correct.
21     Q   Did you partake in the preparation of this
22 document?
23     A   Yes.
24     Q   Can you turn to page 4.  And, specifically,

1  I'm looking at Interrogatory No. 7 and the answer.
2      A   Uh-huh.
3      Q   There's a paragraph that starts CS with a
4  colon following it, and there's another one that says
5  MP with a colon after it.
6          Where it says CS, is that your answer
7  to Interrogatory No. 7?
8      A   Correct.
9      Q   As opposed to MP, which is Martin's.  Is
10 that right?
11     A   Correct.
12     Q   In that paragraph, in answer to
13 Interrogatory No. 7, you state:  "Kaileen Miller,
14 well under 40, replaced me."
15         Do you see that?
16     A   Yes.
17     Q   And we were talking earlier about whether
18 or not it was Kaileen Miller or Suzanne or Jill whom
19 you contend replaced you in the Core Supplementary
20 Chorus.
21         In looking at this answer, is it
22 correct that your contention here today is that
23 Kaileen Miller was the one who replaced you in the
24 Core?

1      A   Yes.
2      Q   Interrogatory No. 9, which starts on the
3  same page and then is answered on the following page,
4  asks you to describe your damages.
5      A   Uh-huh.
6      Q   And you answer that this is correct as of
7  3-5-2018 at the top.
8          Do you see that?
9      A   Yes.
10     Q   And for Christine Steyer it lists medical,
11 and it lists NA.  Do you see that?
12     A   Yes.
13     Q   What does that mean, NA?
14     A   I believe that refers to any out-of-pocket
15 medical expenses I would have incurred for the
16 emotional distress.
17     Q   Between the time this document was created
18 in March of 2018 and today, have you incurred any
19 additional medical expenses?
20     A   No.
21     Q   On page 6, which is the next page,
22 Interrogatory No. 10.
23     A   I would like to clarify my answer.
24     Q   Sure.  Certainly.

1      A   I did not have health insurance.  So I was
2  not able to seek therapy for emotional distress.  So
3  I sought healing through other means that did not
4  incur medical expenses, and through alternative
5  treatments as well.
6      Q   So on page 6, where it says Interrogatory
7  No. 10, we ask, do you seek damages for emotional
8  distress?  And under the answer it says, CS none.
9          Do you see that?
10     A   Yes.
11     Q   Are you claiming at this point that you're
12 seeking damages for emotional distress?
13     A   Yes.
14     Q   So I expect that these will be updated or
15 supplemented at some point?
16     A   Yes.
17     Q   Can you quantify the amount of damages
18 today that you're seeking for emotional distress?
19         In other words, do you have a dollar
20 figure?
21         MS. HALL-JACKSON:  Do you understand the
22 question?  If not ask, her to clarify.
23         THE WITNESS:  Can you clarify that
24 question, please.

44 (Pages 170 - 173)

1       MS. CANTRELL: Q   Sure.

2              Are you able to quantify the amount of

3   damages you're seeking for emotional distress?

4       A   I would need to look at receipts for

5   certain doctor's visits and alternative therapies I

6   might have done.  That could be considered emotional

7   distress.

8              So my answer is, no, I cannot explain

9   it right now.

10      Q   Okay.  I am going to hand you a document

11  which we'll mark Exhibit 17.

12             (Defendant Exhibit 17 marked as

13             requested.)

14      MS. CANTRELL: Q   This is a four-page

15  document.  Please look at pages 1 and 2.

16      A   Uh-huh.

17      Q   It would appear that page 2 is a

18  continuation of page 1.  Would you agree with that?

19      A   Yes.

20      Q   Can you tell me what this document is,

21  pages 1 and 2?

22      A   It is an interview by the EEOC, I believe,

23  of Martha Kasten.

24      Q   And who is Martha Kasten?

1       A   She was formerly a Core Supplemental

2   Chorister at Lyric Opera of Chicago.

3       Q   Do you intend to call Martha Kasten as a

4   witness in this case, if you know?

5       A   I don't know.

6       Q   Have you had any communication with Martha

7   Kasten in the last 24 months?

8       A   I might have had one.

9       Q   Did you provide Martha Kasten's name to the

10  EEOC during the investigation of the EEOC charge that

11  you filed preceding this case?

12      A   Yes.

13      Q   Can you turn to page 3.

14      A   Yes.

15      Q   Is this an unredacted -- Well, scratch

16  that.

17             What is this document?

18      A   This is an unredacted e-mail from Corinne

19  Wallace-Crane.

20      Q   Who is it addressed to?

21      A   It was sent to me.

22      Q   And did you re-type this document?

23      A   Yes.

24      Q   It doesn't look like it's in e-mail format,

1   correct?

2       A   Right.

3       Q   Why didn't you produce the original e-mail

4   as opposed to re-typing it?

5       A   I don't know.

6       Q   Previously we looked at what you stated was

7   an excerpt of an e-mail from Corinne Wallace in

8   Exhibit 10.

9              Are you testifying today that this is

10  a true and correct --

11      A   Yes.

12      Q   -- description of the e-mail or actually a

13  factual true and correct copy of the e-mail that she

14  sent to you on December 15th, 2015?

15      A   Yes, I am.

16      Q   And then there's a comment in parenthesis

17  at the bottom that says, "Please note that the author

18  is incorrect -- I was not in The Sound of Music."

19             Do you see that comment?

20      A   Yes.

21      Q   Is that your comment?

22      A   Yes.

23      Q   Please turn to page 4.

24             What is this document?

1       A   This is a list of witnesses that Martin and

2   I gave to the EEOC.

3       Q   And there are several sections that have

4   been redacted?

5       A   Correct.

6       Q   Do you recall if you have an unredacted

7   witness list that you gave to the EEOC?

8              In other words, do you have the

9   original of this document before the redactions were

10  made?

11      A   Yes.

12      Q   Which you've not produced in this case,

13  correct?

14      A   Correct.

15      Q   What is your basis for withholding this

16  document?

17      A   To protect the identity of people that work

18  there that might feel their job is in jeopardy if

19  they speak on behalf of Martin and I relating to age

20  discrimination.

21      Q   Can you speak to any legal privilege that

22  gives you the right to withhold evidence in this

23  case?

24      A   I don't know the law enough on that.  So I

45 (Pages 174 - 177)

1 cannot.

2 Q Okay. So sitting here today, under

3 paragraph 1, there's a name that's been redacted or

4 crossed out. Do you know who that individual is?

5 A Uh-huh.

6 Q Can you state for the record who that

7 person is?

8 MS. HALL-JACKSON: If you don't know, you

9 don't know.

10 THE WITNESS: I do know who that person is.

11 I think I know who that person is.

12 MS. HALL-JACKSON: If you don't know, you

13 don't know.

14 THE WITNESS: I don't know. I'm going to

15 say I don't know.

16 MS. CANTRELL: Q You are required to give

17 truthful testimony, and you are under oath. Let me

18 just remind you of that fact.

19 A I think I know who it is. I'm not exactly

20 sure.

21 So I will give you my knowledge, to

22 the best of my ability, who I think that person is.

23 Q Well, I'm not asking you to guess. But you

24 did state that you have an unredacted copy of this

1 document.

2 A I do have an unredacted copy. But this was

3 not one of the documents I reviewed prior to my

4 deposition today.

5 Q Okay. So I'm going to ask that you either

6 produce this document or -- And we do have a

7 confidentiality order in place in this case. So it

8 will be kept confidential.

9 I'm going to ask that you either

10 produce it, or give a reason as to why it should be

11 privileged. And even if it is privileged, you're

12 still required to provide some detail on it.

13 A I would request to produce it, because

14 there's a lot of names --

15 MS. HALL-JACKSON: Ma'am, you're not an

16 attorney. Just chill out. Okay?

17 THE WITNESS: Okay.

18 MS. HALL-JACKSON: Just listen to the

19 questions, and answer yes or no.

20 THE WITNESS: Okay.

21 MS. CANTRELL: Q So if today you can

22 state with direct knowledge as to what's been

23 redacted, then I'll allow you to do that.

24 A Okay.

1 Q Otherwise, I'm going to ask you to produce

2 the original document.

3 A Okay.

4 Q Do you know if you intend to call any of

5 the individuals listed here, if you know? Because,

6 again, they're redacted. So I can't speak to who

7 they are.

8 But sitting here today, are there any

9 names that have been redacted that you intend to call

10 as witnesses in this case?

11 A Possibly.

12 Q Okay. Have you ever filed a lawsuit

13 against any other employer?

14 A Never.

15 Q Okay. I think I'm done.

16 I may have a few follow-up questions

17 after your attorney chimes in. But, for the most

18 part, I think I've covered the majority of what we

19 needed to discuss here today.

20 Thank you.

21 A Thank you.

22 MS. HALL-JACKSON: Okay. I'm going to ask

23 for 5 minutes before we start back up.

24 (short break taken.)

1 EXAMINATION

2 by Ms. Hall-Jackson:

3 MS. HALL-JACKSON: We're back on the

4 record.

5 Good afternoon. I'm Chiquita

6 Hall-Jackson on behalf of plaintiff Christine Steyer

7 and Martin Poock in this matter.

8 Q Ms. Steyer, I have just a few questions for

9 you.

10 Going back to Exhibit 10.

11 A Yes.

12 Q Going back through this document, Exhibit

13 10, it's titled Explanation of Documents and

14 Specifics Compiled by Christine Steyer.

15 Was this prepared for settlement?

16 A I'm just looking for the year on this.

17 I don't know. I don't see a year on

18 it.

19 Q And so going to page 4, where it says your

20 signature, June 8th, 2016, as you sit here today, do

21 you know if you would have filed your EEOC charge by

22 that time?

23 A Oh, no, we had not.

24 Q So, just to be clear, this was not a part

46 (Pages 178 - 181)

1 of this litigation in preparation for a settlement
2 conference, was it?
3    A   Correct.
4    Q   Going back into your 2015 performance in
5 October, eventually you were demoted down to a lower
6 tier, correct?
7    A   Correct.
8       MS. CANTRELL:  Objection as to foundation.
9       But go ahead.
10      MS. HALL-JACKSON:  Q   What was the
11 difference of you being in the Core Supplemental
12 Chorus versus the Supplemental Chorus?
13   A   Other than the pay difference, are you
14 referring to that one opera that I was in?
15   Q   What differences did you notice?
16   A   Well, when I was in the opera Les Troyens,
17 I did the exact same job that I would have done if I
18 had been in the Core Supplemental Chorus.
19      In other words, note for note, costume
20 change for costume change, I did the exact same job
21 in Les Troyens as a Supplemental Chorister as if I
22 had been a chorister.  There was absolutely in
23 difference in duties, except for the amount I
24 received in pay.

1    Q   And were you required to participate in the
2 same number of rehearsals during your supplemental
3 roles versus your Core Supplemental Chorus roles?
4    A   There were the same amount of rehearsals
5 for the opera had I been in one or the other
6 category.  Except I was reduced to only one opera
7 production, Les Troyens, instead of being in five
8 operas that I would have been in that season.
9    Q   And you returned back after your sabbatical
10 in 2012, correct?
11   A   Correct.
12      I took a sabbatical in 2006 to 7, and
13 that's when I decided not to return.  And so I had to
14 re-audition afresh.  However, my seniority carried
15 over.
16   Q   So your overall break from Lyric would have
17 picked back up in 2012, correct?
18   A   Because I chose to re-audition, yes.
19   Q   So do you recall how many productions you
20 were in in the year 2012?
21   A   It was two or three.
22   Q   And do you recall how many you were in in
23 2013?
24   A   Two or three.

1    Q   Do you recall how many you were in in 2014?
2    A   Two or three.
3    Q   And do you recall how many you were in in
4 2015?
5    A   2015 to '16, I believe it was two or three.
6    Q   And 2016 to 2017?
7    A   Oh, I'm sorry.  I may be confused.  Hold on
8 a second.
9       2016 to 2017, one.
10   Q   And 2017 to 2018?
11   A   One.
12      And I'd just note that there was an
13 exceptional amount of work for Core Supplemental
14 Chorus during that 2016 to 2017 season.  Women had
15 never really had five operas ever offered to them.
16      So it was an exceptional amount of
17 work that we would have had in that season, and I
18 believe the following season.
19   Q   And, to be clear, you just said that would
20 have been 2017 to 2018?
21   A   2016 to 2017, for sure.  And 2017 to 2018,
22 there was going to be a lot more need for Core
23 Supplemental women than had been in the previous
24 seasons.

1    Q   During 2012 to 2018, was there any
2 part-time work that you did in addition to Lyric?
3    A   Yes.
4    Q   And what was that?
5    A   I stated a lot of that work already.
6       Do you want me to restate it?
7    Q   If you can.
8    A   Let me have a second to think if there was
9 anything else.
10      I also taught some private voice
11 lessons.  I did some recitals, but I believe I
12 mentioned that already.  I did some roles -- That was
13 prior, excuse me.
14      I believe that that's a pretty good
15 description of my roles in the music business during
16 that period of time.
17   Q   Sure.
18      And so earlier you gave a list to
19 Ms. Cantrell of some work that you did simultaneously
20 while at Lyric during 2012 to 2018.
21      At any time after you were dropped
22 down to the Supplemental Chorus, was there any
23 particular employer that you continued to work with
24 from previous?

47 (Pages 182 - 185)

1     So this happened in 2015. For the
2 2016 to 2017 season, and prior to 2017, was there any
3 employer that you continued to engage simultaneously
4 with Lyric?
5     A   Yes.
6         I was still employed by -- Well,
7 pretty much the same people I had been working for
8 prior to my 2015 audition continued to hire me in
9 similar or expanding capacities after that.
10     Q   Was there any particular employer that you
11 had to pick up to replace your income with The Lyric
12 when you were reduced down to less hours and a lesser
13 performance rate?
14     A   I was taking every job that was available
15 to me to try to compensate for the loss of -- I'm
16 sorry, can you repeat the question, please.
17     Q   Is there any particular employer that
18 sticks out to you that you had to now engage in order
19 to make up the difference in pay you would have
20 received had you stayed in your Core Supplemental
21 role with the Lyric Opera?
22     A   I was saying yes to everything that was
23 presented to me.
24         So, basically, I was working a lot

1 more hours at a significant reduction in pay, loss of
2 benefits, loss of unemployment benefits, no sick
3 days, no personal days.
4         So I was working quite a bit at a much
5 lower hourly rate.
6     Q   Would it be safe to say after, you had a
7 reduction in rate, that you actually did mitigate
8 your damages in this matter?
9     A   Can you break that up a little?
10     Q   Sure.
11         So in October 2015 you received --
12 Well, in the fall of 2015, you received notification
13 that you would not be re-engaged. Then in March of
14 2016 you actually did a re-audition, and you were
15 contracted for one performance. Correct?
16     A   Correct.
17     Q   As a result of that, you are now losing
18 significant pay from Lyric Opera, correct?
19     A   Correct.
20     Q   As a result of that, what did you do to
21 help reduce defendant's damages to you?
22     A   Well, I would have still been able to work
23 the same jobs that I would have been working.
24 Because as a freelance musician, you pull together

1 many jobs.
2         So I was not able to really supply the
3 comparable amount of finances that I was getting
4 through Lyric.
5     Q   Did you work at a lot more places in order
6 to make up Lyric's salary?
7     A   I worked at a lot of other places, but I
8 never made up the amount that I was making at Lyric.
9         And, furthermore, these jobs were jobs
10 that were often scheduled at times that would not
11 have conflicted with Lyric. And I would have been
12 able do them both.
13     Q   At the time you and Mr. Poock went to the
14 EEOC, did you have counsel?
15     A   No.
16     Q   At the time you filed your initial
17 complaint in this matter, did you guys have counsel?
18     A   We had spoken with John Ward at AGMA.
19         So that would be a yes to counsel.
20     Q   To clarify that, did you guys actually
21 retain and hire any particular counsel to draft your
22 complaint on your behalf?
23     A   No.
24     MS. HALL-JACKSON:  No further questions.

1     FURTHER EXAMINATION
2         by Ms. Cantrell:
3     MS. CANTRELL:  Q   I just have one
4 follow-up, and more for clarification than anything
5 else.
6         Ms. Hall-Jackson just asked you how
7 many productions you did in 2013, '14, '15, '16, and
8 17. And you stated in 2013 it was roughly two to
9 three; 2014, roughly two to three; 2015-16, roughly
10 two to three; and in 2016-17 it was one, correct?
11     A   Correct.  One each year.
12     Q   One in 2016-17, and one in 2017-18,
13 correct?
14     A   Correct.
15     Q   But you made a statement that said there
16 was an exceptional amount of work for women in the
17 Core during the 2016-17 season.  Is that your
18 testimony?
19     A   Yes.
20     Q   Okay.  So I just want to, real quickly,
21 look back at Exhibit 12 for a second.
22         And, again, the bold names are those
23 in the Core, correct?
24     A   Correct.

1    Q   And it appears to me that Jill Dewsnup sang

2  in three operas as a member of the Core, and Kaileen

3  Miller sang in five, correct?

4    A   Correct.

5    Q   So is it fair to say that when you talk

6  about an exceptional amount of work for the women,

7  the maximum number would have been between three and

8  five; is that right?

9    A   Well, if we break it down further, we can

10  look at Soprano II, five operas for both of them.

11  Alto I, five operas for both of them.

12    Q   Right.

13       But you're not an alto or a Soprano

14  II. You've said that repeatedly.

15    A   Correct.  But my answer was Core

16  Supplemental Chorus as a whole.

17    Q   Okay.  But as a Soprano I, the maximum

18  number of productions that you could have sang in in

19  the 2016-17 season would have been between 3 and 5,

20  had you been employed in the Core?

21    A   Correct.

22       MS. CANTRELL:  Okay.  That's all I have.

23       MS. HALL-JACKSON:  All right.  I have no

24  further questions.

1       MS. CANTRELL:  Thank you.

2       THE WITNESS:  Okay.  Thank you.

3       MS. CANTRELL:  Oh, signature?

4       MS. HALL-JACKSON:  We can waive.

5

6       (Whereupon, the deposition concluded

7       at 3:15 p.m. on September 5, 2019.)

8       (Signature waived.)

9

10

11

12

13       * * o O o * *

14

15

16

17

18

19

20

21

22

23

24

1  STATE OF ILLINOIS  )

2            )  ss:

3  COUNTY OF C O O K  )

4

5

6       The within and foregoing deposition of the

7  aforementioned witness was taken before MARINA

8  MOGILEVSKY, C.S.R., and Notary Public, at the place,

9  date and time aforementioned.

10       There were present during the taking of the

11  deposition the previously named counsel.

12       The said witness was first duly sworn and was

13  then examined upon oral interrogatories; the questions

14  and answers were taken down in shorthand by the

15  undersigned, acting as stenographer and Notary Public;

16  and the within and foregoing is a true, accurate and

17  complete record of all of the questions asked of and

18  answers made by the aforementioned witness, at the time

19  and place hereinabove referred to.

20       The signature of the witness was waived by

21  agreement of counsel.

22       The undersigned is not interested in the

23  within case, nor of kin or counsel to any of the

24  parties.

1       Witness my official signature as Licensed

2  Certified Shorthand Reporter in and for Cook County,

3  Illinois, on this 13th day of November, 2019.

4

5

6

7

8

     MARINA MOGILEVSKY, C.S.R.,

9      CSR No. 084-004103

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

49 (Pages 190 - 193)

| & |
|---|
| **&**   1:15 2:12 |

| 0 |
|---|
| **05**   3:2,5 |
| **06014**   1:6 |
| **084-004103**   193:9 |

| 1 |
|---|

**1**   3:11 12:3,4 48:4
  48:14 53:22 75:5
  96:6 129:23
  130:10 164:6
  174:15,18,21
  178:3
**10**   3:20 96:8 99:15
  104:20,21 106:19
  111:22 117:12
  129:21 141:2
  165:8 172:22
  173:7 176:8
  181:10,13
**100**   81:11
**104**   3:20
**105**   3:21
**10th**   90:9
**11**   3:21 105:6,7,14
**11:23**   93:19
**12**   3:11,22 14:4,7
  15:17 28:15,22
  60:19 81:7,22
  82:2 125:12,13
  144:20 152:18
  189:21
**125**   3:22
**12:46**   93:21
**13**   3:23 41:14
  143:15,16 146:9
**13th**   193:3
**14**   3:24 112:1
  159:5,13,14 161:6
  189:7

**143**   3:23
**14th**   82:10 85:13
  85:21 88:3 112:7
  112:11
**15**   4:3 117:20
  163:11,16 189:7
**159**   3:24
**15th**   8:24 176:14
**16**   4:4 170:7,8
  184:5 189:7
**163**   4:3
**17**   4:5 174:11,12
  189:8
**170**   4:4
**174**   4:5
**180**   2:6
**181**   3:6
**189**   3:5
**18th**   50:11
**1968**   8:22
**1990s**   103:12
**1995-96**   169:4
**1998**   19:6
**1999**   24:18 25:19
  26:4,16
**1999-2000**   26:17
**19th**   167:11
**1:17**   1:6

| 2 |
|---|

**2**   3:12 32:15 35:3
  35:4 46:12 48:12
  52:21 96:6 129:22
  130:9 159:19
  160:3 163:24
  174:15,17,21
**20**   75:5 86:22
  103:12
**2000**   25:21 26:4,12
  26:22,23 27:16,22
  29:19 30:8,16
  32:9 34:23 121:22

**2000-2001**   26:12
  28:1 30:16
**2005**   10:2
**2006**   32:9 34:23
  35:16,22 36:8
  121:22 183:12
**2006-2007**   35:12
**2007**   32:12 35:13
**2008**   37:7
**2011**   37:15,22,24
  139:2
**2012**   14:20 37:18
  37:23 38:3,14,22
  39:13,15,20,24,24
  42:8,22 43:4 45:1
  45:8 72:8,17,22
  95:3 124:16
  133:12 183:10,17
  183:20 185:1,20
**2012-2013**   39:16
  40:12,16 41:18
**2013**   40:6 43:5,21
  44:1 46:23 47:6,7
  47:18,20 48:18
  49:22,24 50:3,11
  50:15 51:3 52:24
  53:7,14 54:6,13,24
  55:12 68:24 72:8
  72:14,24 76:12
  95:3 147:8 183:23
  189:7,8
**2013-14**   39:13,21
  40:19 41:12,15
  42:3 44:24 45:6
**2014**   54:20 55:1,3
  56:5 72:8,14,21
  81:4 83:1,21 84:3
  91:24 95:3 122:19
  123:2 184:1 189:9
**2014-15**   50:4
  54:10

**2014-2015**   53:5
**2015**   10:15 12:14
  12:21 15:6 40:6
  72:8,15 73:5,12
  76:13,22 77:6,10
  77:16 78:1,7,13,24
  81:19,24 82:10,13
  83:11,21 84:10,11
  84:17,19 85:6,15
  85:21,24 86:1,5,9
  86:14,16 88:3,16
  89:15,17 90:6
  91:21 92:14 93:11
  94:4 95:3,5,18
  97:15 104:16
  105:11 106:7,21
  107:8,10,16,24
  108:5,15,21
  109:13 111:12
  112:1,7,11,15,16
  113:10,23 114:3
  114:19 115:2,18
  117:1,10,13,19
  118:9 120:6 123:2
  123:11,14 130:3
  130:15 131:8,13
  136:11,14,23
  137:14,15 139:14
  140:12 141:15
  142:22 143:6,19
  144:17 146:10
  147:3 176:14
  182:4 184:4,5
  186:1,8 187:11,12
**2015-16**   54:22
  55:8 189:9
**2016**   14:20 93:5,11
  95:6,18 105:3
  108:23 109:9
  111:16,19 112:16
  112:19 113:10

114:19 115:3
116:7,14,22
117:10,15 118:18
118:23 119:3
120:14,21 121:3,8
122:10,19 123:2
123:11,14,16
124:16 132:3,18
133:13 140:13
160:24 161:1
163:20 165:22
166:6 181:20
184:6,9,14,21
186:2 187:14
**2016-17** 73:12
76:14 80:21 84:5
88:18,23 90:24
91:22 92:6,11
94:3 97:7 99:19
100:10,15,20
101:2 124:8,12,24
125:7,17 126:5,18
129:5,13 130:20
132:12 133:8
138:6,6 139:18,23
140:3,9,14 145:3
149:8 151:5
152:17 153:10,19
156:14,21 157:6
157:16,19,21
158:13 166:9
189:10,12,17
190:19
**2016-2017** 126:2
**2017** 184:6,9,10,14
184:20,21,21
186:2,2
**2017-18** 166:13,17
189:12
**2018** 167:15
172:18 184:10,20

184:21 185:1,20
**2019** 1:18 3:2
191:7 193:3
**20664** 193:8
**23,000** 167:7
**233** 1:15 2:13
**24** 175:7
**245** 9:21
**25** 98:16
**255-7105** 2:7
**26** 39:13
**26th** 42:22,22
**27** 52:24
**27th** 78:24 94:4
106:9 114:3
136:14 146:10
147:3
**28th** 54:20 105:19
106:7
**29th** 8:22

**3**

**3** 3:13 39:6,7
40:20 42:8,20
44:24 48:21
106:20 107:7
114:2,6 117:12
175:13 190:19
**3-5-2018** 172:7
**30** 29:5,16 98:1
149:16
**312** 2:7,14
**35** 3:12 152:18
**38** 37:2
**39** 3:13 37:1,2
**3:15** 191:7

**4**

**4** 3:14 14:5 42:15
42:16 43:19 46:9
46:18 48:22 49:5
51:3,8,8,20,20

52:18,18 67:16
75:13 113:19
114:2,6 170:24
176:23 181:19
**40** 72:11 94:20
95:2,12,16 98:13
98:14 157:5,7,9,15
158:9 161:8 163:3
163:7 171:14
**42** 3:14
**44** 42:10
**45** 53:20 54:24
81:21 82:11 112:1
**454-4736** 2:14
**46** 55:1
**47** 9:3
**48** 28:13,15 29:1
58:10 60:17 65:3
154:11,13,16
**4th** 43:21 46:23
47:6,18 48:18

**5**

**5** 3:15 50:7,8,11
51:9,15 52:21
53:22 66:22 68:11
72:23 75:5 96:6
113:19 114:1
146:19 180:23
190:19 191:7
**50** 3:15 81:11
161:1
**51** 53:10,12
**5230** 1:16 2:13
**54** 3:16
**55** 53:8,13
**56** 3:17
**5th** 1:17

**6**

**6** 3:16 54:15,16
68:11 96:7 97:12

163:20 172:21
173:6
**60** 29:15
**60602** 2:7
**60606-6436** 2:14
**650** 83:11

**7**

**7** 3:17 10:14 11:17
56:12,13 81:24
83:2 165:8 171:1
171:7,13 183:12
**73** 3:18

**8**

**8** 3:18 12:7,18
29:5,16 73:8,9
79:2 92:14 97:10
97:13,23,23 102:6
113:17,21 114:2
136:18 148:9
**80** 75:6
**820** 2:6
**86** 17:11
**8th** 35:13 105:3
181:20

**9**

**9** 3:19 91:17,18
96:7,7,8 97:17,20
172:2
**90** 17:11,21
**91** 3:19
**92** 17:22,22
**95** 18:8
**96** 18:8 19:5
**98** 19:3
**99** 19:3
**9:00** 1:17
**9th** 50:15 51:2
72:24 73:12 77:5
78:7 80:14 86:1
89:17 90:8,20

92:14

**a**

**a.m.** 1:17 93:19
**abilities** 138:19,23
**ability** 9:9 34:3
  64:3 92:24 135:14
  178:22
**able** 110:7 134:21
  135:5 173:2 174:2
  187:22 188:2,12
**absolutely** 66:21
  68:17 69:6 74:22
  112:20 122:24
  129:14 134:18
  138:21 141:24
  157:17 182:22
**abuse** 135:23
**accept** 82:5
**accolades** 138:22
  139:13
**accompanist**
  113:1,7
**accompanying**
  13:10 15:20 16:6
  101:4 157:23
**account** 66:10,20
  146:22
**accrued** 15:22
  34:19
**accumulated**
  97:11
**accurate** 32:8
  59:10 68:13
  164:12 192:16
**accurately** 9:10
**acquire** 96:12
**acting** 192:15
**action** 69:4
**actions** 64:23
  136:5

**actively** 37:6 87:2
**actual** 61:8 105:18
**add** 21:8 32:16
  76:17 92:18
  109:16 152:24
  164:16
**added** 98:3
**adding** 164:19
**addition** 71:16
  185:2
**additional** 22:6
  45:20 48:22 51:5
  51:7 62:1 98:6
  172:19
**additionally** 64:22
**address** 9:21 10:1
  69:12,18,23 70:8
**addressed** 36:10
  88:4 106:1 140:19
  175:20
**adieu** 48:10
**adjunct** 165:3
**administrative**
  35:9
**administrator**
  123:9
**advance** 57:17
  81:24
**advice** 110:24
  136:8
**affect** 127:17
**aforementioned**
  192:7,9,18
**afresh** 183:14
**afternoon** 181:5
**age** 12:10 13:5,10
  13:11,11 14:14
  15:18,20 16:6,10
  16:13,23 54:3
  72:11 79:5,9
  92:16 94:7,9,14,17

94:20 95:2,12,16
98:9,13,14 99:24
100:4 101:4,6,9,18
101:22 102:3,7,10
103:17 104:3,6,9
104:13 117:2,9,18
118:1,10,15,17,20
119:4 131:24
137:21 149:15
151:8,9,13 157:5,7
157:9,15,21,23
158:2,9,9,12,15,20
161:8,9,14,17,20
163:2,3,7,9 177:19
**aging** 102:13,15
102:17
**agma** 29:20 30:2
30:13 48:2 51:18
54:13 71:9,11
73:3 77:8,12
84:21 95:23 111:4
111:7,13 117:1
119:9,12,13 120:3
122:17 135:10,16
136:6 137:1
155:19 159:2
188:18
**agree** 50:17 51:1,4
54:21 56:15,21
58:6 59:20,22
60:10 62:20 67:11
68:10 69:10 70:16
70:22 71:22 77:1
79:11,18 91:22
111:15 114:8
125:17,24 130:18
130:24 136:21
145:4 146:2
148:24 149:2
155:17 174:18

**agreement** 30:2
97:1 98:7 133:16
134:5,17 155:1
192:21
**ah** 44:2
**ahead** 81:1,2
86:20 182:9
**ain't** 82:12
**ali** 2:5
**allegation** 118:17
**allegations** 101:17
**allege** 13:4
**alleged** 118:20
**alleging** 14:7
**allen** 18:19 19:1
**allow** 179:23
**allowed** 33:8,10
33:14 34:15 35:19
35:21 71:8 116:22
119:23 120:1
136:2 137:1
**allude** 61:13
**alternative** 173:4
174:5
**alto** 23:7,12 70:4
156:8 190:11,13
**altos** 70:10
**american** 29:23
**amount** 63:3
98:13 152:24
162:3 173:17
174:2 182:23
183:4 184:13,16
188:3,8 189:16
190:6
**andrew** 160:7,17
161:7
**anne** 5:9
**announcement**
57:22

| | | | |
|---|---|---|---|
| **annual** 71:4 | **approved** 83:7 | 148:22 | 134:4,24 136:11 |
| **answer** 5:23 6:5,9 | **approves** 83:5 | **attorney** 5:18 6:12 | 137:7 139:14 |
| 47:3,14 51:22 | **area** 24:9 75:12,17 | 7:20 111:6,11,14 | 140:19 141:16 |
| 55:19 57:14,23 | 146:15 | 179:16 180:17 | 142:3,8 144:9,17 |
| 79:17 95:10 119:3 | **areas** 69:4 114:11 | **atty.com** 2:15 | 146:13,24 147:8 |
| 150:1,8 151:24 | 115:22,22 147:19 | **audition** 15:6 | 183:14,18 186:8 |
| 152:11 156:2 | 147:21 | 25:22 26:11,16 | 187:14 |
| 160:3 171:1,6,12 | **aria** 48:19 | 27:2,13,15,16,17 | **auditioned** 8:24 |
| 171:21 172:6,23 | **arias** 73:16 82:12 | 29:2,17 31:2 | 26:21 27:17 37:22 |
| 173:8 174:8 | 82:14 83:13 142:5 | 32:20 37:18 38:18 | 37:23 38:3,22 |
| 179:19 190:15 | **arrested** 10:10 | 39:2,23 40:1,6,7 | 39:15 44:2 50:3 |
| **answered** 105:12 | **art** 17:16 168:22 | 40:19 43:8,8,14,21 | 73:11 81:12 116:7 |
| 172:3 | **artistic** 11:2 | 44:1,3,14,15 45:23 | 166:4 |
| **answers** 6:17 7:10 | **artists** 18:19 29:23 | 46:24 47:6,7,9,11 | **auditioning** 37:16 |
| 7:14 159:20 | **asian** 17:15 168:21 | 47:19,20,22 49:14 | 38:15,23 59:15,15 |
| 170:18 192:14,18 | **aside** 17:24 24:8 | 49:21 50:15 51:2 | **auditions** 25:24 |
| **anthony** 162:7,18 | 101:21 134:22 | 51:3,18 55:12 | 26:5,7,8,22 31:4,5 |
| **anticipation** 169:7 | 135:3,6 136:8 | 56:6,9 58:1 59:13 | 38:7,9 43:11,16 |
| **anyway** 120:2 | **asked** 21:16 23:3 | 68:16,24 71:9,16 | 45:17 47:11 48:20 |
| **apologies** 12:3 | 28:24 81:2 87:7,7 | 71:22 72:3 73:1,4 | 49:15 52:13,14 |
| 26:6 | 87:23 105:9 108:8 | 76:10,22 77:6,11 | 56:1 57:7 59:1 |
| **apologize** 26:19 | 119:1 126:16 | 77:16 78:1,7,13 | 65:19 70:17,23 |
| 70:19 163:11 | 141:16,17 142:5 | 79:23 80:14 81:14 | 71:15 81:5 84:20 |
| **appear** 12:9 92:1 | 143:11 144:8,14 | 81:18 82:1,13 | 84:23 87:17 93:14 |
| 174:17 | 189:6 192:17 | 83:16 84:11,18 | 95:13 105:17 |
| **appeared** 2:9,16 | **asking** 22:8 30:21 | 85:6,14,15 86:19 | 108:22 109:4,9 |
| **appears** 50:14 | 30:24 60:2,3,4 | 86:22 87:23 88:5 | 111:1 116:16,18 |
| 56:16 73:15 190:1 | 114:6 141:21 | 88:13,16,17 91:21 | 116:19 117:14 |
| **applicable** 5:13 | 150:15 178:23 | 92:14 93:11,12 | 120:15,16,19 |
| **application** 37:18 | **asks** 172:4 | 97:15,15 104:17 | 121:1,5,17 122:20 |
| **applied** 38:21 | **assertion** 152:3 | 105:11 106:13,22 | 123:2,11 129:16 |
| **applying** 38:5 | **assistance** 59:9 | 108:1,5,15 110:8 | 140:2,8 141:14 |
| 70:17,23 | **associates** 2:4 | 111:16,18 112:15 | 142:22 143:5,20 |
| **apprentice** 19:1 | **assume** 6:14 58:16 | 112:19 113:1 | 146:22 |
| **apprenticeship** | 86:10 | 116:2,9,14,22 | **august** 26:23 |
| 18:22 19:6 | **assuming** 101:8 | 119:24 120:1 | 122:3 137:7,14 |
| **apprenticeships** | **attend** 17:12 | 121:10 122:11,23 | **author** 176:17 |
| 18:16 | **attendance** 139:9 | 123:14,14,16 | **available** 38:8 |
| **appropriate** 74:13 | **attending** 122:23 | 129:24 130:2,15 | 39:3 161:4 186:14 |
| 76:18 | **attention** 15:9 | 130:17 131:8,13 | **average** 124:18 |
| | 47:1,12 115:15 | 132:18 133:18,21 | 161:9,14 163:3,7 |

165:8
**award** 167:15
**aware** 58:14 59:2
  103:15 118:15
  158:20 168:19

**b**

**b** 10:21 27:11,23
**bach** 22:5
**bachelor** 17:17,19
**bachelor's** 17:24
  18:5,8 168:20,24
**back** 6:17 17:2,5
  24:2 35:21 36:2
  41:8,13 42:1,19
  44:9 48:3 69:7
  70:14 76:19 81:4
  89:12 93:2,21
  106:18 113:16
  124:6 127:4,20
  129:21 144:20
  145:13 159:9
  163:23 180:23
  181:3,10,12 182:4
  183:9,17 189:21
**background** 17:4
**bad** 102:22 103:3
  104:3 150:13,16
**bankruptcy** 10:14
  11:18
**barbara** 27:8
**bargaining** 30:2
  97:1 98:7 133:16
**baroque** 19:20
  20:24 22:3,5
**barring** 136:4
**based** 13:5 15:16
  56:20 57:3 62:14
  77:3 80:18 89:19
  90:19 92:16 94:8
  98:9 107:1,6
  112:5 128:7 129:1

135:9 136:24
137:21 139:21
153:22 161:20
162:4
**bases** 65:12
**basically** 35:18
  36:17 96:7 186:24
**basis** 13:3 14:12
  14:14 15:16,17
  16:23 21:5 71:4
  160:16 177:15
**bass** 23:7 87:12
  156:10
**bearing** 84:3,11,18
  149:21
**beautifully** 51:14
**becoming** 20:5
**began** 25:14,18
**beginning** 30:20
  119:11 122:3
  145:14 163:22
**behalf** 2:9,16
  130:4 177:19
  181:6 188:22
**belief** 127:11
  129:11 131:22
  140:5 144:13
  149:23 160:16
**believe** 10:13 11:5
  11:12 14:17 15:2
  18:8,14 23:1
  24:19,23 25:8
  26:1,14,17,24 30:9
  31:4 35:12 38:7
  40:21 41:1,13
  42:3 44:8 49:10
  49:13,13,21 51:21
  52:15,20 53:8,20
  57:5 59:2 62:5,7
  64:16 65:17 69:2
  77:7,13 80:20

81:7 87:12 89:18
90:1,3 91:5 93:13
96:13,15 97:16
100:19,23 102:12
102:14 104:12
106:14 108:6
111:4 112:23
116:10,12 117:7
118:18,21 119:12
120:24 121:12
122:14,16,21
124:13,20 131:5
134:23 135:2
137:20 144:10,16
147:3,12 149:9,9
149:16,20,22
150:10,19 151:6,7
152:20 155:15
156:23 157:24
158:14 159:23
160:24 161:1
168:11,11,16,17
172:14 174:22
184:5,18 185:11
185:14
**believed** 109:11
  133:6
**bellissima** 10:20
  10:24
**benefits** 14:24
  15:1 28:17 29:4,7
  98:2 152:19,20
  187:2,2
**berlin** 24:21
**best** 41:22 44:8
  75:24 90:15 149:9
  178:22
**better** 93:11
  114:22 120:11
  144:17

**beyond** 22:8 29:1
  60:17 154:7
**big** 57:21
**bigger** 103:22
**bio** 7:8
**birth** 8:21
**birthday** 158:17
  158:21
**birthdays** 158:19
**bit** 6:7 17:2 19:11
  24:6 28:9 32:5
  62:11 69:16 72:5
  81:20 95:22 99:2
  127:10 155:21
  156:12 187:4
**black** 41:14 42:4
  44:9 47:21 50:20
  51:16 52:11 55:4
  55:7 64:18 72:15
  76:23 81:17,21
  84:7 89:15 95:14
  102:2 104:16
  105:11,17 106:16
  106:22 107:8,10
  112:2,10 121:8
  122:16 123:21
  132:8 135:2
  136:21 139:15,17
  153:10
**blends** 51:14
  67:16
**board** 94:13
**bob** 8:14 77:10,12
  77:15,18,21
  123:13
**bodies** 63:20,21
**body** 12:13,20
**bohème** 49:7
**bold** 125:21
  126:12 189:22

**book** 167:21,22
**bottom** 48:4
125:19 129:23
130:10 138:14
176:17
**boulevard** 9:22
**boy** 42:9 167:12
**break** 23:18 28:18
36:17 43:3 60:12
85:9 93:18,19
95:7 135:13
157:12 159:6,8
180:24 183:16
187:9 190:9
**breath** 67:4 75:13
148:19
**brief** 167:1
**briefly** 113:17
**bring** 15:9 47:12
124:5 137:23
147:11
**bringing** 147:14
**broad** 103:8
**broken** 120:7
145:11
**brought** 13:8
85:13 115:15
167:3
**brunssen** 27:11
**budget** 153:2,5,7
153:12,14,24
**budgets** 59:9
**bulk** 24:7
**bullet** 75:7 76:4
113:18,19 114:5,6
114:8
**bumped** 110:10
**business** 8:1,3
37:9 169:9 185:15
**busy** 36:14

**butterfly** 167:9

**c**

**c** 5:9 103:24 117:4
117:5,6 192:3
**c.s.r.** 1:12 192:8
193:8
**cabaret** 165:20
**california** 41:9
**call** 8:11 35:18
175:3 180:4,9
**called** 5:2 20:15
145:21
**calls** 29:14
**canceled** 37:12
**cantrell** 2:12 3:5
5:6,7,11 7:2 11:9
11:24 12:6 14:1
23:24 24:2 32:14
32:23 35:2,6 39:5
39:9 42:14,18
45:14 47:5,15
50:10 52:3 54:15
54:18 55:22 56:12
56:15 68:1 72:22
73:11 91:16,20
93:22 104:19,23
105:4,9 115:13
125:11,15 143:18
150:4,17 152:2
153:22 159:4,9,16
163:10,18 170:7
170:10 174:1,14
178:16 179:21
182:8 185:19
189:2,3 190:22
191:1,3
**capacities** 186:9
**capital** 125:10
**card** 158:17
**cards** 158:22

**care** 123:8
**career** 18:16 36:14
36:19 37:5 84:1
169:5
**carousel** 81:5 84:3
**carried** 183:14
**case** 5:18 7:16
8:12 9:2 12:11
94:2,7 170:16
175:4,11 177:12
177:23 179:7
180:10 192:23
**cases** 20:19 60:18
60:19 142:14
**cash** 167:17
**casieri** 1:15 2:12
**categories** 23:10
23:19,20,20 29:10
97:9
**category** 29:17
96:9 97:4,6,6
183:6
**caused** 158:12
**cautious** 68:7
**cba** 15:8 28:17
30:1 31:21 55:12
55:17 63:7 64:5,6
64:7,8,14 65:13,16
66:8 85:16 128:17
134:20 153:8
**century** 167:11
**certain** 31:15 66:9
110:23 128:11
155:2 174:5
**certainly** 46:5
172:24
**certainty** 52:17
110:20
**certificates** 18:1
**certified** 193:2

**challenges** 160:11
160:17,20 162:12
162:16
**champaign** 18:4
**chance** 12:7
**change** 41:1 102:9
102:19,22 103:19
104:3,5 123:6
182:20,20
**changes** 69:19
80:9 103:16 104:9
104:13 131:19
**chapter** 10:14
11:17
**chapters** 78:19
167:12
**charge** 11:20
12:13 78:4,15
89:20 175:10
181:21
**charges** 11:22
**chats** 162:14,17
**cheaper** 129:9,10
150:12
**checks** 16:13
**chicago** 1:7,16 2:7
2:14,20 17:7
18:20,23 19:16,22
20:12,21 21:18
24:9,20 25:15
27:4 33:1 34:4
35:9 53:6 102:23
160:15 162:10
165:20,24 167:7
167:15 168:4,7,9
168:15 175:2
**children** 10:8
**chill** 179:16
**chimes** 180:17
**chiquita** 2:5 3:6
181:5

**chj** 2:8

**choices** 82:19
103:18

**choral** 23:9 51:14
67:17 75:10 90:23
92:19,24 136:13
136:22 137:10

**chorister** 22:7
30:17 32:2,3,19
33:5,20 34:21
38:24 59:12 82:4
95:15 96:3 99:22
109:5 121:13,22
124:16 126:2,18
126:22 127:22
128:19 130:1
133:17,20,23
134:2,7,16,22
141:13 154:11,23
165:9,23 166:2
168:3 169:12,13
175:2 182:21,22

**chorister's** 66:8
102:9 130:3

**choristers** 15:10
15:13 20:8 28:13
28:15,23 29:14
57:2 58:7 59:20
60:2,4,9,15 61:3,6
61:8,9 68:22
69:12 71:3,5
78:20 83:24
105:21 106:2
125:20 127:23
132:20,24 139:18
141:4,9 154:5,13
154:16 155:7,8,18
158:22 168:10,14

**chorus** 7:9 12:15
12:22,24 14:20,22
15:8,24 19:17,20

20:17,18,22,24
23:6 24:21 27:9
27:12,19,21 28:1,7
28:11,16,22 29:5
29:13 30:10 31:3
31:17 36:3 38:16
40:13,18,21,23
41:2,16,17 42:4
43:1,4 44:5,6,19
44:21 45:17,22
46:6,7 52:11 55:3
56:16,22,23 57:3,5
57:8 58:9,10,12,12
58:14,23 59:2,10
60:3,18 61:19
62:6,9,13,21 63:1
63:8,8,15,17,20
64:2,4,11,17,19,24
65:4,8,11,15 67:13
69:9,13,17,18,20
69:23 70:2,8,9,10
70:11,16,17,22,24
71:2,17,18,21,23
72:2,7,15 74:13,14
74:16,16 76:23
77:1,18 78:3 81:8
81:10 83:5,6
84:22 85:3 88:19
88:20,23 92:9
93:1,2,8 94:22
95:15 96:10,13,15
98:17,20,23
107:18 111:8
120:18,19 121:4,9
121:15,18,19,23
123:8,17,18,24
124:21,24 125:4
125:16 127:16,20
128:5,7,10,20
131:4,7,9,10,11,15
131:20 134:22

135:14 136:7
142:18 149:12
152:8 153:5,7,9
154:2,21 155:6,19
156:23,24 162:20
171:20 182:12,12
182:18 183:3
184:14 185:22
190:16

**choruses** 21:22
77:2 166:5

**chose** 75:21
139:22 183:18

**christine** 1:3,11
3:1 5:1,9,12,15
24:3 93:22 105:2
107:2 159:10,16
170:12 172:10
181:6,14

**church** 21:4,9 34:9

**churches** 167:10

**city** 1:16 18:24
34:4 168:3,15

**civil** 1:13

**claim** 100:4

**claimed** 140:1

**claiming** 140:11
173:11

**claims** 15:17
118:19

**clarification** 189:4

**clarified** 63:18

**clarify** 6:17 9:19
21:15 22:17 24:3
24:13 26:21 29:22
30:23 33:12 52:14
54:8 55:9,10
58:21 59:23 62:22
68:23 79:6 102:18
119:8,23 135:17
143:3 150:8,22

168:17 169:18
172:23 173:22,23
188:20

**classical** 21:19,21
21:23 22:2 24:7

**claudia** 8:1

**clear** 15:15 34:15
39:14 51:7 58:9
62:12 64:12 66:19
72:20 75:18
101:16 181:24
184:19

**clearly** 146:23

**client** 163:15

**closed** 88:20

**closer** 110:4

**club** 167:11,12

**coach** 65:13
115:21 116:2

**coaching** 82:5,6,9
82:11,15 84:13,17
88:7 89:14 112:2
112:7,11,14 113:5
114:18 115:2
136:8

**coachings** 18:23
81:22 83:15

**coincide** 45:17

**cold** 80:8

**collaborated**
167:21

**colleague** 150:14

**collective** 30:2
97:1 98:6 133:16

**college** 17:12,13

**colon** 171:4,5

**coloratura** 103:24

**come** 27:2 35:21
36:2 38:14 76:19
82:6 124:6 134:23
162:21

comes 19:24
coming 70:3 80:8
108:17
comment 51:1
67:5 73:20 75:1
75:16 76:8 90:21
94:4 102:6 106:8
115:20 135:6
136:11 144:13,19
146:17 147:3,17
147:22 148:4,5,7,8
148:9 176:16,19
176:21
commenting 143:2
143:10
comments 48:17
49:10 51:6,8,20
52:8 53:24 66:23
68:10,15 69:3
73:19 79:4,12
80:6 86:5,8,13,17
86:18 89:19,21,22
90:1,3,19 91:1,7,9
92:13,15 112:10
114:9,11 116:8
127:10 129:24
131:8,22 139:21
140:17,23 149:3
149:20 158:16
common 20:8
83:24 90:12 135:5
commonly 28:6
134:6
communication
175:6
companies 19:21
134:11 169:21
company 25:6
59:3 81:17 161:18
162:16,22 169:19
169:23

comparable 157:7
157:10 188:3
compare 145:6
155:23
comparing 144:7
compatibility
75:10 90:23 92:20
92:24 136:14,23
137:11
compatible 143:7
143:8
compensate
186:15
compensated
44:16
compensation
155:18
competitions
139:1 167:14
compiled 105:2
181:14
complaint 12:10
13:8,15,17 14:13
14:14 16:2,12,15
16:24 101:17
188:17,22
complaints 117:18
118:2,10 119:20
complementary
114:1 146:19
147:24 148:1
complete 6:8
192:17
completed 17:22
120:15,20
completely 11:13
118:24 120:7
130:3
complex 155:15
complicated 31:21
110:14

compliment 76:6
compliments
113:20
component 98:5
concern 85:12
92:2 115:23 117:2
119:12 130:1
134:23 140:19
148:6
concerned 90:23
119:14
concerning 82:8
concerns 117:9
118:14 136:13,22
137:2,10
concert 8:5,8
concerts 124:14
138:12
concluded 191:6
concordia 165:2
conference 182:2
confidential 179:8
confidentiality
179:7
confidently
141:21
confirm 8:21 9:2
13:3,7 14:12
conflict 33:15
conflicted 188:11
conflicts 33:11
confused 184:7
confusing 40:3
41:23,24 109:19
connected 67:4
74:24 148:18
connection 141:5
connexion 165:21
165:21
consider 76:6
85:17

consideration
15:13 67:18
146:24 147:14
considerations
16:3
considered 15:12
22:14 66:13 74:2
75:4 81:16 85:7
146:5 174:6
consisted 50:19
51:16
consistently 75:23
contend 171:19
contention 62:15
80:12 85:4 92:13
92:15 94:7 99:18
100:8,14 101:19
127:11 140:5
149:6 150:4 152:3
157:4,14 161:12
171:22
context 51:14
67:17 79:15
continuation
174:18
continue 93:24
continued 4:1
83:22 185:23
186:3,8
contract 30:17,19
30:22 31:8 32:1
33:17 55:11,13,15
55:16,23 73:3
95:23 109:4 120:3
132:17 133:3,10
135:10,16 136:1
154:10,20 169:22
170:1
contracted 187:15
contracts 123:8
132:19

**contractual** 84:18
**contractually** 85:1
**contrell** 5:17
**contributed**
  100:19 101:1
**controlled** 148:15
**conversation** 6:7
  69:7 109:13,14
**conversations**
  116:13
**convicted** 10:10
**cook** 1:16 193:2
**copies** 163:12
**copy** 12:10 13:16
  14:1 54:5 78:23
  106:4 163:11
  176:13 178:24
  179:2
**core** 14:19 15:3,23
  16:4 28:22 31:19
  32:2 38:15,24
  39:12 43:1,5,8,12
  44:20 50:15 53:5
  54:9 56:2 57:8
  60:17 61:15,20
  62:8,21 63:9
  65:18,23 66:1
  67:13 69:8,22
  70:10,24 72:7
  73:5 75:14 81:22
  82:4 84:4 88:20
  89:3 92:6,22
  94:22 95:15 96:10
  96:14 98:22 101:2
  105:20 106:1
  107:18 109:4,9,12
  110:6,8,19 123:17
  124:16,20,23
  125:4,16,20 126:2
  126:17,21 127:7
  127:19,24 128:7

128:12,13,24
129:5 131:9,20
133:16,23 134:16
139:18,23 140:3,8
140:13,18 142:24
143:7,9 144:11
149:7,12 152:7,12
154:23 155:5,8
156:14,24 157:2
171:19,24 175:1
182:11,18 183:3
184:13,22 186:20
189:17,23 190:2
190:15,20
**corinne** 130:13,14
130:19 131:3,6
175:18 176:7
**corporate** 134:10
**correct** 6:20 8:23
  10:16,17 12:10
  13:16 14:16 16:7
  16:17,22,24 17:1
  25:19 26:9,14,19
  28:8 33:7 34:2,6
  34:13 35:14,15
  36:9 37:1 38:12
  39:17,22 40:2
  41:20 42:6 43:6
  43:10,13,14,15,17
  43:18 45:4,5,9,14
  45:15 46:8 48:22
  49:1,3,4,8 50:5,20
  50:24 54:11,23
  55:2 56:4,8,11,19
  57:11 58:4,5 59:5
  59:6,18 61:4,17,22
  63:9,11 64:15,21
  65:15,21 66:1,14
  66:15 67:5,10,15
  69:2 72:4,10 73:6
  73:7,13,18,22

74:21 77:4,19,20
77:22,23 78:4,5,21
78:22 79:24 80:1
80:5,10,11 83:23
86:6,15,17 87:17
87:20,21 88:13,24
89:1,3,6,7,10,11
89:23 92:6,7,22
93:5,8,9 95:4,12
95:17,20,21 96:1
97:1,2,18,19,19
98:8,19 99:1,5,12
99:13,16 102:7,8
104:11,13,17,18
105:12,22,23
106:2,3,9,10,16,23
107:3,4,5,11
108:12 109:24
112:8 113:20
114:4,14 116:16
116:19 118:2,5,11
118:12 119:7,16
119:17,21 122:6
123:19 125:18
126:10,11,13,19
126:20,23,24
128:3,4,15,16
129:1,2,6 131:20
131:21 132:3
133:9,15,19,22,24
134:3,4 135:11,16
136:11,15 137:4,5
137:12,15 138:7
138:10,20 139:7
139:10,11,15,16
139:19,20,23,24
140:10,10 143:21
144:2 145:1 146:7
146:8 147:9
148:10,13,14
149:4,5 151:11,16

154:8,17,18 155:1
155:3,4,9,10
156:10,11,13,15
157:10 161:5,21
161:22 162:2,6
163:8,9 164:15,22
166:8,10,11,14
168:22 169:2,3,20
170:16,17,20
171:8,11,22 172:6
176:1,10,13 177:5
177:13,14 182:3,6
182:7 183:10,11
183:17 187:15,16
187:18,19 189:10
189:11,13,14,23
189:24 190:3,4,15
190:21
**correction** 25:20
  141:20 142:15
  143:12
**corrections** 143:2
**correctly** 44:4
  96:17 149:1
**correlated** 151:7,9
**correlates** 163:9
**correlation** 16:10
  161:23
**cost** 59:12 161:17
**costume** 182:19,20
**counsel** 2:2 11:8
  111:1,2,10 188:14
  188:17,19,21
  192:11,21,23
**country** 24:10,20
  25:15
**counts** 96:14,18,20
  98:21
**county** 1:17 192:3
  193:2

couple 5:16,21
123:7
course 106:17
124:5 131:14,16
court 1:1 5:14 6:2
6:10 16:13
courtesy 55:14
courts 1:14
cover 32:22
covered 22:23
23:1 137:22
180:18
crane 175:19
create 46:4
created 172:17
creates 164:17
creating 164:3
crime 10:11
crisis 37:8
criteria 66:9
critical 114:9
criticism 74:20
146:15
criticisms 79:12
critique 50:14
72:24 74:18 75:1
75:15 76:7 78:23
79:13 80:18
139:22 146:15
critiques 79:19
113:19
crossed 158:7
178:4
cs 135:24 171:3,6
173:8
cs3514376 1:24
csr 193:9
current 8:18 9:21
currently 28:14
123:5 160:11
165:1,15

cv 1:6
cycle 134:4

**d**

d 19:18
dallavo 1:15 2:12
damages 172:4
173:7,12,17 174:3
187:8,21
date 8:21 9:2
30:20,20 43:20
48:23 49:19 54:18
57:22 118:24
192:9
dated 35:13 39:13
39:20 45:1 46:17
46:21 49:10 50:11
91:24 106:7 146:9
163:20
dates 30:19 109:20
davis 160:7,17
161:7
day 1:17 68:12,13
79:21 80:3,3,17
82:10 83:2,3 90:9
90:13,14 122:4
193:3
days 187:3,3
dear 106:1
debut 18:19
decade 164:7,17
164:19
december 26:3
81:4 106:21 107:8
107:9,16,24
108:21 109:13,13
111:12 112:15
113:10 114:19
115:2 117:1,10,13
117:19,20 118:9
119:19 120:6
176:14

decide 37:13
decided 35:16
36:1 58:11 111:1
145:24 169:4
183:13
decides 77:2 155:6
decision 55:7
71:23 84:23 85:8
87:19 93:7 100:9
129:12 130:19
139:17 142:21
143:4
decisions 57:2,19
77:22
deeper 95:11
defendant 1:8
2:16 3:11,12,13,14
3:15,16,17,18,19
3:20,21,22,23,24
4:3,4,5 5:18 12:4
35:4 39:7 42:16
50:8 54:16 56:13
73:9 91:18 104:21
105:7 125:13
143:16 159:14
163:16 170:8
174:12
defendant's 12:1,3
105:5 125:11
143:15 159:13
170:13 187:21
deficiences 70:9
deficiencies 64:10
64:24 65:7,11
69:18,21,23
defined 14:8 16:15
definitely 40:11,12
77:8
degree 18:5,6
24:17 25:13
168:21 169:1,2

degrees 17:15,17
17:20,23,24 19:5
delve 95:11
demand 7:7 139:6
demoted 12:14
14:8,18 16:15
182:5
demotion 14:15
15:17
dependents 10:8
depending 28:19
29:10 132:10
148:2
depends 58:7
59:20 96:15
deposition 1:11
2:1 3:1,11,12,13
3:14,15,16,17,18
3:19,20,21,22,23
3:24 4:3,4,5 5:12
6:18 7:4,19 8:14
8:17 107:21 179:4
191:6 192:6,11
depositions 1:15
5:19,22
depth 110:5
describe 172:4
described 21:7,13
83:21 167:24
description 56:16
123:7 176:12
185:15
detail 32:6 179:12
detailed 160:10
deterioration 88:3
determination
123:24
determined 38:17
58:24 155:13
determining 67:12

**developing** 115:10
**development** 59:9
**dewsnup** 125:24
  126:5,21 127:12
  127:18 129:16
  156:13,16 190:1
**diane** 78:12,15
**dictate** 61:2,9
**dictated** 63:2,21
  96:24 154:2
**diction** 148:22
**difference** 89:2
  95:5,6 97:3
  152:12,19 182:11
  182:13,23 186:19
**differences** 89:4,8
  155:22 182:15
**different** 24:10
  28:10 31:19,23
  47:10 48:24 68:12
  68:16,24 79:24
  88:8 90:10 93:17
  95:19 103:8
  137:15 141:19,23
  145:18
**difficult** 6:1
**diminishment**
  138:2
**diploma** 17:8
**direct** 179:22
**directed** 153:4,11
**direction** 56:23
**directly** 151:15
**director** 2:20 11:2
  162:9 163:21
**disagree** 53:23
  90:4
**discharged** 10:15
**discipline** 134:7
**discovery** 1:11

**discretion** 63:15
**discriminated**
  13:5 94:8 137:21
**discrimination**
  12:10 13:15 14:15
  16:6,14,24 94:14
  94:17 100:1,4
  101:4,7,9,19,22
  117:3,9,18 118:1
  118:10,16,17,20
  119:5 131:24
  151:8,10,14
  177:20
**discriminatory**
  16:8
**discuss** 7:19 8:14
  8:17 102:2 106:12
  107:15 116:1
  162:15 180:19
**discussed** 18:13
  24:9 51:3 80:19
  104:15 107:21
  113:18 116:5
  129:8 137:19
**discussing** 13:9
  72:6 94:1 99:7
**discussion** 24:1
  109:2 148:3
**dismissed** 12:21
**disposed** 11:13
**distinction** 63:5
  151:2
**distress** 172:16
  173:2,8,12,18
  174:3,7
**district** 1:1,1,14
  16:13
**divide** 145:15,17
**divided** 23:6,9,16
  145:22

**divisi** 145:21
**division** 1:2
**doctor's** 174:5
**document** 12:8
  13:12,13 30:5
  35:7 39:10 46:10
  47:8 48:5,21 49:5
  49:9 53:3 54:2,19
  56:20 73:15
  104:24 105:18
  107:4,6,12 108:7
  109:17,24 130:6
  133:4 146:11
  159:13,17 163:24
  164:1,4 170:12,22
  172:17 174:10,15
  174:20 175:17,22
  176:24 177:9,16
  179:1,6 180:2
  181:12
**documentation**
  111:24
**documents** 7:3,6
  7:15 10:13 47:2
  47:10 49:17 54:6
  105:2 179:3
  181:13
**doing** 15:10 19:7
  38:7 64:20 102:24
  137:3
**dollar** 97:23
  173:19
**donald** 27:23
**donde** 48:10
**donna** 41:8
**door** 41:6 86:24
  87:4,18 141:15
  142:6,15,23
  143:20 144:18
**downturn** 37:8

**dozen** 138:18
**draft** 188:21
**dramatic** 76:5,12
  82:23
**draw** 47:1
**dressing** 62:11
**dried** 37:9
**drive** 1:16 2:13
**dropped** 81:15
  185:21
**duly** 5:2 192:12
**duties** 59:8 153:8
  182:23

**e**

**e** 2:8,15 5:9,10,10
  5:10 8:2 9:14,14
  10:21 19:18,18
  27:10,11 91:6
  105:22 106:5
  124:2 125:10,10
  130:3 175:18,24
  176:3,7,12,13
**earlier** 25:21 30:1
  57:7 71:14 88:11
  102:5 104:15
  105:9 108:8 109:8
  126:16 127:5
  129:8 137:11
  168:20 171:17
  185:18
**easier** 6:10 19:14
**east** 19:18
**eastern** 1:2
**easy** 51:13 99:9
**education** 22:8
**educational** 17:3
**edward** 9:14
**eeoc** 11:20,22
  12:11 174:22
  175:10,10 177:2,7
  181:21 188:14

effective 59:12
effort 44:16 82:7
  83:12
eight 59:16 124:13
either 11:17 21:17
  117:9 119:10
  123:13 140:12
  142:22 143:5
  144:18 154:10
  179:5,9
elizabeth 2:20
else's 52:19
emotional 107:22
  172:16 173:2,7,12
  173:18 174:3,6
employ 130:22
  168:10
employed 15:11
  15:12 31:8,13
  109:12 121:21
  164:7,14,19,23
  169:12 186:6
  190:20
employee 34:1
  85:16,18 113:2
employees 8:18
  85:17 160:23
  161:1,8,20 162:21
  163:2
employer 180:13
  185:23 186:3,10
  186:17
employment 13:15
  25:14 31:24 32:1
  121:14 134:13
  137:24
encouraged 27:13
engage 60:17
  71:24 100:9,15,19
  129:12 139:22
  186:3,18

engaged 9:1 20:5
  24:24 30:15 32:8
  33:21 39:16 40:9
  43:4 54:9 90:24
  92:5,8 109:10
  118:4 120:8
  124:15 126:17,21
  133:2,5,11 187:13
engagement 39:11
  45:2,4 53:4 54:22
  55:11 56:10 65:23
  66:2 91:21 94:2
  133:24 134:3
engaging 16:4
enormous 160:10
ensure 59:10
entail 162:19
entered 167:14
entertained 37:15
entire 6:9 15:15
  62:8 84:1 127:24
  131:7
entirety 6:5
  131:12
entitled 15:3 35:17
  97:21,22,24 105:1
entry 149:19
error 26:20
esquire 2:5,5
estimate 152:21
evaluated 66:18
evaluation 66:13
  71:12 79:19 80:20
  90:20 106:13
  149:4
evaluations 67:12
  87:20 141:8
evasive 110:11
eventually 65:14
  182:5

everybody 131:16
  158:23 159:1
evidence 99:24
  101:22 140:23
  151:13 177:22
exact 182:17,20
exactly 27:20
  33:19 63:6 98:21
  110:5,12 147:10
  154:3 178:19
examination 3:4
  5:5 181:1 189:1
examined 5:3
  192:13
example 23:14,16
  26:12 34:9,18
  62:5 65:12 66:22
  69:24 84:20 98:17
  101:18 102:24
  127:5,20 140:21
  141:1 152:14,15
examples 101:6
excellent 85:18
  148:21
exceptional
  184:13,16 189:16
  190:6
excerpt 130:6,8,9
  130:12,24 176:7
excuse 185:13
exemplary 15:5,7
  88:7
exercise 36:2
exhibit 3:11,12,13
  3:14,15,16,17,18
  3:19,20,21,22,23
  3:24 4:1,3,4,5
  12:1,3,4 32:15
  35:3,4 39:6,7
  40:20 42:8,15,16
  42:19,20 43:19

44:23,24 46:9
  48:21 50:7,8,11
  51:3,8,9,15,20
  52:18,21 53:22
  54:15,16 56:12,13
  66:22 72:23 73:8
  73:9 79:2 91:17
  91:18 92:14 102:6
  104:20,21 105:5,5
  105:7,14 106:19
  111:21 113:17,21
  114:2 117:11,12
  125:11,13 129:21
  136:18 143:14,15
  143:16 144:20
  146:9 148:9 159:5
  159:13,14 161:6
  163:11,16 170:7,8
  174:11,12 176:8
  181:10,12 189:21
exhibits 3:9
expanding 186:9
expect 173:14
expected 85:12
expense 82:6
  83:12
expenses 172:15
  172:19 173:4
expensive 94:23
  99:22 151:7,8,10
  152:4
experience 22:23
  56:21 57:4 66:9
  66:12 94:24
  121:15 128:18
experienced 94:12
  150:21 152:5
  153:6,11,18
expertise 155:12
explain 14:17 15:2
  16:14 28:10 81:3

94:10,14 95:1
96:2 109:11 134:8
174:8
**explanation** 81:6
105:1 181:13
**explicitly** 64:9
**express** 134:23
**extent** 34:8 113:9
139:8
**extra** 32:20 45:23
62:7 134:24
163:12

**f**

**facia** 78:9
**facing** 160:11,18
160:20 162:16
**fact** 27:24 36:19
39:3 54:9 58:23
68:18 83:6 88:22
91:8 92:5,21
106:15 111:18
112:6 119:6 125:6
127:14 136:10
138:12 140:3
143:10 147:2
178:18
**factor** 61:24 69:11
80:9 101:9 129:12
**factors** 80:13,15
85:7 100:18 101:1
108:14 129:3
**facts** 100:3
**factual** 176:13
**fair** 27:19 48:16
51:19 54:24 61:12
61:23 65:24 67:17
69:14 74:19 80:3
83:20 99:3 107:8
112:6 121:3
143:13 155:23
190:5

**faith** 44:12 82:7
83:12
**fall** 26:23 27:19
29:19 30:16 43:12
49:22 54:12 57:9
58:1,24 59:13
73:5 81:24 84:21
85:15 110:10
121:12 187:12
**falls** 96:8
**familiar** 44:13
154:6
**far** 11:16 17:5
31:20 71:3 87:4
103:16 104:1
**fascia** 78:6,11
**favorable** 74:2
75:1,2,15 76:8
81:16
**february** 81:19
82:10 84:10,17
85:13,21,24 86:5
86:11,12,14 88:3
89:15,21 112:1,7
112:11 137:15
**federal** 1:13 5:13
16:13
**feedback** 71:18,21
**feel** 6:6 65:1
108:16 110:2
120:11 134:24
158:6 177:18
**feeling** 84:7
**fees** 98:3,4
**fellow** 130:1
**felt** 65:7 82:8
90:16 108:18
**female** 143:20
**festival** 20:14 21:4
22:1

**fewer** 153:17
**figure** 173:20
**filed** 11:20,22
12:11 13:17 14:2
16:13 118:11,17
141:12 175:11
180:12 181:21
188:16
**filled** 82:3
**final** 59:21 134:12
**finances** 188:3
**financial** 16:3 37:8
160:11,17,20
162:12
**find** 37:11 110:5
110:22 132:15
**fine** 110:17 167:20
**finish** 6:4 45:13
**finished** 19:5
**fireside** 162:14,17
**first** 5:2,23 7:2
12:19 15:12 25:1
25:18,22 28:24
40:8,22,24 50:10
51:9 60:14,22
73:19 75:2 79:17
85:2,11,19 95:10
106:21 109:16
117:10 118:19
121:14,23 122:4
140:6 156:16
160:6 164:10
170:14 192:12
**five** 43:3 68:21
81:9 83:7 114:5
125:1,3,8 126:9,19
127:2 132:7 145:3
183:7 184:15
190:3,8,10,11
**fix** 65:6

**flatness** 75:8 80:7
90:5 114:15,21
115:10,14,16
148:23
**flute** 62:7 127:22
**fluttering** 67:20
68:3
**follow** 107:9
180:16 189:4
**following** 2:2
14:22 24:16 26:9
35:11 36:1 37:7
38:10 40:9,23
43:2 51:2 58:4
59:1,14,21 60:10
66:4,14 84:22,24
88:13 91:21
104:16 105:11
106:13 112:10
116:2 130:5
150:20 171:4
172:3 184:18
**follows** 5:4
**foregoing** 192:6
192:16
**forest** 165:3
**form** 46:5
**formally** 118:18
**format** 175:24
**former** 8:18
**formerly** 175:1
**foundation** 182:8
**founder** 11:2
**four** 22:9,13 23:6
23:9,20,21 27:4
28:18 29:10,17
43:2 46:9 81:9
96:11 149:17
164:14 167:5
174:14

**fourth** 29:12
**frame** 39:14
**france** 165:18
**franklin** 19:19
**frankly** 107:20
**free** 83:6 110:2
**freelance** 187:24
**freud** 162:7,18
**front** 111:21
**full** 20:6,10 28:2,3
  28:16 32:18 33:6
  33:20,24 34:21
  41:14 62:6 97:11
  106:21 121:9
  123:23 127:22
  138:15 154:12
  165:4 168:3,10,11
  168:14,16 169:12
  169:17,24 170:3,4
**fuller** 103:21
  139:3
**fully** 108:16,18
**further** 106:23
  107:13 188:24
  189:1 190:9,24
**furthermore** 51:5
  92:18 188:9
**future** 165:14

**g**

**g** 9:14,14
**gain** 98:6,23 99:2
**gained** 98:13
**galesburg** 17:13
**geiger** 9:14
**general** 5:22 25:24
  26:5,6,8,11,22
  27:16,17 38:7,9
  39:2 43:16 57:21
  59:5 108:22 111:1
  116:18,19 117:14
  120:18,24 121:1

162:9
**generally** 32:4
  57:15 74:2
**gentleman** 87:1
**gesture** 55:14
**getting** 158:7
  188:3
**gifted** 120:1
**give** 5:21 6:20
  19:15 69:24 71:11
  79:24 83:6 88:17
  128:12 134:11,21
  136:7,8 137:2
  152:14,15 166:23
  167:1 170:10
  178:16,21 179:10
**given** 5:19 41:14
  59:14 99:11 119:2
  124:17
**gives** 177:22
**giving** 5:22
**go** 6:16 17:5,6
  31:16 32:5 62:2
  81:1,2,4 86:20
  101:14 103:7
  106:18 127:7
  182:9
**goal** 151:18
**goes** 15:13,20
  106:23 127:4
**going** 5:21 6:14
  11:24 12:2 14:4
  19:8,9,11 35:2,10
  35:23 36:1 39:5
  41:24 42:14 44:7
  50:6 58:21 59:3
  59:23 60:17 73:8
  83:17 84:16 85:9
  85:14,15 87:14
  91:16 93:16 95:1
  99:20 101:13,15

104:19 105:4
  106:18 127:20
  128:11 131:15
  134:20 135:17
  143:14 144:20
  145:13 150:13
  159:4,12 163:10
  165:17 167:4
  174:10 178:14
  179:5,9 180:1,22
  181:10,12,19
  182:4 184:22
**good** 15:10 44:12
  44:16 53:18 67:7
  76:5 82:5,7,23
  83:12 85:16,17,23
  85:24 89:13,14
  93:17 104:3 139:9
  144:6 181:5
  185:14
**gotten** 120:8
**governed** 95:23
**governs** 60:8
**graduate** 19:5
**graduated** 25:12
**grant** 19:17 20:13
  20:21 21:24 30:10
  30:13 168:7,9
**great** 46:3 76:11
  90:14
**group** 29:9,12
  121:24 152:7
**groups** 23:18 33:9
**guarantee** 66:3,6
  155:7
**guarantees** 154:24
**guess** 129:22
  168:16 178:23
**guest** 44:19
**guild** 29:23

**guys** 188:17,20

**h**

**h** 5:9 8:2 14:7,15
  15:17 117:4
**half** 96:18,18,19
  97:10,13 165:18
  167:19
**hall** 2:4,5,8,8 3:6
  6:24 11:6 13:23
  45:13 47:3,13
  51:22 55:19 67:22
  72:20 115:8 150:1
  150:15 151:23
  153:20 159:6
  163:14 173:21
  178:8,12 179:15
  179:18 180:22
  181:2,3,6 182:10
  188:24 189:6
  190:23 191:4
**hallway** 86:21
**hand** 47:9 50:6
  73:8 143:14
  174:10
**handel** 22:5
**handyman** 9:18
  9:20
**happen** 103:2,16
  131:19
**happened** 100:6
  117:3 186:1
**happening** 28:14
  100:23
**happens** 103:5
**happy** 6:13 163:12
**head** 5:24 6:22
  124:10 140:17
**healing** 173:3
**health** 173:1
**hear** 27:3,5 44:12
  71:3 86:23,23

87:2,8 88:10
121:8 141:18,23
142:8,9 143:20
162:21
**heard** 45:11 87:18
88:10 121:11
123:23 129:24
131:7,11 137:10
137:14,15 142:6
142:14 144:17
146:18 148:1
**hearing** 81:18
88:8 138:15
**heidi** 111:4
**held** 26:8 35:20
38:10 43:11 56:1
57:9 84:21 116:17
156:20 162:17
**help** 45:24 108:13
124:3 187:21
**hereinabove**
192:19
**high** 17:6 19:19
70:7 75:22,24
**highest** 22:18
23:11 94:21 97:19
98:18
**highlight** 76:3
**hire** 65:3 70:9
94:23 99:19
115:23 150:21,23
150:24,24 151:19
169:21 170:3
186:8 188:21
**hired** 21:3 29:19
32:20 42:23 72:6
75:23 80:20 81:15
88:22 93:2 95:14
98:16 110:6 132:2
132:11 137:24
138:13 139:2

140:3,8,13 149:7
150:5,17 151:4,6
156:1 157:5,15,19
158:12
**hires** 152:4
**hiring** 55:8 69:21
89:20 101:2
139:18 149:21,22
152:10,16 169:23
**history** 109:19
**hit** 76:20 90:13
**hold** 34:22 40:2
109:20 140:16
184:7
**holding** 81:5
**hommel** 8:1
**hommel's** 8:10
**honoring** 85:15
**hour** 29:5,16
97:23 152:18
**hourly** 14:9,23
16:16 28:18,20
29:3,7 89:9 187:5
**hours** 14:9,23
16:16 34:16,19
59:12 165:7
186:12 187:1
**house** 153:15,24
**huh** 6:1 8:9 16:18
17:18 18:11 30:3
30:6,14 36:15
38:12 43:24 46:11
46:13 48:6 50:16
52:22 53:2 67:1,6
67:8,21 70:1,6
79:3 89:24 92:12
93:6 103:14
106:24 107:14
108:3 109:1 112:4
113:8 117:16
136:9 143:22

144:22 145:5
146:3 147:20
148:11,14,17,20
158:23 161:11
162:13 164:9,11
168:23 171:2
172:5 174:16
178:5
**human** 2:20
163:21
**hundreds** 37:10
**husband** 7:21 9:12
10:6

### i

**idea** 37:15 39:3
49:18 58:18 59:5
82:5 169:9
**identity** 177:17
**idhr** 11:22
**ii** 144:24 145:6,12
145:21 146:5
155:22,24 156:3,5
190:10,14
**ii's** 146:1
**illinois** 1:1,17 2:7
2:14 17:13 18:4
18:10 25:7 165:3
192:1 193:3
**imagine** 35:8
**impair** 9:9
**important** 63:5
**impression** 109:3
**improve** 64:24
82:8,20 85:20
115:22
**improved** 68:6
140:24
**improvement** 68:2
68:5,9 69:4 74:11
75:3,12,17 79:22
114:10,12 146:16

146:20 147:1,19
147:21
**improvements**
68:15 69:5
**improving** 83:22
**inaccurate** 13:22
**incident** 10:22
**income** 186:11
**inconsistent** 74:24
75:3,5 148:19
**incorrect** 176:18
**increase** 29:11
97:23,24
**increases** 28:19
**incur** 173:4
**incurred** 172:15
172:18
**index** 4:1
**indiana** 25:8
**indicate** 75:12
82:3 84:6 132:10
**indicates** 94:17
**indication** 15:5
82:19 136:22
**individual** 81:21
178:4
**individually** 11:3
11:10
**individuals** 160:4
160:5 180:5
**inexperienced**
151:20
**influenced** 80:13
80:16
**influencing** 108:15
**inform** 38:23
**information** 57:20
63:4 117:8 160:9
160:10,17 162:11
**informed** 108:20

informing 35:23
initial 188:16
initiating 141:7
input 71:12 78:9
instances 90:7
instituted 141:12
institutions 138:23
instructor 165:3
insurance 173:1
intend 8:11 175:3
  180:4,9
interchangeably
  99:8
interested 192:22
interfere 34:11
internationally
  37:9
interrogatories
  5:3 7:9,12 159:21
  170:14,19 192:13
interrogatory
  159:18 160:3
  171:1,7,13 172:2
  172:22 173:6
interrupt 85:22
intertwine 167:5
intertwined 16:19
interview 174:22
intonation 75:8
  80:7 90:5,21
  104:2 148:21,22
introduce 105:4
investigation
  175:10
involved 10:20,21
involving 75:8
  80:7 90:5 114:15
  148:23
issue 9:2 62:11
  82:17 92:2 101:8
  128:19

issued 42:8 132:20
  132:21
issues 16:20 75:8
  79:22 80:7,19
  82:24 90:5,21
  114:15 140:19
  148:23
it'll 19:14

**j**

jackson 2:4,5 3:6
  6:24 11:6 13:23
  45:13 47:3,13
  51:22 55:19 67:22
  72:20 115:8 150:1
  150:15 151:23
  153:20 159:6
  163:14 173:21
  178:8,12 179:15
  179:18 180:22
  181:2,3,6 182:10
  188:24 189:6
  190:23 191:4
jacksonassociate...
  2:8,8
january 8:22 26:4
  32:12 35:13
  117:10 119:11
jared 112:23
  122:14
jeopardy 177:18
jill 125:24 126:4
  126:21 127:12,18
  128:3,24 129:4,16
  156:13,16 171:18
  190:1
job 1:24 9:15,20
  18:15 21:9 27:5
  34:9 56:16 120:9
  123:6 169:24
  177:18 182:17,20
  186:14

jobs 24:8 187:23
  188:1,9,9
john 78:6,9 111:13
  116:24 119:10
  188:18
joined 22:24 30:8
judging 143:1
jump 144:20
jumping 28:9 69:7
  129:21
jumps 146:14
june 105:3 118:18
  118:23 163:20
  181:20

**k**

k 117:5,6 140:22
  143:24 146:6
  192:3
kaileen 13:2 87:14
  126:1,8 127:12,18
  127:19 128:3,24
  129:4,16 142:4
  143:24 144:11,18
  147:22 148:12,18
  149:6,11,15,21,23
  150:5,17 152:17
  156:12 171:13,18
  171:23 190:2
kaileen's 146:13
  148:15,21
karen 27:10
karr 39:12 105:20
  122:20
kasten 174:23,24
  175:3,7
kasten's 175:9
keep 83:8
keeping 83:13
kept 179:8
kin 192:23

kind 41:6 57:21
  58:17 74:16 93:1
  103:5 107:19
  135:4 154:3
kinds 6:2
knew 169:9
knocked 107:19
  157:21
know 27:18 31:1
  31:14,20 36:11
  37:7,19 38:4 40:6
  41:24 44:2,21
  45:24 46:4,14,18
  47:13,14 48:23
  57:12,14,17,23
  58:3,23 61:11
  62:4,17 64:2,19
  69:16 71:3,17,19
  74:3 75:4 76:14
  77:9 80:8 84:24
  87:11,14 118:14
  120:14,19,22
  121:6,7 122:15,18
  123:1,4 124:18
  125:2 126:6 129:7
  129:18 131:3,6
  136:7 143:23
  146:21 147:12
  148:2 149:11,15
  152:9 153:4,9,13
  155:12,16 156:2
  156:20 157:1
  160:24 167:4
  169:5 175:4,5
  176:5 177:24
  178:4,8,9,10,11,12
  178:13,14,15,19
  180:4,5 181:17,21
knowing 85:13,14
knowledge 41:22
  44:8 57:20 58:14

63:14,17 71:13
141:11 149:10
153:1 154:7 161:7
163:2 178:21
179:22
**known** 9:5 116:23
**knows** 128:11
**knox** 17:13
**kszastowski** 87:13
144:1,23

**l**

**l** 1:4 8:2 10:21,21
19:18 27:23
103:24 125:10
**la** 49:7 73:16
82:11 167:9
**label** 159:12
**lacking** 64:11
69:13
**landon** 2:20
163:21
**lane** 17:7
**language** 12:16,19
14:10 67:9 108:24
109:6 112:3
125:22 160:12
161:6,10 164:8
**large** 74:11
**laryngitis** 108:1,4
**lassu** 48:10,15,18
**late** 57:19
**law** 177:24
**lawsuit** 11:10,17
13:4,8 15:16
141:7 152:3
180:12
**lawyer** 111:14
**lawyers** 11:5
**laypeople** 68:4
**layperson** 73:23

**leading** 102:24
**leaving** 165:22
**left** 32:11 41:4,17
88:1 93:24
**legal** 177:21
**les** 125:10 126:15
132:5,9,16 133:5
145:23 182:16,21
183:7
**lesser** 89:16
186:12
**lesson** 83:7
**lessons** 22:11
68:20 83:14 84:1
112:22 113:5,7
114:18,20 185:11
**letter** 7:8 35:8,13
35:22,22,24 36:5
36:10 39:20 42:8
42:21 45:1,4
48:17 51:2 52:23
54:21 55:11 56:5
56:6 79:8,13,19
80:18 91:13,21,24
94:4,6 102:6
105:1 106:9 107:1
114:3 115:21
116:2 118:22
136:11,14 139:22
146:9 147:3,17,22
148:8,9 163:20,22
164:13
**letters** 139:12,13
**level** 22:18 28:21
70:18 95:19 97:16
97:19 99:3,21
149:19 162:4
163:8
**levels** 28:10,18
96:3 155:18

**leyden** 19:18
**liabilities** 11:16,18
**licensed** 193:1
**licenses** 18:1,12
**lieta** 48:10
**line** 135:1
**list** 19:9,15 48:5
48:24 64:6,7
81:13 84:2 159:18
160:1 162:7 167:4
177:1,7 185:18
**listed** 16:1 48:8,14
50:22 59:8 79:12
79:19 126:12
139:21 153:7
160:4,4,6 180:5
**listen** 11:6 150:16
179:18
**listening** 87:2,4
142:7,23 143:6
**listing** 51:13
**lists** 15:8 48:22
49:5 172:10,11
**litigation** 10:19
11:4,21 13:18
141:5,12,13 182:1
**little** 6:7 17:2
19:11 28:9 32:5
33:2 40:3 69:16
72:5 81:20 95:11
95:22 99:2 107:13
127:10 154:1
155:21 156:12
187:9
**live** 10:5
**lived** 9:24
**living** 19:4
**liz** 163:20
**loc** 160:11,14
**local** 5:14

**long** 9:24 15:21
34:11 43:14 83:2
83:9,10 140:22
**longer** 62:3 99:2
118:4 127:20,23
128:20 161:24
**longevity** 31:24
**look** 13:16 42:19
43:19 46:18 66:7
67:15 74:14 75:7
84:22 94:3,13
107:12 110:3,5
115:21 127:16
174:4,15 175:24
189:21 190:10
**looked** 44:23
72:23 132:11
176:6
**looking** 49:17
53:22 56:20 66:22
73:15 105:14
108:13 136:16
142:10,11 145:23
146:11 171:1,21
181:16
**looks** 63:9 130:5
145:2,23
**losing** 187:17
**loss** 186:15 187:1
187:2
**lost** 120:9
**lot** 21:9 52:14
61:18 70:4,7 81:6
97:11 140:16
160:21 166:21
167:13 179:14
184:22 185:5
186:24 188:5,7
**loud** 5:24
**loudness** 74:7

**loved** 169:10
**lower** 65:12 75:9
  76:3 82:16 89:8,9
  90:22 114:16,16
  115:6,11 145:21
  149:18 150:6
  161:8 163:3 182:5
  187:5
**lowering** 161:14
**lowest** 23:12
**lunch** 93:19
**lyric** 1:7 2:20 5:18
  8:18 9:1 11:21
  14:18 15:22 19:10
  20:4,5,22 21:13
  22:24 24:18,24
  25:1,14,18,23
  26:23 27:3,9,12
  28:11 29:20 30:8
  30:15 31:15 32:9
  32:11,18,23,24
  33:1,9,14,16,18,21
  33:22 34:8,22
  35:9,23 36:7,17,23
  37:14,16 38:22
  40:9 42:24 43:3
  44:6 52:10 53:6
  56:21 57:3 65:23
  66:12 68:21 71:15
  72:7 73:12 77:22
  78:16,19 80:21
  81:23 83:5 94:17
  96:4 99:19 100:23
  102:23 104:8
  106:12 113:2
  116:23 117:8
  118:14,23 119:14
  121:14,22 123:5
  127:6 132:3 133:5
  133:12 137:21
  139:19 140:2

  141:9 145:24
  149:13,17,22
  150:21 152:4,9,16
  153:2 155:19
  156:6,14,17,17,19
  160:15,18,20
  161:15,19 162:9
  164:14,20,21
  165:22 166:10,12
  167:12 168:3
  169:11 175:2
  183:16 185:2,20
  186:4,11,21
  187:18 188:4,8,11
**lyric's** 33:11 34:12
  151:18 170:18
  188:6

## m

**m** 8:2,2 10:21
  27:23
**ma'am** 179:15
**madame** 167:8
**madison** 10:22
**maestro** 39:19
  50:20 51:16
  104:16 105:17
  106:16,22 107:10
  112:2 121:8
  122:15
**magic** 49:2,6,12
  49:15,19 50:23
  62:6 127:22
**mail** 2:8,15 91:6
  105:22 106:5
  124:2 130:3
  175:18,24 176:3,7
  176:12,13
**major** 17:14
**majority** 180:18
**maker** 55:7 87:19
  130:19 139:17

**making** 85:7
  110:15 188:8
**mali** 2:8
**man** 87:12
**march** 26:11
  43:21 44:1 45:10
  46:23 47:6,7,18,20
  48:18 88:13 93:5
  93:10 108:22
  109:8 111:16,18
  112:16,16,19
  113:10 114:19
  115:3 116:7,14,17
  116:22 117:14
  118:1,10 119:3,16
  119:19,24 120:1
  120:14,21 121:3
  122:10 123:14,16
  132:18 140:13
  160:24 161:1
  172:18 187:13
**marina** 1:12 192:7
  193:8
**mark** 11:24 12:2
  32:14 35:2 39:5
  42:14 91:16
  104:19 143:15
  163:10 174:11
**marked** 12:4 35:4
  39:7 42:16 50:8
  54:16 56:13 73:9
  79:2 91:18 102:6
  104:21 105:7
  125:13 143:16
  159:14 163:16
  170:8 174:12
**martha** 174:23,24
  175:3,6,9
**martin** 1:3 7:23
  8:19 39:19 40:12
  40:16,21 41:4

  72:18,19 77:24
  78:3 116:23 117:1
  117:4 118:21
  119:9 123:10
  159:22 164:2
  170:15 177:1,19
  181:7
**martin's** 171:9
**masood** 2:5
**master** 15:9 27:22
  40:14,18,22,23
  41:2,17 42:5 44:7
  44:19 52:11 55:3
  56:17,22 58:14,24
  59:2 61:19 62:13
  63:9,15 64:3,17
  69:17 70:16,22
  71:2,17,18,21
  72:15 76:23 77:2
  77:18 78:3 84:22
  85:3 127:16 128:6
  128:11 131:4
  134:22 135:14
  136:7 142:19
  153:5,9 155:6
**master's** 18:5,9
  24:17 25:13 57:5
  71:23 153:8 169:2
**masters** 41:16
**math** 36:24 37:1
  53:18
**matter** 31:22
  181:7 187:8
  188:17
**matters** 66:19
**matures** 103:6
**maximum** 133:24
  134:3 190:7,17
**me'n** 49:6,11,14
  49:18 50:22

**mean** 14:1 23:4
45:21,23 46:5
60:7 65:2 68:1,3,8
73:23 74:6,7,7,8
75:11,17 101:14
120:16 128:23
131:9,10 142:2
169:18 172:13
**meaning** 15:21
121:1
**means** 75:3 81:14
92:24 134:8
141:22 173:3
**medical** 172:10,15
172:19 173:4
**medication** 9:8
**medium** 73:20,24
74:5,8,10,12,18
146:17 148:1,3,10
**meeting** 105:19
106:16,22 107:9
107:16,24 108:21
112:14 116:24
117:13,19,21
118:3 119:9,10
120:6 162:23
**meetings** 58:16
**member** 14:19,21
21:1 29:20 30:8
30:10,13 31:3,16
42:23 46:6,7 53:5
54:9,13 65:14,23
72:7 84:4 88:18
88:19,23 128:13
156:23 159:2
190:2
**members** 15:23
43:7 57:8 61:19
61:20 62:18 72:2
81:8,22 89:3
116:24 125:16

126:1 128:12
154:11
**memory** 44:3
**men** 60:19 61:14
61:14
**mention** 66:16
114:20 138:3
146:23
**mentioned** 8:11
9:12 71:14 80:17
85:20 107:23
113:6 115:17
120:5 136:6 137:6
137:11 185:12
**met** 5:15 104:15
107:7
**methods** 114:10
**michael** 41:13,14
42:4 44:9 46:1
47:20 50:20 52:2
52:6,11 55:4,7
64:17 72:15 76:23
81:17,21 84:7
85:5 86:14 88:15
89:14,15 91:7,8
93:4 95:14 102:2
105:11 106:13
107:8,16,17,23
110:9 111:15
112:10,14 115:17
116:13 117:13
118:8 119:11,15
119:18,24 120:13
120:21 122:10
123:21 132:8
135:2 136:10,21
139:15,17,22
145:24 149:3
153:10 158:15
**michael's** 51:20
52:19,20 131:22

**michigan** 25:7
**mid** 103:12 135:19
**middle** 70:4 75:9,9
76:3 90:22,22
114:16,16 115:5
115:11 123:23
129:19 131:23
138:10,14 139:5
**miller** 13:2 87:15
126:1,8 127:13,18
127:19 129:16
143:24 147:22
149:6,11 150:5
156:13 171:13,18
171:23 190:3
**miller's** 149:15
**mind** 11:7 12:2
19:24 21:5 79:16
109:20 113:16
167:2
**mine** 144:7
**minute** 20:4 47:16
70:15 76:19 81:21
82:11 112:1 138:4
170:11
**minutes** 32:6
86:22 180:23
**misdated** 92:3
**misstated** 6:19
**mistake** 13:20
110:15
**mitigate** 187:7
**mixture** 19:7
**mogilevsky** 1:12
192:8 193:8
**moment** 68:19
120:12 126:7
**monday** 43:21
**monetary** 98:5
**money** 129:12
149:22 150:18

151:19 152:9,16
**month** 22:12
33:21 49:19
**months** 40:22,24
45:10 81:24 88:10
131:12 175:7
**moorehead** 41:7
**morning** 34:10
**mortgage** 10:4
**mosby** 112:23
122:14
**moses** 78:12
**move** 93:16 97:4
128:7
**moved** 97:5 157:1
**mp** 171:5,9
**muddled** 19:11
**multi** 135:12
**multiple** 20:9 25:5
49:15 87:9,9
139:2 144:8,15
165:17
**multiply** 152:22
**multitude** 142:11
**music** 19:19 20:13
20:24 21:19,24
22:3 23:9,9,13
114:18 123:9
145:18 176:18
185:15
**musical** 21:22
23:5 24:5,6 29:23
57:2 76:4,11
78:16 81:6,8
82:21,22,24
124:14 147:5
170:2
**musicality** 67:7
**musician** 187:24
**musicians** 167:11

| **n** | 89:21,22 104:14 | **notice** 5:13 34:20 | **oak** 9:22 10:22 |
|---|---|---|---|
| **n** 5:9,10,10 19:18 | **negotiation** 154:4 | 39:11 53:4 65:14 | **oath** 93:23 159:11 |
| 27:10,11,11 | **neither** 166:4 | 146:13,19,23 | 178:17 |
| 125:10 | **never** 12:2 132:13 | 182:15 | **objection** 151:23 |
| **name** 5:7,17 8:8 | 138:9 142:18 | **noticing** 82:16,17 | 153:20 182:8 |
| 8:10 9:13 27:10 | 146:18 147:24 | 82:17 | **obtain** 99:20 |
| 41:10 126:10 | 180:14 184:15 | **notification** | **obtained** 97:20 |
| 140:22 175:9 | 188:8 | 106:11 187:12 | **obvious** 151:21 |
| 178:3 | **new** 26:1 44:6 | **notified** 118:3 | **occasion** 135:3 |
| **named** 11:3,9 | 94:23 122:4 | 119:4,6 | **occasional** 21:3 |
| 36:10 41:17 | **night** 82:12 | **notify** 118:19 | **occasionally** 9:19 |
| 192:11 | **nine** 98:17 | **notre** 48:11 | 23:13 |
| **names** 9:6 179:14 | **nodding** 6:22 | **november** 39:13 | **occur** 121:16 |
| 180:9 189:22 | **non** 9:1 23:5 81:10 | 39:20,24 42:22,22 | **october** 8:24 12:14 |
| **nation** 34:5 | 91:21 94:2 120:8 | 43:12 45:1,8 | 12:20 15:6 43:12 |
| **national** 139:1 | 160:23 | 49:24 50:3,11,15 | 49:23 73:12 76:13 |
| **nationally** 37:9 | **nonprofit** 8:6 | 51:2 52:24 53:7 | 76:22 77:5,24 |
| **nationwide** 166:3 | 10:20 | 54:6,20 68:24 | 78:7,13,24 80:14 |
| **near** 87:3 | **nonunion** 161:3 | 72:24 193:3 | 84:11,19 85:6 |
| **necessarily** 48:19 | **normal** 6:8 | **number** 32:19 | 86:1,9,16 88:4,16 |
| 74:17 102:22 | **normally** 15:12 | 58:11 60:8,20 | 89:17,17,22 90:5,8 |
| 103:3 146:5 | 26:7 | 98:23 99:11 | 90:9,20 92:14 |
| 147:24 149:2 | **northern** 1:1 | 107:20 127:17 | 93:11 94:4 104:16 |
| **need** 23:14 58:11 | **northwestern** 83:4 | 128:12 135:23 | 105:19 106:7,9 |
| 60:16,18,19 62:1 | 83:4 | 145:7 152:22 | 108:5 114:3 |
| 63:18 66:7 69:24 | **notable** 75:9 | 155:2 183:2 190:7 | 115:18 123:14 |
| 74:10 79:14 | **notary** 192:8,15 | 190:18 | 130:2,15 131:12 |
| 107:13 128:11 | **note** 23:23 68:2,5 | **numbers** 60:3,14 | 136:14,23 139:14 |
| 151:2 155:6 174:4 | 68:9 76:9 107:7 | 63:2,10,11,12,21 | 140:12 143:6,19 |
| 184:22 | 112:1,5 125:19 | 64:9,13 69:10 | 144:17 146:10 |
| **needed** 29:1,14 | 145:16,20,21 | 154:2 155:12 | 147:3 182:5 |
| 61:3,14,18 62:7 | 176:17 182:19,19 | **numerous** 113:12 | 187:11 |
| 63:8 64:18 79:22 | 184:12 | **o** | **offer** 81:7 |
| 82:20 85:20 | **noted** 136:13 | **o** 2:24,24,24 4:11 | **offered** 28:2 55:12 |
| 123:22 131:23 | 147:4,7,16 | 4:11,11 8:2 27:10 | 81:10,21 85:2 |
| 145:24 154:5 | **notes** 23:15,15,16 | 27:23 103:24,24 | 117:24 118:8 |
| 180:19 | 23:21 46:14,19 | 117:4,4,5,5,6,6 | 132:17,22,23 |
| **needs** 63:3,16 | 52:19,19,20 68:8 | 125:10 191:13,13 | 160:23 184:15 |
| 74:16 | 70:5 75:19,22,24 | 191:13 192:3,3 | **offering** 119:18 |
| **negative** 79:11 | 107:2 145:15 | **o'clock** 1:17 | **offers** 128:12 |
| 86:8,13,17,18 | | | |

office 35:9 120:8
official 193:1
officially 44:7
oh 6:23 11:15
  13:14 17:11 25:2
  35:15 40:15 42:9
  90:14 105:19
  111:10 126:7
  158:18 167:12
  181:23 184:7
  191:3
okay 5:21 6:21
  7:15 13:12 14:6
  15:15 16:12,23
  20:1,16 21:6,24
  22:22 23:2 24:2
  25:18,22 26:16
  27:21 30:12 31:2
  31:14,19 34:7,14
  36:24 37:3 38:3
  38:13 39:4,20
  40:5,8,13 41:16,21
  42:13 43:7,19
  44:14,18,23 46:9
  47:17 48:4,21
  49:17 51:12 52:3
  53:11,13,19,21
  54:8 57:16 58:1,6
  59:7 60:6,13,21
  61:5,12 62:17,20
  64:17 65:18 66:3
  68:14 69:7,16
  70:13,21 71:8,20
  72:23 74:10,17
  76:13 79:23 80:18
  81:1,4 83:17 84:2
  84:14 85:4,10
  86:7,10,16,20
  87:22 88:15,22
  89:19 90:4,12,19
  91:4,15 93:15

95:1,14 96:24
98:9,22 99:6,10,17
100:7 101:6,12,15
101:21 102:2,21
104:1,12,15
105:14,22 106:15
107:6,12 108:8,20
109:15,18 110:2
110:24 111:9
112:18 113:6,14
113:16 114:7,13
115:17 118:13
119:1,18 120:5
127:9,15 128:2,10
128:22 129:3,7,11
129:15 130:18
133:4 134:5 135:8
136:6 137:1
142:18 143:13
144:1,3 146:9
147:16 149:2
150:9 151:1,4,9,18
152:2 154:14,23
155:14 158:5
162:7,11 164:18
166:9 167:20
168:13 174:10
178:2 179:5,16,17
179:20,24 180:3
180:12,15,22
189:20 190:17,22
191:2
old 9:3 36:22 42:7
  42:10 53:7,9,11
older 102:20,24
  103:3 161:2,16,24
once 42:19 136:1
  162:15
ones 128:20
open 35:21 37:20
  43:16 81:12 121:1

162:20
openings 110:19
opera 1:7 2:20
  5:18 9:18 10:20
  11:1,21 14:18
  15:22 19:20,22
  21:13 22:7 24:4
  24:22,24 25:4,23
  27:9,12 28:11
  29:14 33:1,14
  35:9 37:8 53:6
  57:3 59:3,15
  60:15,16 61:18,21
  63:3 68:21 70:5
  72:8 78:16,19
  81:23 83:5 94:17
  99:15,19 102:23
  126:14 133:1,11
  133:12 139:3,3,7
  139:19 149:13
  153:2,15,24
  154:12,14 160:15
  162:9 166:10
  167:12 169:21,23
  175:2 182:14,16
  183:5,6 186:21
  187:18
operas 29:1 57:18
  58:3,11,11,15 59:3
  61:16 62:14 77:22
  89:3,5 96:16,18,19
  99:11 125:3 126:4
  154:5 155:2
  166:12 183:8
  184:15 190:2,10
  190:11
operatic 21:20
opinion 74:1 131:1
  142:16,17 143:8
  143:12 144:5
  153:23

opportunities 27:6
  168:2,14
opportunity 6:8
  6:16,20 71:2
  88:12,17 105:10
  105:16 106:12
  117:24 118:9
  119:2,19 121:8
  141:3 143:19
opposed 5:24 20:9
  21:21 38:16,24
  103:23 171:9
  176:4
optional 44:14
oral 5:3 192:13
oratorical 167:15
oratorio 139:3
orchestra 167:16
orchestras 24:4
  139:2
orchestration
  103:22
order 150:18
  179:7 186:18
  188:5
organization 8:5,7
original 25:10
  176:3 177:9 180:2
originally 168:21
outreach 167:3
outside 32:23 33:8
  33:15 80:9 130:2
  130:16 141:15
  142:15,23
outstanding 11:16
  11:18
overall 153:1
  183:16
oversinging
  140:23

**p**

**p** 27:10,23 117:4,5
  117:6
**p.c.** 2:4
**p.m.** 93:21 191:7
**package** 160:23
**page** 3:4,10 4:2
  12:7,17,18 14:5
  43:23 46:9,12,18
  48:4,12,13,21 49:5
  50:10 51:6,8,9,20
  52:18,21 53:22
  106:20 107:7
  111:21 117:12
  129:22,23 130:5,9
  130:10 163:24
  164:6 170:24
  172:3,3,21,21
  173:6 174:14,17
  174:18 175:13
  176:23 181:19
**pages** 118:21
  174:15,21
**paid** 15:23 29:7
  83:11 89:9 99:14
  154:19 161:20
  162:4
**palumbo** 27:23
  41:8
**panel** 50:19 51:16
**paragraph** 12:20
  14:4,7 15:17
  106:21 111:24
  164:10 171:3,12
  178:3
**pardon** 25:2
**parenthesis**
  176:16
**paris** 165:20
**park** 9:22 10:22
  19:17,19 20:13,22

21:24 30:10,13
  90:13 168:7,9
**part** 8:6 13:8 16:2
  18:16 20:1,9,16
  23:11 26:20 37:16
  44:12,15,17 58:6
  60:14,22 66:13
  69:11 75:2 76:1,3
  115:6 128:18
  135:12 140:6
  159:24 162:3
  163:22 164:3
  165:4,6 167:24
  168:12,18 169:6
  180:18 181:24
  185:2
**partake** 170:21
**participate** 183:1
**particular** 23:17
  49:14 58:2 60:9
  61:5,7,9,13,18
  64:3,18 71:21,24
  79:21 83:14 116:1
  136:2 142:9
  154:15 185:23
  186:10,17 188:21
**particularly** 152:6
**parties** 192:24
**partner** 8:1,3
**parts** 23:10 60:12
  85:9 95:7 145:14
**party** 10:18
**passage** 23:18
**passaggio** 67:20
**paul** 9:14
**pay** 14:9,23 16:16
  28:19 29:11 94:21
  97:23 161:17
  182:13,24 186:19
  187:1,18

**pearson** 27:8
**people** 27:5 29:13
  52:12,16 58:10
  62:2 63:3 71:16
  71:17 81:11,18
  85:17 86:24 87:3
  87:4,6,11 94:12
  100:5,23 102:23
  118:23 119:4
  128:19 135:3,5,6
  137:2,24 138:3,15
  138:19 177:17
  186:7
**people's** 141:4
**percent** 75:5,5,6,6
**perfectly** 6:7
**perform** 24:4,4
  34:4,24 36:7 37:3
  47:9 61:15,20
  166:12,18
**performance** 18:5
  18:6 25:13 28:20
  29:3,6,16 33:13
  34:17,19 48:17
  49:11 59:11 61:14
  71:12 76:5,12
  79:23 80:13,16
  82:23 84:10,12
  85:24 86:1 89:9
  89:14,16 90:10,15
  90:16 97:24 99:14
  102:3 135:7,10,15
  137:3 140:12
  144:16 147:5
  152:18 169:1,5,8
  182:4 186:13
  187:15
**performances**
  20:23 57:12 58:8
  58:24 59:21 60:7
  60:8 61:2,3,8 70:3

70:4 76:14 78:21
  90:12 99:7,15
  124:7 132:5 135:9
  136:3 144:5
**performed** 24:10
  49:18 141:13
  165:23 166:2,10
  166:21 167:7,8,9
**performer** 103:10
  138:24
**performers** 140:2
  140:7
**performing** 18:24
  149:12 165:9,11
  165:13,17 166:7
**period** 22:12,13
  31:10 34:23 40:19
  66:5 69:19 91:13
  97:14 185:16
**person** 23:5 51:17
  88:6 89:20 115:23
  120:10 122:22
  160:6 178:7,10,11
  178:22
**personal** 14:24
  34:16 131:19
  139:10 187:3
**personally** 76:15
  137:20
**pertaining** 1:14
**petite** 48:11
**phil** 41:7
**phone** 2:7,14
**phrase** 88:9
  141:17,22 142:12
**phrases** 82:22
  87:9,24 142:5
  144:8,15
**physical** 63:20
**physically** 87:16

**pianist** 47:24
  51:18 77:7 87:3
  122:14
**pick** 62:18 128:6
  186:11
**picked** 183:17
**picking** 76:2
**piece** 23:8,13
**pieces** 87:10
**piercing** 146:18
  147:23 148:12
**pitch** 82:17 104:2
  104:5
**place** 68:8 93:8
  179:7 192:8,19
**placed** 129:4
**places** 188:5,7
**plaintiff** 5:12
  181:6
**plaintiffs** 1:5 2:9
  170:13,15
**plan** 35:10
**planning** 107:17
**played** 100:8,14
**please** 5:7,23 6:4
  6:12 9:13 12:7
  13:24 25:10 38:19
  45:13 47:12 51:23
  52:21 58:19 79:6
  100:11 111:21
  120:17 121:20
  129:21 134:8
  150:2,3 173:24
  174:15 176:17,23
  186:16
**plus** 29:6 124:14
  152:19
**pocket** 172:14
**point** 11:14 13:20
  15:4 24:20 38:4
  38:13 52:18 54:12

57:12 59:16 67:16
  68:24 75:7,20
  76:4,13,18 79:15
  82:15,19 85:18
  93:7 94:16 101:10
  107:22 108:17,19
  110:10,12,23
  113:19,19 114:1
  115:20 118:2
  119:7,8,15 121:7
  122:7 132:8 133:6
  134:22 135:18
  137:23 138:3
  146:19 147:11
  150:22 173:11,15
**points** 66:17,19
  114:5,6,9
**poock** 1:4 7:23
  77:24 117:1,4
  119:10 123:10
  159:22 164:2
  170:15 181:7
  188:13
**poor** 85:6 89:16
**position** 15:3 16:2
  20:6,10 27:3,15
  28:2,17 29:2 31:9
  33:6 38:5,15,24
  39:1,12 41:14
  42:23 43:9 67:13
  69:8 73:4 110:6,8
  121:2 123:4
  147:12 156:20
  165:5 168:17
**positions** 15:14
  20:2,9 34:22
  37:20 70:23 81:8
  81:9 149:19
  167:24 168:3,18
  169:6

**possess** 160:9
  162:12
**possibility** 92:4
  110:15
**possible** 85:23
  89:13 90:8,11,18
  92:3 110:18 142:7
**possibly** 116:3
  180:11
**posted** 81:20
  125:5
**power** 135:8
**practice** 16:9 66:8
  83:24 127:6,16
  158:21
**preceded** 36:5
**precedence** 85:3
**preceding** 131:12
  175:11
**preparation** 7:3
  37:17 56:23
  170:21 182:1
**preparatory** 37:24
**prepare** 83:15
  112:18
**prepared** 107:3,7
  109:23 112:6
  118:22 181:15
**preparing** 159:24
**presence** 76:5
  82:23
**present** 2:1,19
  13:17 76:11 77:5
  77:10,15,24 78:6
  78:12 122:11
  123:10,13 139:14
  192:10
**presented** 186:23
**press** 160:21
**pretext** 131:24

**pretty** 82:12
  185:14 186:7
**previous** 184:23
  185:24
**previously** 8:11
  38:9 59:19 61:13
  76:10 89:13
  113:18 140:1
  147:8 155:21
  156:18,19 176:6
  192:11
**primarily** 37:4
**prindle** 8:15 77:10
  77:12,15,18,21
  123:13
**printed** 125:20
**prior** 5:19 7:20
  11:20 15:5 20:5
  22:23 30:11 41:18
  44:20,23 56:6,9
  59:1 83:1 84:23
  108:1,4 137:7
  141:7 156:20,24
  164:19 179:3
  185:13 186:2,8
**prioritize** 33:18
**private** 82:5 112:2
  185:10
**privately** 132:13
**privilege** 177:21
**privileged** 179:11
  179:11
**privy** 63:4
**probably** 19:10
  21:3 48:1,2 58:15
  68:2,13 81:11,15
  110:4,22 124:14
  138:18 152:18
  167:18
**problematic** 75:10
  82:16 90:22 92:19

| | | | |
|---|---|---|---|
| **problems** 138:10 | **protections** 32:2,4 | 79:7,17 87:8 | **real** 189:20 |
| **procedural** 65:5 | **provide** 175:9 | 90:17 93:1 95:10 | **realize** 38:14 |
| **procedure** 1:13 | 179:12 | 100:11 102:18 | 81:23 |
| **procedures** 31:15 | **provision** 134:6 | 103:8 115:12 | **really** 60:5 62:17 |
| 65:13 69:17 | **provisions** 134:15 | 118:6 121:20 | 82:21 129:23 |
| **process** 32:21 | **public** 43:17 57:21 | 127:4 135:12 | 156:2 163:7 |
| 155:15 | 58:13 116:16 | 136:19 143:3 | 164:12 184:15 |
| **produce** 176:3 | 192:8,15 | 145:9 146:21 | 188:2 |
| 179:6,10,13 180:1 | **publicized** 38:6 | 150:1,3,16 156:2 | **reason** 147:11 |
| **produced** 7:16 | **published** 167:22 | 159:7 169:18 | 179:10 |
| 177:12 | **pull** 134:22 135:3 | 173:22,24 186:16 | **reasons** 107:20 |
| **production** 78:4 | 135:6 136:7 | **questions** 7:1 | 137:18 142:11 |
| 116:11 125:9 | 187:24 | 13:24 179:19 | **recall** 27:21 40:4 |
| 127:24 132:11,20 | **purportedly** | 180:16 181:8 | 41:3 54:5 55:5,16 |
| 133:7 140:16 | 161:24 | 188:24 190:24 | 55:22 57:10 106:4 |
| 146:2 153:18 | **purpose** 62:20 | 192:13,17 | 108:4 113:14 |
| 154:15 169:22 | **pursuant** 1:12 | **quick** 159:6 | 116:4,6 118:16 |
| 183:7 | 5:13 | **quickly** 189:20 | 123:21 124:1,7,11 |
| **productions** 78:16 | **pursue** 36:19 37:5 | **quite** 31:21 152:23 | 132:5 133:4,10 |
| 98:24 99:7,12 | 169:5 | 166:21 187:4 | 157:3 177:6 |
| 122:7 124:8,11,17 | **pursued** 37:6 | | 183:19,22 184:1,3 |
| 126:4,19 127:17 | **pursuing** 36:14 | **r** | **recalled** 108:11 |
| 132:12 136:3 | **put** 65:13 79:14 | **r** 5:9,10 9:14 27:10 | **receipt** 24:16 |
| 145:3,7 152:23 | 145:19 149:3 | 27:11 103:24,24 | **receipts** 174:4 |
| 155:9 183:19 | | 125:10 | **receive** 17:8,19 |
| 189:7 190:18 | **q** | **range** 22:19,20 | 29:5,6 30:17 |
| **professional** 12:15 | **qualities** 67:14 | 70:4 75:9 90:22 | 78:23 86:16,18 |
| 12:22,24 18:1,12 | **quality** 69:10,13 | 104:5 114:16 | 116:8 |
| 142:17 143:12 | 75:14 104:1 | 115:11 138:10 | **received** 17:15,21 |
| 144:5 153:23 | 142:10 | **rank** 14:8,23 | 18:4 42:21 45:1 |
| **program** 18:22 | **quando** 49:6,11,14 | 16:16 | 55:11 89:20 91:5 |
| 167:3 | 49:18 50:22 | **rarely** 98:15 139:9 | 91:6 106:8,11 |
| **progressive** 134:7 | **quantify** 173:17 | **rate** 28:18 29:3,3 | 116:10,11 123:6 |
| **prohibit** 64:14 | 174:2 | 89:9,9 97:24 | 133:2 138:22 |
| **projection** 74:6 | **quarter** 96:22 | 186:13 187:5,7 | 139:14 140:15 |
| **pronounced** 78:10 | **question** 6:5,9,11 | **rationale** 150:20 | 182:24 186:20 |
| **proper** 67:12 | 6:15,23 21:15 | **reached** 117:8 | 187:11,12 |
| **propounded** 7:12 | 25:11 30:23 38:19 | **read** 48:7,14 55:17 | **receiving** 54:5 |
| 159:21 | 46:2,3 47:4,14 | 131:1 | 91:13 106:4 112:9 |
| **protect** 177:17 | 51:22 55:20 57:24 | **reading** 140:16 | 133:4,10 |
| | 58:18 59:19,24 | 149:1 | |
| | 60:22 63:18,24 | | |

recipients 105:24
recitals 19:21
  167:10 185:11
recollection 41:12
  45:20 108:14
  124:3
recommendation
  139:13
recommended
  68:22
record 5:8,11,17
  9:13 13:13 23:24
  24:1 29:22 46:17
  46:22 78:10 93:21
  99:6 101:16 159:9
  178:6 181:4
  192:17
recovered 108:16
  108:18
redacted 177:4
  178:3 179:23
  180:6,9
redactions 177:9
reduce 153:5,12
  153:23 187:21
reduced 183:6
  186:12
reducing 153:14
reduction 14:8,23
  16:16 29:15 187:1
  187:7
refer 134:6
reference 30:1
  162:12
referred 28:6
  130:9 192:19
referring 28:14
  152:6 182:14
refers 172:14
reflect 5:11

reflected 40:20
  98:3
reflection 59:10
refresh 45:19
  108:13 124:3
regain 109:4
regarding 106:22
  163:2
regardless 70:18
  71:20
regular 20:10 21:4
  25:14 28:4,7,15,16
  29:4 30:16 31:3
  31:16 32:2 33:5
  34:21 38:16,24
  43:4 58:10,12
  62:21 63:8,17,19
  64:4,11,24 65:4,7
  65:11,15 68:22
  69:9,12,18,20,23
  70:2,8,9,24 72:2
  81:8,10 83:5,6
  96:10,13 98:17,20
  120:14,16,18,19
  121:4,9,13,15,21
  121:23 131:7,10
  131:11,20 152:8
  154:11,21 169:12
regularly 21:10
regulars 152:14
rehearsal 33:13
  34:10 41:9 59:10
  122:1 137:8
rehearsals 41:8
  183:2,4
rehire 107:18
rehired 92:20,21
  140:20
related 54:2 79:5,9
  94:6 102:3,7
  104:9,13 158:8,15

relates 100:13,24
  101:23
relating 100:7
  101:10 151:15
  177:19
relationship 8:4
  10:24 161:17
relationships
  78:18
release 57:20
  65:14
relied 111:2
remained 94:21
  124:23
remember 8:10
  24:23 40:13,18
  41:10 52:3,5,7
  62:10 77:15 82:2
  96:17,21 110:12
  111:11 112:9
remembering
  167:18
remind 93:23
  178:18
reminder 159:10
removing 158:10
rent 10:3
repeat 25:10 58:18
  65:11 87:24 88:9
  136:19 142:12
  144:8,14 150:3
  186:16
repeatedly 85:5
  190:14
repeating 11:7
repertoire 21:23
  22:2,4 24:7 48:5
  48:13 75:21,24
  76:2 82:18 103:18
  103:21,22,23
  138:14 139:4

rephrase 38:20
  145:10
replace 152:5
  186:11
replaced 12:14,21
  13:1 41:5 150:10
  171:14,19,23
reporter 6:2,10
  193:2
reporting 118:15
represent 47:10
representative
  48:3 51:19 71:9
  71:11 77:9,12
  111:5,7,13 122:18
representatives
  119:9
request 34:20
  179:13
requested 12:5
  35:5 39:8 42:17
  50:9 54:17 56:14
  73:10 91:19
  104:22 105:8
  125:14 143:17
  159:15 163:17
  170:9 174:13
require 58:8 70:4
  139:4 154:15
required 30:12
  44:11 62:13 73:4
  133:17,21 134:11
  145:8 178:16
  179:12 183:1
requirement
  33:13 154:4
requirements
  59:11
requires 33:17
  63:7 154:12

**research** 127:21
**resigned** 36:22
  43:3
**resources** 2:20
  163:21
**respect** 11:17
  16:20 31:24 94:16
**response** 170:13
**responses** 6:2
**responsibilities**
  33:16 56:24
**responsibility**
  57:6
**responsible** 23:21
  56:22
**rest** 13:12
**restate** 6:12,13
  101:15 121:20
  185:6
**restricts** 64:20,23
**result** 103:16
  161:9 163:4
  167:16 187:17,20
**resulting** 161:15
**results** 38:17
**resume** 7:8 166:22
**retain** 188:21
**retired** 9:16
**retirement** 9:17
  14:24 98:2 152:19
  160:23
**return** 35:10 36:2
  37:13 40:10
  183:13
**returned** 133:12
  183:9
**returning** 57:8
**review** 7:3,6 12:7
  56:17 65:16 76:12
  82:22 109:17
  113:23 136:24

141:4 146:13,14
  170:11
**reviewed** 7:7,8,8,9
  7:14 141:8 147:17
  179:3
**reviewing** 51:15
  73:19 117:11
  147:2 148:8
**reviews** 7:9 66:17
  74:15 140:15,18
  141:2,4,5 147:13
  149:1
**right** 15:9,18 17:2
  19:12,24 22:18
  24:5 26:4,13 28:9
  29:23 32:12 33:2
  33:18 34:1,12
  36:2,4,17 38:1,11
  39:18 42:5,11,12
  43:9 45:7 46:10
  48:12 49:7 50:4,6
  54:10 59:17 60:23
  62:18 63:12,13
  64:20 65:9 66:5
  69:5 70:2,14 72:3
  72:9 73:1,17,21
  78:17 79:16 85:14
  86:11 90:6 93:3
  93:16 95:24
  101:12 103:13
  104:10 106:18
  110:21 115:19
  118:24 128:8
  129:5 130:7
  137:17 138:13,17
  140:17 142:16
  147:6 150:22
  157:11 159:4,16
  162:1,5 164:21
  167:19 171:10
  174:9 176:2

177:22 190:8,12
  190:23
**river** 165:2
**role** 100:8,14
  123:1 186:21
**roles** 19:20 21:12
  21:14,15 32:22,22
  102:24 139:3
  146:6 167:8 183:3
  183:3 185:12,15
**room** 48:3 52:2
  62:11 75:3 87:5
  88:4 122:1 130:2
  130:16 137:8
**roster** 125:15
  144:21
**rosters** 125:5
**rotating** 41:6
  72:17
**roughly** 23:6 43:2
  43:12 49:23 97:23
  121:22 189:8,9,9
**rules** 1:13 5:14,22

**s**

**s** 5:9,10 10:21,21
  27:10,11,11
  125:10,10
**sabbatical** 35:18
  183:9,12
**sabotorial** 136:4
**safe** 187:6
**salary** 28:17
  154:21 188:6
**sang** 19:19 20:12
  21:18 24:22,23
  25:4,7,16 27:9
  44:9 45:11 48:19
  49:13,15 73:16
  82:11,13 84:9
  86:10 87:10,23
  90:9 93:4 110:9

120:13,20 121:23
  122:10 125:8
  126:22 127:18
  145:2 146:6 156:3
  156:5,8,13,19
  167:15 190:1,3,18
**sat** 129:15
**save** 149:22
  150:18 151:19
  152:16
**saves** 152:9
**saving** 129:11
**savings** 161:9,15
  163:4
**saw** 91:1
**saying** 6:1 16:19
  16:21 35:10 36:1
  45:18 51:10 52:4
  62:24 63:1 89:12
  90:2 115:9 117:17
  117:20 119:14
  128:8,10 135:17
  135:19 141:18
  144:7,14 150:24
  186:22
**says** 43:20 48:5,13
  48:13 76:4 85:16
  90:21 92:19,23
  105:24 110:24
  111:24 134:21
  159:18 171:4,6
  173:6,8 176:17
  181:19
**scantrell** 2:15
**schedule** 33:11,14
  34:12 57:18
  124:12 132:11
  135:24
**scheduled** 57:13
  61:9 124:8,12
  188:10

**scheduling** 59:11
**school** 17:6
**schools** 19:19
167:3,8
**schueler** 1:15 2:12
**scope** 154:7
155:11
**scratch** 33:3 97:3
175:15
**sdc** 2:15
**season** 14:20 26:9
26:13,17 28:1
30:16 32:9 34:4
34:16 35:11,12
38:11 39:13,16,21
40:19,22 41:12,18
41:18 42:4 44:6
44:24 45:6 50:4
53:5 54:10,22
55:8 57:10,13
58:2,4,15 59:1,4
59:14,14,22 60:10
61:2 66:14 71:24
72:3,17,18,18,19
73:12 76:15 77:3
80:21 84:5,21,22
84:24 88:18,24
90:24 91:22 92:6
92:11 94:3 95:3,6
95:6 97:7 99:11
99:20 100:10,16
100:20 101:2
116:17 122:4,5
124:9,18,24 125:7
125:17 126:5,18
129:5,13 130:20
132:12,21 133:8
135:19 136:2
138:6,6 139:19,23
140:3,9,14 145:3
146:6 149:8 151:5

152:17 153:11,19
154:15 156:14,16
156:21 157:6,16
157:19,22 158:13
166:9,13,17 183:8
184:14,17,18
186:2 189:17
190:19
**seasonal** 33:24
59:9
**seasons** 14:22
44:20 72:8,12
98:18 164:14,16
184:24
**second** 23:24
28:21 40:2 60:24
70:20 83:18 84:16
85:22 95:2,9
144:21,23 184:8
185:8 189:21
**secret** 160:19
**section** 93:17
**sections** 145:16
177:3
**see** 12:16,19 14:10
43:22 50:11 66:17
67:2,9 74:15 79:8
94:5 102:5 108:2
108:24 109:6
112:3 125:4,22
136:16 138:1
147:23 160:7,12
161:10 164:8
171:15 172:8,11
173:9 176:19
181:17
**seeing** 38:8
**seek** 173:2,7
**seeking** 173:12,18
174:3

**seen** 7:17
**sees** 148:2
**select** 61:19 64:3
77:2 78:20 153:11
**selected** 27:24
59:20 60:9 61:10
61:15 66:4 84:2
109:10 123:17,18
128:21,24 144:11
153:17
**selecting** 69:12
153:5
**selection** 58:3,7
59:21 60:8 61:1
84:4
**selections** 62:13
**selects** 57:2
**self** 167:22
**seminar** 83:2,9,10
**send** 158:21
**senior** 62:18 152:5
**seniority** 13:10
15:21,22 16:7,8,11
16:20 28:20 29:18
61:24 62:9,14
92:16 95:6,19,22
96:3,12,19 97:5,6
97:7,11,17,21 98:6
98:9,13,19,23 99:3
99:21 100:8,14
101:1,5,7,18,21
127:5,8,10,12,16
128:2,7,23 129:1,4
137:19 150:6,11
152:10 157:8,10
157:18,20,23
158:3,10,10
161:20 162:4
163:8 183:14
**sense** 120:10

**sent** 105:19 130:1
158:17 175:21
176:14
**separate** 115:12
120:23 157:24
**september** 1:18
3:2 10:15 137:7
191:7
**serves** 44:3
**service** 29:10
98:10,11
**session** 89:14
112:7,11
**sessions** 112:14
114:18 115:2
**set** 57:13 76:14
122:8 155:19
170:14
**setting** 88:5
**settings** 134:10
**settled** 11:5,13
**settlement** 7:7
181:15 182:1
**seven** 32:21 88:10
139:1 146:1
**severe** 136:4
**shaking** 5:24
**share** 163:14
**sheet** 81:20
**shocked** 107:20
**short** 65:22 81:13
84:2 159:8 160:19
180:24
**shorthand** 192:14
193:2
**shortly** 91:12
132:17
**show** 44:16 82:7
83:12 114:10,11
114:11 115:21
124:2

showing 75:22
   83:8
shows 75:24 81:16
sic 112:16 136:4
sick 14:24 139:10
   187:2
sickness 108:9
sign 55:15 81:19
   136:1
signals 158:7
signature 181:20
   191:3,8 192:20
   193:1,8
signed 46:16,21
   105:3 163:24
significant 80:15
   161:9,15 163:4
   187:1,18
signing 55:16,22
signs 102:12,14,17
similar 140:2,8,11
   186:9
similarly 94:12
simply 65:3
   110:12 131:24
   141:1 148:6
simultaneously
   185:19 186:3
sing 9:20 21:3,9,16
   22:7 23:10,14,17
   46:23 47:5,18
   89:2,5 103:21
   108:22 109:3
   111:1 117:14
   118:1,9 119:3,16
   119:19 124:17
   125:6 126:5,8,14
   131:11 136:2
   141:16,19,22
   142:5 143:11
   145:8,16 155:8

156:17 168:14
   169:10
singer 9:18 81:17
   114:22 139:7
   145:15 153:6
singers 18:23
   37:10 70:17,23
   87:3 150:21
   151:20 152:5,5
   153:12,17,18
   170:3
singing 20:6 23:8
   24:7,20 30:10
   68:7 84:7 85:5
   86:24 121:15
   131:15 132:9,16
   133:7 139:3
   142:15 145:18,19
   154:17
sings 58:12
sir 160:6,16 161:7
sit 52:12 122:20
   181:20
sitting 31:14 52:8
   52:16 71:16 77:7
   116:4 122:17
   178:2 180:8
six 35:17,20 66:17
   66:18 81:9 146:1
   164:16
sized 73:20,24
   74:5,8,10,11,12,18
   146:17 148:1,3,10
slightly 26:2,2
   79:24 93:17
slots 82:2
small 19:21 32:21
smith 68:20 83:2
solely 57:6
solo 20:23 36:14
   36:19 37:5 138:23

soloist 20:16 21:16
   37:4 131:14
   165:11,13 166:7
   166:18 167:10
   169:15,17,24
soloists 169:21
   170:4
somebody 41:9
   48:1 51:24 52:1,8
   77:7 81:14 110:9
   122:16 150:10,23
   150:24
song 48:14
songs 48:7,22,24
   49:5 50:22 167:21
   167:22
soprano 22:15,16
   22:17,18 23:4,4,7
   23:11,22 43:1
   75:21,23 123:22
   126:1,12 138:19
   144:23,24 145:6
   145:11,12,14,20
   145:20 146:1,1,4,5
   155:22,22,24
   156:1,3,5 190:10
   190:13,17
sopranos 70:7
   87:1 145:7,17
sorry 12:17 17:11
   27:14 30:7 40:15
   53:16,18 58:18
   63:18 79:6 101:14
   111:10 112:16
   113:21 114:2,11
   117:6 129:22
   135:12 136:18
   145:9 150:22
   157:12 168:12
   184:7 186:16

sort 28:18 45:19
   83:20
sorts 74:15 103:7
sought 173:3
sound 42:11 75:13
   82:18 90:14
   138:15 142:9
   176:18
sounds 42:12
south 1:15 2:13
spaced 70:19
speak 68:18 79:15
   80:24 86:2,3,4
   105:16 110:23
   128:1 148:6
   177:19,21 180:6
speaking 74:3
   111:11
speaks 73:24 74:5
specific 30:19 60:2
   60:4 108:11
   152:14,15 169:22
specifically 57:14
   75:21 90:20 94:6
   94:15,18 100:7
   102:7 114:17
   152:4 153:10
   158:8 161:19
   170:24
specifics 105:2
   124:19 181:14
speculation
   151:23 153:21
spell 5:8 87:14
spelled 27:10
   165:21
spelling 122:15
spinning 66:23
   74:23 80:2 148:16
spoke 111:13
   132:13

| | | | |
|---|---|---|---|
| **spoken** 188:18 | **states** 1:1,13 12:20 | **strengths** 69:22 | 134:16 155:5,8 |
| **spoor** 111:4 | 13:14 14:7 25:5 | **strides** 76:11 | 157:1 |
| **spot** 35:20 81:12 | 36:13 50:19 51:16 | **stridono** 48:10,15 | **supplement** 62:21 |
| **spring** 26:6,15,22 | 73:20 106:21 | 48:18 | 62:23,24 63:2,10 |
| 27:16,22 36:7 | 107:23 108:20 | **strike** 27:14 55:6 | 63:11,22 64:4 |
| 37:18 38:10,13,22 | 109:2 125:20 | 161:13 | 69:9,20 |
| 39:15,23 43:17 | 130:4 134:20 | **strong** 70:3 90:16 | **supplemental** |
| 84:9 110:9 121:7 | 137:16 160:10 | 93:14 | 14:19,21 15:24 |
| **ss** 192:2 | 161:6 163:23 | **stronger** 76:10,11 | 28:22 29:13 39:12 |
| **staffing** 77:21 78:4 | 164:6 | 123:22 129:19 | 43:1 60:18 62:8 |
| 78:15 | **stating** 16:5 31:11 | 131:23 139:4,5 | 67:13 70:10,11,24 |
| **start** 24:16 26:1 | 41:19 62:12 85:8 | **struggling** 37:11 | 81:22 88:19,20 |
| 118:6 122:4 | 128:5 158:2 | **students** 27:8,12 | 94:22 96:11,15 |
| 180:23 | **status** 14:9,23 | **studies** 17:16 | 98:22 107:2,18 |
| **started** 11:12 | 16:16 | 168:21 | 109:5 110:6,8 |
| 25:21 26:23 40:11 | **stayed** 186:20 | **studio** 17:16 | 127:19 140:18 |
| 40:12 61:13 87:9 | **steady** 83:14 | 168:21 | 152:7 156:23,24 |
| 156:22 | **stenographer** | **study** 68:22 83:5 | 175:1 182:11,12 |
| **starting** 19:10 | 192:15 | **studying** 27:7 | 182:18,21 183:2,3 |
| 24:13 41:15 | **stephanie** 2:12 3:5 | **submitted** 118:22 | 184:13,23 185:22 |
| 165:14 | 5:17 39:12 105:20 | **substance** 135:23 | 186:20 190:16 |
| **starts** 129:23 | 122:20 | **substantial** 152:24 | **supplementary** |
| 171:3 172:2 | **stephen** 68:20 | **sudden** 88:8 | 45:16,21,22,23 |
| **state** 5:7 9:13 | 83:2 | **suggest** 82:22 | 46:6 53:5 57:8 |
| 12:13 13:13 38:19 | **steyer** 1:3,11 3:1 | **suitable** 142:23 | 72:7 88:23 92:8 |
| 52:17 63:24 66:23 | 5:1,9,12 105:2 | **suite** 1:16 2:6,13 | 93:8 105:20 106:1 |
| 110:20 127:15 | 107:2 172:10 | **sum** 72:5 83:20 | 123:18 124:16,21 |
| 147:15 154:10 | 181:6,8,14 | **summary** 167:1 | 124:24 125:4,16 |
| 162:21 163:1 | **stick** 21:5 | **summer** 83:11 | 125:16,20 126:2 |
| 171:13 178:6,24 | **sticking** 135:4 | **sunday** 34:9 | 126:18,22 128:6 |
| 179:22 192:1 | **sticks** 140:21 | **sung** 20:22 48:24 | 132:19,24 133:17 |
| **stated** 51:17 94:5 | 186:18 | 126:19 127:2,3 | 133:20,23 134:2 |
| 97:16 102:5 109:8 | **stone** 18:19 19:2 | **supp** 15:3 16:4 | 134:16 139:18 |
| 117:12 126:17 | **stop** 60:23 83:17 | 31:19,20 32:3,3 | 149:12 154:23 |
| 144:4 168:20 | 84:16 88:9 | 38:15,24 56:2 | 171:19 |
| 176:6 185:5 189:8 | **stopped** 87:8 | 61:15,20,20 62:21 | **supplemented** |
| **statement** 59:22 | 88:16 | 63:9 65:18,19,24 | 173:15 |
| 60:11 69:14 99:4 | **stream** 83:14 | 65:24 66:1 69:8 | **supplementing** |
| 133:8 147:12 | **street** 2:6 10:23 | 82:4 95:15 96:10 | 63:16,19 64:8,10 |
| 189:15 | **strength** 69:14 | 101:3 123:17 | 64:12 |
| | 74:7 | 127:7,24 131:9,9 | |

**supplied** 10:14
**supply** 188:2
**support** 67:4
  74:24 100:3
  148:18
**suppose** 70:12
**supposed** 115:23
  135:7
**sure** 19:13 24:15
  31:1 35:19 38:20
  40:7 41:4 52:9
  58:20 60:1 62:16
  62:19 64:1 66:11
  74:4 76:21 91:14
  96:23 100:12
  103:1 110:7
  115:13 118:24
  120:22 121:10
  124:4 131:18
  134:9 136:17
  137:9,13 138:4
  154:2 156:22
  167:6 172:24
  174:1 178:20
  184:21 185:17
  187:10
**surprise** 167:17
**susannah** 73:17
**suspend** 135:9,15
**suspended** 135:23
**suspension** 134:13
**sustained** 103:23
**suzanne** 87:13
  140:22 142:4
  143:24 144:1,12
  144:18,23 146:6
  171:18
**switched** 169:7
**sworn** 5:3 192:12
**syed** 2:5

**symphony** 19:16
  20:12,21 21:19
  24:21,21 168:8,9

**t**

**t** 5:9,10 103:24
  125:10
**table** 48:2,11
  52:16 77:8 122:17
  158:11
**take** 23:22 33:14
  35:19,23 66:19
  68:14 69:17 74:17
  93:18 99:2 106:15
  107:12 110:2,4
  115:20 124:18
  145:20,21 146:22
  146:24 159:6,24
  163:23 164:3
**taken** 1:12 5:12
  66:10 93:19
  147:13 159:8
  180:24 192:7,14
**takes** 69:19
**talk** 20:4 33:2 64:9
  91:6,8 95:22
  105:10 138:4
  190:5
**talked** 57:7 61:5
  69:16 101:8
  145:13 155:21
  156:12
**talking** 6:6,18 30:4
  63:12,20,21 64:12
  75:18 94:2 98:20
  99:10 100:21,22
  121:17 143:18
  171:17
**talks** 64:8 80:7
**targeting** 161:8
  163:2

**taught** 185:10
**teachers** 68:21
  83:4,7
**teaching** 19:18
**tech** 17:7
**technique** 21:21
**tell** 13:21 17:3
  35:6 39:9 79:4
  104:23 105:15
  132:8 134:19
  138:9 146:12
  159:17 163:18
  174:20
**telling** 123:21
**tenor** 23:7 156:10
**tenors** 64:18
**tenure** 164:20,21
**term** 15:21 65:22
  74:2 146:19
  147:24
**terminate** 31:16
**terminated** 134:14
**terms** 22:18,23
  63:22,23 64:9,10
  69:9,10,13 130:22
  145:7
**terrific** 144:3
**testified** 5:4
**testify** 9:9
**testifying** 176:9
**testimony** 56:7
  178:17 189:18
**thank** 22:20 23:2
  27:1 36:4 53:21
  56:18 87:24 99:17
  117:6 144:3
  180:20,21 191:1,2
**theater** 10:22,23
  21:22 24:5,6
**therapies** 174:5

**therapy** 173:2
**thing** 24:19 82:21
  135:4,22 147:4
  169:16,23
**things** 19:7,9
  31:22,23 32:20
  65:5 67:11 79:14
  86:19 103:2,4,5
  104:1,3 129:8
  140:24 143:11
  147:18 167:5
**think** 5:15 6:18
  13:21 17:21 19:3
  19:14 20:15 22:24
  25:7,9,17 26:5
  27:9 57:1 73:24
  90:14 96:22 99:6
  108:11 113:4
  119:2 120:5 123:6
  123:9 135:22
  151:2 158:6
  169:16 170:2
  178:11,19,22
  180:15,18 185:8
**thinking** 98:1
**third** 29:8,8 45:22
  75:7
**thirds** 111:23
**thomas** 36:11
**thought** 65:10
  82:4 93:10 94:11
**three** 23:16,19
  28:23 48:7,22
  69:19 72:14 86:24
  87:6,11 91:13
  124:22 126:7,22
  127:3 155:18
  183:21,24 184:2,5
  189:9,9,10 190:2,7
**tier** 28:19 29:8
  45:22 94:21 98:18

182:6
**tiered** 29:9
**tiers** 29:18 96:11
  152:13
**timbre** 66:23
  73:20 146:18
  147:23 148:12,13
**time** 14:24 15:1
  19:5 20:1,6,9,10
  21:9 24:17 25:12
  25:13 27:7,18
  28:2,3,15,16,23
  31:4,7 32:18,18
  33:6,20,24 34:16
  34:21,23 36:20,22
  37:20 38:21 39:14
  40:8 41:14 42:4,7
  42:11 44:20 52:10
  54:12 62:6 65:6
  68:8 69:1 73:3
  77:13 79:20 82:6
  84:8 85:2 91:5
  93:18 97:12,14
  109:8 110:2
  116:11,12 120:13
  120:20,23 121:23
  123:7,22 124:1
  127:22 131:16
  133:12 138:13
  139:10 141:12
  145:16 149:16
  154:12 164:13
  165:4,4,6 166:24
  167:24 168:3,10
  168:11,12,15,16
  168:18 169:4,6,13
  169:17,24 170:3,4
  172:17 181:22
  185:2,16,21
  188:13,16 192:9
  192:18

**times** 5:15 52:15
  87:9 144:8,15
  158:6 188:10
**titled** 181:13
**today** 7:4,20 8:17
  9:10 13:4,9 14:13
  15:16 16:2 31:14
  56:7 65:16 92:15
  99:18 109:17
  116:4 127:11
  128:8 129:8 139:6
  171:22 172:18
  173:18 176:9
  178:2 179:4,21
  180:8,19 181:20
**told** 44:5 87:24
  102:16 107:17
  117:13 119:15
**top** 43:22 45:16
  48:13 68:7 107:7
  124:10 130:9
  172:7
**touring** 25:6
**train** 65:13
**training** 18:15
  22:6
**transmitted**
  119:13
**traviata** 167:9
**treatments** 173:5
**tricky** 154:1
**tried** 158:6
**trouble** 142:4
**troyens** 125:10
  126:15 132:6,9,16
  133:6 145:23
  182:16,21 183:7
**true** 12:9 13:16
  61:7 127:1 176:10
  176:13 192:16

**trusting** 110:13
**truthful** 178:17
**truthfully** 9:9
**try** 37:13 38:20
  69:4 85:16 120:11
  157:12 186:15
**trying** 45:24
  110:11 149:22
**tulsa** 24:22,23
**turn** 12:7 46:12
  48:12 52:21
  106:20 111:21
  170:24 175:13
  176:23
**turning** 113:16
**twice** 22:12
**two** 14:22 17:15
  17:23 23:15,19
  29:2,2 31:5,5,10
  43:9 44:20 49:5
  55:10,13,15,16,23
  56:2 65:19 66:1,4
  66:5 68:10 73:16
  82:12 87:1,10,13
  108:1 111:23
  115:22 124:21
  133:18,24 143:20
  143:23 145:15
  147:18 157:24
  165:18 168:13
  183:21,24 184:2,5
  189:8,9,10
**type** 8:3 28:16,24
  66:20 70:4 71:11
  125:21 175:22
**types** 23:7 63:16
**typical** 52:12
  68:14 122:19
**typically** 38:10
  57:9

**typing** 176:4
**typo** 92:1

**u**

**u** 27:11,23 103:24
**uh** 6:1 8:9 16:18
  17:18 18:11 30:3
  30:6,14 36:15
  38:12 43:24 46:11
  46:13 48:6 50:16
  52:22 53:2 67:1,6
  67:8,21 70:1,6
  79:3 89:24 92:12
  93:6 103:14
  106:24 107:14
  108:3 109:1 112:4
  113:8 117:16
  136:9 143:22
  144:22 145:5
  146:3 147:20
  148:11,14,17,20
  158:23 161:11
  162:13 164:9,11
  168:23 171:2
  172:5 174:16
  178:5
**ultimate** 61:1
**underneath**
  103:22
**undersigned**
  192:15,22
**understand** 6:11
  56:1 110:1 127:9
  145:9 173:21
**understanding**
  31:7 43:7 49:9
  56:3 116:21
**understood** 6:14
  109:22
**understudies**
  32:21

**undisclosed**
105:24
**unemployment**
15:1 98:2 152:20
187:2
**unh** 6:1,1
**unintentional**
110:15
**union** 118:14
134:5,17 154:24
**unionized** 160:23
**unit** 10:3
**united** 1:1,13
13:14
**university** 18:3,10
165:2
**unredacted**
175:15,18 177:6
178:24 179:2
**unsolicited** 130:4
**upcoming** 57:9,13
58:2,15 59:4 77:3
**updated** 173:14
**upper** 23:23 68:7
115:6 145:20
**urbana** 18:4
**use** 62:8 127:7,24
**usually** 16:10 22:5
43:17 57:19 58:13
75:23 128:20
161:16
**utilization** 59:12

**v**

**valentine's** 82:10
**valid** 101:9
**valuable** 83:8
**value** 128:18
**valued** 128:18
**various** 96:3
138:22

**venue** 166:18
**venues** 24:10
25:15 138:7
139:12 165:18,23
166:3 170:2
**verbal** 134:11
**verbatim** 134:21
**versus** 127:18
182:12 183:3
**vibrato** 66:24
74:23 104:2
148:15,16
**visits** 174:5
**vo** 49:6,11,14,18
50:22
**vocal** 18:5,6 25:13
69:10,13,14,21
90:12 102:3
103:10 104:1
114:18 115:21
116:2 135:9,15
137:3 169:1,5,7
**voice** 19:18 22:11
23:7,10 28:15,24
44:13,13,22 51:13
66:20 67:12,16
68:21 73:20,24
74:5,10,11,12,18
74:23 75:13 76:1
76:3 80:2,6,10
82:16 83:13,22
84:1 88:3 92:19
102:9,13,15,17,19
103:3,5,16 104:9
104:13 108:10,15
112:22 113:5,7
114:22 115:4,6,6,6
115:7 123:23
129:19 131:23
139:4 145:14
146:17 148:2,3,10

165:3 185:10
**voices** 23:14 62:24
63:7,16,22,23 64:3
64:4 68:12 74:15
74:16 83:8
**voluntarily** 32:11
44:9,15 45:11
**voluntary** 44:3
47:20 88:7 160:22
162:23
**vouch** 138:19
**vs** 1:6
**vulnerable** 152:8

**w**

**wacker** 1:16 2:13
**wages** 155:17
**wait** 6:4 40:2 95:9
**waiting** 86:21
130:16
**waitressing** 21:10
**waive** 191:4
**waived** 191:8
192:20
**wallace** 130:13,19
131:3,6 175:19
176:7
**wally** 73:16 82:11
**want** 17:5 49:2,6
49:11,15,19 50:23
60:12 82:17
141:18,23 144:19
149:24 152:15
166:23 185:6
189:20
**wanted** 6:20 25:20
34:18,18 65:6
82:7 142:8
**ward** 111:14
116:24 119:10
188:18

**warm** 66:23 73:20
74:1 148:13
**warmer** 103:7
**warning** 134:11
134:12,12
**warnings** 137:2
**washington** 2:6
9:22
**way** 69:20,22 70:8
75:4 110:20
111:23 137:3
154:10
**ways** 103:8 153:14
153:23
**we've** 5:15 24:8
72:6 137:19
164:18
**weaknesses** 63:1
**weather** 80:9
108:9
**week** 83:2,9,10
91:13 165:7
**weeks** 108:1
117:10 165:18
**went** 16:14 18:3
31:12 37:17 62:9
168:24 188:13
**west** 2:6 19:18
**whatnot** 136:8
**win** 167:16
**wind** 107:19
**wisconsin** 25:7
**withhold** 177:22
**withholding**
177:15
**witness** 5:2 8:12
32:16 51:24 55:21
67:24 115:9 150:3
152:1 159:18,24
173:23 175:4
177:7 178:10,14

179:17,20 191:2
192:7,12,18,20
193:1
**witnesses**  177:1
180:10
**wobbliness**  104:2
**women**  23:12,12
23:17,19 60:20
61:19 62:8 87:13
143:23 167:11
184:14,23 189:16
190:6
**women's**  23:14
**won**  139:1 167:15
**word**  62:22
**words**  33:17 96:2
119:2 138:1
157:20 158:10
173:19 177:8
182:19
**work**  15:4,6,10
19:16,17 22:23
33:8,15,24 37:11
37:11 82:24 83:22
88:7 113:9 115:24
122:4 132:2 138:2
161:24 162:1
165:2,7 169:22
177:17 184:13,17
185:2,5,19,23
187:22 188:5
189:16 190:6
**worked**  24:17 25:1
35:17 52:10 82:13
82:21 98:17
110:16 112:22
114:17 115:1,4,5
138:5,7 147:8
188:7
**working**  8:5,8
15:14 25:18 56:21

83:13 113:7
114:21 115:10,10
115:14 138:2
165:1 169:11
186:7,24 187:4,23
**works**  58:9 154:3
155:16
**workshop**  83:3
**wright**  39:19
40:12,16,21 41:4
41:17
**wright's**  72:18,19
**write**  6:2
**writing**  52:8
164:13
**written**  108:6
112:9 116:8
134:12
**wrong**  31:12
**wrote**  35:23,24
105:3 110:13
112:5 118:21
167:21

| x |
|---|

**x**  165:21

| y |
|---|

**y**  5:10 19:18
125:10
**yeah**  32:7 42:2
47:15 48:9 83:19
**year**  17:10,19 18:7
19:1 22:13 24:13
26:1 29:2,17
30:21 31:10 33:21
35:20,24 36:6,13
36:16 37:24 43:2
43:3 49:19 55:10
55:13,15,16,23
58:2 65:20 66:1,5
69:19 83:7 88:13

96:6,14,14,22
98:21,21 121:10
122:8 124:22
133:11,21,24
134:3 162:15
181:16,17 183:20
189:11
**years**  5:16 9:3
22:9 27:5 28:19
29:3,10 30:24
31:5,6 35:17,20
37:3,4,7 42:1,10
43:9 56:2 65:19
66:4 96:6,7,8,8
97:10,12,13,17,20
98:10,11 103:13
109:20 123:7
124:15,21 133:18
149:17 167:5
**young**  18:22 19:22
25:4
**younger**  12:15,21
12:24 94:24 129:9
129:9 140:7
**youth**  167:7

**Signing and Filing Depositions**

(a) Submission to Deponent; Changes; Signing. Unless signature is waived by the deponent, the officer shall instruct the deponent that if the testimony is transcribed the deponent will be afforded an opportunity to examine the deposition at the office of the officer or reporter, or elsewhere, by reasonable arrangement at the deponent's expense, and that corrections based on errors in reporting or transcription which the deponent desires to make will be entered upon the deposition with a statement by the deponent that the reporter erred in reporting or transcribing the answer or answers involved. The deponent may not otherwise change either the form or substance of his or her answers. The deponent shall provide the officer with an electronic or physical address to which notice is to be sent when the transcript is available for examination and signing. When the deposition is fully transcribed, the officer shall deliver to the deponent, at the address supplied,

notice that it is available and may be examined at a stated place at stated times, or pursuant to arrangement. After the deponent has examined the deposition, the officer shall enter upon it any changes the deponent desires to make, with the reasons the deponent gives for making them. If the deponent does not appear at the place specified in the notice within 28 days after the mailing of the notice, or within the same 28 days make other arrangements for examination of the deposition, or after examining the deposition refuses to sign it, or after it has been made available to the deponent by arrangement it remains unsigned for 28 days, the officer's certificate shall state the reason for the omission of the signature, including any reason given by the deponent for a refusal to sign. The deposition may then be used as fully as though signed, unless on a motion to suppress under Rule 211(d) the court holds that the reasons given by the deponent for a refusal to sign require rejection of the deposition in whole or in part.

(b) Certification, Filing, and Notice of Filing.
(1)If the testimony is transcribed, the officer

shall certify within the deposition transcript that
the deponent was duly sworn by the officer and that
the deposition is a true record of the testimony
given by the deponent.  A deposition so certified
requires no further proof of authenticity
(2) Deposition transcripts shall not be filed with
the clerk of the court as a matter of course.  The
party filing a deposition shall promptly serve
notice thereof on the other parties and shall
file the transcript and any exhibits in the
form and manner specified by local rule.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.