IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINE A. STEYER AND    )
MARTIN L. POOCK,           )
                           )
          Plaintiffs,      )
                           )File No.: 1:17-CV-06014
          v.               )
                           )
LYRIC OPERA OF CHICAGO,    )
                           )
          Defendant.       )


        The deposition of MICHAEL ANDREW BLACK, called

by the Plaintiff for examination pursuant to notice

and pursuant to the Rules of Civil Procedure for the

United States District Courts pertaining to the

taking of depositions, taken before Brad Benjamin, a

Certified Shorthand Reporter within and for the

County of Cook and State of Illinois, at 233 South

Wacker Drive, Suite 5230, Chicago, Illinois on the

6th day of September 2019.

SULLIVAN REPORTING COMPANY
(312) 782-4705

```
 1   APPEARANCES:

 2        HALL-JACKSON AND ASSOCIATES P.C. by
          MS. CHIQUITA HALL-JACKSON
 3        180 West Washington Street, Suite 820
          Chicago, Illinois 60602
 4        (312) 255-7105
          chj@hall-jacksonandassociates.com
 5
                    Appearing on behalf of the plaintiffs;
 6
          SCHUELER DALLAVO & CASIERI, by
 7        MS. STEPHANIE A. CANTRELL
          233 South Wacker Drive, Suite 5230
 8        Chicago, Illinois 60606
          (312) 831-1091
 9        stephanie.cantrell1@sdc-atty.com

10                  Appearing on behalf of the defendant.

11
     ALSO PRESENT:
12   Ms. Elizabeth Landon, Vice President, Human Resources
     Lyric Opera of Chicago
13

14

15

16

17

18

19

20

21

22

23

24
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

```
 1                    I N D E X

 2   WITNESS:                                    PAGE

 3   Michael Andrew Black

 4     Examination by:

 5     Ms. Hall-Jackson......................... 5, 135,
                                                    139
 6
       Ms. Cantrell............................. 114, 136
 7

 8                  E X H I B I T S
 9
     NAME                                        PAGE
10   Plaintiff's                                  18
     Exhibit No. 1
11
     Plaintiff's                                  29
12   Exhibit No. 2

13   Plaintiff's                                  42
     Exhibit No. 3
14
     Plaintiff's                                  43
15   Exhibit No. 4

16   Plaintiff's                                  53
     Exhibit No. 5
17
     Plaintiff's                                  54
18   Exhibit No. 6

19   Plaintiff's                                  64
     Exhibit No. 7
20
     Plaintiff's                                  67
21   Exhibit No. 8

22   Plaintiff's                                  87
     Exhibit No. 9
23
     Plaintiff's                                  97
24   Exhibit No. 10
```

Page 3

1
                **E X H I B I T S   C O N T.**

2
   **NAME**                                              **PAGE**

3

   **Plaintiff's**                                        **104**
4  **Exhibit No. 11**

5  **Plaintiff's**                                        **107**
   **Exhibit No. 12**
6
   **Plaintiff's**                                        **109**
7  **Exhibit No. 13**

8  **Plaintiff's**                                        **111**
   **Exhibit No. 14**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**SULLIVAN REPORTING COMPANY**
**(312) 782-4705**

```
 1                          (Witness sworn.)

 2        MS. HALL-JACKSON:  Good afternoon.  I'm

 3   Chiquita Hall-Jackson on behalf of both Christine

 4   Steyer and Martin Poock in the matter of Steyer and

 5   Poock versus Lyric Opera of Chicago.

 6                     MICHAEL ANDREW BLACK,

 7   called as a witness herein, having been first duly

 8   sworn, was examined and testified as follows:

 9                     EXAMINATION

10                     BY

11                     MS. HALL-JACKSON:

12        Q     And could you please state and spell your

13   name for the record.

14        A     Full name?

15        Q     Yes.

16        A     Michael Andrew Black, M-I-C-H-A-E-L

17   A-N-D-R-E-W B-L-A-C-K.

18        Q     And, Mr. Black, throughout this time,

19   you'll hear me reference Lyric -- Lyric Opera of

20   Chicago also known as "Lyric."  So I might shorten it

21   here and there, but just know at all times I'm

22   referring to Lyric Opera of Chicago.

23        A     Got you.

24        Q     Understood?
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

1       A    Yes.

    2       Q    Do you understand that you're being deposed

    3   in the matter of Steyer and Poock versus Lyric Opera

    4   of Chicago?

    5       A    Yes.

    6       Q    In this deposition I'm going to be asking

    7   you a few questions, and you're going to be answering

    8   them under oath.

    9              Do you understand this?

   10       A    Yes.

   11       Q    Is there any reason, such as being under

   12   the influence of any substance, that would prevent

   13   you or limit you from giving truthful answers here

   14   today?

   15       A    No.

   16       Q    Since this is an oral transcript, the court

   17   reporter cannot indicate head nods or gestures.

   18   Every answer needs to be verbal.

   19              Do you understand this?

   20       A    Yes.

   21       Q    In the event you do not understand my

   22   question, simply ask me to repeat it or rephrase it.

   23   I will gladly do so.  In the event you do not, I'm

   24   going to assume that you understand my question.

```
 1                Do you understand this?

 2      A    Yes.

 3      Q    Have you ever been deposed before?

 4      A    No.

 5      Q    Where do you currently reside?

 6      A    The full address?

 7      Q    You can just say the city and state if you

 8  feel comfortable --

 9      A    Chicago, Illinois.

10      Q    And who do you currently reside with?

11      A    Myself.

12      Q    And your highest level of education,

13  Mr. Black?

14      A    Masters degree.

15      Q    And exactly where did you obtain your

16  bachelor's degree?

17      A    Bachelor's degree was in Sydney, Australia,

18  at the Sydney Conservatory of Music, and masters

19  degree from University of New South Wales.

20      Q    And exactly what did you get your degrees

21  in?

22      A    First bachelor's degree was music --

23  bachelor of music education.  Then postgrad in piano

24  accompaniment, and then a masters in musicology.
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    Q    And do you recall the years that you

2  graduated?

3    A    Bachelor's degree was 1989 graduation.  The

4  graduate was 199- -- sorry.  1990.  It was a one-year

5  graduate degree.  And then the masters, I believe,

6  was 1994.  I could be a year out with that one.

7    Q    And do you recall your first job after your

8  masters degree?

9    A    I was employed at that time by Sydney

10  University as a vocal lecturer, also a part-time

11  lecturer in musicology, and a piano accompanist for

12  vocal lessons at the Sydney Conservatory of Music.

13    Q    And you gave us your titles.

14         How long were you with the University

15  of Sydney?

16    A    So I started employment there in 1990, and

17  I was there until 1997, December of 1997.

18    Q    And do you recall when you started in 1990,

19  which month?

20    A    No.

21    Q    And you said -- what were you were doing?

22  Vocal -- private vocal lessons, or is this something

23  through the university?

24    A    Something through the university.  So they

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    employed me to go from studio to studio playing piano

    2    for vocal lessons where the singers come in and learn

    3    their technique.

    4        Q    And, to be clear, that is the University of

    5    Sydney, correct?

    6        A    Yes.  So the University of Sydney was

    7    amalgamated with the Sydney Conservatory of Music in

    8    1989.

    9        Q    And, once you left there, where did you go

   10    next -- after you left the University of Sydney?

   11        A    I was employed in 1997 as the assistant

   12    chorus master at Opera Australia.

   13              Do I go on from there?

   14        Q    Give me two seconds.

   15        A    Oh.  Sorry.

   16        Q    And how long would you hold that position?

   17        A    So, I believe, first of December 1997 until

   18    roughly 1999 when I became the acting chorus master

   19    at Opera Australia, and then the chorus master at

   20    Opera Australia in January 2001.

   21        Q    To be clear, you was the acting chorus

   22    master from 1999 until 2000 when you became the

   23    full-time chorus master?

   24        A    Exactly.  Yes.

SULLIVAN REPORTING COMPANY
(312) 782-4705

```
 1      Q    Okay.

 2      A    2001.

 3      Q    And prior to the -- 1999, between

 4  December 1, 1997, through 1999, what was your role at

 5  the time?

 6      A    I'm sorry.  Can you repeat that?

 7      Q    What was your first title at the University

 8  of Sydney under the chorus master?  No.  I'm sorry.

 9  Opera of Australia.

10      A    Opera Australia.

11           So my first employment at Opera

12  Australia was as a part-time répétiteur.

13      Q    Okay.

14      A    Piano play in 1996, I'm going to say, maybe

15  1995, which then led to them offering me the

16  assistant chorus master job in 1997.  I sti- -- I was

17  still working at the Sydney University in conjunction

18  with Opera Australia for maybe '95, '96.

19      Q    No problem.

20      A    I was trying to put together a livelihood.

21      Q    And then, once you maintained that acting,

22  you eventually was promoted to the full-time chorus

23  master -- correct? -- back in 2000?

24      A    2001.
```

Page 10

1      Q     '01?

2      A     January of 2001.

3      Q     And how long did you maintain that

4   position?

5      A     Until 2011.  I came here for an interim

6   chorus master position for perhaps seven months.

7   Then I went back to my position at Opera Australia in

8   2012.  And then I came to Chicago for the full-time

9   position as chorus master in 2013.

10     Q     And, just to clarify the record, when you

11  say "came here," you're referring to Chicago?

12     A     Chicago.  Yes.

13     Q     And you're also referring, you was wor- --

14  you was an employee of Lyric Opera?

15     A     Exactly.

16     Q     And where do you currently work now?

17     A     I currently work at Lyric Opera in Chicago.

18     Q     And, as of today, do you know how many

19  years you have with the company?

20     A     I'm sorry?

21     Q     As of today, do you know how many years you

22  have with the company?

23     A     Six years as the full-time chorus master

24  now.

1      Q    And what is your current title?

2      A    Chorus master.

3      Q    And, as long as you've been an employee at

4  Lyric Opera, have you maintained the same title?

5      A    Yes.

6      Q    And do you mind explaining to us today your

7  interview process prior to you being selected to work

8  full-time at Lyric Opera?

9      A    Yes.  So it would have been September 2010.

10  I received an e-mail from Bill Mason, who used to

11  be -- I'm not sure of his title; I think it was the

12  artistic director of Lyric -- asking me -- or telling

13  me that I'd been -- my name had come up as a person

14  of interest and would I be interested in applying for

15  the full-time chorus master position in Chicago at

16  Lyric.  And, at which point, I said yes.

17              I was then flying across to Chicago

18  in, I'm going to say, January 2011 for an audition

19  process which involved auditioning and interviewing

20  with the chorus, including the artistic director,

21  Sir Andrew Davis; Bill Mason; and other management

22  people.  Then interviewing with Sir Andrew Davis and

23  Bill Mason, and then coming to see performances.  I

24  believe there were six candidates drawn from all

1    around the world at that point.  And I was offered

2    the job at Lyric Opera of Chicago.

3         Q    And do you recall the exact date when you

4    was actually offered the position at Lyric?

5         A    I don't.

6         Q    Do you remember the year?

7         A    2011.  Yeah.

8         Q    And do you know the time frame, what -- the

9    season at least?

10         A    In -- it would have been March in

11    Australia, so around March of 2011 the initial offer

12    was made.

13         Q    Okay.  And, upon being hired at Lyric, were

14    you introduced to the choir mem- -- the chorus

15    members who were contracted during that particular

16    season?

17         A    Prior to?  Could you -- I'm sorry.

18         Q    Upon you being hired.

19         A    Oh.  Certainly not individually.  No.

20         Q    Upon being hired, what information was

21    actually given to you about the current chorus

22    members that were currently contracted for that

23    particular season?

24         A    None.

1     Q    So when do you actually meet the chorus

 2 members?

 3     A    So I first met the chorus members en masse

 4 at the first rehearsal.  It would have been August

 5 2011.  And keeping in mind that was my interim season

 6 with Lyric Opera.

 7     Q    What does the introduction consist of?

 8     A    The introduction at that point would have

 9 been me walking into the room and starting a

10 rehearsal and listening to them sing as a group.

11     Q    And at that time were you provided with any

12 sort of roster or list of chorus members at the time?

13     A    Yes.

14     Q    And do you recall what information was

15 actually on that roster?

16     A    Not specifically.  However, the rosters

17 traditionally include the names of all the chorus

18 members and their specific voice types and whether

19 they're a member of the Regular Chorus or the Core

20 Supp. Chorus or the Supplementary Chorus.

21     Q    And that would be all the information

22 contained in that particular document?

23     A    Sometimes there are smaller groups within

24 the opera.  So, if a small group has to go out on

SULLIVAN REPORTING COMPANY
(312) 782-4705

1   stage or off stage to sing, that small group will be

2   included on the same roster as well.

3      Q    In any documentation given to you during

4   your tenure at Lyric, is there any indication of how

5   long a particular member has been employed with

6   Lyric?

7      A    No.

8      Q    Is there any way that you can assess the

9   seniority of any member of Lyric?

10      A    I could ask for it, and it would be given

11   to me.  Yes.

12      Q    And who would you ask in particular?

13      A    At that point it would have been Stephanie

14   Karr, the chorus administrator, the artistic

15   administrator.

16      THE REPORTER:  I'm sorry?

17      THE WITNESS:  Stephanie Karr.  I'm not sure of

18   her title back then.  For me, she was the chorus

19   administrator.

20   BY MS. HALL-JACKSON:

21      Q    And that's with a -- K-A-R-R, I believe?

22      A    Yes.

23      MS. LANDON:  Correct.

24

1    BY MS. HALL-JACKSON:

2        Q    And, upon being hired, at what point did

3    you become familiar with the CBA?

4        A    Probably over the course of the first

5    full-time season, which would have been 2013 onwards.

6        MS. CANTRELL:  I'm going to object as to the

7    formation of the question.  Can we just clarify what

8    you mean by CBA.

9        MS. HALL-JACKSON:  Sure.

10   BY MS. HALL-JACKSON:

11       Q    At what point did you become familiar with

12   the collective bargaining agreement between Lyric and

13   this union?

14       MS. CANTRELL:  And, again, just for the record,

15   can you clarify the union that Lyric contracts with?

16       THE WITNESS:  AGMA?

17       MS. CANTRELL:  Yes.

18       MS. HALL-JACKSON:  Yeah.

19            So, do you need me to rephrase it, or

20   are you okay with him answering?

21       MS. CANTRELL:  I'm okay.  You can answer.

22       THE WITNESS:  So you -- sorry.  Sorry.

23       MS. CANTRELL:  Question repeated?

24       THE WITNESS:  Just so we're clear, so we're

1    talking about the agreement between the chorus union,

2    AGMA --

3         MS. HALL-JACKSON:  Yes.

4         THE WITNESS:  -- and Lyric --

5         MS. HALL-JACKSON:  Yes.

6         THE WITNESS:  -- correct?  Okay.  Thank you.

7                   I mean, I was aware of it in my

8    interim year.  When I began as the full-time chorus

9    master in 2013, I was more aware of it.  And, it was

10   when I asked questions, people told me what was in

11   the agreement or whether things had changed in

12   negotiations or would be changing, et cetera,

13   et cetera.

14   BY MS. HALL-JACKSON:

15        Q    And at some point are you provided also

16   with a handbook provided by Lyric?

17        A    I'm sorry.  Can you repeat that, please?

18        Q    At some point during your tenure, are you

19   provided with a handbook provided by Lyric, an

20   employee handbook?

21        A    Ye- -- I remember there's a purple book.  I

22   believe it was the union agreement.  That's what I

23   believe it was.

24        Q    And, earlier, you indicated your current

1    title is chorus master, correct?

2         A    Correct.

3         Q    Do you know what your job duties and

4    responsibilities consist of?

5         A    I believe so.

6         Q    Okay.  I'll help you out.

7         MS. HALL-JACKSON:  This will be Exhibit 1.

8                             (Plaintiff's Exhibit

9                             No. 1 was marked for

10                            identification.)

11        MS. CANTRELL:  So you're marking this

12   Plaintiff's Exhibit No. 1?

13        MS. HALL-JACKSON:  Yes.

14   BY MS. HALL-JACKSON:

15        Q    Mr. Black, if you don't mine, if you can

16   review the document in full and then just look up

17   when you're ready.

18        A    (Witness complied.)

19             Okay.

20        Q    And, for the record, do you mind informing

21   us exactly what is this document marked as Exhibit 1.

22        A    This is the job description of the chorus

23   master at Lyric Opera of Chicago.

24        Q    And have you had an opportunity to review

1   this document in full?

2       A    Yes.

3       Q    Is this a -- fair representations of your

4   duties as you've held over the last six years?

5       A    Yes.  With a couple of small caveats.

6       Q    Sure.

7            And would you like to explain is there

8   something that's missing, or is there something on

9   here that you do not actually do?

10      A    So, for example, where it says "Assistance

11  with development of seasonal budgets for the chorus

12  to ensure accurate reflection of rehearsal and

13  performance scheduling requirements and

14  cost-effective utilization of Chorister hours," I'm

15  very involved with the chorus hours and very involved

16  in the scheduling of the rehearsals, and I have

17  nothing to do with the actual budgets per se when it

18  comes to spreadsheets, pays, pay rates.

19           It is just making sure we have enough

20  music time and making sure, in conjunction with Lyric

21  management, that that rehearsal time then fits into

22  the budget of Lyric.  But I don't put budgets

23  together.

24      Q    Is there anything else that you know that

1    you do not do as a part of the listed job duties in

2    this document marked as Exhibit 1?

3        A    No.  Everything else is accurate.

4        Q    And a part of your job duties include

5    holding auditions for various chorus positions,

6    correct?

7        A    Correct.

8        Q    Are there various voice types that you

9    audition for?

10       A    Yes.

11       Q    Can you identify all the various voice

12   types that you audition for the chorus at Lyric.

13       A    Yes.  So there -- the soprano voice type,

14   which is broken up into Soprano I and Soprano II.

15   There is the alto voice type, which is then broken up

16   into Alto I and Alto II.  There's the tenor voice

17   type, which is broken down to Tenor I and Tenor II.

18   And there is the bass voice type, which is broken

19   down into Bass I and Bass II.

20       Q    And do you mind -- you just identified the

21   various voice types, and you indicated that there's a

22   Soprano I and II.

23            Can you tell us the difference between

24   a Soprano I and a Soprano II.

1    A    Soprano I is someone traditionally who has
2    all the attributes of a Soprano II, so, very, very
3    strong middle voice, strong upper-middle voice.
4    Plus, they traditionally have a couple of extra notes
5    on the top.  So they're a little bit higher.
6        Q    And what's -- strike that.
7             What's the difference between the
8    Soprano I and the Soprano II?  You identified the
9    Soprano I.  What is the Soprano II?  What do they do
10   differently?
11       A    Traditionally, the Soprano II does --
12   has -- doesn't -- sorry.  Excuse me.  Traditionally,
13   Soprano II doesn't have the same top notes that a
14   Soprano I has.  So, whereas a Soprano I will have all
15   the attributes of a Soprano II, the Soprano II will
16   not have all the attributes of a Soprano I.
17       Q    And I'm not going to have you go through
18   all of them, but, for the sake of this case, for
19   Bass I and Bass II, what's the difference between a
20   Bass I and Bass II?
21       A    Bass I -- sorry.  Bass II is a
22   lower-voice-type than Bass I.  So the strength of
23   their voice lies in the bottom register of the bass
24   register.  A Bass I will be stronger at the top of

SULLIVAN REPORTING COMPANY
(312) 782-4705

1   their voice.

2        Q    And, now that you identified all the

3   various voice types, are there different levels to

4   the chorus at Lyric?

5        A    There are different choruses at Lyric.  So

6   there's the Regular Chorus --

7        Q    Uh-huh.

8        A    -- and then there -- which it --

9   comprises --

10       Q    I know we use it interchangeably as

11  tiers --

12       A    Ye- --

13       Q    -- but I don't want to say, if that's not

14  how you're familiar with.

15                 Is that better?

16       A    I think -- yeah.  I -- tiers, even for me,

17  is a -- it would be, like, there's something negative

18  about some of them.  So there's just -- there's a

19  Regular Chorus, which is, at the moment, 46 members,

20  I believe, which is changing a little bit in the next

21  couple of years.  Then there are 12 Core

22  Supplementary choruses -- chorus members employed to

23  supplement that Regular group, and then there is a

24  Supplementary Chorus employed seasonally to

SULLIVAN REPORTING COMPANY
(312) 782-4705

1   supplement whatever we need for the larger operas.

 2        Q    And, to be clear, is there a particular

 3   number that's maintained for the Supplemental [sic]

 4   group?

 5        A    No.   That changes every season.

 6                  So there are some seasons where we

 7   will need -- so, for example, this season we need

 8   lots of Supplementary men, but we don't need -- I

 9   think -- I can -- I think we may be employing one

10   Supplementary woman because of the repertoire that's

11   chosen.

12        Q    Are you familiar with Christine Steyer?

13        A    I am.

14        Q    And who exactly is Christine Steyer?

15        A    Christine Steyer, when I first -- in my

16   interim year at Lyric, was not employed at Lyric.

17   When I began employment as the full-time chorus

18   master she'd been employed by my predecessor in the

19   Core Supplementary Chorus as a soprano.

20        Q    And do you recall Ms. Steyer auditioning

21   for you at any time during your time at Lyric?

22        A    I do.

23        Q    And, during the audition process, do you

24   inquire about each candidate's prior work history?

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    A    During the audition process?

2    Q    Yes.

3    A    Not to my recollection.

4    Q    And so, as we sit here, could you let us

5    know how the audition process go.  I actually

6    reviewed a document that says it goes in increments

7    of six minutes at a time.

8              Are they maintained at six minutes at

9    a time?

10   A    No.  Not necessarily.  So sometimes they

11   can be faster, sometimes they can take a lot longer.

12   Q    Okay.  And exactly, when someone walks in

13   the room, what exactly happens at that point?

14   A    Are you talking specifically about the Core

15   Supplementary Chorus?

16   Q    The Core Su- -- is there -- I know there's

17   different levels.  So there's ways they can audition?

18   I'm not sure.  So if you can --

19   MS. CANTRELL:  Objection.  That's misstatement

20   of his testimony.

21              You can answer if you understand, but

22   use the language that you believe is correct in

23   describing the choruses.

24   THE WITNESS:  I'm a little bit confused on

1    that.  I'm sorry.

2         MS. CANTRELL:  Sure.

3                   Okay.  Can we go off the record for a

4    second.

5                        (A discussion was held

6                         off the record.)

7    BY MS. HALL-JACKSON:

8         Q    During the audition process, exactly what

9    happened when you are -- strike that.

10                   When a candidate walks in for the

11   audition process, what happens once they walk into

12   the room?

13        A    So the process is slightly different for

14   three different types of choruses at Lyric.  For the

15   Supplementary Chorus, they will traditionally walk

16   in, sing one aria, and then walk out.  There's very

17   little discussion.  There's very little anything

18   else.

19                   When it's the Core Supplementary group

20   and the Regular group of the chorus, they will then

21   come in, and they have been asked to prepare two

22   arias.  And I'll usually, traditionally, normally

23   listen to the two arias.

24                   Sometimes, if I feel like they could

1 give something different again or perhaps perform

2 better, I'll ask them would they like to perform it

3 again. Sometimes I'll even work with them to see if

4 I can get a better sound out of them.

5 There is sometimes some discussion in

6 the Core Supp. and the Regular auditions, and

7 sometimes not.

8 Q And, if there is a discussion, do you know

9 what the discussion is about in general?

10 A It will be directly associated with the

11 performance they've just given.

12 Q And, to be clear, that includes giving your

13 comments on what needs to be worked on, what needs to

14 be strengthened?

15 A So in the actual audition I try not to give

16 comments about things that I think should be worked

17 on. I will sometimes work with them, with the things

18 that I have in my mind, to see whether I can get a

19 different outcome by trying different things to make

20 them more comfortable, to give them a second chance.

21 Every now and again a singer will say,

22 "I'm really ill today. I'm sick today." And then I

23 won't push it with them. I don't want them to feel

24 pressured into trying something again.

1      Q      And, actually, during the audition process,

2   what exactly is taken into consideration when you're

3   reviewing each candidate?

4      A      Again, taking into consideration very

5   different things for the Supplementary group, the

6   Core Supp., and the Regular Chorus.

7                So, for the Supplementary Chorus, you

8   are -- we are looking for -- initially for -- to find

9   voices to put in the Supplementary Chorus, and then,

10  obviously, in conjunction with reading their résumés,

11  seeing that they have experience working in an opera

12  house before.

13               With the Core Supplementary group, you

14  are literally looking to supplement the Regular

15  Chorus.  So, whatever the needs of the Regular Chorus

16  are and what is not being given or met with the

17  Regular Chorus, you are looking to fill those gaps

18  with the Core Supplementary group.

19               Core Supplementary group is quite a

20  fluid group.  It's not a tenured group.  And so, if,

21  for example, we need incredible top notes and we

22  don't have them, we will find someone in a Core Supp.

23  group who can do that, or particularly low notes in

24  the alto section, et cetera, et cetera.  So their

1    job, their role, is to -- literally to supplement the

2    Regular Chorus.

3              And that -- so the audition process --

4    sorry.  Not the audition process.  The audition --

5    what we're looking for during the audition changes

6    every year, every two years, every three years,

7    depending what the Regular Chorus...

8        Q    If the candidate is a current or a former

9    member of the chorus, is there prior experience taken

10   into consideration?

11       A    I'm sorry.  Are we just talking about the

12   Core Supplementary group or Regular group or anyone?

13       Q    So -- anyone.

14             Say I was previously a member of the

15   chorus and I was possibly in the Core Supplemental

16   group.  And then, after my audition, I was bumped

17   down to the Supplemental group.

18             All right.  Do you guys take into

19   consideration their prior work history with the Lyric

20   Opera before making a decision?

21       A    Yeah.  So, firstly, I -- there's no bumping

22   down to any level.  When people audition, they're

23   assigned to where they will be most beneficial to

24   Lyric.

SULLIVAN REPORTING COMPANY
(312) 782-4705

1                    And yes.  Obviously any work performed

 2    at Lyric in any capacity in the Regular Chorus or the

 3    Core Supp. or the Supplementary would factor into

 4    where they're best positioned.

 5         MS. HALL-JACKSON:  I'll have you actually

 6    repeat that.

 7                    Do you mind reading that back when you

 8    have a chance?

 9                              (The last answer was read

10                               by the reporter.)

11         MS. HALL-JACKSON:  Thank you.

12    BY MS. HALL-JACKSON:

13         Q    Do you recall Christine Steyer auditioning

14    for you in the fall of 2013?

15         A    Yes.

16                              (Plaintiff's Exhibit

17                               No. 2 was marked for

18                               identification.)

19         MS. CANTRELL:  And this is Exhibit 2?

20         MS. HALL-JACKSON:  Yes.  And this is going to

21    be considered Exhibit 2.  It actually ranges from

22    2013 to 2015, so we'll be using this for the next

23    couple of minutes.

24         THE WITNESS:  So may I ask a question?

1        MS. HALL-JACKSON:  Sure.

    2        THE WITNESS:  Is this for my benefit here?

    3        MS. CANTRELL:  Uh-huh.  We'll probably ask you

    4   to explain that.  If Ms. Hall-Jackson doesn't, I

    5   will.  I believe it's an error.

    6        THE WITNESS:  Okay.  Yeah.  That's -- just

    7   questioning that right there.

    8        MS. CANTRELL:  Uh-huh.

    9        THE WITNESS:  Okay.  Yes.

   10   BY MS. HALL-JACKSON:

   11        Q    So, Mr. Black, have you had the opportunity

   12   to review what's been marked as Plaintiff's

   13   Exhibit 2?

   14        A    Yes.

   15        Q    Okay.  We're going to start with the first

   16   page, marked at the very bottom, says DEF 00063 in

   17   the right-hand corner?

   18        A    Yes.

   19        Q    And so what exactly is this document that's

   20   in front of you?

   21        A    This was a cri- -- this is a critique of

   22   Christine Steyer's audition in 2013.

   23        Q    And have you had the opportunity to review

   24   your -- well, strike that.

SULLIVAN REPORTING COMPANY
(312) 782-4705

1                    Have you had the opportunity to review

 2      this document in full?

 3          A    Yes.

 4          Q    And have you had the opportunity to review

 5      the comments that's marked next to each bullet point?

 6          A    Yes.

 7          Q    And, based on this document, is it safe to

 8      say that this is the summary of your critique of

 9      Ms. Steyer during the November 9th, 2013, audition?

10          A    Yes.

11          Q    Based on your review of each of these

12      bullet points, is there something in here in

13      particular that is an indication on something that

14      Ms. Steyer could work on?

15          A    So can you repeat that question again,

16      please.

17          Q    Sure.

18                    Based on each bullet point listed

19      here, if you look at them individually, is there any

20      particular bullet point which indicates a performance

21      improvement or a particular portion of her audition

22      that needs improvement?

23          A    No.

24          Q    Okay.  And why do you say that?

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    A    My recollection was that this was a good

2  audition, taking into account she -- she would have

3  been nervous.  So anything even vaguely negative in

4  this first audition, I would have put down to nerves

5  or anything.  So the two comments in here, "Some

6  cautious singing at the top," that's not a criticism

7  of anything.  That's just an observation.  "Some

8  fluttering below the passaggio" --

9         THE REPORTER:  I'm sorry.  Some what?

10        THE WITNESS:  What?

11        MS. HALL-JACKSON:  You want me to show you?

12        MS. CANTRELL:  Fluttering.

13        THE REPORTER:  Fluttering.

14        THE WITNESS:  Sorry.

15             At that point I would have just put

16  down to nerves.

17  BY MS. HALL-JACKSON:

18    Q    And, just to be clear, at the bottom of

19  this document dated November 18, 2013, it says, "Best

20  regards, Stephanie Karr," and it gives her title.

21             Does that --

22    A    Which -- the November 18, 2013?

23    Q    Uh-huh.

24    A    Yes.  Okay.

SULLIVAN REPORTING COMPANY
(312) 782-4705

1      Q    And, if you go down to the bottom, you see

2   Stephanie Karr's name listed?

3      A    I see her name.  Yes.

4      Q    Although Stephanie Karr's name is listed on

5   this document, this is actually a summary of your

6   actual comments, correct?

7      A    Correct.

8      Q    And Stephanie was just, as administrative

9   assistant, drafting this for you on letterhead?

10      A    Correct.

11      Q    And, as far as you know, based on

12   Ms. Steyer's fall 2013 audition, was she reengaged

13   with Lyric?

14      A    Yes.

15      Q    And do you know what her title was for that

16   following season based on her fall 2013 audition?

17      A    Core Supplementary member.

18      Q    And at any point do you guys consider their

19   actual voice type in their title, or no?

20      A    She was listed on the roster as Soprano I

21   in the Core Supplementary group.

22      Q    And is that the best way to state her

23   title?

24      A    I think so.  Yes.

```
1      Q    Okay.  It's not a trick question.

2      A    Yeah.  No.  I'm just trying to think if

3 there's another title that -- I'm -- as far as I'm

4 aware, that's the title for Christine.

5      Q    And, if you go to the second page, which is

6 marked in the right-hand corner at the bottom

7 DEF 00064, could you look at this document.

8      A    Yes.

9      Q    And what exactly is this document?

10      A    I believe this is the letter from Lyric

11 letting Christine know that she will be re- -- she

12 will be offered reengagement as a Core Supplementary

13 at Lyric for the following season.

14      Q    And that was based on the fall 2013

15 audition, correct?

16      A    That was based on the November 9th

17 audition.  Yes.

18      Q    And then, going to the next page, which is

19 at the right-hand corner marked DEF 00065 --

20      A    Yes?

21      Q    So excited to get there.

22           Do you mind reviewing this document.

23      A    Yes.

24      Q    And what exactly is this document?
```

1      A     This is a letter of engagement for the 2015

2   and 2016 season.

3      Q     For which employee?

4      A     Christine Steyer.

5      Q     Thank you.

6            And is there any particular reason

7   there's no comments for 2014 listed prior to this

8   particular document?

9      A     For this, I'm actually not too sure.  I --

10  maybe there was no audition held that year.  I'm not

11  quite sure of the timeline.

12     Q     Sure.

13           And, if she was reengaged in 2013 as

14  the Core Supplementary Chorus, would she have to

15  reaudition the following year?

16     A     I'm not entirely sure.  Sometimes the Core

17  Supplementary Chorus is auditioned every two years.

18     Q     Okay.

19     A     So...

20     Q     And do you recall Ms. Steyer auditioning

21  for you in the fall of 2015?

22     A     Yes.

23     Q     Okay.  If you can, look at the following

24  page, DEF 00066 in the right-hand corner.

SULLIVAN REPORTING COMPANY
(312) 782-4705

```
 1       A    Yes?

 2       Q    And could you let us know exactly what is

 3  this document.

 4       A    This is a critique sent or given to

 5  Christine of and following her October 9, 2015,

 6  reaudition.

 7       Q    Do you recall anything in particular about

 8  this audition?

 9       A    Yes.

10       Q    And what exactly is that?

11       A    So I was very surprised at this audition by

12  things that had developed in Christine's performance,

13  particularly the fact that the middle and lower

14  middle range had flatness in pitch and that there was

15  not a lot of sound in that particular area of the

16  voice, which is a vital part of singing in an

17  operatic chorus.

18       Q    And, based on what you just told us now, is

19  that reflected in your comments listed by each bullet

20  point?

21       A    Yes.

22       Q    And, when you review each one of these

23  bullet points, is there anything in particular that

24  you consider a suggestion of what she can work on?
```

```
 1       A     Yes.  The intonation issues involving

 2    flatness --

 3       Q     And --

 4       A     -- and --

 5       Q     I'm sorry.

 6       A     -- also particularly the sound quality when

 7    the voice was off the breath or not supported, the

 8    second to last bullet point.

 9       Q     Perfect.

10             If you can just count the bullet

11    points for me and then let me know which ones are

12    you're referring to, that would be helpful.

13       A     Sure.

14             Oh.  I'm sorry.  Bullet Point 3,

15    Bullet Point 4 -- excuse me.  And Bullet Point 2.

16       Q     And 2?

17       A     Yes.  Excuse me, please.

18       Q     Do you mind reading into the record what

19    exactly Bullet Point 2 states.

20       A     "Vibrato was spinning when voice was

21    connected to support, which was inconsistent."

22       Q     What exactly does at that mean?

23       A     So when the operatic voice is connected to

24    the breath -- or some people call it supported -- the
```

1    vibrato will be a very naturally occurring function.

2    When it's not supported, the vibrato becomes either

3    incredibly wobbly or less consistent, and that's when

4    problems come with things like intonation or flatness

5    or the core of the sound is compromised.

6        Q    And you indicated that Bullet Point 3 also

7    is an indication of some suggestive work.

8              Could you tell us what No. 3 says.

9        A    Would you like me to read it?

10       Q    Sure.  If you want to just give us a

11   summary, that works as well.

12       A    Sure.

13             So some intonation issues involving

14   flatness.  This was most notable in the middle to

15   lower middle range, and is problematic for choral

16   compatibility.  Most of the choral writing for most

17   of the opera sits in the registers I'm discussing

18   here, and the fact that there were issues involving

19   flat singing is a huge problem for choral

20   compatibility.

21             Having a member of the chorus sing out

22   of tune is one of the first most basic things a

23   choral director or chorus master will look for.

24       Q    So can we correlate flatness with being out

SULLIVAN REPORTING COMPANY
(312) 782-4705

1  of tune?

2      A    Yes.

3      Q    And then, for the fourth bullet point, you

4  said that was also one of concern.

5      A    Yes.  When the voice was off the breath,

6  the sound quality didn't have much core.  That

7  indicates that, in my opinion, the voice was not

8  supported by the breath, and therefore it didn't have

9  much operatic sound to offer.

10     Q    And based on your review, as of today as

11 you sit here and looking at this comments sheet,

12 would this person be ideal for your chorus for the

13 next season?

14     A    Not for the Core Supplementary Chorus.  No.

15     Q    And do you know why?

16     A    Because of the reasons we just mentioned:

17 there's a flatness, the lack of core of the sound.

18 Yeah.

19     Q    And is this a one-time thing?  Like, you

20 hit it or quit it that day?  You get it right or you

21 don't?  Is there other things that's taken into

22 consideration besides this one-day performance?

23     A    So, yes.  It is an audition, and in the

24 arts auditions are paramount.  But, at that point, I

1    decided that Christine should be given another

2    audition later on to see if she could improve these

3    things.

4        Q    And, based on your recollection, was

5    Ms. Steyer reengaged in the Core Supplemental group

6    after the 2015 audition?

7        A    No.  She was not.

8        Q    Was she reengaged by Lyric at all?

9        A    Yes, she was.

10       Q    Okay.  And do you recall what position she

11   was reengaged in?

12       A    In the Supplementary Chorus.

13       Q    And was that based off this particular

14   audition?

15       A    So this particular audition also, in my

16   mind, doubles as an audition for any role that's

17   going to Lyric.  And, just because she was not

18   considered for the Core Supplementary Chorus that

19   year, doesn't mean that she would just -- or not

20   included for consideration for the Supplementary

21   Chorus.

22       Q    And, just to be clear, do you know if she

23   was offered a position at all after the fall of 2015,

24   prior to her reaudition?

```
 1        A     I'm sorry.  I'm a little confused now.

 2        Q     Okay.  So I'll ask this question first.

 3        A     Yes?

 4        Q     Do you know if she was able to reaudition

 5  in the following spring?

 6        A     Spring?

 7        Q     2016.

 8        A     So this is '15.

 9              So I believe she auditioned in --

10  yeah.  It would have been March 2016 --

11        Q     Correct.

12        A     -- I believe.

13        Q     And so, prior to her audition in March of

14  2016, did she have a position between, I guess,

15  November and March?

16        A     Oh, okay.  So she was still employed in the

17  Core Supplementary Chorus between -- what is it? --

18  October and March of the next two years.

19        Q     Okay.  She was still considered an employee

20  of Lyric, correct?

21        A     Yes.  Correct.

22        Q     Just not for the following season, which

23  was --

24        A     Just not for the following season.  Yes.
```

```
 1      Q    Did she have -- at that point was she

 2  offered a role at all for the following season prior

 3  to the reaudition?

 4      A    No.  The offer came -- oh, hang on.  I'm

 5  actually not sure.  I believe the offer came after

 6  the next audition.

 7                        (Plaintiff's Exhibit

 8                         No. 3 was marked for

 9                         identification.)

10      MS. HALL-JACKSON:  Is that 3?

11      THE REPORTER:  Yes.

12      MS. HALL-JACKSON:  Okay.

13      MS. CANTRELL:  Just to confirm, is this

14  Exhibit 3?

15      MS. HALL-JACKSON:  Yes.  I'm sorry.  I thought

16  you heard us.

17  BY MS. HALL-JACKSON:

18      Q    Have you had the opportunity to observe and

19  read what had been marked as Plaintiff's Exhibit 3?

20      A    Yes.

21      Q    And what exactly is this document?

22      A    This is a document sent to Christine

23  inviting her to a callback round of auditions in

24  March of 2016.
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

1      Q    And who makes the decision whether or not

     2    someone of the chorus can come back and reaudition?

     3      A    Me.

     4      Q    Is this your sole decision, or this is a

     5    group decision?

     6      A    At this point this was me.  That was my

     7    decision.

     8      Q    We're going to use Exhibit 3 and 4 at the

     9    same time.  Give me a minute.

    10                         (Plaintiff's Exhibit

    11                          No. 4 was marked for

    12                          identification.)

    13    BY MS. HALL-JACKSON:

    14      Q    Before I ask you my next question, have you

    15    had the opportunity to observe what has been marked

    16    as Plaintiff's Exhibit 4?

    17      A    As in have I just read this?

    18      Q    Have you had a chance to just review.  You

    19    don't have to read it all.  Just, have you --

    20      A    I can see it.  Yes.

    21      Q    Okay.  And do you know what the title is of

    22    that particular document?

    23      A    Yes.

    24      Q    And what exactly is that?

SULLIVAN REPORTING COMPANY
(312) 782-4705

1     A    It is a basic agreement between Lyric Opera

2  of Chicago and AGMA.

3     Q    And this is also known as the CBA?

4     A    I believe so.

5     Q    And, if you can, turn to the bottom where

6  it says page 52 in the mid- -- in the center.  And,

7  then, in the right-hand corner it says 00182?

8     A    Yes.

9     Q    If you can, Section 5.16, could you just

10  review that for me.

11     A    (Witness complied.)

12     MS. CANTRELL:  Could we go off the record for a

13  second.

14                         (A discussion was held

15                          off the record.)

16     THE WITNESS:  Do you --

17  BY MS. HALL-JACKSON:

18     Q    I'm going to ask you a whole bunch of quick

19  questions, so you don't have to memorize it.

20     A    All right.

21     Q    Just based on your understanding of what

22  you reviewed, as the chorus master, if someone has

23  one or more years of experience, do you have the

24  right to not allow them to reaudition if they didn't

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    have a great audition in the fall?

2         A    This is for Regular choruses -- Choristers,

3    not for Core Supp. Choristers.

4         Q    So, at the time, she would have been

5    Core --

6         A    Exactly.

7              And my understanding is that she's not

8    covered by this.

9         Q    Okay.  And when they say probationary year,

10   what exactly is that?

11        A    Again, referring to Regular Choristers.

12        Q    If you turn to 54.

13        A    Yeah.  Uh-huh?

14        Q    Now, we're really just looking at one.

15             Just for the record, we're looking at

16   Section 5.17: Re-audition for Core Supplemental

17   Choristers and Supplementary Choristers.

18        A    Uh-huh.

19        Q    And, if you can, just hold that page but go

20   back to the first page for clarification.

21             This is the agreement between Lyric

22   Opera of Chicago and American Guild of Musical

23   Artists from July 1st, 2015, through June 30th, 2018,

24   correct?

```
 1      A    Yes.

 2      Q    Okay.  And based on clause (a) -- well,

 3  Section 5.17(a), it indicates that if someone had

 4  auditioned that you felt was fewer than 50 percent,

 5  is it safe to say, based on your review of what has

 6  been marked as Exhibit -- sorry -- 2, which is

 7  Ms. Steyer's 2015 critique, that she was at less than

 8  50 percent?

 9      A    I'm actually not aware if she was less than

10  50 percent.

11      Q    Okay.  So, on this, would you -- this one

12  would be -- how do you guys determine if someone's

13  fewer than 50 percent?

14      A    When I say I'm not sure, it's because I'm

15  not sure what the repertoire was.  I'm not sure which

16  operas she was -- be in that season, which ones she

17  wasn't.  So I don't know if it was less than 50.

18      Q    Okay.  So, to be clear, it's not based on

19  their audition; it's based on their performance of

20  the previous year?

21      MS. CANTRELL:  I'm going to object to the form.

22           You can answer if you understand the

23  question.

24      THE WITNESS:  I'm very confused right now.  I'm
```

Page 46

1    sorry.

2        MS. HALL-JACKSON:  No problem.

3        THE WITNESS:  Yeah.

4    BY MS. HALL-JACKSON:

5        Q    So (a) is indicating -- Section 5- --

6        A    Yep.

7        Q    -- .17, Section (a), indicates that if, in

8    the prior productions or performance the individual

9    Chorister that's in the Core or the Supplementary

10   section perform fewer than 50 percent, that they have

11   a right to be called in for an audition, correct?

12   For reaudition?

13       A    Yes.  So I'm just going to say audition

14   lists are put together for me.  Like, the Core Supp.

15   audition list is put together for me, and then I

16   audition them.  I'm...

17       Q    So this is -- so to -- the previous year

18   and their performances, correct?

19       A    Yes.  Well, this is -- this is the

20   agreement.  So this is what it is.

21       Q    Okay.  So, based on your critique and your

22   decision not to engage -- reengage her in the Core --

23       A    Yes?

24       Q    -- that was not based on her previous

1    performance the previous year?

2         A    It was based on her audition.

3         Q    Okay.  Solely on her audition, correct?

4         A    Yes.

5         Q    Solely on her audition.  Okay.

6              Besides yourself, do you recall anyone

7    else being in the room in the spring of 2016 when you

8    auditioned the chorus?

9         A    I believe Stephanie Karr was in the room.

10   Beyond that, I'm not -- I can't remember -- recall.

11        Q    Is it custom to have a --

12        A    I was just going to say, oftentimes the

13   union representatives are in the room also, and that

14   more than likely would have taken place.

15        Q    And, as a result of the spring 2016 au- --

16   well, strike that.

17             Did Ms. Steyer reaudition in spring of

18   2016?

19        A    She did.

20        Q    And, as a result of that, was she reengaged

21   with Lyric?

22        A    Yes, she was.

23        Q    And do you know what capacity she was

24   reengaged?

```
1       A    In the Supplementary Chorus.

2       Q    And what's the difference?  You explained

3  it earlier, but what would have been the difference

4  for her if she went from the Core to the Supplement

5  [sic]?

6       A    It depends on the repertoire chosen.  So

7  some years it can actually be about the same number

8  of rehearsals and performances.  Some years it will

9  be considerably less.  But never more than the Core

10 Supp.

11      Q    Would you consider this a demotion?

12      A    No.

13      Q    And why not?

14      A    Because there's no progression either up or

15 down between these choruses.  People in the Regular

16 Chorus audition; people in the Core Supp. audition;

17 people in the Supplementary Chorus audition.  And

18 they're assigned as to where they are most

19 utilized -- or best utilized I should say.

20      Q    And Ms. Steyer did perform the following

21 season -- correct? -- as a part of this -- as a

22 result of this reaudition?

23      A    I believe so.

24      Q    And she would have performed under your
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    leadership?

2        A    Yes.

3        Q    And did you notice a difference between

4    Ms. Steyer's role in the Regular Chorus versus when

5    she was in the Core?

6        MS. CANTRELL:  Objection as to form of the

7    question.

8        MS. HALL-JACKSON:  Okay.

9    BY MS. HALL-JACKSON:

10       Q    So in 2016 -- through the 2016 season

11   through the 2017 season, she was reengaged, but she

12   was in the Supplemental Chorus, correct?

13       A    Correct.

14       Q    And she had previously served in the Core

15   Supplemental Chorus?

16       A    Yeah.

17       Q    Was there any significant difference that

18   you noticed in her duties with this new role?

19       A    Significant difference?  I'm not quite sure

20   of the question.

21       Q    Sure.

22            Does she have to perform less?  Does

23   she have -- let's strike that.

24            Does she have to perform less now that

1    she was in the Supplemental Chorus?

2        A    In that particular season, there were fewer

3    operas for her to perform in.

4        Q    So is that a "yes"?

5        A    What's the original question?  I'm so

6    sorry.

7        Q    Did Ms. Steyer have less roles -- well,

8    less performances in the 2016 to 2017 season than in

9    her prior seasons.

10       A    I believe so.

11       Q    Based on Ms. Steyer's overall work history

12   under your leadership, would you say that during her

13   time with Lyric she was performing satisfactorily?

14       A    So I've never had an issue with her

15   performance on stage.  Her -- I've always found her

16   to be consummate professional, very collegial, a very

17   fine colleague, a very committed professional.  The

18   issue I had and have with her is her voice.

19       Q    And was there also issue after the 2016 to

20   2017 season?

21       A    She auditioned, I'm going to say a few --

22   at least a couple times after that point, and the

23   same issues were still very prevalent.

24       Q    And do you recall Ms. Steyer's last season

1    with Lyric?

2       A    I believe the last opera she performed in

3    at Lyric was Turandot.

4       Q    And do you recall what season that would

5    have been?

6       A    Not off the top of my head.

7       Q    Are you familiar with Martin Poock?

8       A    I am.

9       Q    And who is Martin?

10      A    Martin is a Chorister who was employed at

11   Lyric.  He was employed in the Core Supplementary

12   group when I first began at Lyric.

13      Q    So it's safe to say, prior to you coming to

14   Lyric, Mr. -- Martin was already in that position?

15      A    He was in that position when I arrived at

16   Lyric.  Yes.

17      Q    And, at any time during your time at Lyric,

18   did Mr. Poock audition for you?

19      A    Yes, he did.

20      Q    And do you recall Mr. Poock auditioning for

21   you in the spring of 2013 -- I mean, fall of 2013?

22      A    Yes.

23      Q    Just for the sake of housekeeping, I'm

24   going to backtrack to Steyer for one second.

SULLIVAN REPORTING COMPANY
(312) 782-4705

1      A    Sure.

2      MS. HALL-JACKSON:  Which number are we on?

3      THE REPORTER:  5.

4                          (Plaintiff's Exhibit

5                          No. 5 was marked for

6                          identification.)

7  BY MS. HALL-JACKSON:

8      Q    If you don't mind, can you look at this

9  document that has been marked as Exhibit 5.

10     A    (Witness complied.)

11     Q    Prior to moving on to Mr. Poock, I asked

12 you about Christine's last season.

13               And is it safe to say that this could

14 possibly have been her last season based on this

15 document?

16     A    I honestly thought -- I'm just trying to

17 remember when.  I -- I don't think so.

18     Q    Okay.

19     A    I believe she was in Turandot after this.

20     Q    After this?  Okay.  No problem.

21               But is it safe to say that, based on

22 this document, she was reengaged after her reaudition

23 in March of 2016?

24     A    Yes.

1      Q    Okay.  Going back to Mr. Poock.

2           MS. HALL-JACKSON:  Did I give you guys all a

3    copy?

4           MS. CANTRELL:  No.  Not yet.

5           MS. HALL-JACKSON:  I'm sorry.

6                               (Plaintiff's Exhibit

7                               No. 6 was marked for

8                               identification.)

9           THE WITNESS:  Yes?

10   BY MS. HALL-JACKSON:

11     Q    Have you had the opportunity to look at

12   what has been marked as Plaintiff's Exhibit 6?

13     A    Yes.

14     Q    And, on the first page, in the right-hand

15   corner at the bottom, marked DEF 00024, what exactly

16   is this document?

17     A    This is the critique of Martin's audition

18   on November 9th, 2013.

19     Q    Is it safe to say that this is a summary of

20   your comments, correct?

21     A    Correct.

22     Q    And could you review this -- the comments

23   that you actually made.

24     A    Yes.

1    Q    No.  You don't have to read it all out

2    loud.

3              I'm just asking, have you had the

4    opportunity to read them.

5    A    I have.

6    Q    Okay.  And would you say -- what would you

7    characterize this particular audition as?  Was it a

8    good audition?  A bad audition?  Fair?

9    A    It was a fair audition.

10   Q    Okay.  And was there any particular point

11   of concern based on the bullet points listed?

12   A    Yes.  The lack of strength in the lower

13   register, where it says, "Lower notes were lacking."

14   Also, the languages.  That would be the two main

15   points.

16   Q    And to be clear, as we sit here today, as

17   each person who auditions in the chorus and received

18   these documents back, was expected to -- what are

19   they expected to do once they receive this document?

20   A    They -- it's entirely up to them.  If there

21   are points that display, like, room for improvement,

22   I would expect them to work on those things.

23   They're -- it's made abundantly clear to them they

24   are welcome to come and talk to me about anything at

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    any point to get clarification, to be pointed in the

2    right direction as to what exactly I'm after.  But

3    any action taken after they get these letters is

4    entirely up to them.

5         Q    And, just for clarification, what does it

6    mean to have to small- to medium-sized voice?

7         A    So on our audition sheets they're just --

8    there are boxes we tick across or circle.  And in

9    Martin's case he had a small- to medium-sized voice.

10   There's nothing negative or positive about that.

11   It's just a fact.

12        Q    And is there something positive or negative

13   about the warm timbre?

14        A    The warm timbre is -- that's a good thing.

15   It's very -- it's a blendable type of sound, which I

16   think I mentioned in Bullet Point 4.

17        Q    And you indicated there's different things

18   you guys can circle on this particular form, that

19   you're going off of.

20             Does it range from small to large?

21        A    I believe so.

22        Q    And if you can turn to the next page.  At

23   the bottom, it's marked DEF 00025.

24             What exactly is this document?

1     A     That's offer of re- -- a letter saying that

2 he will be offered reengagement at Lyric for the '14,

3 '15 season.

4     Q     And --

5     A     As of Core Supplementary member.

6     Q     Thank you.

7            And, then, if you go to the document

8 marked as DEF 00027 --

9     A     Yes?

10     Q     -- dated November 25th, 2014.

11            What exactly is this document?

12     A     That's a document notifying Martin that he

13 won't be reengaged as a Core Supplement- -- Core

14 Supplementary member of Lyric Chorus for the '16, '17

15 season.

16     Q     And, if Mr. Poock actually auditioned in

17 2013, was he up for reaudition in 2014 if he was in

18 the Core?

19     A     I believe so, but that would be -- again,

20 the lists are put together for me.

21     Q     Okay.  I think this -- and, to be clear --

22     A     Was that --

23     Q     I think it might be an --

24     A     This maybe a typo?

1      Q    -- error.

2           Yeah.  Because he was reengaged.

3      A    I believe he -- I believe they audition

4  every two years, so it wouldn't be -- it would be

5  '15.

6      Q    Okay.

7      A    Yeah.

8      Q    So, just to be clear, as far as you know

9  and recall here today, he was reengaged for the 2014

10 to 2015 season?

11     A    He was.

12          One moment.  No.  He was for the '14,

13 '15 season.

14     Q    Okay.  And then -- so this particular

15 document -- I think I recall this now, his -- from

16 his deposition.

17          It says the season in which we're

18 referring here is 2015 to 2016 season.

19          Is it safe to say in 2015 he wasn't

20 reengaged based on his fall 2015 audition?

21     A    Correct.

22     Q    Okay.  And if you go to -- I'm sorry -- the

23 second to last page marked as DEF 00030.

24     A    -30.  Yes?

SULLIVAN REPORTING COMPANY
(312) 782-4705

1      Q     If you can look at this document here.

2      A     Yes.

3      Q     And you know exactly what it is?

4      A     Yes.

5      Q     What is that?

6      A     That's his reaudition -- it's Martin's

7   reaudition in October 2015.

8      Q     And, based on your bullet points listed,

9   how would you characterize this particular audition?

10     A     An audition that puts into question his

11  reengagement in the Core Supplementary Chorus.

12     Q     What particular bullet points would signal

13  that this is a concern about reengagement?

14     A     Bullet Point 2, where Martin was

15  inconsistently connected to the breath; Bullet

16  Point 3, where the vibrato became more pronounced

17  thus affecting the pitch; Bullet Point 4, more

18  attention given to the diction; and Bullet Point 5,

19  where his suitability as a strong second bass came

20  into question.

21     Q     When you say "bass-baritone quality of the

22  voice," what exactly does that mean?

23     A     That's an indication that the voice was --

24  or is sitting a little higher than a very, very

1    strong second bass.

2        Q    So, to be clear, earlier you went through

3    the different voice types the Lyric maintains in its

4    chorus.

5                Is there a position for a

6    bass-baritone at Lyric?

7        A    We have quite a few bass-baritones at

8    Lyric, but there's no designated position for a

9    bass-baritone.  Many bass-baritones sing in a second

10   bass section.

11       Q    So just because one is a bass-baritone,

12   does that automatically disqualify them to

13   maintain --

14       A    No.  So in no way --

15       Q    Let me finish, sir.  I'm sorry.

16       A    I'm sorry.

17       Q    I want to get the question on the record.

18       A    I see.  I'm sorry.

19       Q    So, if someone is the bass-baritone, that

20   doesn't disqualify them automatically from performing

21   as a bass too?

22       A    No.  And let me just clarify, with this

23   reaudition letter here.  I wasn't calling or

24   categorizing him as a bass-baritone.  I just said

SULLIVAN REPORTING COMPANY
(312) 782-4705

1   that there's a bass-baritone quality to it.

    2        Q    So what does that mean?

    3        A    So -- so Martin is a second bass.

    4        Q    Uh-huh.

    5        A    He was auditioning as a second bass and

    6   looking to be reengaged as a second bass.  My

    7   assessment of this particular audition and the

    8   audition before is that he is a second bass, but not

    9   a strong one.  We need strong second basses with

    10   strong lower register to the voice -- registers to

    11   the voice.

    12        Q    Did you say low registers?

    13        A    Lower register.

    14        Q    Oh.

    15        A    Low.

    16             So he possesses quite a nice and

    17   useful voice within a certain voice range, which is

    18   generally associated with people who are more

    19   bass-baritone than Bass IIs, but he was not

    20   displaying the requisite and suitable strength in the

    21   bass to register.

    22        Q    So it's safe to say Bass I is higher than

    23   Base II?

    24        A    Correct.

SULLIVAN REPORTING COMPANY
(312) 782-4705

1     Q    So could he have been moved to the Base II

2   position?

3     A    He --

4     Q    I mean, Bass I position.

5     A    No.

6     Q    No?

7     A    No.

8     Q    So a bass-baritone is still higher than the

9   Bass I and a Bass II?

10     A    Bass-baritone is higher than a Base II and

11   lower than a baritone.  So it's right in the middle.

12     Q    To be clear, we're talking about the

13   baritone in the middle of both Bass I and II?

14     A    So, to be clear, it's working from the

15   bottom, Base II, bass-baritone, baritone.

16     Q    Okay.  And where did the Bass I go?

17     A    Baritone is Bass I.

18     Q    So is a bass a short phrase for baritone?

19     A    No.  So baritone is a -- in the chorus they

20   are listed on our roster as Bass I and II.  And

21   Martin is a Base II; never in question.  His voice

22   just sits a little bit too high to be a strong Base

23   II.

24     Q    Thank you.

1                  As a result of what we see as the last

2     page -- no.  I'm sorry.  We're going to go to the

3     third to last page, which we reviewed -- the fourth

4     to the last page.  I do apologize.  The November 28,

5     2014, and, if you look at it, it says 2005-2016

6     season -- 2015-2016.

7                  So we believe that that date should be

8     November 28, 2015, correct?  Or is this the right

9     date?

10        A    I believe so, but I'm -- one minute.  I'm a

11    little confused with the dates here on this document

12    marked 2017.

13        Q    So just to be clear, if he auditioned in

14    October of 2015, we'll be now looking for -- this

15    audition will go to dictate whether or not he has or

16    will be reengaged for the 2016 to 2017 season?

17        A    If he auditioned in '15, that would be for

18    the '16, '17.

19        Q    Okay.  So then that would be the last one.

20    I do apologize.

21                  And so, if you read the body of -- DEF

22    00031 indicates that he will not be reengaged as a

23    Core member, correct?

24        A    Correct.

SULLIVAN REPORTING COMPANY
(312) 782-4705

1      Q    And so this date says November 25th, 2014.

2           That should be November 25th, 2015?

3      A    I -- I believe so.  Yes.

4      Q    Okay.  And that was the result solely based

5  on --

6      A    The audition on October 9th, 2015.

7      Q    Thank you.

8           And, as a result, was Mr. Poock

9  invited to reaudition in the spring of 2015?

10     MS. CANTRELL:  I'm sorry.  Can you state that

11  date again.

12  BY MS. HALL-JACKSON:

13     Q    Was he -- I'm sorry.  Was Mr. Poock allowed

14  to reaudition in the spring of 2013 -- in 20- --

15  spring of 2016?

16     A    I believe he was invited to sing.  Yes.

17                         (Plaintiff's Exhibit

18                          No. 7 was marked for

19                          identification.)

20     MS. CANTRELL:  For the record, this is Exhibit

21  No. 7, correct?

22     THE REPORTER:  Yes.

23     MS. CANTRELL:  Thank you.

24     THE WITNESS:  Yes?

1      MS. HALL-JACKSON:  Okay.  So do you need to

2  take a break?  No?

3      MS. CANTRELL:  No.  I was just -- I realized I

4  wasn't sharing anything with Liz.

5  BY MS. HALL-JACKSON:

6      Q    And so, Mr. Black, have you had an

7  opportunity to review what has been marked as

8  Plaintiff's Exhibit 7?

9      A    Yes.

10     Q    And what exactly is this document?

11     A    This is an e-mail sent from me to Martin

12 letting him know that he wouldn't be reemployed in

13 the Core Supplementary Chorus.

14     Q    And you also indicated that you hope this

15 wouldn't be the end of his future collaboration with

16 Lyric.

17          Was there opportunity for Mr. Poock to

18 possibly work with Lyric but not be in the Core

19 Supplement Chorus?

20     A    There has been, yes.  He's worked at Lyric

21 since.

22     Q    And do you know when you said that

23 Stephanie Karr would be in contact with you shortly

24 with an offer of work for you, do you know, at this

1    point exactly did you guys have an idea of what kind

2    of work would be offered to him?

3        A    Yes.

4        Q    So, as you sit here today, what was going

5    to be offered to him?

6        A    I can't remember the exact operas, but I

7    know, whatever operas we had on offer at that point,

8    we were going to offer them to him.

9        Q    And, as a result of the October 2015

10   auditions, the letters went out sometime in November.

11           Would you guys -- you and Stephanie

12   Karr reached out to the chorus overall for those who

13   didn't perform well and offer a meeting in your

14   office or anything like that?

15       A    We always offered meetings to anyone who

16   wants them.

17       Q    And, in those meetings, is it traditional

18   to have a union rep available?

19       A    Yes.

20           Sorry.  Let me just say -- let me

21   re- -- the offer to have the union rep there is

22   always there.  I don't have to invite them.

23       Q    And, for the most part, do they appear?

24       A    For the most part.

```
 1        MS. HALL-JACKSON:  I believe this one's

 2   Exhibit 8.

 3        THE REPORTER:  Yep.

 4                         (Plaintiff's Exhibit

 5                         No. 8 was marked for

 6                         identification.)

 7   BY MS. HALL-JACKSON:

 8        Q    If you can, Mr. Black, please look at this

 9   document.

10        A    Yes?

11        Q    And do you recall this meeting?  Well,

12   strike that.

13                  What exactly is this document?

14        A    This is a document that the union

15   representative, Sherry Watkins, sent to Martin

16   regarding her thoughts on the meeting that took place

17   in my office.

18        Q    And the e-mail is dated November 7th, 2015,

19   correct?

20        A    Correct.

21        Q    And do you recall this meeting that took

22   place in your office?

23        A    I do.

24        Q    And is this a summary of what was discussed
```

1   in your office that day?

2       A    Mostly.  I have no recollection saying that

3   this audition was better than the last one.

4       Q    Is there anything else that you don't

5   recall?

6       A    I -- I was always very clear not to say

7   that Martin was a bass-baritone, but to say he -- his

8   voice sits around that range a little more

9   comfortably than the second bass range.  But, yes,

10  everything else -- yes.

11      Q    And so here, if you go to the -- the

12  sentence that started, "In March, all the positions

13  will be known.  At that time, your worst case

14  scenario will be engaged as a Supplementary Chorister

15  in 4 shows next season / best case scenario - Core

16  Supplement Choristers in 6 shows."

17              Do you recall that?

18      A    Correct.

19      Q    And how would that be determined based on

20  that conversation that you had on that day?  What was

21  going to --

22      A    Yeah.

23      Q    What needed to be determined from this

24  point moving forward?

SULLIVAN REPORTING COMPANY
(312) 782-4705

1      A      Sure.

2                  So I remember very distinctly saying

3      at this point the worst case scenario will be that

4      you will be in four operas the next season, or the

5      best case scenario is six as a Core Supplementary

6      Chorus.  And, at that point, I made that commitment

7      to employ Martin either as a Core Supplement

8      Chorister.  Or, if he wasn't going to be, I committed

9      to use him in as many shows as I had for second

10     basses.  And at that point it was four shows.

11     Q     So what -- what will have to be determined?

12     Whether it would be the worst case or best scenario?

13     Was there something that was going to follow this to

14     make a final determination?

15     A      So, yes.  He needed to come and sing again

16     to -- in -- I guess it was March of the following --

17     we gave him the opportunity to come and sing again.

18     And that will determine where he would be best

19     placed.

20     Q     And, at that point, it was going to be

21     either the worst case, four and best case, six?

22     A      At that point, yes.  He would be reemployed

23     in the Core Supplementary Chorus, which I was

24     genually hoping.  Or, at that point, looking at the

1  coming season we had four shows to offer the

2  Supplementary Chorus.

3      Q    So to be clear, for the record, this offer

4  that's reflected at the November 7th, 2015, e-mail

5  from Sherry to Martin is a summary of your

6  conversation.  And, in that summary, it is correct

7  that at that point you guys were willing to give him

8  worst case, four shows; best case, six shows, as a

9  Core?

10     A    So I definitely remember saying, "At this

11  point, these are the two scenarios that will be on

12  offer."

13     Q    And was it made clear to Mr. Poock at that

14  point that all this was based on his upcoming

15  audition?

16     A    Yeah.  So we said we needed to hear him

17  sing again, and then at that point we will be able to

18  determine where he's best utilized.

19              Am I able to add something to that?

20     Q    Sure.

21     A    And I'm not quite sure whether you're going

22  to ask this, but the chorus casting changed quite

23  dramatically after that point.  So I think it was

24  even after his audition we needed far fewer

1    Supplementary Chorus members for that coming season.

2                    So.  When we're talking in a fairly

3    humane and hypothetical way in November 2015, the

4    financial issues changed dramatically with Lyric, and

5    we had fewer chorus positions for the Supplementary

6    Chorus going in the next season, which is why, when

7    the next audition was not successful, the four shows

8    that we had hoped to give Martin was not the case.

9         Q    And, to be clear, for the record, did

10   Mr. Poock reaudition in the spring of 2016?

11        A    He did.

12        Q    Do you recall anything regarding that

13   particular spring, March -- strike that.

14                    Do you recall anything regarding that

15   March 2016 audition with Mr. Poock?

16        A    I'm not quite sure of the ques- -- do I

17   recall anything?

18        Q    Do you recall anything as you sit here

19   today?

20        A    I remember him singing.

21        Q    Okay.  And prior to him reauditioning in

22   the spring of 2016, did he take private vocal lessons

23   with you?

24        A    So, here, I'm not sure of the timeline.  At

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    one point, during those seasons, I offer the chance

2    for any Regular Chorus member and every Core Supp.

3    member to come and have -- I think it was a 45-minute

4    session with me, which Martin did.

5         Q    And do you recall if Ms. Steyer also took

6    advantage of --

7         A    She did also.

8         Q    And these are private sessions?

9         A    They're at Lyric.  They're part of work.

10        Q    Well, when I say "private," are these

11   sessions with only yourself and --

12        A    Oh.  I see what you mean.  Yes.

13   Absolutely.

14        Q    Okay.  So it wouldn't be Ms. Steyer and

15   Mr. Poock at the same time?

16        A    No.

17        Q    They have individual attention?

18        A    Exactly.  Yes.

19        Q    And do you recall anything in particular

20   about Mr. Poock's private lesson with you?

21        A    So we -- can we just go back one little

22   bit?

23        Q    Sure.

24        A    When are we saying these took place?

1  Q These took place, it would have been maybe

2 between November of 2015 and sometime, I would say,

3 February of 2016, before the March audition.

4  MS. CANTRELL:  If you recall.

5  THE WITNESS:  My recollection, it was before

6 then.

7 BY MS. HALL-JACKSON:

8  Q Okay.

9  A I could be wrong.  But my recollection is

10 that that didn't take place between the first

11 unsuccessful audition and the second one, but I could

12 be wrong.  But that's my recollection.

13  Q Based off what you do recall, was there

14 anything in particular --

15  A Sure.

16  Q -- that stood out to you regarding those

17 private sessions?

18  A Yes.  And this is why I think the timeline

19 is different, because I remember Christine's was very

20 favorable, very positive, which is why I was quite

21 taken aback when she came in with that audition in

22 2015.

23  Martin's, on the other hand, was

24 pretty much as his 2015 audition.  We talked about

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    the same things in that private session: the lack of

2    lower strength, the languages.

3                    That's why my recollection is that

4    they took place before then, because I was surprised.

5        Q    If someone's having problem with the

6    language -- I understand you guys are Italian and

7    French and things like that -- what is the suggested

8    way to correct that?

9        A    I mean, I would suggest they work with a

10   language coach.  Or at any point, if anyone asked me,

11   I would be happy to help them with languages.

12       Q    So you consider yourself fluent in both

13   French and Italian?

14       A    My pronunciation of French, German, Italian

15   is --

16       Q    Top notch?

17       A    It's -- it's very good.

18       Q    You can brag.

19       A    Russian, a little less so.

20       Q    And, when you do these private lessons,

21   once again, would Stephanie Karr be in the room or

22   anyone from AGMA?

23       A    No.

24       Q    Okay.

1      A     No.  So these were optional sessions
2    offered to chorus members.  And, again, I don't have
3    the actual timeline.  After I first started in 2013
4    and '14, I believe, if anyone wanted me to get to
5    know their voices better, if they wanted to work on
6    something that they're having issues with or they
7    wanted to show off to me how good they were, it was
8    an open campus.  They could walk in, and they could
9    honestly talk for 45 minutes if they wanted to.  If
10   they wanted to sign, they could work on something
11   that they'd been working on successfully for years.
12   It was entirely up to them.
13      Q     Okay.
14      A     In, like, no way, shape, or form did these
15   take the place of auditions.
16      Q     Okay.  And, as a result of the spring 2016
17   audition, was Mr. Poock reengaged at Lyric?
18      A     No -- yes.  Sorry.  Yes, he was, in the
19   Supplementary Chorus.
20      Q     Okay.  And, in the Supplementary Chorus, do
21   you know if there's any benefits offered to the
22   Choristers?
23      A     As in health benefits?
24      Q     Yes.

1     A    I'm not aware.

2     Q    And in the Supplementary Chorus, are they

3 at the lowest of the pay scale as far as it goes up

4 to Supplement, Core and Regular?

5     A    Yes.  I became aware of that in Martin's

6 interview.

7     Q    And, once again, when Mr. Poock was no

8 longer reengaged in the Core Chorus, was that

9 considered a demotion?

10     A    No.

11     Q    And why do you say that?

12     A    Exactly the same reasons that Christine's

13 was not.

14     Q    You want to -- is that your last answer?

15     A    The -- so the Regular Chorus, the Core

16 Supp., and Supplementary Chorus all audition.  And as

17 a basis -- as a result of these auditions they are

18 placed where they're best utilized in the Lyric

19 Chorus.

20     Q    And was there a difference in Mr. Poock's

21 role at Lyric after he was no longer in the Core and

22 moved to Supplemental?

23     A    He was employed for fewer operas.

24     Q    Did his position within those operas that

1   he did get to engage in, did that change at all?

2       A    I believe -- there was an instance, for

3   example, in Trojans where there was a smaller group

4   of men who came out on stage and sang at a certain

5   time, and that was made up entirely of Regular and

6   Core Supp. men.  So he was not part of that.

7               Whether he would have been chosen for

8   that group, I'm not sure.  Because not every Core

9   Supp. man was chosen for that group anyway.  So...

10      Q    If I tell you, as I sit here today, that

11  five of the six were actually chosen and Mr. Poock

12  was the only one not chosen, do you have a reason why

13  that happened?

14      MS. CANTRELL:  Objection.  Can you clarify what

15  we're speaking about.  Chosen for what?

16  BY MS. HALL-JACKSON:

17      Q    I believe you said Trojan?

18      A    I did.

19      Q    Yes.

20      MS. CANTRELL:  Is there another name for

21  Trojan?

22      THE WITNESS:  Les Troyens.

23               So I'm not sure whether Martin -- and

24  I'd have to look at the rosters now to know whether

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    Martin was in the Core Supp. or the Regular Chorus

2    when it came to Troyens -- Trojans.  I'm no s- --

3    BY MS. HALL-JACKSON:

4        Q    In the event that he wasn't, is there a

5    particular reason why, out of six, five was chosen

6    and he was the only one not chosen?

7        A    I'm sorry.  So you're saying he was in the

8    Core Supp. for that.

9        Q    He was not.  I believe he wa- -- I'm sorry.

10       A    So my recollection is that, by the time

11   Trojans came around, Troyens came around, Martin was

12   no longer reengaged in the Core Supp., that he was

13   engaged as a Supplementary member.  My recollection

14   is that the person who replaced him in the Core Supp.

15   was in that small group.

16       Q    And exactly who replaced Mr. Poock?

17       A    Christopher Filipowicz.

18       Q    And could you spell Christopher's last

19   name?

20       A    No.

21       Q    Do you know what it starts with, the first

22   letter?

23       A    F.

24       Q    Okay.  "Christopher F.," we'll call him

1    today.

2         THE WITNESS:  Do you have the roster?

3         MS. CANTRELL:  Roster?  I think so.

4         THE WITNESS:  I think I could answer this --

5         MS. HALL-JACKSON:  You want to take a break?

6         THE WITNESS:  No.  No.  I could answer this

7    very quickly with the roster.

8         MS. HALL-JACKSON:  Oh.  Okay.  We can take a

9    pause.

10                    Off the record.

11                         (A discussion was held off

12                          the record.)

13    BY MS. HALL-JACKSON:

14        Q    Do you remember the question?

15        A    Yes.  So, if it's this small group in

16   Troyens that we're referring to, only the Regular and

17   the Core Supp. were used in that smaller group on

18   stage.  And at that point Martin was a Supplementary

19   Chorus member, not a Core Supplementary Chorus

20   member.

21                    So the other Core -- sorry -- the

22   other Supplementary Chorus people, Dan Richardson,

23   Wilbur Pauley, and Kirk Greiner, I'm almost positive

24   were not a part of that small group on stage.  There

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    were five others.

2         Q    And that is during which season are you

3    referring to?

4         A    This is 2016, 2017.

5         Q    Okay.  During your time at Lyric, was there

6    ever a vacancy for a Bass II in the Regular Chorus?

7         A    Yes.

8         Q    And do you recall what time frame that may

9    have been?

10        A    There's one last season -- or this current

11   season.  I believe there's only been one other second

12   bass employed since I've been there into the Regular

13   Chorus.

14        Q    And -- say that one more time.

15        A    I believe there's only been one -- apart

16   from this season, I believe there's only been one

17   instance where there has been a second bass employed

18   into the Regular Chorus.

19        Q    And do you recall what time frame that may

20   have been?

21        A    I would have to look.

22        Q    Was Martin Poock still avail- -- I mean,

23   still employed at Lyric at the time?

24        A    Definitely.

1     Q    And Mar- -- was this particular vacancy

2  publicized?

3     A    No.  What the -- hang on.  Let me just --

4  maybe.  Maybe.

5          Every season there's a brochure and an

6  e-mail that goes out to singers saying, "We are

7  looking for Regular through to Supplementary Chorus

8  members.  So please apply."

9          So then -- and oftentimes, when that

10 brochure goes out, which is usually December, we

11 don't have any idea as to the specific voice types

12 we're going to be looking for in the Regular Chorus

13 because the Regular Chorus don't sign their contracts

14 until February of the next year, after that

15 advertisement has gone out.

16    Q    Do you recall -- are you finished?  I'm

17 sorry.

18    A    So, when that advertisement would have gone

19 out for the season where the second bass needed to be

20 employed, we would have had no idea that we were

21 looking for a second bass at that point.

22    Q    What about in the event that a second bass

23 was retiring?  Would that then now open up maybe just

24 certain auditions for only that particular role?

SULLIVAN REPORTING COMPANY
(312) 782-4705

```
 1      A    So even in that instance, when a second

 2  bass retires, they don't sign their contract until

 3  the second week of February, after the

 4  advertisement's gone out.

 5      Q    Okay.  So, based on what you're saying here

 6  today, there would be no particular audition held for

 7  one particular vacancy, even if it's based on

 8  someone's retirement?

 9      A    Oh, no.  There is.  I was answering the

10  question about the advertisement.

11              The audition happens in the second

12  week of March.  So we have Supplementary Chorus

13  people auditioning.  We have Core Supplementary

14  people auditioning for this position.  So anyone

15  who's sung and then performs a good audition, we

16  invite to a callback.  It's like a second round of

17  interview -- or final round.

18      Q    And that's for the vacancy in the Regular

19  Chorus, correct?

20      A    Correct.

21      Q    And do you know if Mr. Poock had the

22  opportunity to audition for this particular Bass II

23  vacancy?

24      A    I cannot recall.
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    Q    Do you know if he was selected for the
2  position?

3    A    He certainly wasn't selected for the
4  position because I know the person who was
5  successful -- the successful candidate.

6    Q    Okay.  So that's a no for Mr. Poock,
7  correct?

8    A    Correct.

9    Q    And who was -- exactly was selected?

10   A    I believe it was Nik Wenzel.

11   Q    And can you spell his name for the record.

12   A    Sure.  N-I-K  W-E-N-Z-E-L.

13   Q    And do you know his age?

14   A    No.

15   Q    Do you know if he's less than -- he was
16  less than 40 at the -- under the age of 40 at the
17  time he was put in that position?

18   A    I have no idea.

19   Q    And, based on what you do know today, do
20  you know if he was with Lyric more than a -- more
21  than three years prior to him getting that position?

22   A    I remember at one point he was in the Core
23  Supplementary Chorus.  I don't know how many years he
24  was a Supplementary Chorus member before that, nor do

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    I know whether any of my predecessors employed him.

2        Q    And, when making a decision to put someone

3    in the Regular Chorus, résumé is taken into

4    consideration, right?

5        A    Correct.

6        Q    So, although you don't recall today, it

7    would have been taken into consideration during the

8    selection time, correct?

9        A    Correct.

10       Q    And, to be clear -- and to the clarify my

11   notes, you said Nik was in the Core prior to getting

12   moved to the Regular?

13       A    I believe so.  I believe I would have to

14   look at the rosters to clarify that.

15       Q    No problem.

16            Is it safe to say that Nik is younger

17   than Martin?

18       A    I have no idea.

19       Q    Okay.  Do you know if Nik still holds this

20   position today?

21       A    Yes.

22       Q    You indicated that there was a vacancy for

23   Bass II in the current season.

24            Does that mean as of today's date

1    there is a vacancy for Bass II?

2         A    No.  There was a vacancy which was filled

3    over the summer.

4         Q    During Mr. Poock's time with Lyric, was he

5    performing his job duties satisfactorily?

6         A    Similarly to Christine, he was always a

7    good colleague, always very professional, always very

8    collegial, very prepared.  And so in those regards,

9    yes.  The issue I had was his voice and his

10   suitability for the vocal type he was needed for.

11        Q    And do you recall Mr. Poock's last season

12   with Lyric?

13        A    So I know he didn't audition for this

14   season, which is a shame.  But I do know -- I believe

15   he sang last season.  I'll have to look at the

16   rosters again.

17        Q    And when he did audition for the last

18   season, was Mr. Poock invited back to Lyric?

19        A    To my recollection, is, any time Martin has

20   sung, he has been invited back to sing in the

21   Supplementary Chorus.  Again, I'd have to look just

22   to clarify that.

23        Q    At any time during Mr. Poock's time at

24   Lyric Opera, did you observe him wearing a hearing

SULLIVAN REPORTING COMPANY
(312) 782-4705

1   aid?

2        A    Yes, I did.

3        Q    And when was that?

4        A    I believe it was in the coaching session we

5   did.

6        Q    With the private coaching?

7        A    I believe so.

8        Q    And are you guys -- well, strike that.

9             How can you observe that?  How did you

10  come about observing it?

11       A    Because you were in close proximity.

12       Q    And were you guys, like, sitting at the

13  piano or something like that?

14       A    So, often in a coaching session I'm sitting

15  at a piano and the singer's just facing me.  Maybe

16  where the tissue box is there (indicating).

17       Q    And did you say something to him at that

18  point when you observed it?

19       A    No.  I did not.

20       Q    And did that become a concern of yours?

21       A    No.  Not at all.

22       Q    And did you share this information with

23  anyone else?

24       A    I did; with the chorus administrator,

1    Stephanie Karr.

2         MS. HALL-JACKSON:  I believe we're on 9?

3         THE REPORTER:  Yes.

4                              (Plaintiff's Exhibit

5                              No. 9 was marked for

6                              identification.)

7    BY MS. HALL-JACKSON:

8         Q    Now, when you sent out this -- well, strike

9    that.

10             What exactly is this document marked

11   as Plaintiff's Exhibit 9?

12        A    It's a message from me to Stephanie Karr

13   indicating that Martin Poock wears a hearing aid.

14        Q    And, to be clear, there's no subject.

15             The body of the e-mail talks about his

16   hearing aid, correct?

17        A    No.  Exactly.

18        Q    And it's dated Friday, January 8th, 2016 --

19        A    Yes.

20        Q    -- and it went out around 1:58 p.m.?

21        A    Correct.

22        Q    Okay.  Was this shortly after your guys's

23   session?

24        A    I believe so.  See, I -- I'm not sure what

1    date those sessions were.

2          Q     Okay.

3          A     So...

4          Q     Did Ms. Karr ever respond back to you?

5          A     No.

6          Q     Did she ever say something to you in --

7    face to face?

8          A     No.

9          Q     Is it safe to say that this e-mail went out

10   prior to Mr. Poock's March 2016 reaudition?

11         A     Yes.

12         Q     And is it safe to say that this went out

13   after his meeting with yourself and Sherry --

14         A     Yes.

15         MS. HALL-JACKSON:  -- the union rep?

16         MS. CANTRELL:  Watkins.

17   BY MS. HALL-JACKSON:

18         Q     Watkins.

19         A     Correct.

20         MS. HALL-JACKSON:  I was going to say Wagner.

21   BY MS. HALL-JACKSON:

22         Q     Was it a concern of yours that Mr. -- did

23   it worry you that Mr. Poock had a hearing aid?

24         A     Not at all.  Quite the opposite.

1      Q    And, based on your everyday knowledge of

2  hearing aids, what do you know about hearing aids?

3      A    So, I have two family members who either

4  wear or have worn hearing aids, and one who is

5  profoundly deaf, so she was wears one all the time.

6  So I'm very aware of her --

7      Q    She -- could you say that one more time?  I

8  didn't catch it.

9      A    Yeah.  So I have three family members who

10  wear hearing aids or who have worn hearing aids.  One

11  of them is profoundly deaf in one ear, and she lip

12  reads, so I'm very familiar with it.  I also have

13  hearing loss in my left ear, and I've been offered a

14  hearing aid for my left ear.  I've had a profound

15  loss in my left ear 10 years ago, but got most of my

16  hearing back.

17           So I'm very passionate about hearing

18  when he comes to opera singers and what it means for

19  them, and to optimize their work experience.

20           So, for example, with Martin, after

21  this, this, for me, is knowledge.  I've tried to make

22  sure that I spoke very clearly around him, that he

23  was always facing me just in case it was an issue for

24  him.

1          I remember one time on stage giving

2   notes to the gentlemen before a performance, and

3   Martin was standing some way away and he had his back

4   facing me.  So I just made sure I spoke a little bit

5   louder or some -- had him face me.

6          I just wanted to make sure that his

7   work experience was not compromised in any way

8   because he had a hearing aid.  So I wanted to make

9   sure that he was as comfortable, or as I could be as

10  clear as possible for him.

11     Q    And you just indicated in your testimony

12  that you yourself was also offered a hearing aid.

13          Did you take advantage of the use of

14  that?

15     A    No.  I've only -- no.  I only have a small

16  hearing loss in my left ear.

17     Q    Is there any particular reason why you

18  didn't take up the offer to use one?

19     A    I feel as I can hear perfectly well with

20  both ears going.  If I had to block one ear or if I

21  lost hearing in my right ear, I would definitely get

22  one.

23     Q    Did this affect your decision to -- strike

24  that.

SULLIVAN REPORTING COMPANY
(312) 782-4705

1          The idea that Mr. Poock wore a hearing
2   aid, did that affect your decision to now reengage
3   him in fewer operas after his March 2016 reaudition?
4        A    No.
5        Q    Okay.  Per the CBA, each candidates that
6   auditions in the fall should receive feedback within
7   three weeks of their actual audition.
8               Is this your common practice,
9   Mr. Black?
10       A    If that's in the agreement, then yes.
11       Q    Is it fair to say sometime it might take
12  more than three weeks?  Or is it custom that within
13  three weeks after an audition they will at least get
14  their note -- their comments?
15       MS. CANTRELL:  I'm just going to object as to
16  foundation.  I don't believe you've provided a
17  document that states that.
18       MS. HALL-JACKSON:  Sure.  Give me two seconds
19  to find that document.  You have yours nice and laid
20  out there.  I can tell you what exhibit number that
21  is.  Give me two seconds.
22               We are looking at Exhibit 4.  I can
23  tell you which one -- which page.
24               For the sake of time, when you go

1    through your questions, I'll look to see if I see it.

2         MS. CANTRELL:  Okay.

3         MS. HALL-JACKSON:  So I'll start the

4    question differently.

5         MS. CANTRELL:  I mean, I --

6         MS. HALL-JACKSON:  I'll start the --

7         MS. CANTRELL:  Maybe willing, just to move this

8    along, the language that you're looking at in

9    Paragraph -- or, I'm sorry.  Page 54.

10        MS. HALL-JACKSON:  Okay.

11             Oh.  No later than three weeks final.

12   BY MS. HALL-JACKSON:

13        Q    Okay.  So -- yeah.  If you look at --

14   Section -- I'm sorry.  We're going back to Exhibit 4,

15   which is already in the record known as the CBA dated

16   July 2015 through June 2018.  And, if you look at

17   Section 5.17, and we're on the -- clause (e), if you

18   can read that -- you can read to yourself.

19        A    Yes.

20        Q    You've already read it?

21        A    Yes.

22        Q    And based on that current CBA, each person

23   that auditions in the fall -- and we're talking the

24   Core Supplementary Choristers and the Supplemental

1    Choristers, so it looks like all Choristers -- within

2    three weeks they are to receive their feedback based

3    on their audition.

4              Is this your common practice?

5      A    It also says "for Choristers not previously

6    engaged by Employee -- by Employer," which I don't

7    believe Martin was.

8      Q    Okay.  So on an average -- my question

9    was --

10     A    Oh.  Sorry.

11     Q    -- on an average, does it usually take

12   about three weeks before they receive comments or

13   some form of feedback regarding the audition?

14     A    I believe so.

15     Q    It could take longer sometimes?

16     A    You know, I'm not actually sure --

17     Q    Okay.

18     A    -- to be honest.

19     MS. CANTRELL:  Could we go off the record for a

20   second.

21                       (After a short recess, the

22                        deposition resumed as

23                        follows:)

24

SULLIVAN REPORTING COMPANY
(312) 782-4705

BY MS. HALL-JACKSON:

Q    So, to be clear, Mr. Black --

A    Yes?

Q    -- when someone auditions -- let's say in the fall, October -- within three weeks is it safe to say they usually receive their letter of nonengagement or reengagement?

A    Yes.

MS. HALL-JACKSON:  Okay.

He answered that in about two seconds.

BY MS. HALL-JACKSON:

Q    So what exactly is going on in the background to determine whether or not they're going to be engaged or re -- not reengaged during that three-week period?

A    Oh.  Oftentimes it is a matter of administratively putting together their comments letters to make sure it's an accurate reflection of the auditions that took place.

Q    So it's safe to say after each audition you kind of know who's going to be reengaged and who is not?

A    Some thought is given to it.  Every now and again I take a week to think about things.

1      Q    Besides yourself, who else makes the

2  decision to reengage or not reengage a member of the

3  chorus?

4      A    At this point, this is my decision.

5      Q    And overall, on a regular basis, is it

6  solely you who makes the decision?

7      A    We -- when we have a regular position, we

8  have -- I'm trying to think -- Andy Melinat will sit

9  in on the auditions, who is the -- I'm not sure of

10  his position entirely.  The artistic -- he's a

11  casting manager at Lyric.

12      THE REPORTER:  What's the name?

13      THE WITNESS:  Andy, A-N-D-Y, Melinat,

14  M-E-L-I-N-A-T.  He sits in on the Regular Chorus

15  auditions.

16  BY MS. HALL-JACKSON:

17      Q    And -- but he's serving some kind of

18  management role, correct?

19      A    Correct.

20      Q    Is anyone else that helps or makes the

21  decision whether or not to reengage or engage chorus

22  members?

23      A    No.  That's my responsibility.

24      Q    You solely take full responsibility of

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    engaging each member or not engaging each member?

2        A    Correct.

3        Q    Okay.  Who creates the budget for Lyric

4    Opera?

5        A    I think multiple people.  I'm not trying to

6    pass the buck, but not me.

7        Q    Not you?

8        A    Yeah.

9        Q    Do you know how often the budget is

10   created?

11       A    I do not.

12       Q    And would you know if the budget is

13   reviewed several times throughout the year?

14       A    I don't know.  I would guess it would be.

15       Q    So have you ever been approached a few

16   times out the years saying, "We need to adjust the

17   budget"?

18       A    Every now and again, that is usually put in

19   the form to me of we need to change the numbers of

20   the chorus in particular shows.

21       Q    And do you know where each chorus member's

22   personnel file is maintained?

23       A    Where it's maintained?  I do not.

24       Q    Over the years, you and your staff have

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    given out birthday cards, correct?

2        A    Correct.

3        Q    And how do you guys keep track of a chorus

4    member's birthday?

5        A    So I have the date, as in the day and month

6    of Choristers' birthdays -- or I have in the past,

7    and I do again now -- but not the year.

8        Q    You have the date and month you said?

9        A    Day and month --

10       Q    Uh-huh.

11       A    -- but not the year.  And I have given out

12   birthday cards based on that.

13       Q    Is there any other way to keep track of

14   someone's age based on your guy's relationship at

15   Lyric?

16       A    The only time I know anyone's age is if

17   they tell me.  There's no way I can possibly access

18   people's age.

19       Q    Okay.

20                         (Plaintiff's Exhibit

21                          No. 10 was marked for

22                          identification.)

23   BY MS. HALL-JACKSON:

24       Q    If you can, Mr. Black, look through these

SULLIVAN REPORTING COMPANY
(312) 782-4705

1 documents, and please just look up when you're ready.

2     A    Uh-huh.

3     MS. HALL-JACKSON:  And, Brad, is this 10?

4     THE REPORTER:  Yes.

5     THE WITNESS:  Yes?

6 BY MS. HALL-JACKSON:

7     Q    What exactly are these documents?

8     A    Birthday cards to Martin, 2013, 2014, and

9 2015 --

10     Q    Okay.

11     A    -- from myself and, looks like, the

12 assistant chorus master and Stephanie Karr.

13     Q    And I was going to ask you, who is -- is

14 this -- what is his name?  Is it Jerod?

15     A    Jerod.

16     Q    Okay.

17     A    Yeah.

18     Q    And who exactly is Jerod?

19     A    Jerod's on the music staff.  He's the

20 chor- -- he's the pianist assigned to the chorus

21 rehearsal.  He works closely with the chor- -- did

22 work closely with the chorus.

23     Q    And so it's safe to say this consisted of

24 your immediate staff?  Jerod and Ms. Karr?

SULLIVAN REPORTING COMPANY
(312) 782-4705

1     A     So Jerod -- it's a little bit convoluted.

2  Jerod works for Stephanie.  Stephanie administers

3  stuff for me.  And Jerod is assigned to me, to work

4  closely with me.

5     Q     All right.  And so going to -- I'm sorry.

6  There's no Bates stamp.  I went very high and low to

7  try to stop the confusion.  But, if you go to page

8  1, 2, 3 and 4 --

9     A     Yes?

10    Q     -- at the bottom it says 9/10/14.  And in

11 the middle it's saying, "You're How Old?"  Question

12 mark.

13    A     Correct.

14    Q     And so on yours, could you read what's

15 your -- "Dear Martin"?

16    A     "Dear Martin, Wishing you the happiest of

17 40ths.  Lots of love and best wishes, Michael."

18    Q     And so it's safe to say in 2014 you was

19 aware that Mr. Poock was in his 40s?

20    A     Correct.

21    Q     And do you know how did you come about this

22 information?

23    A     Either he told me or one of his colleagues.

24    Q     Is there any other way that you can keep

1    track a Chorister's age?

2         A    No.  Unless they tell me, then absolutely

3    no.

4         Q    Did you and Mr. Poock develop a profess- --

5    personal friendship outside of work?

6         A    I wouldn't say it's a friendship.  I think

7    there were occasions where there've been groups of

8    people, maybe a drink after work or something.  I may

9    have participated there.  I remember once he was very

10   helpful when he -- he got a score -- I think it was a

11   score -- for me.  We're doing a production that

12   Houston Grand Opera -- where he also worked.  He was

13   very helpful getting that for me.  He was also very

14   helpful with telling me a lot about the production

15   that we're just about to do.  I think we were good

16   colleagues.  I wouldn't say friends.

17        Q    And the same for Ms. Steyer.

18             Would you say -- did you and Ms. --

19   well, did you and Ms. Steyer develop a personal

20   friendship outside of work?

21        A    Exactly the same.  If we had socialized, it

22   would have been in a large group.  I've never

23   socialized with either of them individually.

24        Q    And do you know if Lyric maintains a

1    seniority policy?

2        A    I'm not sure.  I don't know.

3        Q    Going back to the Exhibit 4.  If you give

4    me a second, I can tell you which page.  Bottom says

5    34 in the middle, and it is DEF 00164.  I'm guessing

6    the "DEF" is missing, or these don't have a DEF.  And

7    it's Section 5.4.

8        A    Yes?

9        Q    Are you familiar with this particular

10   policy that you just reviewed?  No.  Strike that.

11                   What is Section 5.4?

12       A    It's a section outlining seniority and --

13   of Regular Chorus and Core Supplementary Chorus and

14   Supplementary Choristers.

15       Q    And based on what you just read, is this

16   something that you was familiar with but maybe not

17   knowing it was reduced to writing?

18       A    No.  I remember in Martin's interview, when

19   the union representative was there and we were

20   talking about the number of shows that he would be

21   involved in, and she, Sherry, turned to me -- because

22   I think I made some comment about the difference

23   shouldn't be too much in -- at that point -- in the

24   shows that he would be offered.  And she turned to me

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    and said, "But there's a lot less pay."  And, quite

2    honestly, that was the first time I was aware that

3    there was a -- like, a pay cut.

4        Q    Based on the number of productions?

5        A    Supplementary and Core Supp. Choristers.

6        Q    And what about if you get so many

7    productions within a year?  Is it considered half a

8    year versus if you get, let's say, three or more

9    productions, that it's considered a full year?  Were

10   you aware of that?

11       A    Sure.  I mean, no.  I was not aware of

12   that.  I am now.

13       Q    Okay.  Is there any way that Lyric would

14   highlight a Chorister's significant bench mark years

15   of employment?  If you need me to rephrase it, I can.

16                Is there any way that you guys, as

17   Lyric, celebrate anyone that's probably been there

18   more than -- in excess of five years?  In excess of

19   ten years?

20       A    Sometimes, at the end of the season the

21   general manager at the end-of-the-season party will

22   congratulate people on, you know, 5 years of service,

23   10 years a service, 40 years of service, et cetera.

24       Q    Any other way that you guys take notice of

1  someone's number of years with the company?

2      A    When someone retires, I always give a

3  little speech at the retirement party, and I go back

4  through the records.  Someone gives me their starting

5  date, and then I go back through all the operas that

6  have taken place.  And I count out the number of

7  operas and performances, et cetera.  When someone

8  retires, I do that.

9      Q    I want you to go back to Exhibit 4.

10     A    Uh-huh.

11     Q    And I believe it's the first page outside

12 of the second page, outside of the document.

13     A    Yes.

14     Q    Cover page, I should say.

15              If you can look at this.

16     A    Yes?

17     Q    What exactly are you looking at, Mr. Black?

18     A    Can I just ask, is the top section, is

19 that -- I'm not sure who that refers to.

20     MS. HALL-JACKSON:  Okay.

21              Off the record real quick.

22                      (A discussion was held

23                       off the record.)

24     MS. HALL-JACKSON:  So if we could just strike

SULLIVAN REPORTING COMPANY
(312) 782-4705

1  that and make this a whole other exhibit, that would

2  be perfect.

3                              (Plaintiff's Exhibit

4                               No. 11 was marked for

5                               identification.)

6        THE WITNESS:  Yes?

7  BY MS. HALL-JACKSON:

8        Q    Exactly what is this, Mr. Black?  Well,

9  strike that.

10                 What exactly is Plaintiff's

11 Exhibit 11?

12       A    It outlines compensation for Regular

13 Choristers, Core Supplementary Choristers, and

14 Supplementary Choristers.

15       Q    Have you seen this document before?

16       A    If I have, I skimmed over it.  But, no, I

17 have not paid any attention to it.

18       Q    Are you familiar how much your Choristers

19 make per hour?

20       A    No.

21       Q    So you assign different members to the

22 chorus, and you don't know how much they make?

23       A    Exactly.

24       Q    Over a six-year period, you never

SULLIVAN REPORTING COMPANY
(312) 782-4705

```
1    learned --

2         A    Right.

3         Q    -- how much your Choristers make?

4         A    No.

5         Q    Okay.

6         A    And quite deliberately so.  I -- when I

7    audition, I listen to the voice, and I assign them to

8    wherever they are best utilized rather than any sort

9    of seniority or lack of.

10        Q    And I just have a few more questions, if I

11   can find them.

12                  As you sit here today, do you know how

13   many years of service Ms. Steyer had prior to her

14   departure from Lyric?

15        A    I knew that she had been in the Core

16   Supplementary Chorus, I think, one year before I

17   arrived.  I think.  And I knew, from what I'd heard,

18   that she had been in the Regular Chorus some years

19   ago, but I'm not sure for how many years.

20        Q    So you don't know the exact number as you

21   sit here today here, correct?

22        A    Correct.

23        Q    You have a ballpark figure as you sit here

24   today?
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

```
 1       A     Well, I know for a fact she was in the Core

 2    Supp. for one year before I was there.

 3       Q     Okay.  And then, for Mr. Poock, do you know

 4    how long he was with Lyric before he left?

 5       A     Do -- you know, I think he mentioned in his

 6    interview 10 years, but I'm not sure.  I can't

 7    remember distinctly.

 8       Q     And when say "interview," which interview

 9    are you referring to?

10       A     The interview with his union

11    representative.

12       Q     Had Mr. Poock stayed there based on this

13    and he maintained his role in the Supplemental Chorus

14    after the fall of 2015, is it safe to say that he

15    would have been considered 10 years and over, and at

16    the highest pay of the pay scale listed here in

17    Exhibit 11?  I'm sorry.

18       A     If that's how long he'd been there for,

19    then yes.

20       Q     Okay.  So anyone that was there 10 years or

21    over would have been considered at the top of the pay

22    scale, correct?

23       A     Yes.

24       Q     Earlier, we discussed what's considered in
```

1   each audition, and based on your response -- I

2   believe I recall you talking about the voice type.

3             Is there anything else that you'd

4   consider when -- in auditions?

5        A    For me, voice is paramount because that is

6   the -- the -- if you want the product of Lyric, the

7   sound, the operatic sound.  One reason I was very

8   eager to hear both Martin and Christine again was

9   because their work ethic was so good and they were

10  good colleagues, so I wanted to give them that

11  opportunity.  So, for me, that comes into it as well.

12       Q    I want to show you three employees besides

13  Christine and Martin who auditioned for you in

14  October of 2015 --

15       A    Okay.

16       Q    -- and then I'll be done.

17       A    Okay.

18       Q    Are you familiar with a Carla Janzen?

19       A    I am.

20       Q    Okay.

21                       (Plaintiff's Exhibit

22                        No. 12 was marked for

23                        identification.)

24

BY MS. HALL-JACKSON:

     Q     Okay.  And I'm going to pass you what has
been marked as Plaintiff's Exhibit 12.

               Can you tell us exactly what that is.

     A     This is the critique of Carla Janzen's
reaudition in October 2015.

     Q     And have you had an opportunity to review
this document?

     A     I have.

     Q     And, based on this, what would you
characterize this particular audition as?

     A     A very, very good audition with one slight
criticism about the actual piercing sound sometimes,
offered in the audition.

     Q     And would that be Bullet Point No. 4?

     A     No. 1.

     Q     No. 1?

     A     Yeah.

     Q     And you said that's about the piercing.

               What is the part that's concerning?

     A     So I've said there's a warm, a medium --
mixed with warm, sometimes piercing timbre.  So
overall it's very warm.  Every now and again there's
a sound that was perhaps less than optimal.

```
 1      Q    And that's the only thing that you saw

 2   here?

 3      A    Yes.

 4               Well, the other things are good.

 5   There's a nice improvement; a good choral

 6   compatibility, good intonation, excellent diction,

 7   voice is very connected to the breath.

 8      Q    And so is it safe to say you sometime do

 9   take into consideration the person's last audition?

10      A    Yes.

11      Q    Are you familiar with Susan K?

12      A    Susan K.?  Oh.  Susan.  Yeah.  Suzanne.

13      Q    Suzanne.  I'm sorry.

14      A    Yes.

15      Q    Suzanne K.

16                        (Plaintiff's Exhibit

17                         No. 13 was marked for

18                         identification.)

19      THE WITNESS:  Yes?

20   BY MS. HALL-JACKSON:

21      Q    Could you explain for the record exactly

22   what is Plaintiff's Exhibit 13.

23      A    A critique of Suzanne --

24      Q    You want to say "K"?
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    A    -- previously known as Suzanne Post, but

2  Kszastowski's audition on October 9, 2015.

3    Q    And you had opportunity to review your

4  bullet points here, correct?

5    A    Yes.

6    Q    How would you characterize this particular

7  audition?

8    A    This was a good audition.  And then, when

9  Suzanne and I spoke, we spoke about -- we spoke after

10  this.  And we spoke about the over-singing, which is

11  part of Bullet Point 4 --

12    Q    Uh-huh.

13    A    -- and the sometimes piecing timbre, which

14  is sometimes a slightly harsh sound as things for her

15  to work on after this audition, which she

16  subsequently did.

17    Q    And this is -- when you say you spoke to

18  her after the fact, is this when you offered her

19  the --

20    A    We offer them to come in and have a very

21  open and frank discussion with us.

22    Q    Would you say -- the two points you

23  indicated were concerning, would this still allow her

24  to be in the Core Supplemental Chorus --

SULLIVAN REPORTING COMPANY
(312) 782-4705

```
 1      A    Yes.

 2      Q    -- based on this?

 3      A    Yes.

 4                 The things -- for example, to the size

 5      of the voice, the excellent intonation, there're two

 6      things that are -- and also the fact that the voice

 7      was supported and connected to the breath.  They are

 8      things that are vital to chorus singing.

 9      Q    What about the fact that her French needs

10      some attention?

11      A    That's a point for her to work on, and that

12      she subsequently did.

13      Q    So you would still say this is an overall

14      good review?

15      A    Yeah.  With things to -- with things to

16      work on.

17      Q    Are you familiar with Kaileen Miller?

18      A    I am.

19      Q    And who is Kaileen Miller?

20      A    Kaileen was a member of the Core

21      Supplementary Chorus, and she resigned, I'm going to

22      say, two years ago, but I'd have to look at that.

23                              (Plaintiff's Exhibit

24                               No. 14 was marked for
```

```
 1                        identification.)

 2         THE WITNESS:  Yes?

 3   BY MS. HALL-JACKSON:

 4         Q     And what is -- exactly what's been marked

 5   as Exhibit 14?

 6         A     This is the critique of Kaileen Miller from

 7   October 9, 2015.

 8         Q     And have you had the opportunity to review

 9   this document?

10         A     I have.

11         Q     And, based on your comments, how would you

12   characterize this particular audition?

13         A     I thought this was a very, very fine

14   audition.  The only point that I think I was asking

15   of Kaileen to work on before the next audition was

16   the fact that she has a warm timbre.  Should always

17   be warm timbre.  The rest of it was very good, and I

18   think there was quite an improvement from the

19   audition before.

20         Q     Is it safe to say the three individuals

21   that I just showed you comments from -- Kaileen

22   Miller, Suzanne K, and Carla Janzen -- are they --

23   were they all reengaged after October 27th, 2015, in

24   the Core Supplementary Chorus?
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

1       A    Yes.  They were.

 2       Q    Were they reengaged in the season of 2017

 3  to 2018 Core Supplement Chorus?

 4       A    I certainly know Carla and Suzanne were.  I

 5  would have to check a Kaileen's departure date from

 6  Lyric.

 7       Q    And it's safe to say Carla and Suzanne are

 8  both still currently employed by Lyric?

 9       A    They are, both in the Core Supplementary

10  Chorus.

11       Q    And, as of today, do you know the age of

12  either Carla or Suzanne?

13       A    I do not.

14       Q    As of today, do you know how long Carla has

15  been with Lyric?

16       A    I do not.

17       Q    As of today, do you know how long Suzanne

18  has been with Lyric?

19       A    I do not.

20       MS. HALL-JACKSON:  No further questions.

21            Thank you for your time.

22                         (A discussion was held

23                          off the record.)

24                         (Whereupon Ms. Elizabeth

1                        Landon left the deposition.)

2        MS. CANTRELL:  Okay.  We can go back on.

3                   EXAMINATION

4                   BY

5                   MS. CANTRELL:

6        Q    Michael, as a reminder, you are still under

7   oath.

8        A    Uh-huh.

9        Q    We've met a few times, but for the record,

10   my name is Stephanie Cantrell.  I'm an attorney for

11   Defendant in this case, Lyric Opera of Chicago.

12                   I have a just a few follow-up

13   questions to Ms. Hall-Jackson's questions.  If we can

14   briefly look at Exhibits 12, 13, and 14.  I'd like to

15   look at these three exhibits in conjunction with

16   Exhibit 2, if you don't mind.

17                   You testified that Exhibit 2 was a

18   comment letter from Christine Steyer's November 9th,

19   2013, reaudition for the Core; is that correct?

20        A    Correct.

21        Q    And Exhibits 12, 13, and 14 -- no.  I'm

22   sorry.  13, 14 -- yes -- 12, 13, and 14 are comment

23   letters for Carla Janzen, Suzanne K., and Kaileen

24   Miller, correct?

1        A     Correct.

2        Q     Also for the same audition period, October

3   of 2015?

4        A     The front page of Exhibit 2 is 2013 --

5        Q     Oh.  Thank you.  So --

6        A     -- and then --

7        Q     -- it would be page -- before Exhibit 2?

8        A     Correct.

9        MS. HALL-JACKSON:  Stephanie, you're looking at

10   a comment letter or a reengagement letter?

11        MS. CANTRELL:  Comment letters.

12        MS. HALL-JACKSON:  Okay.

13   BY MS. CANTRELL:

14        Q     So each of these documents, page 4 of

15   Exhibit 2, and Exhibits 12, 13, and 14 are all

16   comment letters for sopranos auditioning for the Core

17   Supplementary Chorus in October of 2015; is that

18   right?

19        A     Correct.

20        Q     Did Kaileen, Carla, and Suzanne have better

21   auditions than Christine Steyer?

22        A     Yes.

23        Q     In each of Carla, Suzanne, and Kaileen's

24   comments, you noted sometimes piercing timbre.

1      A      Uh-huh.

2      Q      Did Christine have the same issue?

3      A      No.  She did not.

4      Q      Why was Christine's audition not as good as

5  Carla, Suzanne, or Kaileen?

6      A      So one of the first issues with Christine's

7  audition was the intonation problem that evidenced

8  itself during the audition.  To sing chorally with

9  other people, intonation is one the basic foundations

10  of choral singing.  The other three had excellent,

11  excellent, and good intonation; Christine didn't.

12             There was also -- the other three had

13  much more core to the sound -- if you want to call it

14  that -- substance in the sound, in the range that the

15  chorus music is written in, and Christine did not.

16      Q      And, to you, as the sole decisionmaker,

17  lacking that middle range, that core, and having

18  flatness and being incompatible with the chorus was

19  more important than sometimes piercing timbre?

20      A      Yes.

21      Q      Is that your testimony?

22      A      Yes.  Exactly.

23      Q      At the time of the these auditions in

24  October of 2015, did you know of any of the women's

1    ages?

2         A    No.  I did not.

3         Q    Is age ever a factor in selecting a

4    Chorister for the Lyric Opera of Chicago?

5         A    It's never an issue.

6         Q    What about seniority?  Is seniority ever a

7    factor in selecting Chorister?

8         A    No.  It isn't.  And --

9         Q    Have you ever been -- oh.  I'm sorry.

10        A    I'm sorry.

11             I can remember occasions where someone

12   has actually disclosed their age to me.  I don't want

13   to know, but I know from their résumé that they have

14   been working in the opera business for, say, 30

15   years, and I still employ them.

16        Q    Does a Chorister's voice change as they

17   age?

18        A    Yes.

19        Q    How does a soprano's voice change as they

20   age?

21        A    I think, if you were to ask any person or

22   any panel in an opera house how a soprano's voice

23   would age, negatively, it would be that there would

24   be wobble develop in the voice, and that they may

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    lose some of the upper notes of the voice.  That

2    would be the two main things evidenced in a soprano

3    aging.

4         Q    Did Christine Steyer's voice show any signs

5    of aging?

6         A    No.  Not at all.  In fact, her top notes,

7    as I think mentioned, were still very, very good,

8    which is why we employed her at the Turandot --

9         Q    How about the Bass II?  Can a man's voice

10   who's auditioning for a Bass II role, can his voice

11   change as he ages?

12        A    Yeah.  I mean, often Bass II will often --

13   the lower notes will often get better and better with

14   age, and that's something that didn't happen with

15   Martin.

16        Q    So, in your opinion, did Martin's voice

17   show any signs of aging?

18        A    Not at all.

19        Q    Even if they had, just to restate, was age

20   ever a factor in your decision in hiring either

21   Martin -- or not hiring either Martin or Christine?

22        A    No.  Age was never a factor.  It was all

23   artistic vocal decisions.

24        Q    Ms. Hall-Jackson asked you about the Lyric

1    Opera's budget.

2              Do you know if there's a separate

3    budget for the chorus at the Lyric Opera?

4        A    I don't know.

5        Q    Have you ever seen a budget for the chorus?

6        A    No.

7        Q    Has anyone in management of Lyric Opera

8    ever instructed you to hire a cheaper or less senior

9    Chorister?

10       A    Never.

11       Q    Has anyone at the Lyric Opera ever said to

12   you you need to cut back your staff due to budgetary

13   considerations?

14       A    Yes.

15       Q    And do you recall any of those

16   conversations between, say, October 2015 and the

17   selection of the repertoire for the '16, '17 season?

18       A    I do remember being approached and saying

19   that the chorus numbers for the following season had

20   to be reduced because of the budget.

21       Q    So you testified earlier that in November,

22   I believe it was, you met with Martin Poock and

23   Sherry Watkins and made a statement that worst case

24   scenario he would be employed as a Supplementary

1    Chorister for the 2016-'17 season for four

2    productions.

3         A    Correct.

4         Q    Do you recall that?

5         A    Correct.

6         Q    Was that a verbal contract?  Did you

7    believe that was a binding statement at that time?

8         A    I was hoping that it would be -- that it

9    would come to fruition.

10        Q    Was it contingent on his reaudition in

11   March of 2016?

12        A    Not -- at that point, I believed that he

13   would be either used in the Core Supplementary Chorus

14   or the Supplementary Chorus, and that, if he did a

15   good audition, he would probably be in the Core Supp.

16   Chorus.  Or, if the audition was as it had been and

17   that the status quo had been maintained, then he

18   would be in the Supplementary Chorus.

19        Q    But as a Supplementary Chorus member, you

20   expected that he would sing in four productions,

21   correct?

22        A    I was expecting and hoping that.

23        Q    Why did he only sing in one?

24        A    The budgets changed at Lyric over the fall

1    and summer -- I think the summer.  And the chorus

2    numbers were reduced.

3        Q    Who made the decision to reduce the chorus

4    numbers?

5        A    I'm not sure exactly.  I know it came from

6    upper management just saying we needed less people in

7    the chorus for a certain number of shows.

8        Q    Did upper management give you an option of

9    reducing the shows or reducing the chorus members in

10   the shows?

11       A    No.  The -- I was told how many chorus

12   would be in the shows -- in the -- in the different

13   operas.

14       Q    You were given that number from someone

15   else?

16       A    I was given that number.

17       Q    Did anyone from Lyric's management tell you

18   to pick the cheaper Choristers?

19       A    No.  No.  Absolutely not.

20       Q    How about to pick the younger choristers in

21   order to reduce the level of seniority?

22       A    No.

23       Q    Would you have ever made a decision on

24   selecting a Chorister based on their level of

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    seniority?

2         A    No.

3         Q    Would you have ever selected a less

4    experienced or a lesser qualified member for the

5    chorus at the Lyric Opera?

6         A    No.

7         Q    Isn't it important to have the best

8    singers --

9         A    Yes.

10        Q    -- in a chorus at the Lyric Opera of

11   Chicago?

12        A    So every singer in the Regular Chorus, in

13   the Core Supp. Chorus, and the Supplementary Chorus,

14   it's based on their audition.  Not -- and the way

15   they sing, their artistry, not their age or seniority

16   or lack of.

17        Q    We've talked a little bit about whether or

18   not past performances are taken into consideration.

19             When you heard Christine in the fa- --

20   Christine Steyer in the fall of 2015, were you

21   surprised by her audition?

22        A    I was, because her previous audition, I

23   felt as being a very good audition.  We'd had a

24   session, which I thought was very good as well.  So,

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    when she came into sing and it was less than

2    successful, I was shocked.  I, obviously, immediately

3    decided to hear her again because I wanted to hear if

4    it was just a one-off or whether this is an ongoing

5    issue, and -- which is why we scheduled her for

6    another audition.

7        Q    Did you know that Christine Steyer's also a

8    soloist?

9        A    Yes.

10       Q    Would her issues of choral compatibility

11   have impacted her career as a soloist in any way?

12       A    Not necessarily.  The solo -- singing solo

13   repertoire is somewhat different than chorus

14   repertoire.  To have a career as a soloist is a very,

15   very different career from a career in the chorus.

16   You both have -- you're both singing operatically,

17   but in the chorus it's a -- it's a different

18   technique sometimes.  It's a different level of

19   compatibility that you need.  As a soloist, you can

20   go out there and just be absolutely unashamedly

21   themselves.

22       Q    Counsel asked you whether or not you knew

23   that Martin wore a hearing aid, and you stated that

24   he did, correct?

```
 1        A     Correct.

 2        Q     Did Martin's wearing of a hearing aid

 3   impact your decision to hire him in the Core

 4   Supplementary Chorus or in the Supplementary Chorus?

 5        A     No.  Not at all.

 6        Q     From the meeting that you had with Martin

 7   and his union representative in November, I believe

 8   it was, of 2015 until the time that he was selected

 9   as a Supplementary Chorister to sing in one opera of

10   the 2016-'17 season, did the knowledge of Martin

11   wearing a hearing aid impact that decision in any

12   way?

13        A     Not at all.

14              To the best of my knowledge, I have a

15   member of the Regular Chorus who wears a hearing aid.

16   My boss at work wears one as well.  I'm quite

17   familiar.

18        Q     Just to clarify the record, because I know

19   the timelines are a little bit confusing, is it

20   typical to audition in the fall of one year, say

21   2015, for example, for the following season, which

22   would be 2016-'17?  Is that --

23        A     Correct.

24        Q     -- a fair statement?
```

SULLIVAN REPORTING COMPANY
(312) 782-4705

1      A      So the Core Supp. auditions in the fall for

2   the following year -- season.

3      Q      So, for example, 2013 auditions are held

4   for 2014-'15 season, correct?

5      A      Correct.

6      Q      And, if you're engaged in the Core

7   Supplementary Chorus, you're only required to

8   audition every two years?

9      A      Correct.

10     Q      So there would not have been an audition in

11  the fall of 2015 for the Core Supplementary Chorus

12  members if they already auditioned in 2013?

13     A      Sorry.  Say that again, please.

14     Q      Sure.

15            If Core Supplementary Chorus members

16  auditioned in the fall of 2013, when would the next

17  reaudition date be?

18     A      The fall of '15.

19     Q      Okay.  So there is no audition for the Core

20  members in 2014?

21     A      Correct.

22     Q      Instead, they're just given another letter

23  of reengagement?

24     A      Of reengagement.  Yes.

SULLIVAN REPORTING COMPANY
(312) 782-4705

1      Q    Okay.  Thank you.

2           Christine Steyer auditioned for you in

3  the fall of 2013.

4           Do you remember her coming back to

5  sing for you in February of 2014 on voluntary basis?

6      A    Before the -- if that was for the voluntary

7  sessions for the Core Supp., yes.

8      Q    At any time prior to the October 2015

9  audition of Christine Steyer, had you heard problems

10 with her middle range?

11     A    No.

12     Q    Is having more volume or more notes in your

13 middle range something that she could have worked on

14 in the off season?

15     A    I believe so.  I believe, had she read the

16 comment letters and then worked, perhaps with a

17 reputable -- maybe even a female soprano to help her

18 through the issues there, that may have helped.

19     Q    Martin's issues with his voice, in your

20 opinion, were they lacked lower notes -- his lower

21 register of his voice, correct?

22     A    Correct.

23     Q    Is that something that a Chorister can work

24 on to improve their lower register in between

SULLIVAN REPORTING COMPANY
(312) 782-4705

1  auditions?

2      A    I believe -- yes.  I believe Martin, again,

3  perhaps could have worked with someone of his voice

4  type to free up the lower register a little bit, to

5  apply a little bit more sound down there.

6      Q    Exhibit 6 are -- is a multi-page exhibit.

7  It includes comment letters from both 2013 and 2015

8  for Martin Poock.

9      A    Correct.

10     Q    In November of 2013, he selected two

11 arias --

12     A    Uh-huh.

13     Q    -- one of which was Die Zauberflöte.

14     A    Yes.

15     Q    Correct?

16     A    Correct.

17     Q    And in 2015 he also sang a different aria

18 but from the same production, also Die Zauberflöte,

19 correct?

20     A    Correct.  Yes.

21     Q    In 2013, you noted that he had -- that

22 Martin had good middle range; the lower notes were

23 lacking.

24              Do you see that comment --

```
1       A    Yes.

2       Q    -- in Bullet Point No. 5 or 6?

3       A    Yes.  Correct.

4       Q    In 2015, which is the audition in question,

5  where, after, he was not reemployed in the Core, you

6  also noted in a bullet point that you needed more

7  range in the vol- -- more volume in the lower range?

8       MS. HALL-JACKSON:  I didn't hear you.  I don't

9  think that number came out.

10      MS. CANTRELL:  1, 2, 3, 4, 5 -- Bullet Point

11 No. 5.

12      THE WITNESS:  Correct.

13 BY MS. CANTRELL:

14      Q    You again note that "you need more volume

15 than demonstrated in this audition in the lower

16 range."

17      A    Yes.

18      Q    Correct?

19      A    Correct.

20      Q    And Martin sang the same aria -- or a piece

21 from the same aria, correct?

22      A    Yeah.  Correct.

23      Q    Could he have selected a different piece to

24 showcase the lower register of his voice?  Is that
```

1    something that a Chorister can even do?

2        A    Yes.  I mean, they can choose any aria they

3    want.  And, if the lower notes are the notes that are

4    being questioned or asked to work on them, I would

5    expect him to sing something with a lower register in

6    it.

7        Q    In the fall of 2015 both plaintiffs, Martin

8    Poock and Christine Steyer, were notified that they

9    may not be reengaged in the Core for the 2016-'17

10   season; is that right?

11       A    Correct.

12       Q    Are you re- -- if you know, are you

13   required under the union agreement to hear them again

14   after the Regular Choristers audition in March, or in

15   spring of the following season?

16       A    So, my understanding is we're not required

17   to listen to them again.

18       Q    So you offering Martin and Christine an

19   opportunity to sing before you again was voluntary,

20   right?

21       A    Yes.  And it was quite deliberate on my

22   part.

23       Q    Why is that?

24       A    I wanted to give them another chance.  I

1  valued them as employees, and I wanted them to do

2  better in the second auditions.

3      Q   Is it fair to say that your role as chorus

4  master, as you understand it, is the artistry of the

5  chorus and the management of the chorus?

6      A   Correct.

7      Q   Do you get involved at all in budgetary

8  considerations for the chorus, disciplinary

9  considerations for the chorus?  Is that your role as

10 chorus master?

11     A   Sometimes disciplinary considerations when

12 it involves something that happens on the stage or in

13 the dressing room.  Sometimes I become involved along

14 HR, but it's that pretty rare.

15             Budgetary: the only considerations I'm

16 ever involved in is when management gives me the

17 number of chorus members in a show, and then it

18 changes.  I have to go along with what's been given

19 to me.  I never have any say or -- what's the word?

20 I never have any day-to-day responsibilities of

21 putting together a budget for anything.

22     Q   Are you familiar with an employee handbook

23 at the Lyric Opera?

24     A   Yes.

1      Q    Does it have any -- do you know if it has

2  any application to the Choristers at the Lyric Opera?

3      A    I don't know.

4      Q    Are the Choristers at the Lyric Opera of

5  Chicago governed by the collective bargaining

6  agreement?

7      A    With AGMA?

8      Q    Yes.

9      A    I believe so.

10      Q    Okay.  Did you -- you mentioned previously

11  that you may get involved in disciplinary issues.

12           Do you know if there's a progressive

13  disciplinary policy applicable to Choristers?

14      A    The one that I'm familiar with is what is

15  called the Exhibit C: Disciplinary --

16      Q    What does that refer to?

17      A    So, if there is -- if the Chorister is

18  late, if there is some sort of -- I'm not quite sure

19  exactly what it is, but if there's anything that's

20  untoward, the Choristers are given Exhibit Cs.  I

21  believe they're allowed three Exhibit Cs per season

22  before some sort of disciplinary action takes place.

23      Q    Okay.  So is it fair to say that the

24  collective bargaining agreement allows for any

1    disciplinary measures that might be assessed against

2    a Chorister at the Lyric?

3        A    Yes.

4        Q    Okay.  Could it ever --

5        MS. HALL-JACKSON:  Could you repeat the

6    question Counsel?  Or can you read that back for me?

7                            (The last question was

8                             read by the reporter.)

9    BY MS. CANTRELL:

10       Q    Did you ever discipline a Chorister for the

11   quality of their voice?

12       A    No.  Never.

13       Q    So any disciplinary measures are restricted

14   solely to issues as you described, such as a

15   attendance or failing show for a performance.

16       A    Yes.

17       Q    Correct?

18       A    Correct.

19       Q    Quality of voice is not something that's

20   subject to disciplinary measures, correct?

21       A    Absolutely not.  That's entirely -- that's

22   an entirely separate issue.

23       MS. CANTRELL:  Okay.  I think I'm done.  I just

24   wanted to look though my notes.

```
 1              Do you have any follow-up questions?

 2         MS. HALL-JACKSON:  I had one.  I've been up

 3    since 3:30.

 4                            (A discussion took place

 5                             place off the record.)

 6         MS. CANTRELL:  I'll ask another one if you

 7    don't mind.

 8         MS. HALL-JACKSON:  Good.

 9    BY MS. CANTRELL:

10         Q    Do you recall specifically what was told to

11    you by Lyric management in the winter of 2015 and '16

12    as far as the number of Choristers you could have in

13    the various productions for that season?

14         A    Do you know, I don't remember specifically.

15    I know that the numbers were reduced.  I can't

16    remember exactly who told me.  I think it -- I think

17    I may remember, but I can't remember exactly what was

18    said or -- I just remember the information was passed

19    down that the numbers were being reduced.

20         Q    And are you allowed under the collective

21    bargaining agreement to reduce the number of Regular

22    Choristers?

23         A    No.  The Regular Chorus, if -- no.  The

24    Regular Chorus have to be in every performance.
```

1    Q    And, if you select a production for the
2  season -- well, scratch that.
3              Are you in charge of selecting
4  productions for the season?
5    A    No.  I'm not.
6    Q    Who makes that decision?
7    A    Upper management.
8    Q    Okay.  So, if upper management makes a
9  decision to have certain productions during the
10  season and a particular production has less than 48
11  Regular Choristers, do you know if they still get
12  paid under the collective bargaining agreement?
13    A    They still get paid.  So Regular Choristers
14  are on a salary for the season.
15    Q    And, if upper management selects a
16  production for any given season that has less than 12
17  Core Supplementary Choristers, does management have
18  the discretion to reduce that number?
19    A    Yes.
20    Q    And, in fact, in 2016, is it your testimony
21  that you were directed by upper management to reduce
22  the number of Core Supplementary Choristers in the
23  productions for the 2016-'17 season?
24    A    Yes.

SULLIVAN REPORTING COMPANY
(312) 782-4705

1     Q    So, if you had suggested to Martin Poock

2  that, as a Supplementary Chorister or as a Core

3  Supplementary Chorister he may be allowed to sing in

4  certain productions, you were then -- is it your

5  testimony that you were then instructed by management

6  that the number of Choristers in those productions

7  had to be reduced?

8     A    Correct.

9     Q    And is that the only reason that Martin

10  wasn't offered more productions for the 2016-'17

11  season?

12     A    That is the only reason.

13     MS. CANTRELL:  Thank you.

14          I don't have anything else.

15     MS. HALL-JACKSON:  One follow-up for you.

16               FURTHER EXAMINATION

17               BY

18               MS. HALL-JACKSON:

19     Q    You just indicated in your testimony that

20  in the spring or summer of 2016 you was informed you

21  need to cut the budget for the 2016, 2017 season,

22  correct?

23     A    The numbers of the chorus were changed.

24  Correct.

SULLIVAN REPORTING COMPANY
(312) 782-4705

```
 1      Q     How was that communicated to you?

 2      A     My memory of that is that, I believe, Nick

 3  Martin, who is the overseer of the artistic budgets

 4  told me that this would be happening for certain

 5  operas.

 6      Q     You're still not answering how -- I'm

 7  referring to the method.

 8            Was this a verbal conversation?  Was

 9  this something in writing?

10      A     I have no recollection.

11      Q     Okay.  If it was in writing, would you have

12  given that to your attorney, Ms. Cantrell, prior to

13  today?

14      A     If she asked, absolutely.

15      MS. HALL-JACKSON:  Okay.  If there is some form

16  of written communication between you and Mr. Martin

17  around that time, I ask that you please do tender it

18  to your attorney, and Ms. Cantrell can tender it to

19  us in production.

20            No further questions.

21      MS. CANTRELL:  I'm sorry.  Two more quick

22  things, and then I promise I'll be done.

23                   FURTHER EXAMINATION

24                   BY
```

```
 1              MS. CANTRELL:

 2       Q    If I were to tell you that Andy Melinat,

 3  who's the VP of Artistic Planning -- does that sound

 4  like --

 5       A    That's correct.

 6       Q    -- his position there?

 7       A    Yes.

 8       Q    Just for record.  Thank you.

 9       A    My mind went blank.

10       Q    Also, I'm going to hand you a document that

11  is -- we used in the Christine Steyer deposition as

12  Defendant's Exhibit No. 4.  It's Bates stamped DEF

13  00685 through DEF 00688.  It's a four-page document.

14       MS. HALL-JACKSON:  Is that something we used

15  earlier?

16       MS. CANTRELL:  Yeah.  We used it yesterday.

17       MS. HALL-JACKSON:  Can I just see it real

18  quick?

19       MS. CANTRELL:  Absolutely.

20       MS. HALL-JACKSON:  Thank you.  Uh-huh.

21  BY MS. CANTRELL:

22       Q    If you take a look at page 2 and page 4 of

23  this document, which is Bates stamped 00686 and

24  00688.
```

```
1      A    So this first one is 20- --

2      Q    And you don't have to describe it.  I'm

3   just asking you to take a look at it.

4      A    Yeah.  Sure.

5      Q    Do you know whose handwriting that is on

6   page 2?

7      A    This is my handwriting.

8      Q    And how about page 4 of 4, do you know

9   whose handwriting that is?

10     A    That is my handwriting.

11         MS. CANTRELL:  Thank you.

12         MS. HALL-JACKSON:  Can we get the exhibit on

13  the record, exactly what it is.

14         MS. CANTRELL:  Sure.

15              It's Defendant's Exhibit 4 from the

16  Christine Steyer deposition.  It's stated Lyric Opera

17  of Chicago, Supplementary Chorus Re-Auditions,

18  Auditioning for the 2013-'14 Season.  And it's a

19  four-page exhibit.

20         MS. HALL-JACKSON:  Okay.  I just figured if we

21  cite to it in the future, you might want to have it.

22         MS. CANTRELL:  That's all I have.

23         MS. HALL-JACKSON:  I did have more, and then

24  I'll leave you guys alone.
```

**SULLIVAN REPORTING COMPANY**
(312) 782-4705

1

2

3                    FURTHER EXAMINATION

4                    BY

5                    MS. HALL-JACKSON:

6        Q    If we can go back to Exhibit 4, and the

7    very last page of that exhibit, if you can review it

8    for me.

9        A    Yes?

10       Q    Okay.  Exactly what are you looking at?

11       MS. CANTRELL:  If you know.

12       THE WITNESS:  Honestly, I have no idea.  I've

13   never seen this before.

14   BY MS. HALL-JACKSON:

15       Q    That was my next question.

16            Have you ever seen this document

17   before?

18       A    I have not.

19       Q    And the document which we're referring to

20   is entitled, "Lyric Opera of Chicago Supplementary

21   Chorus repertoire Availability Form."  And, in the

22   right-hand corner it has 00255.

23            And, based on your testimony, you

24   never had any Chorister actually fill out this

SULLIVAN REPORTING COMPANY
(312) 782-4705

1    document and submit it with the audition?

2        A    I haven't.  I don't know whether Lyric has.

3        MS. HALL-JACKSON:  Okay.  No further questions.

4        MS. CANTRELL:  Thank you.

5                We will waive.

6        FURTHER DEPONENT SAYETH NAUGHT. . .

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**SULLIVAN REPORTING COMPANY**
**(312) 782-4705**

```
 1    STATE OF ILLINOIS    )
                           )  SS:
 2    COUNTY OF COOK       )

 3         Brad Benjamin, being first duly sworn on oath,

 4    says that he is a Certified Shorthand Reporter, that

 5    he reported in shorthand the testimony given at the

 6    taking of said deposition, that the deponent was duly

 7    sworn by him and that the deposition is a true record

 8    of the testimony given by said deponent.

 9         And further, that he is not connected by blood

10    or marriage with any of the parties to this action,

11    nor is he a relative or employee or attorney or

12    counsel of any of the parties, or financially

13    interested directly or indirectly in the matter in

14    controversy.

15

16

17                    Certified Shorthand Reporter
18                         No. 084-004805

19

20

21

22

23

24
```

**SULLIVAN REPORTING COMPANY**
(312) 782-4705